UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

As required by court order, ECF No. 8490, on January 23, 2025 the issue of tele-mental health and telepsychiatry was called for further status conference via video conference. Ernest Galvan, Esq., Michael Bien, Esq., and Jared Miller, Esq. appeared as counsel for plaintiffs. Paul Mello, Esq., Supervising Deputy Attorney General Damon McClain, and Deputy Attorney General Elise Thorn appeared as counsel for defendants. The court reviewed with the parties its questions concerning the unified telepsychiatry and telemental health policy agreed to by the parties, attached as Exhibit B to the Joint Status Report filed January 22, 2025, ECF Nos. 8523, 8523-2 (hereafter "unified policy"), and discussed a timeline for finalization of the draft hybrid work policy referred to in the Joint Status Report, ECF No. 8523 at 4.

After discussion with counsel, the court directed the parties to meet and confer under the supervision of the Special Master within the next fourteen days to complete the draft hybrid work policy. The court set the matter for a further status conference on February 13, 2025 and directed

1

the parties to file a further joint status report accompanied by the proposed hybrid work policy by 10:00 a.m. on February 12, 2025. The court now clarifies the February 13, 2025 status conference will be held at 11 a.m. by video conference.

The unified policy provides that "[s]tatewide allocations for telemental health providers shall not exceed 50% of the total allocations for psychiatry and 50% of total allocations for mental health primary clinician classifications. . . ." ECF No. 8523-2 at 2. At hearing, the parties represented that this cap applies to the total allocations for institutional psychiatrists and mental health primary clinicians, exclusive of psychiatrist and mental health primary clinician allocations for the Psychiatric Inpatient Programs (PIPs). Good cause appearing, during the meet and confer process supervised by the Special Master, the parties shall amend the unified policy as necessary so that the policy is consistent with the foregoing representations at hearing and shall attach a revised unified policy to the further joint status report required by this order.

IT IS SO ORDERED.

DATED: January 24, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE