DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:   (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
JARED MILLER – 353641
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-SCR<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141**<br><br>Judge:  Hon. Kimberly J. Mueller |

[4633462.1]

1

ORDER GRANTING PLAINTIFFS' REQUEST TO
FILE UNDER SEAL PURSUANT TO LOCAL RULE 141

# ORDER

On January 15, 2025, Plaintiffs submitted to the Court by electronic mail a Request to File Under Seal ("Request") a document entitled "Under Seal Declaration of Alexander Gourse in Support of Plaintiffs' Closing Brief re Appointment of Receiver" (hereinafter "Under Seal Declaration"). The Under Seal Declaration includes the names and CDCR numbers of eleven individuals who committed suicide in 2024, as well as the dates of their deaths and the CDCR institutions where they died. The exhibits to the Under Seal Declaration are the eleven Final Suicide Reports for these individuals.

The Request, which attached the Under Seal Declaration and its exhibits, and the instant Order were provided to the Court by electronic mail and provided to counsel for Defendants in this action by electronic mail on January 15, 2025, pursuant to Local Rule 141.

The Court, having reviewed Plaintiffs' Request and good cause appearing therefore, hereby grants Plaintiffs' Request to Seal Documents.

IT IS SO ORDERED

DATED: January 24, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

[4633462.1]

ORDER GRANTING PLAINTIFFS' REQUEST TO
FILE UNDER SEAL PURSUANT TO LOCAL RULE 141