DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:   (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
JARED MILLER – 353641
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

Plaintiffs,

v.

GAVIN NEWSOM, et al.,

Defendants.

Case No. 2−90−CV−00520−KJM−SCR

**DECLARATION OF JARED MILLER IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S EXPERT'S SUPPLEMENTAL REPORT REGARDING SUICIDE PREVENTION MEASURES 31 AND 32**

Judge:   Hon. Kimberly J. Mueller

[4645877.1]

1

Case No. 2:90−CV−00520−KJM−SCR

DECLARATION OF JARED MILLER ISO PLS' RESPONSE TO DEFS' OBJECTIONS TO SPECIAL MASTER'S EXPERT'S SUPPLEMENTAL REPORT RE SUICIDE PREVENTION MEASURES 31 AND 32

I, Jared Miller, declare:

1.    I am an attorney duly admitted to practice before this Court.  I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration in support of Plaintiffs' Response to Defendants' Objections to the Special Master's Expert's Supplemental Report Regarding Suicide Prevention Measures 31 and 32.

2.    On July 21, 2023, counsel for Defendants provided Plaintiffs' counsel and the Special Master with a June 14, 2023 Memorandum entitled, "Update to Enhancements to the Suicide Prevention and Response Focused Improvement Teams," which also included the February 2, 2018 Memorandum, "Enhancements to the Suicide Prevention and Response Focused Improvement Teams."  Attached as **Exhibit A** are true and correct copies of Defendants' July 21 email and the memorandums attached thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Los Angeles, California this 7th day of February, 2025.


                                        */s/ Jared Miller*
                                        Jared Miller

# Exhibit A

**Jared Miller**

| | |
|---|---|
| **From:** | Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov> |
| **Sent:** | Friday, July 21, 2023 2:05 PM |
| **To:** | Ernest Galvan; Coleman Team - RBG Only; Coleman Special Master; Matt Lopes; Steve Fama |
| **Cc:** | Nick Weber; Thind, Sundeep@CDCR; Melissa Bentz; Ball, Laurie@CDCR |
| **Subject:** | RE: Coleman: Use of Mechanical Restraint in MHCB/PIP Memo [IMAN-DMS.FID12440] |
| **Attachments:** | MH HQ Memo - Update to Enhancements to SPRFIT.pdf |

[EXTERNAL MESSAGE NOTICE]

All,

On June 14, CDCR issued the attached "Update to Enhancements to SPRFIT" memorandum to the field. Feel free to contact me if you would like to discuss further.


Sincerely,
Dillon Hockerson
Attorney
CDCR Office of Legal Affairs
Cell: (916) 413-5796
Email: Dillon.Hockerson@cdcr.ca.gov

CONFIDENTIAL NOTICE: THIS COMMUNICATION MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION OR ATTORNEY WORK PRODUCT. DO NOT FORWARD THIS EMAIL WITHOUT PERMISSION. IF YOU RECEIVED THIS COMMUNICATION IN ERROR NOTIFY ME IMMEDIATELY.

**From:** Bentz, Melissa@CDCR
**Sent:** Friday, June 2, 2023 1:51 PM
**To:** Ernest Galvan ; Coleman Team - RBG Only ; Coleman Special Master ; Matt Lopes
**Cc:** Mehta, Amar@CDCR ; Cartwright, Steven@CDCR ; Ball, Laurie@CDCR ; Richardson, Lisa@CDCR ; Baker, Eric@CDCR ; Weber, Nicholas@CDCR ; Hockerson, Dillon@CDCR ; Thind, Sundeep@CDCR
**Subject:** RE: Coleman: Use of Mechanical Restraint in MHCB/PIP Memo [IMAN-DMS.FID12440]

Ernie,

"Continual" in this context means that if it is determined that restraints are required moving forward, the custody supervisor must document the need for restraint and appropriate justification on the MRR.

On page 3 of the policy, "in cases where plant design requires the use of a TTM" refers to places where a MAX patient cannot be left out of a TTM due to physical plant not providing enough space for contacts out of the TTM or where custody cannot maintain the required visual of the patient.

Please let me know if you have any further questions. We are meeting with the union to discuss this memo imminently.

Respectfully,

*Melissa C. Bentz*
Attorney III, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation

DocuSign Envelope ID: F896863C-4CD0-43C5-ABC5-5D6C4796723F

 CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES** 

# MEMORANDUM

| Date: | 6/14/2023 |
|---|---|

**To:** Chief Executive Officers
Chiefs of Mental Health
Chief Psychiatrists

**From:**

RAINBOW BROCKENBOROUGH
Regional Health Care Executive
Region I

BAYODE OMOSAIYE
Regional Health Care Executive (A)
Region II

CHRISTOPHER PODRATZ
Regional Health Care Executive
Region III

SHEREEF AREF
Regional Health Care Executive
Region IV

AMAR MEHTA, M.D.
Deputy Director
Statewide Mental Health Program

**Subject:** **UPDATE TO ENHANCEMENTS TO THE SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAMS**

This memorandum serves to supersede a portion of the memorandum titled, "Enhancements to the Suicide Prevention and Response – Focus Improvement Teams (SPRFIT)" dated February 2, 2018 (attached).

