Rob A. Bonta, State Bar No. 202668
Attorney General of California
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Christian Georgely, State Bar No. 322952
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Lawrence M. Cirelli, SBN 114710
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias-Gonzalez, SBN 321994
Samantha M. Bacon, SBN 351561
 425 Market Street, 26th Floor
 San Francisco, CA 94105
 Telephone (415) 777-3200
 Fax: (925) 746-8490
 E-mail: SWolff@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-SCR<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING THE 2009 STAFFING PLAN**<br><br>Judge: The Hon. Kimberly J. Mueller |

The California Department of Corrections and Rehabilitation (CDCR) filed its mental health staffing plan on September 30, 2009. (ECF No. 3693.) The Court has approved several modifications to the 2009 Staffing Plan. On August 27, 2024, the Court approved the parties' stipulation to modify the Program Guide to approve the use of Marriage and Family Therapists (MFTs) and Professional Clinical Counselors (PCCs) as set forth in the memorandum titled *Use of Marriage and Family Therapists and Professional Clinical Counselors in the Provision of Mental Health* Services. (ECF No. 8376.) On September 27, 2024, following the Court's

[4632256.2]                                    1

Stip. Request and [Prop.] Order Modifying the 2009 Staffing Plan (2:90-cv-00520 KJM-DB (PC))

approval of the use of MFTs and PCCs, CDCR submitted to the Special Master and Plaintiffs proposed revisions to the 2009 Staffing Plan to reflect the use of the new classifications and CDCR's current staffing, and to update the list of mental health civil servant classifications.

The parties met and conferred, with input from the Special Master, between October 2024 and February 2025, and have agreed to the revisions set forth in the *Agreed Upon Revisions to the 2009 Staffing Plan and Associated Staffing Orders* attached as Exhibit A.  Specifically, the parties agree that the 2009 Staffing Plan should be modified to (1) allow MFTs and PCCs to fill certain positions required by the Staffing Plan, consistent with the August 27, 2024 order (ECF No. 8376); (2) apply the ten percent maximum vacancy rate to all Telepresenters and not only to Medical Assistants; and (3) replace the 2009 classification of Correctional Health Services Administrator II with either a Health Program Specialist II (HPS II), a Staff Services Manager II (SSM II), or a Health Program Manager II (HPM II) position.

The parties now jointly request that the Court enter an order that modifies the 2009 Staffing Plan and related orders as reflected in the *Agreed Upon Revisions to the 2009 Staffing Plan and Associated Staffing Orders* (Exhibit A).

The Special Master takes no position on the parties' stipulation or the *Agreed Upon Revisions to the 2009 Staffing Plan and Associated Staffing Orders*.

**IT IS SO STIPULATED**.

[4632256.2]

2

Stip. Request and [Prop.] Order Modifying the 2009 Staffing Plan (2:90-cv-00520 KJM-DB (PC))

| | |
|---|---|
| Dated: February 7, 2025 | ROB A. BONTA<br>ATTORNEY GENERAL OF CALIFORNIA<br>DAMON MCCLAIN<br>SUPERVISING DEPUTY ATTORNEY GENERAL |
| | **/s/ *Elise Owens Thorn*** <br>ELISE OWENS THORN<br>DEPUTY ATTORNEY GENERAL<br>*Attorneys for Defendants* |
| Dated: February 7, 2025 | HANSON BRIDGETT LLP |
| | **/s/ *Samantha D. Wolff*** <br>PAUL MELLO<br>SAMANTHA D. WOLFF<br>*Attorneys for Defendants* |
| Dated: February 7, 2025 | ROSEN BIEN GALVAN & GRUNFELD LLP |
| | **/s/*Alexexander Gourse*** <br>ALEXANDER GOURSE<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

DATED:

                              **SENIOR UNITED STATES DISTRICT JUDGE**

[4632256.2]  3

Stip. Request and [Prop.] Order Modifying the 2009 Staffing Plan (2:90-cv-00520 KJM-DB (PC))

# Exhibit A

Agreed Upon Revisions to the 2009 Staffing Plan and Associated Staffing Orders

The parties agree to the following revisions to the 2009 Staffing Plan and other staffing orders.

