UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | No. 2:90-cv-0520 KJM SCR P<br><br><br><br>ORDER |

The technical advisor appointed by the court on August 27, 2024, ECF No. 8377, has submitted his invoice for services rendered in January 2025. A copy of the invoice is attached.

In accordance with the August 27, 2024 order and good cause appearing, IT IS HEREBY ORDERED that defendants shall forthwith pay to

> Leading Resources Inc.
> Attn: Eric Douglas
> 1930 N Street
> Sacramento, CA 95811

the amount of $5,250.00 as payment of the statement attached to this order.

Dated: February 10, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

/cole25.jantechadv

# LRI Leading Resources INCORPORATED

1930 N Street
Sacramento, CA 95811

**TEL** 916-325-1190
**FAX** 916-325-1195

www.leadingresources.com

| BILL TO | | DATE | INVOICE NO. |
|---|---|---|---|
| United States District Court for the Eastern Disctrict of California | | 2/4/2025 | 4288 |

| P.O./CONTRACT # | TERMS |
|---|---|
| 24021 | |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| | Eric Douglas | | | |
| 1/2/2025 | Discuss options for receivership with Judge Mueller and plan next steps; read and respond to email. | 2 | 375.00 | 750.00 |
| 1/5/2025 | Review meeting notes and update Judge Mueller on recent activity. | 1 | 375.00 | 375.00 |
| 1/8/2025 | Discuss additional candidates and provide update to Judge Mueller. | 1 | 375.00 | 375.00 |
| 1/13/2025 | Discuss list of candidates with Judge Mueller. Review background materials. Develop screening questions and send to Judge Mueller. | 2 | 375.00 | 750.00 |
| 1/14/2025 | Review email updates; refine screening questions; create interview notes template. Interview three receiver candidates. Update Judge Mueller. | 4 | 375.00 | 1,500.00 |
| 1/28/2025 | Review list of additional candidates. Place calls and send emails. Talk to one candidate. Exchange emails with another candidate. | 2 | 375.00 | 750.00 |
| 1/31/2025 | Review notes, contact candidates, arrange meeting time, conduct interview and take notes. Confer with Judge Muelller. | 2 | 375.00 | 750.00 |
| | Subtotal | | | 5,250.00 |

| | |
|---|---|
| **Invoice Total** | $5,250.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,250.00 |