| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>CHRISTIAN M. GEORGELY, State Bar No. 322952<br>Deputy Attorneys General<br> 1300 I Street, Suite 125<br> P.O. Box 944255<br> Sacramento, CA 94244-2550<br> Telephone: (916) 210-7318<br> Fax: (916) 324-5205<br> E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>LAWRENCE M. CIRELLI, SBN 114710<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>KAYLEN KADOTANI, SBN 294114<br>DAVID CASARRUBIAS-GONZÁLEZ, SBN 321994<br>MOLLIE H. LEVY, SBN 333744<br>SAMANTHA M. BACON, SBN 351561<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone:   415-777-3200<br>Pmello@hansonbridgett.com<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.<br><br>       Defendants. | Case No. 2:90-CV-00520- KJM-SCR<br><br>**DEFENDANTS' NOTICE OF LODGING CORRESPONDENCE TO SPECIAL MASTER**<br><br>Judge:   Hon. Kimberly J. Mueller |

The Court's November 25, 2024 order directed Defendants to lodge on the docket "any response to the Special Master's request for documents that questions or expresses reservations concerning the Special Master's request." (ECF No. 8474 at 2.) The order further states that Defendants must "err on the side of caution and alert the court to any communication that will result in a delay in complying with the Special Master's requests." (*Id.*)

On February 10, 2025, Defendants sent the Special Master the email correspondence attached as Exhibit A to this notice. The correspondence notifies the Special Master of a delay in the production of data for two of the round 31 document requests, the reason for the delay, and a

commitment to produce the requested documents and data for both completed and upcoming tours.

DATED: February 11, 2025

ROB BONTA
Attorney General of California

By: ***/s/ Elise Owens Thorn***
DAMON MCCLAIN
Supervising Deputy Attorney General
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED: February 11, 2025

HANSON BRIDGETT LLP

By: ***/s/ Paul B. Mello***
LAWRENCE M. CIRELLI
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

# Exhibit A

**Elise Thorn**

| | |
|---|---|
| **From:** | Thind, Sundeep@CDCR <Sundeep.Thind@cdcr.ca.gov> |
| **Sent:** | Monday, February 10, 2025 5:31 PM |
| **To:** | Walsh Kerry F.; Patricia.Williams |
| **Cc:** | Weber, Nicholas@CDCR; Matty Lopes (mlopes@pldolaw.com) |
| **Subject:** | Coleman- Anticipated delays in producing data responding to three requests in 31st round document request |

Good evening Kerry and Tricia,

I write to inform you that CDCR anticipates a delay in the production of data for three of the round 31 document requests.

When CDCR received the round 31 document request, it interpreted request 15 under Tab T as seeking how claims/grievances patients filed on CDCR form 602-1 for staff misconduct against CDCR custody staff. With that interpretation, CDCR provided responsive data from the Offender Grievance Tracking (OGT) system within SOMS. While on site at CMF during the week of January 28, your team requested clarification on how many staff misconduct claims were filed against custody versus mental health staff, and informed CDCR that the Office of Appeals' decision information was missing from the production. Although CDCR has already produced the number of staff misconduct claims filed against custody staff, the productions for the Special Master's monitoring tours at SVSP, RJD, CMF, CHCF, and SOL did not include comparable information for mental health staff. However, we received the data for SVSP, RJD, and CMF today and will share with your team under separate cover. This information is not readily available to CDCR as it is tracked and retained by CCHCS. We will continue working with our CCHCS partners to provide the Special Master with responsive information for how many Health Care 602 forms were filed against mental health staff for CHCF, SOL, MCSP, CTF, and possibly some of the tours in early March (i.e. CIW and COR) as expediently as possible. Please note that there may be a slight delay of a few days to a week in procuring and producing this information.

Relatedly, please note that CCHCS's Health Care grievances are not part of CDCR's grievances and appeals process, so they do not go to the Office of Appeals (OOA) and therefore no corresponding OOA decisions exist. Additionally, when claims alleging staff misconduct are filed through CDCR's grievances and appeals process against custody staff, they are removed from the OGT system within SOMS and they are redirected to the Centralized Screening Team (CST), who subsequently forwards them to the Office of Internal Affairs for an inquiry or an investigation. They do not follow the same trajectory as non-staff misconduct related grievances, which are investigated by the institutional Office of Grievances, and could subsequently be appealed with the Office of Appeals. Thus, to clarify, for claims alleging staff misconduct against custody staff, the column titled "OOA decision" will generally be blank except for instances where such staff misconduct claims have been erroneously sent to OOA and subsequently rejected.

I also raise an issue in the production of the Inmates in ASU report produced to your team in response to request numbers 1, 2, 3(a) through 3(f), 4(b), and 4(c), within Tab G. We have discovered that the code change from ASU/PSU to RHU in June 2024 impacted this SOMS report by not capturing all patients in the RHU hubs. While CDCR has alternative ways of tracking this information, it is not readily available in the form of a single report. The data provided to the Special Master's team for tours at institutions with RHUs may not be complete and CDCR is working to provide data from remediated reports and audits to replace the data that was previously produced. CDCR anticipates that it will take a couple of weeks to replace the previously provided data for SVSP, RJD and CMF. However, CDCR has already uploaded responsive data for the SOL tour which

commences tomorrow in the respective shared folder on SharePoint Online. Our headquarters mental health staff shared remaining data for Tab G, request numbers 1, 2, 3(a) through 3(f) with your team in a separate cover email sent today at 4:38pm PST.

CDCR remains dedicated to ensuring that your team is provided with accurate, thorough, and responsive information. Let us know if you wish to discuss further.

Thank you,

*Sundeep Thind*
Attorney III
Office of Legal Affairs, CDCR
Work Cell: (916) 215-4043
Email:  Sundeep.Thind@cdcr.ca.gov

*Pronouns – She, her, hers*

**CONFIDENTIALITY NOTICE**: This communication with its contents may contain confidential and/or legally privileged information including, but not limited to, the attorney/client privilege and/or the attorney work product doctrine. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.