# EXHIBIT A

| | | |
|---|---|---|
| **VOLUME 12:** MENTAL HEALTH | Effective Date: | |
| **CHAPTER 1:** ACCESS TO CARE | Revision Date(s): | |
| | Supersedes: | |
| **12.01.901** TELEMENTAL HEALTH | Attachments: | Yes   No ☒ |
| | Director Approval: | |

**Purpose**     This policy ensures services provided by the Telemental Health Program comply with the California Department of Correction and Rehabilitation (CDCR) Mental Health Services Delivery System (MHSDS) Program Guidelines. Telemental health providers shall conduct care consistent with CDCR rules, regulations, policies, and Local Operating Procedures (LOP) of the institution(s) to which they provide services. This policy is intended to reflect best practices in a correctional setting (not the constitutional minimum) and will be updated periodically to incorporate insights and lessons learned from experience, and to maintain consistency with evolving best practices and new advancements in care recommendations.

**Policy**     Telemental health enables mental health providers, including psychiatrists, psychologists, clinical social workers (CSW), marriage and family therapists (MFTs), and professional clinical counselors (PCCs), to provide real-time evaluations and treatment to patients by utilizing videoconferencing to facilitate live communication between the telemental health provider, the patient, and the patient's treatment team. Telemental health is designed to facilitate improved patient outcomes and thereby reduce the need for hospitalization and emergency services. Telemental health is a safe and efficient vehicle to increase access to care for CDCR patients.

Telemental health provides mental health services to the Correctional Clinical Case Management System (CCCMS) and Enhanced Outpatient (EOP) levels of care and may, under specified circumstances outlined in this policy and procedure, be utilized for higher levels of mental health care. On-site mental health providers shall remain the preferred method of care for the Mental Health Crisis Bed (MHCB) and Psychiatric Inpatient Program (PIP) programs. Good-faith efforts shall be made to recruit and retain on-site providers to provide services at the MHCB and PIP levels of care, and to ensure there are enough on-site staff to deliver care according to the requirements outlined below. ==Statewide allocations for telemental health providers shall not exceed 50% of the total non-PIP allocations for psychiatry and 50% of total non-PIP allocations for mental health primary clinician classifications (psychologist, CSW, MFT, and PCC). PIP mental health treatment is expected to be provided on-site consistent with this policy.==

Telemental health providers will work in the State of California, be supervised by civil service telemental health supervisors and will be assigned to caseloads at the institution(s) they serve. Telemental health will attempt to make assignments in a way that protects and values continuity of care, however, caseload assignments may be changed based on institutional and program need. As appropriate, some telemental health providers may be split between half-time allocations or may not be assigned to caseloads and may instead provide comprehensive after-hours coverage, focused services such as assisting the Crisis Intervention Team (CIT), or short-term coverage during times when the assigned on-site provider or telemental health provider is unavailable to provide treatment to their assigned caseload.

**Equipment**

Telemental health providers shall work in CDCR hubs or in home offices located in the State of California that meet the following requirements.

The telemental health provider shall be given the following equipment and resources:
- Computer, monitor, speaker, microphone, camera, and state cell phone.
- Computer access to all resources, or equivalent resources utilized by their on-site
    - counterparts, including the Electronic Health Records System.
- Internet access of sufficient speed and stability to allow a videoconference where the patient and telemental health provider can be seen and heard clearly. Telemental health providers working from home must provide the same standard of internet access.

Telemental health providers working from home must provide a confidential space with their own office furniture. Telemental health providers will also have access to office space at a CDCR-operated hub should they prefer or need to work from the hub. Each hub office will be a single, enclosed, and confidential space with a door, desk, and chair, as well as a full technological set-up. This office space will be sound-proofed, where possible.

Telemental health providers must onboard and begin their clinical assignments while working from the CDCR-operated hub. Prior to transitioning to work from home, telemental health providers must demonstrate appropriate use of the technology and workflow, adequate integration with their on-site team(s), and reliability and responsivity while working in the hub. Only once the telemental health supervisors, with input from local on-site supervisors, are fully satisfied with both the provider's performance while working in the hub and ability to function effectively from home will the transition be allowed.

