# EXHIBIT B

| **VOLUME 12:** MENTAL HEALTH SERVICES | Effective Date: | |
|---|---|---|
| **CHAPTER 1:** ACCESS TO CARE | Revision Date(s): | NA |
| | Supersedes: | |
| **12.XX.XXX** HYBRID WORK SCHEDULE PROGRAM POLICY | Attachments: | Yes ☐ No ☒ |
| | Director Approval: | |

**Policy**

This policy sets expectations regarding the use of hybrid work schedules for civil service mental health staff, including but not limited to psychiatrists and psychiatric nurse practitioners, mental health primary clinicians, specialists, and supervisors at CCCMS and EOP levels of care. The policy allows for a hybrid work model that includes telework and remote patient care while ensuring that institutional and patient care needs are adequately met. MHPC and MHMD tele-services under a Hybrid work arrangement for patients in the PIP and MHCB may only be used on an emergency basis (such as last-minute call-outs or unexpected staffing shortages prevent timely in-person mental health care), or for circumscribed evaluations that are not part of routine clinical treatment.

On-site mental health staff working a hybrid schedule must be on-site a minimum 50% of the work month plus one additional day (e.g. if there 20 workdays per month, 11 days must be on-site). The Telemental Health program supervision will be separate and independent from hybrid telework, with the Chief Executive Officers (CEOs) responsible for the implementation and oversight of the hybrid program at their institution.

Hybrid work schedules are available to on-site civil service mental health staff at CCCMS and EOP levels of care but are not guaranteed. The frequency and schedule of hybrid work schedules shall be determined by the institution CEOs, or designees based on institutional and patient need. CEOs are also responsible for ensuring the institution meets the guidelines outlined within this policy.

Institutions must maintain an on-site presence on any given day to provide adequate in-person clinical support to provide the following services:

**On-site Staffing Requirements**

Institutions shall ensure there are a sufficient number of on-site staff including supervisors to provide in-person services for:

- Use of Force incidents;
- PREA evaluations;
- CITs will continue to function consistent with the current CIT policy;
- Follow ups on patients who refuse or did not show for scheduled appointments and require assessment due to clinical concerns, but cannot be adequately assessed remotely;
- Assessment of patients for whom there are clinical concerns that cannot be adequately assessed remotely either due to patient presentation/cooperation or inability to conduct a remote contact;
- Physical assessments, such as for restraints/seclusion, or emergent concerns related to neurological or medication side effects;
- Treatment for patients that the treatment team determined services provided by the telemental health program or hybrid work is not an appropriate treatment modality;

- Treatment in situations where technical limitations or malfunctions interfere with services provided by the telemental health program or hybrid work;
- On-site specific duties during on-call coverage; and,
- Meetings that require in person attendance

All appropriate hybrid contacts shall be considered equivalent to on-site contacts. Teleworking providers may be required to return to the institution if their supervisor deems it necessary. Remote patient care will not be implemented until technological infrastructure and telepresenters are in place.

On-site mental health staff working a hybrid schedule will count as on-site staff for the purposes of the Telepsychiatry or Telemental Health policy.

Hybrid work schedule providers shall use the appropriate check out codes to reflect whether an encounter was completed in person or remotely. Groups should be conducted with at least one facilitator in the same modality as the patient (e.g. in-person if patients gathered in person). Cell-front contacts will count toward Mental Health Services Delivery System (MHSDS) Program Guide requirements if the same on-site cell-front contact is considered compliant.

**Equipment**

Institutions will be provided with the same equipment used for telemental health and should use the highest standard of equipment whenever possible (e.g. WebEx Desk for confidential individual encounters instead of a laptop).

The hybrid work schedule provider shall be given the following equipment and resources:
- Computer, monitor, speaker, microphone, camera, and state cell phone.
- Computer access to all resources, or equivalent resources utilized on-site, including the Electronic Health Records System.

Hybrid work schedule providers working from home must create and maintain a confidential space with their own office furniture. Providers working from home must maintain internet access of sufficient speed and stability to allow a videoconference where the patient and provider can be seen and heard clearly. If the provider is unable to maintain the technical standards required for remote patient care at their home office, they may be required to return to the institution.

