ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
CHRISTIAN M. GEORGELY, State Bar No. 322952
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBNY 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZÁLEZ,
SBN 321994
MOLLIE LEVY, SBN 333744
SAMANTHA BACON, SBN 351561
425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone:   415-777-3200
 E-mail: PMello@hansonbridgett.com
 *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-CV-00520- KJM-SCR<br><br>**PARTIES' JOINT STATEMENT IN RESPONSE TO FEBRUARY 11, 2025 MINUTE ORDER RE STIPULATION TO MODIFY 2009 STAFFING PLAN (ECF NO. 8540)**<br><br>Judge:   Hon. Kimberly J. Mueller<br>Magistrate Judge:  Hon. Sean C. Riordan |

On February 7, 2025, the parties filed a stipulation and proposed order modifying the California Department of Corrections and Rehabilitation's (CDCR) 2009 Staffing Plan. (ECF No. 8537.) On February 11, 2025, the Court entered a minute order directing the parties to file a joint statement addressing the Court's jurisdiction to approve the stipulation during the pendency of Defendants' appeal from the Court's June 25, 2024 order finding Defendants in contempt for failing to comply with staffing orders. (ECF No. 8540.) For the reasons outlined below, the parties agree that Defendants' appeal of the Court's June 25, June 27, and August 29, 2024 contempt orders (*see* Defendants' Second Amended Notice of Appeal, ECF No. 8408 (appeal is

[4650741.1]                                                                   1

Joint Stmt. in Response to 2/11/25 Minute Order Re Stip. To Modify 2009 Staffing Plan (2:90-cv-00520 KJM-SCR)

1  from ECF Nos. 8291, 8299, 8381)), does not deprive the Court of jurisdiction to approve the
2  parties' Stipulation and Proposed Order Modifying the 2009 Staffing Plan (ECF No. 8537).

3      The general rule concerning divestiture does not apply to the stipulation to modify the 2009
4  Staffing plan. "Once a notice of appeal is filed, the district court is divested of jurisdiction *over*
5  *the matters being appealed.*" *Natural Resources Defense Council v. Southwest Marin Inc.*, 242
6  F.3d 1163, 1166 (9th Cir. 2001) (emphasis added) (citing *Griggs v. Provident Consumer*
7  *Discount Co.*, 459 U.S. 56, 58 (1982) (per curiam)). Thus, a district court may not take further
8  action that "materially alters the status of the case on appeal." *Natural Resources Defense*
9  *Council*, 242 F.3d at 1166; *see also Stein v. Wood*, 127 F.3d 1187, 1189 (9th Cir. 1997)
10  (explaining "the filing of a notice of appeal divests a district court of jurisdiction over those
11  aspects of the case involved in the appeal," and this is a rule "of judicial economy).

12      The divestiture doctrine does not apply to the stipulation because the stipulation does not
13  concern the matters that Defendants appealed—whether, under the facts and law at the time of the
14  contempt ruling, the order holding Defendants in contempt and imposing fines was proper. In
15  other words, while the 2009 Staffing Plan was a subject of enforcement in the contempt orders
16  (*see, e.g.*, ECF. No. 8291 at 72), only the contempt orders are on appeal, not the underlying
17  Staffing Plan. The three staffing plan modifications in the stipulation are prospective, do not alter
18  the fine amounts accrued to date or any of the contempt orders' findings of noncompliance, and
19  therefore do not directly affect the questions presented to the Ninth Circuit in Defendants' appeal.
20  The Court is therefore not divested of jurisdiction to approve the stipulation to modify the 2009
21  Staffing Plan.

22      **Plaintiffs' Separate Statement**
23      Plaintiffs believe that the Court has jurisdiction to approve the stipulation. But if the Court
24  has any doubt about its jurisdiction, the Court could make an indicative ruling that it would
25  approve the Stipulation if the Court of Appeals remands jurisdiction to this Court for the limited
26  purpose of granting the parties' Stipulation. *See* Fed. R. App. Proc. 12.1; Fed. R. Civ. P. 62.1.
27  The parties would then notify the Circuit Clerk. *See id.*
28

[4650741.1]    2

Joint Stmt. in Response to 2/11/25 Minute Order Re Stip. To Modify 2009 Staffing Plan (2:90-cv-00520 KJM-SCR)

**Defendants' Separate Statement**

The Court's jurisdiction to approve the parties' stipulation is clear. Based on the above authority and the parties' agreement that the Court has jurisdiction to approve the stipulation, Defendants do not believe it is necessary for the Court to make an indicative ruling or for the Ninth Circuit to remand the matter for the limited purpose of granting the parties' stipulation.

**The Parties' Certification of Orders Reviewed**

The undersigned counsel certify that they reviewed the following relevant orders to prepare this filing: ECF Nos. 5711, 5726, 6730, 8291, 8299, 8381, and 8540.

Dated: February 18, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California

/s/ *Damon McClain*

DAMON MCCLAIN
Supervising Deputy Attorney General
*Attorneys for Defendants*

Dated: February 18, 2025

*HANSON BRIDGETT LLP*

/s/ *Paul B. Mello*

PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS-GONZALEZ
*Attorneys for Defendants*

Dated: February 18, 2025

*ROSEN BIEN GALVAN & GRUNFELD LLP*

/s/ *Adrienne Harrold*

ADRIENNE HARROLD
*Attorneys for Plaintiffs*

CF1997CS0003

[4650741.1]    3

Joint Stmt. in Response to 2/11/25 Minute Order Re Stip. To Modify 2009 Staffing Plan (2:90-cv-00520 KJM-SCR)

# CERTIFICATE OF SERVICE

Case Name:   *Coleman v. Newsom, et al.,*        No.   **2:90-cv-00520 KJM-SCR**

I hereby certify that on February 18, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PARTIES' JOINT STATEMENT IN RESPONSE TO FEBRUARY 11, 2025 MINUTE ORDER RE STIPULATION TO MODIFY 2009 STAFFING PLAN (ECF NO. 8540)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 18, 2025, at San Francisco, California.

|  |  |
|---|---|
| M. Paredes<br>Declarant | /s/ M. Paredes<br>Signature |

CF1997CS0003
44516564.docx