Specifically, there was an expectation that required institutions to, "conduct semi-annual aggregate Root Cause Analyses (RCA) of serious suicide attempts, supplemented by a mental health clinical review" (page 4). Based upon a review of this RCA requirement, the Statewide Mental Health Program (SMHP) determined that semi-annual clinical case review of serious suicide attempts was an adequate substitute for a semi-annual aggregate RCA. As such, this requirement will be revised to require the local SPRFIT Committees to conduct either (a) semi-annual aggregate RCA of serious suicide attempts, or (2) clinical case reviews of serious suicide attempts. All other aspects of the February 2, 2018 memorandum shall remain in effect.

If local SPRFIT committees elect to conduct clinical case reviews in lieu of a semi-annual aggregate RCA, it is expected that every six months institutions shall select the five most serious suicide

DocuSign Envelope ID: F896863C-4CD0-43C5-ABC5-5D6C4796723F

# MEMORANDUM

attempts[1] and conduct a mental health clinical review for each.  If fewer than five serious suicide attempts occurred in the previous six-month period, a clinical review shall be conducted for all serious suicide attempts that occurred.  Each mental health clinical review shall include:

- Mental health history and course, if applicable.
- A discussion of the unique factors that influenced the individual's decision to take their own life.
- Identification of risk factors.
- Relevant clinical issues.
- Adequacy of institution's suicide prevention process and systems, including the functioning, interaction, and integration of various organizational components.
- Adequacy of emergency response (in conjunction with the Emergency Medical Response Review Committee).
- Contributing findings and plans of action.

The results of the mental health clinical review, including remedial action, shall be presented and discussed at an upcoming institutional SPRFIT Committee meeting for discussion and review.

If you have questions or require additional information related to this memorandum, you may contact the Mental Health Policy Unit by email:  CDCR MHPolicyUnit@CDCR.

Attachment

cc:  Steven Cartwright, Psy.D.          Daisy Minter, Ph.D.
      Erick Rizzotto, M.D.               Lee Lipsker, Ph.D.
      Laurie Ball                        Gretchen Huntington, Psy.D.
      Travis Williams, Psy.D.            Jennifer Johnson
      Wendy Worrell, Psy.D.              LaToya Garland
      Michael Golding, M.D.              Pak Yan Leung
      Sophia Le, D.O.                    Regional Mental Health Administrators
      Amber Carda, Psy.D.                Regional Psychiatrists

---

[1] Defined as self-harm incidents in which the severity is classified as "3" using the Center for Disease Control, Self-Directed Violence Surveillance classification system (Injury is severe, requiring intensive medical/surgical management coupled with intent to die).

 **CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES** 

# MEMORANDUM

| | |
|---|---|
| **Date:** | |
| **To:** | Wardens |
| | Chief Executive Officers |
| | Chiefs of Mental Health |
| | Chief Nurse Executives |
| | Suicide Prevention and Response Focused Improvement Team Coordinators |

**From:**

*Katie Tebrock*
KATHERINE TEBROCK, ESQ.
Deputy Director
Statewide Mental Health Program

JEFF MACOMBER
Deputy Director, Facility Operations
Division of Adult Institutions

*Jane Robinson*
JANE ROBINSON
Statewide Chief Nurse Executive
California Correctional Health Care Services

| | |
|---|---|
| **Subject:** | **ENHANCEMENTS TO THE SUICIDE PREVENTION AND RESPONSE FOCUSED IMPROVEMENT TEAMS** |

This memorandum clarifies, modifies, and establishes requirements and responsibilities of the Suicide Prevention and Response Focused Improvement Team (SPRFIT). Each SPRFIT shall provide employees with training and guidance on suicide prevention, response, reporting, and review for the purpose of reducing the risk of suicide. Some existing SPRFIT requirements have been clarified or modified to promote optimal functioning of institution SPRFITs. Other responsibilities have been newly established in response to systemic concerns noted in Suicide Case Reviews and reviews of the California Department of Corrections and Rehabilitation (CDCR) Suicide Prevention and Response Program.

SPRFIT Membership and Meeting Attendance Requirements

The SPRFIT shall include members or designees listed in the SPRFIT Membership (Attached).

Frequency of Meetings

Each SPRFIT shall meet at least monthly.

Attendance Requirements

A SPRFIT meeting shall include mandatory members or designees to establish a quorum. Designees are only allowed if the mandatory member is absent or must attend to an emergency or other critical situation.

 SPRFIT Reporting

Each SPRFIT shall submit to the Mental Health Program (MHP) Subcommittee and the Division of Health Care Services (DHCS) MHP Subcommittee by the 5th of each month:

- A complete, standardized management report.
- Meeting minutes.
- A log of suicide prevention activities.