1. Use of MFTs and PCCs

Under the agreed upon policy, Marriage and Family Therapists (MFTs) and Professional Clinical Counselors (PCCs) are eligible to perform the duties of Mental Health Primary Clinician (MHPCs) in the Correctional Clinical Case Management System (CCCMS), Enhanced Outpatient Program (EOP), and Mental Health Crisis Bed (MHCB) levels of care.[1] Additionally, the 2009 Staffing Plan sets forth staffing ratios for primary clinicians at the CCCMS and EOP levels of care.[2] (See ECF No. 3693 at 12, 13, 14, 15, 17, 19, 25 and 26.) Exhibits to the 2009 Staffing Plan set classification specific ratios (e.g. social worker or psychologist) for MHPCs. For instance, while the ratio for a general population CCCMS program is 1:97, the exhibits set out separate ratios for social workers and psychologists of 1:194 each. (ECF No. 3693-2 at 25.)

The parties agree to revise the 2009 Staffing Plan to eliminate the classification specific ratios for MHPCs from the Staffing Plan exhibits. (*See* ECF No. 3693-2 at 25, 29, 31, 33, 35, 37, 39, 41, 48 and 52.) These revisions to the 2009 Staffing Plan are consistent with the Program Guide and the recently agreed upon policy that allows the various classifications to be used interchangeably as MHPCs.

These revisions will not impact the supervisory allocations and will not revise the following psychologist or social worker specific allocations within the body of the 2009 Staffing Plan: the allocations for crisis intervention, Mental Health Crisis Beds, Reception Center (RC) intake and screening, pre-release planning, indecent exposure, and rules violation report evaluations. (*See* ECF No. 3693 at 13, 22, 25, 26, and 27.) Psychiatrists who act as MHPCs will only be counted towards one fill rate, not both, and each individual session can be credited to MHPC requirements or MHMD requirements but not both.

2. Shift the Maximum Vacancy Rate Requirement from Medical Assistants (MAs) to Telepresenters

On April 11, 2023, the Court applied a ten percent maximum vacancy rate to the MA positions. (ECF No. 7806.) MAs assigned to the Statewide Mental Health Program are now dedicated to serving as telepresenters. While MAs are the preferred classification for telepresenters, both the court-approved Telepsychiatry policy and CDCR's Telemental Health policy allow other classifications to act as telepresenters.[3] (ECF No. 7826-1 at 8; ECF No. 8165-2 at 72.)

The parties agree to apply the court's ten percent maximum vacancy rate to all telepresenters, instead of MA positions only. The fill rate will be measured by counting all classifications that act as telepresenters, not only the MA classification. Only staff hired as full-time telepresenters and assigned to the Mental Health Services Delivery System program will be counted in the telepresenter fill rate. MHPCs,

---

[1] The Court approved the parties' stipulation to modify the Program Guide to allow for the use of MFTs and PCCs on August 27, 2024. (ECF No. 8376.)

[2] CCCMS-General Population- Primary Clinician 1:97 *(*ECF No. 3693 at 12); CCCMS-RC Treatment- Primary Clinician 1:80 (*Id*. at 13); CCCMS-ASU and Condemned Unit- Primary Clinician 1:25 (*Id*. at 14); CCCMS-SHU- Primary Clinician 1:50 (*Id*. at 15); EOP-GP- Primary Clinician 1:26 (*Id*. at 17); EOP-RC- Primary Clinician 1:18 (*Id*. at 19); EOP-ASU and Condemned Unit- Primary Clinician 1:11 (*Id*.); Desert Institutions- Primary Clinician 3.0 per institution (*Id*. at 25); and Non-MHSDS ASU- Primary Clinician 1:256 (*Id*. at 26.)

[3] The Special Master's proposed Telemental Health policy and CDCR's current policy are aligned regarding what classifications can appropriately fill the role of a telepresenter. (*See* ECF No. 8165-1 at 20.)

psychiatrists, recreational therapists, and other mental health clinical positions that occasionally act as telepresenters would not be counted in the telepresenter fill rate.

3. Conversion of the Correctional Health Services Administrator II (CHSA II) to A More Appropriate Classification

The 2009 Staffing Plan requires the allocation of CHSA IIs to "manage the program budget, quality management data and analysis, audits, record keeping and management, legislated response, and responsiveness to the Court and Administration." (ECF No. 3693 at 32.) To align the classification with enumerated job duties in the 2009 Staffing Plan and current practices, the parties agree to replace the CHSA II positions with either an HPS II, SSM II, or HPM II position.