Work from home is allowed only for civil service telemental health providers. It is not an available assignment for registry telemental health providers, who must work from a CDCR hub.

**Physical Environment**

The patient's interview room and environment shall allow for both the telemental health provider and the patient to be seen and heard clearly by each other. The patient's and telemental health provider's cameras shall be positioned to allow their faces to be clearly visible to each other. The telemental health provider shall also be able to clearly see the patient's body to assess for any signs of movement that may be clinically relevant. When indicated, the telemental health provider can request assistance from the telepresenter, who shall receive appropriate training on how to assess for such physical signs. The telemental health leadership and the institution receiving

services shall ensure others are not able to enter the telemental health provider's or patient's rooms accidently or overhear conversations from inside or outside the rooms.

Seating and lighting should be adjusted to provide the clearest video and audio transmission, as well as to ensure the safety of the participants. Rooms for the telemental health provider and the patient shall be appropriately sound-proofed, when possible, or alternative mechanisms shall be utilized (for example, sound-cancelling devices) to ensure privacy. When possible, the telepresenter should be seated closest to the door.

**Professional and Patient Identity and Informed Consent**

At the beginning of an initial appointment with a patient, the telemental health provider shall introduce themself and verify the patient's identity verbally and/or by having the patient show their CDCR-issued photo identification card on the video screen. At the beginning of the patient's first telemental health contact, the telemental health provider shall obtain informed consent for the method of treatment by, at a minimum, explaining the treatment modality and addressing potential concerns, including a description of the role of the telepresenter, and a plan for what staff and the patient will do in response to interruption in services.

**Participation in Interdisciplinary Treatment Teams, Meetings, and H**

Telemental health providers must participate in the receiving institut Treatment Team (IDTT) meetings as required by their assigned clinica IDTT meetings, telemental health providers shall participate to the sa providers in all meetings and huddles relevant to the clinical care of th To facilitate their participation in IDTT and huddles, such meetings and a telemental health provider shall be held in a location with videoconfer allow for the telemental health provider's full participation when the reviewed.

**Refusals**

If a patient refuses a telemental health encounter for any reason, the patient's te
provider(s) shall confer with the other members of the patient's treatment te
mental health reasons, behavioral issues, custodial issues, or any other rele
determine what barriers exist and whether telemental health is an appropriate c
for the patient. The treatment team shall work toward resolving any issues co
patient's refusal of telemental health services. A member from the treatment te
brief, focused cell-front discussions with the patient to determine the reasons f
refusals. If the patient requires a clinical contact, the telemental health provider
consultation from an on-site provider or conduct a cell-front telemental hea
clinically indicated.

If a patient continues to refuse treatment specifically due to the tele-modality, a
shall be convened as soon as clinically appropriate taking into account the full
and no more than 30 days unless the treatment team determines that it is clinic
to await the next scheduled IDTT. During this IDTT meeting, the treatment tea
whether it is clinically appropriate to reassign the patient to an on-site provide
plans shall also be developed to provide on-site mental health care to the pati

If the treatment team concludes telemental health is not an appropriate treatm
the patient, the team shall report this finding to mental health leadership (Chief o
and the provider's relevant Chief and/or Senior Supervisor by classification) a
receiving telemental health services, who shall ensure the patient is reassigne
provider. The relevant telemental health Chief and/or Senior Supervisor must a
If a patient's request to be reassigned to an on-site provider is determined by
be clinically appropriate, mental health leadership at the institution must revie
either confirm the team's decision or reassign the patient to an on-site provide

**Cell Front Telemental Health**

Telemental health providers conduct a cell front contact when it is necessary fo
health provider to speak with a patient who did not attend a scheduled app
confidential telemental health contacts, including cell-front contacts, shall
Program Guide required clinical contact when it is in response to a valid refus
the Program Guide. Whenever possible, a cell-front contact in response t
attending their scheduled appointment should be conducted by the provider
appointment was scheduled, regardless of modality.