On-site providers who wish to request a hybrid work schedule must onboard and begin their clinical assignments while working from the institution. Prior to transitioning to a hybrid work schedule, providers must demonstrate appropriate use of the technology and workflow, adequate integration with their onsite team(s), and reliability and responsivity while working in the institution. Only once their supervisors are fully satisfied with both the provider's performance while working in the institution and ability to function effectively from home will the transition to a hybrid schedule be considered.

Consistent with statewide regulations, all tele-work must occur from within the state of California.

**Physical Environment**

The patient's interview room and environment shall allow for both the provider and the patient to be seen and heard clearly by each other. The patient's and provider's cameras shall be positioned to allow their faces to be clearly visible to each other. The provider shall also be able to clearly see the patient's body to assess for any signs of movement that may be clinically relevant. When indicated, the provider can request assistance from the telepresenter, who shall receive appropriate training on how to assess for such physical signs. Local leadership at the institution shall ensure space is confidential and that others are not able to enter the patient's room accidently or overhear conversations from inside or outside the rooms. The hybrid work schedule provider must ensure the same level of confidentiality when providing direct patient care from home.

Seating and lighting should be adjusted to provide the clearest video and audio transmission, as well as to ensure the safety of the participants. Rooms for the provider and the patient shall be appropriately sound-proofed, when possible, or alternative mechanisms shall be utilized (for example, sound-cancelling devices) to ensure privacy. When possible, the telepresenter should be seated closest to the door.

**Telepresenters**

The institution is responsible for providing a dedicated and appropriately clinically trained telepresenter who facilitates the patient encounter from the originating site to the teleworking provider and is responsible for providing clinical support and coordination. Telepresenters are not required to be in the room with the patient for the entirety of an encounter. The patient may request that the telepresenter leave the room at any point. However, the ultimate decision as to whether the telepresenter remains for part or all of an encounter is at the telemental health provider's discretion, in order to facilitate an on-site component of the encounter and/or to ensure patient's safety, particularly during a clinical emergency. The telepresenter shall be required to introduce themselves when they are in the room and explain that they are subject to the same confidentiality requirements as the provider and other treatment providers. Responsibilities include, but are not limited to, reviewing the patient health record prior to the appointment, facilitating the videoconferencing connection with the provider, assisting with on-site correspondence and care coordination, and remaining immediately available to the patient during the appointment. Telepresenters shall be assigned from, but not limited to, position classifications in the following order of priority: medical assistant, certified nursing assistant, psychiatric technician assistant, psychiatric technician, licensed vocational nurse, registered nurse, clinical nurse specialist, nurse practitioner, rec/rehab therapist, marriage and family therapist, licensed professional clinical counselor, social worker, psychologist, psychiatrist, other physicians, or other mental health professionals. When the telepresenter is a Mental Health Primary Clinician (MHPC) or Mental Health Medical Doctor (MHMD), the clinical contact may be considered a joint appointment if each clinician has a meaningful contact with the patient consistent with policy.

The institution is responsible for providing a backup telepresenter when the primary telepresenter is on leave or unavailable. If telepresenters are not available, staff may not be able to provide direct patient care remotely and may be directed to return to the institution to provide patient care or complete other duties while working remotely.

Telemental Health program providers have priority access to telepresenters.

| **Purpose** | This policy ensures services provided by the Hybrid Work Schedule Program comply with the CDCR MHSDS Program Guidelines. Providers on a hybrid work schedule shall conduct |

care consistent with CDCR rules, regulations, policies, and Local Operating Procedures (LOP) of the institution(s) to which they provide services.

**Action Required**

The following action is required for your institution to be in compliance with the new policy.

| If your institution… | then… |
|---|---|
| has a local operating procedure | amend the current LOP to meet the new policy via an addendum and submit it to CDCR MHPolicyUnit@CDCR within 90 calendar days of the effective date valid until the next LOP revision date. |
| does not have an LOP | ensure that one is created to meet the new policy requirements and submitted to CDCR MHPolicyUnit@CDCR within 90 calendar days of the effective date.  Ensure the LOP is reviewed annually. |

**References**

- CDCR Mental Health Services Delivery System Program Guide, 2021 Revision
- CCHCS Health Care Department Operations Manual
- Bargaining Unit 19 Memorandum of Understanding

**Questions**

If you have any questions or need any additional information related to this policy, you may contact the policy unit via e-mail at: m_MHPolicyUnit@cdcr.ca.gov