Responsibilities

To comply with all CDCR policies and procedures relating to suicide prevention each SPRFIT shall:

1. Monitor compliance with required suicide prevention related training for custody and health care staff. Training shall be coordinated with the local In-Service Training unit as appropriate. Implement training regarding suicide prevention and response by ensuring:

   - All custody and health care staff receive the in-person Suicide Prevention training.
   - All **new** employees receive the in-person Suicide Prevention module during New Employee Orientation.
   - All mental health clinicians receive the 7-hour Suicide Risk Assessment training every two years.
   - An adequate number of trained Suicide Risk Evaluation (SRE) mentors are available to mentor other clinicians in need of SRE mentoring.
   - SRE mentoring occurs for new employees within 90 days from the date of hire, and every two years thereafter, except for clinicians regularly assigned to work in a Mental Health Crisis Bed Unit (MHCB), who receive mentoring annually.
   - Annual review and training updates are provided to SRE mentors.

2. Review Suicide Watch and Precaution procedures to ensure they are being implemented.

3. Collaborate with the institution Emergency Medical Response Committee (EMRC) to:

   - Review all suicides and suicide attempts requiring cardiopulmonary resuscitation and/or other medical procedures.

- Review custody cell entry and cut-down procedures for all suicides and suicide attempts.
- Provide data on self-harm incidents with or without intent to die.

4. Monitor and track all self-harm incidents, unknown deaths, and deaths by suicide using self-harm definitions and classification including a review of the appropriateness of treatment plans and five-day follow-ups. The SPRFIT shall:

- Accurately enter all self-harm incidents in the Electronic Health Record System within ten calendar days after the incident occurred.
- Aggregate institution data to present to the institution MHP Subcommittee.
- Analyze trends in institution self-harm data.
- Notify relevant staff of all self-harm incidents.
- Consult with mental health clinicians, Division of Adult Institutions (DAI) staff and Nursing as indicated.
- Ensure all serious self-harm incidents are accurately reported on a CDCR 837 Crime/Incident Report.

5. Review and track all custody wellness check procedures as stated in the memorandums Revision of Mental Health Crisis Bed Discharge Custody Checks Policy dated January 27, 2016 and Addendum – Revision of Mental Health Crisis Bed Discharge Custody Checks Policy, dated September 1, 2017 (Attached).

6. Ensure all required documentation for suicide death reporting is forwarded to the DHCS SPRFIT in adherence with timeframes specified in the Mental Health Services Delivery Program Guide, 2009 Revision, pages 12-10-24 to 12-10-25.

7. Provide oversight for the implementation of DHCS issued Quality Improvement Plans (QIPs) with input and assistance from the institution Mental Health Program and EMRC subcommittees. Responses to QIPs shall be:

- Reviewed and approved by the Chief Executive Officer and Warden prior to submission to the DHCS SPRFIT.
- Completed and submitted to the DHCS SPRFIT within the specified timeframes.

8. Conduct institution self-assessments related to compliance with suicide prevention items using the audit items developed by the Statewide Mental Health Program (SMHP) Quality Improvement Unit. The SMHP regional teams shall conduct periodic reviews of each institution's compliance with these items. In addition, each institution SPRFIT shall conduct a semi-annual self-assessment to ensure compliance with suicide prevention practices, review the results, and develop remedies during the SPRFIT meeting.

9. During each SPRFIT meeting, review institution suicide prevention practices, issues, and changes in operations that require special attention and response to determine areas for improvement. Reviews shall include, but are not limited to, responding to proposed and enacted legislation, changing institution conditions (such as changes in yards or missions), changes in inmate demographics, or institution challenges.

10. Monitor and address issues that may impact suicide prevention, including physical plant issues. Some examples may include use and location of Alternative Housing, intake cells in Administrative Segregation Units and MHCB cells. The SPRFIT, in conjunction with Facilities Management, shall monitor the progress of any needed retrofits. The SPRFIT shall collect data, monitor trends and identify areas where suicide prevention efforts need strengthening.

11. Monitor compliance and review quality of five-day follow-ups and Suicide Risk Assessments and Self-Harm Evaluations (SRASHEs). The SPRFIT shall develop Performance Improvement Plans to address poor compliance with the five-day follow-ups and SRASHEs. Chart Audit Tool results of five-day follow-ups and SRASHEs shall be reviewed to ensure they are clinically appropriate and safety plans are adequate. The SPRFIT shall develop Performance Improvement Plans as needed.

12. Conduct semi-annual aggregate Root Cause Analyses (RCA) of serious suicide attempts[1], supplemented by a mental health clinical review. Serious suicide attempts do not include those incidents in which the self-reported injury is determined to be unfounded.

Every six months, the institution shall select the five most serious incidents during the prior six months, defined by degree of injury, to develop the semi-annual aggregate RCA. If there are fewer than five, the aggregate RCA must include all incidents from that time period. The RCA shall be presented at the next SPRFIT meeting for discussion and review. The RCA and mental health clinical review discussion shall include:

- Mental health history and course, if applicable.
- A discussion of the unique factors that influenced the inmate's decision to take his or her life.
- Identification of risk factors.
- Relevant clinical issues.
- Process and systems issues to include the functioning, interaction and integration of various organizational components.
- Adequacy of emergency response (in conjunction with the EMRC).
- Contributing findings and plan of action.