**Contraindications for Telemental Health**

While there are no absolute contraindications to telemental health, tele
providers and supervisors should consider a patient's full clinical picture, inclu
capacity, level of reality testing, history regarding cooperativeness with treatme
past difficulties with effective communication, and histories of violence o
behavior when considering the appropriate use of telemental health servic
health providers should also determine whether there are any aspects of c
require an in-person examination of the patient on a regular basis. If the
determines that the patient needs to be seen by an on-site provider, they will w
health leadership at the institution to ensure the patient has an appropriate pro

**On-site Staffing Requirements**
Institutions shall ensure there are a sufficient number of on-site staff to
services for:
- Use of Force incidents;

- PREA evaluations;
- CITs will continue to function consistent with the current CIT policy;
- Follow ups on patients who refuse or did not show for scheduled appo[intments] require assessment due to clinical concerns, but cannot be adequately [assessed] remotely;
- Assessment of patients for whom there are clinical concerns that cann[ot be] adequately assessed remotely either due to patient presentation/coop[eration or] inability to conduct a remote contact;
- Physical assessments, such as for restraints/seclusion, or emergent c[oncerns due] to neurological or medication side effects;
- Treatment for patients that the treatment team determined telemental [health is not an] appropriate treatment modality;
- Treatment in situations where technical limitations or malfunctions inte[rfere with] telemental health services; and,
- On-site specific duties during on-call coverage.

**Telemental Health and Levels of Care**

Telemental health providers will be assigned to CCCMS and EOP levels of car[e. CDCR will continue] to employ mental health providers who can deliver in-person, on-site treatm[ent to] patients in all inpatient facilities. CDCR will not use telemental health in lieu o[f on-site mental] health providers at the inpatient levels of care for any reason other than a la[ck] of on-site mental health providers.

Night Shift providers cover all levels of care except for PIP, similar to on-site o[perations].

**Correctional Clinical Case Management Services and Enhanced Outpati[ent Program]**

Telemental health services may be utilized to treat patients at the CCCMS an[d EOP levels of] care provided all other conditions pertaining to the CCCMS and EOP levels of c[are and] staffing needs contained within this policy are followed.

**Mental Health Crisis Bed and Psychiatric Inpatient Program**

The use of telemental health services in the MHCB and PIP levels of care is re[served for] circumstances when on-site care is not available and shall be used for the sh[ortest period] of time as necessary. If a telemental health provider is required to serve i[n a MHCB for] greater than 14 consecutive calendar days, this would not be consistent w[ith this policy's] objective. In such a case, CDCR headquarters shall immediately provide notic[e via electronic] mail to the Special Master and Coleman Plaintiffs' counsel. Within 16 calenda[r days from the] provision of the notice, CDCR headquarters shall also provide a plan to addr[ess the staffing] issue or provide information regarding how the staffing issue was resolved. [If a telemental] health provider is required to serve in a PIP for greater than 30 consecutive [calendar days,] this would not be consistent with this policy's objective. In such a case, CDC[R headquarters] shall immediately provide notice via electronic mail to the Special Master [and Coleman] Plaintiffs' counsel. Within 30 calendar days from the provision of the [notice, CDCR] headquarters shall also provide a plan to address the staffing issue or prov[ide information] regarding how the staffing issue was resolved. All contacts are equivalent to c[ontacts] of the same nature.

**Clinical Emergency Management**

If a clinical emergency arises during a telemental health session (for exam[ple, a patient] displays self-harm behaviors, violence, or homicidal behaviors), the tele[mental health] provider shall immediately notify the appropriate institution staff, as ide[ntified in the] institution's LOP. The telemental health provider shall coordinate with insti[tution mental] health leadership and follow local institutional protocol for managing such em[ergencies. This] may include, but is not limited to, coordinating arrangements for safe holding, [transfer to an] emergency triage area, communication with local emergency team membe[rs, and issuing] emergency orders as needed. If it is clinically determined that the telemental [health provider] is not the best clinician to work with the emergency team, arrangements mu[st be made for] the patient to be seen by an on-site provider.