---

[1] Defined as self-harm incidents in which the severity is classified as "3" using the Center for Disease Control, Self-Directed Violence Surveillance classification system (Injury is severe, requiring intensive medical/surgical management coupled with intent to die).

13. Provide assistance and coordination for the activities of the visiting SMHP and DAI Suicide Case Reviewers. The SPRFIT coordinator shall:

- Share information and work closely with the SMHP and DAI Suicide Case Reviewers to ensure completeness and accuracy of reviews.
- Facilitate on-site reviews, including review of property, site and interview with staff members.
- Forward a written internal review to the SMHP and DAI assigned Suicide Case Reviewer no later than ten business days from the date of death.
- Provide support and coordinate review requests for the SMHP and DAI suicide case review process (reporting, gathering data, etc.).
- Coordinate the response to the suicide case review.

14. Maintain a High-Risk Management Program consistent with the Department's suicide prevention and risk evaluation policies and practices. It is intended to assist in identifying patients who may be at an increased risk for self-harm or death by suicide and to ensure mental health clinicians receive critical clinical information to adequately evaluate patients and provide additional interventions to address high-risk factors. The institution Suicide Prevention and Response LOP shall include a description of the High Risk Management Program that includes the following:

- Criteria for identifying high-risk patients.
- Procedures for monitoring high-risk patients.
- Procedures for distribution of the high-risk list, including to health care and custody staff.
- Procedures for managing patients who are high utilizers of higher levels of care.
- Additional clinical services provided to high-risk patients.
- Procedures for reviews of high-risk patients.
- Criteria and procedure for removal from the high-risk list.

15. Implement procedures to address potential risk for inmates who return from court after receiving verdicts or judgments or information concerning parole grants from the Board of Parole Hearings that could be distressing. The institution Suicide Prevention and Response LOP shall include procedures for:

- Identification of inmates who received "bad news."
- Screening and assessment of these inmates.
- Crisis intervention services to be provided, if needed.
- Clinical follow-up.

16. Provide inmates access to mental health services to obtain bereavement counseling and/or peer support to process grief and stress in the aftermath of a serious suicide attempt, or loss of a family member/significant other/peer. Services shall be available to

all inmates, regardless of participation in the Mental Health Services Delivery System (MHSDS). Services should be time-limited and focused on providing support to inmates who report experiencing grief over the loss. Services may include:

- Support groups.
- Individualized counseling.
- Enhanced clinician monitoring for elevated risk.
- Conjoint sessions with a chaplain.
- Placement into MHSDS or a higher level of care.

17. Ensure the SPRFIT coordinator attends the Inmate Advisory Council (IAC) and Inmate Family Council (IFC) meetings at least once every six months. The SPRFIT coordinator shall provide the IAC and the IFC with the following:

- Information on suicide prevention and Mental Health Program services and resources.
- Information regarding mental health referrals (inmate self-referral or family member referral).
- Information regarding warning signs for suicide.
- Suicide prevention pamphlets and posters for distribution.

18. Ensure suicide prevention related materials (e.g. pamphlets for inmates and families and posters) are disseminated on an ongoing basis.

19. Develop institution performance improvement plans when deficiencies or opportunities for improvement with regard to suicide prevention are identified. Performance improvement plans shall include specific action items, assigned responsible parties and due dates. Outcomes of performance improvement plans shall be monitored and tracked, and revisions made as needed.

<u>Local Operating Procedures</u>

Institutions shall revise their SPRFIT LOP to include the above requirements and responsibilities and ensure consistency with DHCS policies regarding suicide prevention and response by March 1, 2018. The institution's Suicide Prevention and Response LOP shall be updated at least annually and sent to the DHCS through the standard Quality Management process for review and approval.

If you have questions or require additional information related to this memorandum, you may contact the Mental Health Policy Unit by email: CDCR MHPolicyUnit@cdcr.

Any custody related questions should be directed to the Mental Health Compliance Team, Division of Adult Institutions by email: DAI-MHCompliance@cdcr.ca.gov.

Any health care questions should be directed to the SMHP SPRFIT via email:

CDCR MHProgramSuicidePreventionandResponse@cdcr.

Attachments

cc: Brittany Brizendine, Psy.D.
   Angela Ponciano
   Amy Eargle, Ph.D.
   Laura Ceballos, Ph.D.
   Michael Golding, M.D.
   Edward Kaftarian, M.D.
   Kevin Kuich, M.D.
   John Rekart, Ph.D.
   James Vess, Ph.D.
   Shama Chaiken, Ph.D.
   Travis Williams, Psy.D.
   Jennifer Johnson
   Kathleen Allison
   Kelly Mitchell
   Dawn Lorey
   Marcie Flores
   Regional Mental Health Administrators
   Regional Health Care Executives
   Associate Directors, Division of Adult Institutions
   Regional Nurse Executives

## Suicide Prevention and Response Focused Improvement Teams Membership

The institution SPRFT membership shall include:

- SPRFIT Coordinator (Chairperson) or designee[1]
- Chief Psychiatrist or designee[2]
- Chief Psychologist or designee[2]
- Supervising Registered Nurse
- Senior Psychiatric Technician or Psychiatric Technician (preferably from the Administrative Segregation Unit, [ASU], Short-Term Restricted Housing Unit or the ASU Enhanced Outpatient Program Hub, if the institution has one)
- Correctional Health Services Administrator or designee[3]
- Inpatient Coordinator or designee
- Associate Warden Health Care Access or designee[4]

Additional SPRFIT membership may be included as appropriate and in accordance with the institution needs and mission. SPRFIT membership may also include, but is not limited to, the following classifications:

- Chief of Mental Health [5]
- Senior Psychiatrist
- Senior Psychologist
- Staff Psychiatrist (assigned to Mental Health Crisis Bed)
- Staff Psychologist (assigned to Mental Health Crisis Bed)
- Standards and Compliance Coordinator
- Litigation Coordinator
- Associate Warden
- Facility Captain
- ASU Lieutenant/Sergeant
- Reception Center Lieutenant/Sergeant
- Classification and Parole Representative
- Administrative/Clerical Support
- PC 2602 Coordinator

---

[1] Must be a Senior Psychologist, Specialist except at institutions without a Senior Psychologist, Specialist position. Designee's classification shall not be lower than a Senior Psychologist, Specialist except at institutions without a Senior Psychologist, Specialist position.

[2] Senior Psychiatrist/Senior Psychologist attendance shall meet quorum requirement in institutions without Chief Psychiatrist/Chief Psychologist positions. Designees shall not be at a level below a Senior Psychiatrist, Specialist or a Senior Psychologist, Specialist except at institutions without those positions. Attendance by the Chief of Mental Health shall satisfy the requirement for the Chief Psychologist or Chief Psychiatrist attendance, depending on classification of the CMH at the institution.

[3] As applicable.

[4] Designee must be a classification no lower than a Captain.

[5] If the Chief Psychologist or Chief Psychiatrist in attendance is not the Chief of Mental Health, the Chief of Mental Health is an optional member.

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date  :   September 1, 2017

To    :   Associate Directors, Division of Adult Institutions
          Wardens
          Regional Health Care Executives
          Chief Executive Officers
          Chiefs of Mental Health

Subject:  **ADDENDUM - REVISION OF MENTAL HEALTH CRISIS BED DISCHARGE CUSTODY CHECKS POLICY**

The memorandum titled, "Revision of Mental Health Crisis Bed Discharge Custody Checks Policy," dated January 27, 2016, revised the Mental Health Services Delivery System (MHSDS) Program Guide, 2009 revision, and required 30-minute custody checks be conducted on inmate-patients discharged from a Mental Health Crisis Bed (MHCB) who were admitted for suicidal ideation, threats, or attempts.

Effective immediately, 30-minute custody checks shall be completed on all inmate-patients discharged from Alternative Housing when clinically indicated. This is consistent with the MHSDS Program Guide, 2009 revision, which authorizes custody checks on inmate-patients returned from Outpatient Housing Units (now identified as Alternative Housing).

If you have any custody-related questions, please contact Eric Hobbs, Captain, Mental Health Compliance Team, at (916) 324-7956 or Eric.Hobbs@cdcr.ca.gov. If you have any questions regarding mental health policies, please contact Robert Horon, Senior Psychologist, Specialist, Clinical Support, Division of Health Care Services, at (916) 691-6858 or Robert.Horon@cdcr.ca.gov.


KATHLEEN ALLISON
Director
Division of Adult Institutions


KATHERINE TEBROCK, Esq.
Deputy Director
Statewide Mental Health Program


JANE ROBINSON
Deputy Director (A)
Statewide Chief Nurse Executive (A)
Nursing Services Branch

Attachments

cc:  Jeff Macomber        Eric Hobbs          Michael Golding
     Connie Gipson        Laura Ceballos      Robert Horon
     Kelly Mitchell       Amy Eargle          Marcie Flores
     Dawn Lorey           Angela Ponciano     Mental Health Regional Administrators

State of California                                           Department of Corrections and Rehabilitation

# Memorandum

Date  :  January 27, 2016

To    :  Associate Directors, Division of Adult Institutions
         Wardens
         Regional Health Care Executives
         Chief Executive Officers
         Chiefs of Mental Health

Subject:  **REVISION OF MENTAL HEALTH CRISIS BED DISCHARGE CUSTODY
          CHECKS POLICY**

In an effort to improve the continuity of clinical care for inmate-patients (IPs) discharged from a Mental Health Crisis Bed (MHCB), several revisions to the MHCB discharge process as outlined in the Mental Health Services Delivery System (MHSDS) Program Guide (2009 Revision) are being implemented. The following are staff responsibilities regarding IPs who have been discharged from a MHCB to a general population housing or segregated housing unit:

### IP MHCB DISCHARGE TO GENERAL POPULATION HOUSING UNITS

Upon the discharge of an IP admitted to the MHCB for suicidality, the MHCB discharging clinician shall initiate the newly created California Department of Corrections and Rehabilitation (CDCR) MH-7497, *Mental Health Crisis Bed (MHCB) Discharge Custody Check Sheet* prior to physical discharge. The discharging clinician shall ensure the form is provided to transporting/escorting staff who will deliver the form to the receiving institution's Central Control staff. Central Control staff at the receiving institution shall document the IP's new housing information on the form and ensure the form is sent with the IP to the housing unit.