**MHCB and Psychiatric Inpatient Programs**

To facilitate familiarity with the program and patients, and in the event that a te[lemental health] provider is needed in an MHCB or inpatient setting, the telemental health [provider shall] participate in clinical staff meetings and case conferences, and coordinate pa[tient care. On-] site staff shall ensure that the telemental health services provider has the [most recent and] pertinent information about the patient and the unit for the ongoing assessmen[t and treatment] of the patient. Similar to on-site providers, telemental health providers shall [participate in] treatment and discharge decisions.

All elements of seclusion and restraint protocol shall follow existing policies a[nd procedures,] and all applicable laws and regulations, including the need for a backup physic[ian (psychiatrist] or medical provider) who can physically examine the patient within the mandat[ed timeframe.] In the event that a telepsychologist is contacted for seclusion and restraint, a p[sychiatrist shall] also be consulted to assess for the need for emergency medication, as clini[cally indicated.] Emergency medications may be ordered by telepsychiatrists, as clinically app[ropriate.]

To ensure continuity of care, telemental health providers shall provide r[elevant] information during the hand-off to the on-call provider to convey details re[garding the] admission, to coordinate patient care tasks that require follow up during after-h[ours] or if they anticipate specific patient concerns. Telemental health and clinical s[taff, and] nursing staff when needed, shall have access to each other to address patient needs.

**Site Visits**

Telemental health providers are responsible for maintaining relationships with [all] members of their assigned on-site treatment team through regular communication and by visiting institutions. Telemental health providers shall visit their assigned institution within 30 days of assignment and no less than annually thereafter. Additional visits may be required for individual clinicians, based on the clinician's request or as decided by the supervisor in the telemental health program. The telemental health provider will spend at least one day during each site visit at the facility. During this visit, the telemental health provider shall participate in the IDTT, meet with necessary health care staff, attend staff meetings if applicable on that day, and may see patients in-person.

**Organizational Structure**

All telemental health staff shall report as appropriate within the Telemental Health Program supervisory chain.

**Workflow Interruptions**

In the event of technology or equipment failure, telemental health providers shall immediately notify their direct supervisor and mental health leadership at the institution, as well as the Integrated Communications Technology Unit. The telemental health provider shall also make arrangements with institutional mental health leadership to ensure appropriate patient coverage based on patient need (for example, coverage by an on-site provider or rescheduling of appointments). Telemental health providers may also be redirected to another telemental health assignment when this occurs.

If a telemental health provider has a sustained interruption in technology or significant equipment malfunction, or if there are supervisory concerns that interfere with their ability to see and treat patients, they may be required to report to an office space in the hub.

**On-Call or After-Hours Coverage by Telemental Health Providers**

Telemental health providers shall contribute to on-call or after-hours coverage as assigned, and their provision of services shall be in accordance with applicable California Correctional Health Care Services (CCHCS) Health Care Department Operations Manual (HCDOM) policies, statewide mental health policies, and applicable bargaining unit Memorandums of Understanding.

Telemental health providers are not required to travel to the institution where they are providing on-call or after-hours coverage. Therefore, institutions receiving on-call or after- hours coverage from the Telemental Health Program must provide a backup clinician.

**Telepresenters**

A dedicated and appropriately clinically trained telepresenter who facilitates the patient encounter from the originating site to the telemental health provider and is responsible for providing clinical support and coordination. Telepresenters are not expected to be in the room with the patient for the entirety of an encounter. The patient may request that the telepresenter leave the room at any point. However, the ultimate decision as to whether the telepresenter remains for part or all of an encounter is at the telemental health provider's discretion, in order to facilitate an on-site component of the encounter and/or to ensure patient's safety, particularly during a clinical emergency. The telepresenter shall be required to introduce themselves when they are in the room and explain that they are subject to the same confidentiality requirements as the telemental health provider and other treatment providers. Responsibilities include, but are not limited to, reviewing the patient health record prior to the appointment, facilitating the videoconferencing connection with the telemental health provider, assisting with on-site correspondence and care coordination, and remaining immediately available to the patient during the appointment. Telepresenters shall be assigned from, but not limited to, position classifications in the following order of priority: medical assistant, certified nursing assistant, psychiatric technician assistant, psychiatric technician, licensed vocational nurse, registered nurse, clinical nurse specialist, nurse practitioner, rec/rehab therapist, marriage and family therapist, professional clinical counselor, social worker, psychologist, psychiatrist, other physicians, or other mental