Once the IP has physically arrived at the receiving housing unit, staff shall conduct a personal observation within the housing unit on the IP every 30 minutes during the initial 24 hours of placement. Housing unit staff shall document all custody checks on the MHCB Discharge Custody Check Sheet using the observations legend listed on the CDCR MH-7497. When IPs are released from the housing unit to participate in programs outside of the housing unit, staff shall note the IP is "Out to Program" on the MHCB Discharge Custody Check Sheet until his/her return to the housing unit. Housing unit staff is not required to have the IP return to the housing unit to conduct the MHCB discharge custody checks. When an IP returns to the housing unit from program activities, housing unit staff shall note the arrival time on the MHCB Discharge Custody Check Sheet, and continue the MHCB discharge custody checks as directed above.

Associate Directors, Division of Adult Institutions
Wardens
Regional Health Care Executives
Chief Executive Officers
Chiefs of Mental Health
Page 2

Upon completion of the initial 24 hours after arriving to the unit, a mental health clinician shall report to the IP's housing unit, discuss the IP's observed behavior with custody staff, and conduct a confidential clinical evaluation with the IP. The evaluation will determine whether to continue or discontinue the MHCB discharge custody checks or refer the IP for admission back to an MHCB based upon suicide risk. The mental health clinician shall document this decision on the MHCB Discharge Custody Check Sheet. Should the checks be continued, a mental health clinician is required to reevaluate the IP every 24 hours until checks are discontinued. The custody checks shall not be extended beyond 72 hours after discharge from a MHCB. If an IP requires checks beyond 72 hours, the IP shall be readmitted to the MHCB. Institutions shall retain all original MHCB Discharge Custody Check Sheets for a minimum of three years at the institution, and additional four years in departmental records retention.

<u>Weekends and Holidays</u>

When MHCB discharge custody checks end on a weekend or holiday, a designated mental health clinician shall conduct the evaluation when available. If a mental health clinician is unavailable, the evaluation may be conducted by a psychiatric technician. The psychiatric technician will see the patient and contact the on call use of force mental health clinician for a decision regarding continuation of checks. The on call provider shall determine if MHCB discharge custody checks may be discontinued and is responsible for documenting the basis of this decision on a progress note. The psychiatric technician shall document the continuation or discontinuation of checks on the MHCB Discharge Custody Check Sheet, noting the date, time, and name of on call provider consulted.

## IP MHCB DISCHARGE TO SEGREGATED HOUSING UNITS

On May 9, 2014, the California Department Corrections and Rehabilitation implemented the Security/Welfare Check Procedure in all Administrative Segregation, Condemned, Psychiatric Services, and Security Housing Units. This procedure directs staff to conduct a security/welfare check at staggered intervals on all inmates assigned to segregated housing units twice an hour (not to exceed 35 minutes between checks) during their entire length of stay. The implementation of the Security/Welfare Check Procedure has rendered the MHCB discharge custody checks redundant when the IP is discharged to a segregated housing unit.

With this revision to the MHCB discharge policy, segregated housing units that have implemented the Security/Welfare Check Procedure shall no longer conduct MHCB discharge custody checks of IPs solely due to discharge from an MHCB.

Associate Directors, Division of Adult Institutions
Wardens
Regional Health Care Executives
Chief Executive Officers
Chiefs of Mental Health
Page 3

The Security/Welfare Check by definition ensures custody staff is accounting for IPs at established intervals. However, this revision does not apply to Segregated Housing Units that do not conduct Security/Welfare Checks on all three watches. Housing units meeting these criteria shall be required to log the MHCB discharge custody checks as indicated above during times when the security/welfare checks are not required per existing policy.

Please ensure all impacted Post Orders and local operating procedures (LOP) are immediately updated to reflect these changes. The revision(s) may be included as a supplement to be included in the next scheduled revision of the impacted document. Additionally, each institution shall provide verification of completion to your institution's LOP via memorandum to your respective Mission Associate Director and a copy to Eric Hobbs, Correctional Lieutenant, Division of Adult Institutions, Mental Health Compliance Team within 30 calendar days from issuance of this memorandum.

If you have any custody related questions regarding this directive, please contact Lieutenant Hobbs at (916) 322-1725.