health professionals. When the telepresenter is a Mental Health Primary Clinician (MHPC) or Mental Health Medical Doctor (MHMD), the clinical contact may be considered a joint appointment if each clinician has a meaningful contact with the patient consistent with policy.

**Responsibilities**  The institution receiving telemental health services shall be responsible for providing the following:

- Timely access for patients to the telemental health provider.

  - A dedicated and appropriately clinically trained telepresenter as outlined above
  - A backup telepresenter when the primary telepresenter is on leave or unavailable.
  - Availability of appropriate clinical staff.
  - Support staff responsible for scheduling appointments and processing clinical paperwork, as appropriate.
  - An institutional contact list of important names and numbers for the telemental health provider. This includes, but is not limited, to the following:
    1. Laboratory
    2. Pharmacy
    3. Nursing station(s)
    4. Housing unit(s)
    5. Custody Health Care Access Unit staff
    6. Primary Clinician(s)
    7. Medical Provider(s)
    8. Mental Health Supervisor(s)
    9. Chief of Mental Health
    10. IT Department
    11. Chief and Senior Psychologist
    12. Chief Psychiatrist or Senior Psychiatrist Supervisor
    13. Scheduler
    14. Medical Records Supervisor
    15. Watch Commander

- The contact information for telemental health providers assigned to the institution made available to relevant on-site staff, including but not limited to telepresenters, on-site leadership, nursing, laboratory, and pharmacy staff.
- A confidential treatment space to facilitate patient encounters. This space shall include all equipment needed to facilitate the telemental health encounter, including, but not limited to a computer, phone, scanner, printer, desk, and chair.

- Caseload assignments and scheduled appointments for the telemental health provider.
- Maintenance of teleconferencing connectivity between institutions and telemental health providers.
- Confirmation that telemental health providers are appropriately clinical services to any licensed or inpatient units, when applica
- Audit reports for local compliance indicators.
- Organized tours for the telemental health providers during th institution.
- On-site clinical contingency plans and patient prioritization st absences of telemental health providers.
- An LOP for telemental health services that shall be submitte health leadership for review and approval prior to lo implementation. Any revisions of the LOP for telemental healt and approved by telemental health leadership prior to imp institution. The LOP must be reviewed annually.
- Routine system tests to ensure that telemental health equipmer and secure.

| | |
|---|---|
| **Compliance Requirements** | To be in compliance with this policy, the following requirements shall be Telemental Health Program and the institution receiving services: |

1. Telemental health providers are provided with the appropr resources.
2. Telemental health providers participate in the same manner as o receiving institutions' IDTTs and all meetings and huddles releva of their assigned patients.
3. On-site staff and members of the treatment team communicat health providers regarding any important patient issues and conc care.
4. Telemental health providers have access to all necessary clinic patient's health record.
5. Telemental health providers communicate any important patient related to patient care to the on-site staff and members of the tre
6. Telemental health providers complete all documentation in the close of each business day.
7. Telemental health provider and patient identity are verified at the health treatment videoconference.
8. Telemental health providers visit their receiving institutions as dir
9. Ongoing mandatory trainings are completed for all telemental he
10. Telemental health providers are privileged at each licensed or inpa
11. The institution maintains a sufficient number of on-site staff (whic supervisors) to provide in-person services for functions designat

| | |
|---|---|
| **References** | - CDCR Mental Health Services Delivery System Program Guide, 2021
- CCHCS Health Care Department Operations Manual
- Bargaining Unit 19 Memorandum of Understanding |
| **Questions** | If you have any questions or need any additional information related to this policy, you may contact the policy unit via e-mail at: CDCR MHPolicyUnit@CDCR |