KELLY HARRINGTON
Director
Division of Adult Institutions

KATHERINE TEBROCK
Deputy Director
Statewide Mental Health Program


CHERYL SCHUTT, RN, BSN
Statewide Chief Nurse Executive
Nursing Services
California Correctional Health Care Services

Attachments

cc: Kathleen Allison        Laura Ceballos
    Ralph M. Diaz          Amy Eargle
    Eric Hobbs             Marcie Flores

STATE OF CALIFORNIA

**Mental Health Crisis Bed (MHCB)**
**Discharge Custody Check Sheet**
CDCR MH-7497 (01/16)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Form: Page 1 of 2
Instructions: Page 3 and 4

| I. Discharging Information |
|---|

| Inmate Name: | CDCR #: | Date of Discharge from MHCB: |
|---|---|---|
| Discharging LOC: | MHCB Discharging Institution: | |
| MHCB Discharging Clinician: | | |

| II. Receiving Institution Information |
|---|

| Receiving Institution: | Assigned Housing Unit: |
|---|---|
| Date/Time of Arrival to Housing Unit: | |

| III. Clinical Evaluation |
|---|

*When MHCB discharge custody checks end on a weekend or holiday, a designated mental health clinician shall conduct the evaluation when available. If a mental health clinician is unavailable, the evaluation may be conducted by a psychiatric technician. The psychiatric technician will see the patient and contact the on call use of force mental health clinician for a decision regarding continuation of checks. The on call provider shall determine if the MHCB discharge custody checks may be discontinued and is responsible for documenting the basis of this decision on a progress note.

**Day 1 (Initial 24 Hours after Discharge from MHCB)**

Mental Health Clinician:                                    Date/Time of Evaluation:

Weekend/Holiday:

Psychiatric Technician:                                     Date/Time of Evaluation:

Consulting MH Clinician:                                    Date/Time of Consult:

☐ Discontinue Custody Checks

☐ Continue Custody Checks

☐ Refer to MHCB          Date and Time of Referral:

**Day 2**

Mental Health Clinician:                                    Date/Time of Evaluation:

Weekend/Holiday:

Psychiatric Technician:                                     Date/Time of Evaluation:

Consulting MH Clinician:                                    Date/Time of Consult:

☐ Discontinue Custody Checks

☐ Continue Custody Checks

☐ Refer to MHCB          Date and Time of Referral:

**Day 3**

Mental Health Clinician:                                    Date/Time of Evaluation:

Weekend/Holiday:

Psychiatric Technician:                                     Date/Time of Evaluation:

Consulting MH Clinician:                                    Date/Time of Consult:

☐ Discontinue Custody Checks

☐ Refer to MHCB          Date and Time of Referral:

**DISTRIBUTION - Copies: Health Records, Health Care Access Unit Captain**
**SCANNING LOCATION - Outpatient; MHNt/TxPln - Progress Note**

STATE OF CALIFORNIA                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION
**Mental Health Crisis Bed (MHCB)**                                    Form: Page 2 of 2
**Discharge Custody Check Sheet**                            Instructions: Page 3 and 4
CDCR MH-7497 (01/16)

| IV. Custody Checks |
|---|

Inmate Name:                          CDCR #:                    Assigned Housing Unit:

**Observation Legend:**

| | | |
|---|---|---|
| 1 - Arrival to Unit | 5 - In Cell - Talking to Cell Mate | 9 - Out to Program |
| 2 - In Cell-Sleeping/Laying Down | 6 - In Cell-Eating | 10 - Return from Program |
| 3 - In Cell Misc. | 7 - Day Room-Activities | 11 - Supervisor Review of MHCB Custody Discharge Checks |
| 4 - In Cell-Watching TV/Reading | 8 - Showering | 12 - Emergency |

| Date | Time | Observation | Print Name | Comments |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**DISTRIBUTION** - Copies: Health Records, Health Care Access Unit Captain
**SCANNING LOCATION** - Outpatient; MHNt/TxPln - Progress Note

STATE OF CALIFORNIA
**MENTAL HEALTH CRISIS BED (MHCB)**
**DISCHARGE CUSTODY CHECK SHEET**
CDCR MH-7497 (01/16)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### Instructions

**Purpose of Form:** The CDCR MH-7497 (8/15), Mental Health Crisis Bed (MHCB) Discharge Custody Check is used for patients who were admitted to a MHCB for suicidality and have subsequently been discharged. It is used to document the following:

1. All custody checks are being conducted at least every 30 minutes, ensuring the patient is not engaging in any self-injurious behavior.
2. Clinical evaluations should determine if the patient requires continued 30 minute checks or if custody checks can be discontinued. If it is determined the patient cannot be safely removed from custody checks 72 hours after being discharged, he/she will be referred back to MHCB.

**I. Discharging Information**
This section is to be completed by a mental health clinician.

1. Enter the patient's name
2. Enter the patient's CDCR number.
3. Enter the date of discharge from MHCB.
4. Enter the patients discharging level of care using the dropdown box.
5. Enter the institution from which the patient is being discharged.
6. Enter the name of the discharging clinician.

**II. Receiving Institution Information**

1. Receiving Institution Section: The discharging clinician shall enter the institution location to which the patient is being discharged.
   a) Once the receiving institution section is complete and the name of the receiving institution is entered, MHCB staff shall print the CDCR MH-7497 Mental Health Crisis Bed (MHCB) Discharge Custody Check Sheet and provide to transporting/escorting custody staff. The CDCR MH-7497 Mental Health Crisis Bed (MHCB) Discharge Custody Check Sheet shall accompany the patient to the receiving institution and housing unit.
   b) Transporting/escorting staff shall provide the form to Central Control at the receiving institution wherein the assigned housing portion shall be completed by Central Control staff.
   c) Assigned Housing Unit: Central Control staff at the receiving institution shall write the patient's housing unit and cell number.
   d) Upon the patient's arrival into the unit, housing unit staff will write in the date and time.

**III. Clinical Evaluation**
This section is to be completed by Mental Health Clinician or Psychiatric Technician.

1. On each day, check the relevant box that establishes if checks shall be discontinued, continued, or if the patient shall be referred to the MHCB.
2. Date, time, and sign in the section for each day.
3. Document clinical information regarding the patient encounter on the CDCR MH-7230-B, Interdisciplinary Progress Note - Five Day Follow-Up form. Supplemental information may be documented on a mental health progress note.
4. On day 3, if the clinician believes ongoing custody checks are required, the "refer to MHCB" box shall be checked and the patient referred to MHCB.

**IV. Custody Checks**
To be completed by custody staff conducting checks. One entry per check is required.

1. Enter the patient's name
2. Enter the patient's CDCR #
3. Enter the patient's assigned housing unit
4. Date: Write date of each check conducted
5. Time: Write the time the check was conducted and do not write times in advance.
6. Observation: Write the number(s) from the legend best describing the behavior or activity that was observed during the check.

STATE OF CALIFORNIA
**MENTAL HEALTH CRISIS BED (MHCB)**
**DISCHARGE CUSTODY CHECK SHEET**
CDCR MH-7497 (01/16)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

7.  Print Name: Once the Information is written in, the staff member conducting the custody check shall print his/her name legibly.

8.  Comments: Complete this section to provide any additional Information that needs to be communicated to the mental health clinician or psychiatric technician. If based on what staff observes during the custody check, he/she believes the patient is a danger to self or others or is exhibiting unusual and/or bizarre behavior, custody staff shall immediately contact Mental Health Services and submit a CDCR 128-MH5 Mental Health Referral Chrono. This section shall be utilized to document the date and time the patient was referred to Mental Health Services. In the event an emergency occurs within or outside of the housing unit requiring custody staff to respond that prevents them from conducting the custody check, the date, time and nature of the emergency shall be documented in the comment section at the bottom of page two. In the event this occurs, custody staff shall resume the custody checks as soon as possible.

## V.  Additional Information

1.  When custody supervisors are conducting reviews of the form during tours of the unit, the custody supervisor shall fill in the date and time, and note the appropriate observation code. Once the information is filled in, the custody supervisor reviewing the form shall print and sign his/her name legibly.
2.  If at any time custody staff discovers the patient has not been evaluated by Mental Health Services within established timeframes, staff shall notify their custody supervisor, who will contact Mental Health Services.
3.  If the patients housing assignment changes, print the new housing unit information on page two of the form.
4.  When all the custody check information on page two has been filled in, initiate an additional page two of the form, print the patient's current information and continue documenting the custody checks. All additional pages printed to document the custody checks shall be kept together with page one of the form.



| | DEPARTMENT OF CORRECTIONS AND REHABILITATION | Number: |
|---|---|---|
| | | 16-02 |
| | INFORMATIONAL BULLETIN | Date Issued: |
| | SUBJECT: ANNOUNCING THE RELEASE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION FORM; CDCR MH-7497 (01/16), MENTAL HEALTH CRISIS BED (MHCB) DISCHARGE CUSTODY CHECK SHEET. | 1/26/16 |

The purpose of this Informational Bulletin (IB) is to announce the release of a California Department of Corrections and Rehabilitation (CDCR) form CDCR MH-7497 (01/16), Mental Health Crisis Bed (MHCB) Discharge Custody Check Sheet, by the Division of Health Care Services (DHCS) Mental Health Program. The form shall be used as directed, by DHCS staff to document the various requirements of the program.

Effective immediately, the form is available electronically in "fill and print" version accessible via the CDCR intranet at: http://intranet/Pro/dhcs/mentalhealth/Pages/New-QMforms.aspx  If intranet access is not available, the form can be ordered in print from California Prison Industry Authority (CALPIA), on Form CDCR 1853 (Rev. 07/07) Reproduction Order.

<u>New Form</u>

- **CDCR MH-7497 (01/16), Mental Health Crisis Bed (MHCB) Discharge Custody Check Sheet.** A four pages, single-sided form, on  8½"X11" white bond paper, with instructions at the back of the form, in sets of 167.

Please inform all persons concerned as to the contents of this IB and direct any inquiries to Christina Gritsch, Staff Services Analyst, Policy Support, Statewide Mental Health Program, Division of Health Care Services, at 916-691-0311 or via e-mail at Christina.Gritsch@cdcr.ca.gov.

*Original signed by:*

TIMOTHY M. LOCKWOOD, Chief
Regulation and Policy Management Branch
Division of Administrative Services