1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   MONICA N. ANDERSON, State Bar No. 182970
    Senior Assistant Attorney General
3   DAMON MCCLAIN, State Bar No. 209508
    Supervising Deputy Attorney General
4   ELISE OWENS THORN, State Bar No. 145931
    NAMRATA KOTWANI, State Bar No. 308741
5   CHRISTIAN M. GEORGELY, State Bar No. 322952
    Deputy Attorneys General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone:  (916) 210-7317
8    Fax:  (916) 324-5205
     E-mail:  Christian.Georgely@doj.ca.gov
9   Attorneys for Defendants

    HANSON BRIDGETT LLP
    LAWRENCE M. CIRELLI, SBN 114710
    PAUL B. MELLO, SBN 179755
    SAMANTHA D. WOLFF, SBN 240280
    KAYLEN KADOTANI, SBN 294114
    DAVID C. CASARRUBIAS-GONZALES,
    SBN 321994
    MOLLIE LEVY, SBN 333744
    SAMANTHA M. BACON, SBN 351561
     425 Market Street, 26th Floor
     San Francisco, CA 94105
     Telephone:  (415) 777-3200
     E-mail:  PMello@hansonbridgett.com
    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-SCR<br><br>**DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE** |

Defendants California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) file the attached reports capturing data concerning patient census, waitlists, and compliance with transfer timelines for inpatient mental health care in compliance with the Court's October 13, 2015 order. (ECF No. 5367.) Attached are letters from CDCR and DSH enclosing the following census and inpatient reports, as modified by the Court's May 19, 2017 Order (ECF No. 5610): (1) DSH CDCR Patient Census and Waitlist Report (Exhibit A); (2) DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted January 1, 2025 through January 31, 2025 Who Waited Beyond Program Guide Timelines

1

1  (Exhibit B); (3) CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist

2  Report as of January 27, 2025 (Exhibit C); (4) CDCR Mental Health Crisis Bed *Coleman* Patient

3  Census and Waitlist Report as of January 27, 2025 (Exhibit D); (5) Psychiatric Inpatient

4  Programs Census Report as of 01/27/2025 (Exhibit E); (6) CDCR Inpatient Program Referrals:

5  Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or

6  Closed in January 2025 (Exhibit F); and (7) CDCR Inpatient Program Referrals: Compliance with

7  Program Guide Timeframes for Acute and Intermediate Referrals Rescinded, Rejected or

8  Paroled/Discharged in January 2025 (Exhibit G).

9      The current compliance report at Exhibit F shows that of the 202 patients referred to

10  inpatient programs in January 2025, 184 were admitted to an inpatient program within Program

11  Guide transfer timelines, two patients were admitted outside Program Guide transfer timelines but

12  under transfer timeline exceptions, and the remaining 16 patient referrals were rescinded or

13  rejected, or the patients were discharged or paroled. As reflected in the attached letter from

14  CDCR and the attached reports, there is currently sufficient capacity to meet the needs of patients

15  at all levels of inpatient care. CDCR continues to monitor the inpatient transfer timelines and

16  exceptions and will continue to review this information with the Special Master and with other

17  stakeholders in various settings.

18  / / /

19  / / /

20  / / /

21

22

23

24

25

26

27

28

1

## CERTIFICATION OF ORDERS

2      Defendants' counsel certifies that they reviewed the following orders relevant to this filing:

3  ECF No. 5367 and ECF No. 5610.

4  Dated:  February 18, 2025                    Respectfully submitted,

5                                               ROB BONTA
                                                Attorney General of California
6                                               DAMON MCCLAIN
                                                Supervising Deputy Attorney General
7

8                                               _/s/ Christian M. Georgely_
9                                               CHRISTIAN M. GEORGELY
                                                Deputy Attorney General
10                                              _Attorneys for Defendants_

11                                              _HANSON BRIDGETT LLP_

12
                                                _/s/ Paul B. Mello_
13                                              _PAUL B. MELLO_
                                                _SAMANTHA D. WOLFF_
14                                              _DAVID C. CASARRUBIAS_
                                                _Attorneys for Defendants_
15  CF1997CS0003
    38798218.docx
16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Monthly Reports on Inpatient Mental Health Care (Case No. 2:90-cv-00520 KJM-SCR)

State of California – Department of State Hospitals                    Gavin Newsom, Governor

Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov



February 18, 2025

Damon McClain, Esq.
Christian Georgely, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

Re:    DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
       COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Mr. Georgely:

The California Department of State Hospitals (DSH) submits its monthly information on
patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental
health care.

The DSH CDCR Patient Census and Waitlist Report—as of January 27, 2025—is
attached as Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report,
Patients Admitted January 1, 2025 through January 31, 2025 Who Waited Beyond
Program Guide Timelines, is attached as Exhibit B.  These reports are based on data
from the DSH Bed Utilization Management Report.[1]

The report attached as Exhibit A reflects data collected at a single point in time and, as a
result, should not be used for purposes outside of that report.  The report attached as
Exhibit B is the compliance report from DSH, which includes requested compliance data
for all DSH level-of-care referrals admitted to inpatient care in January 2025, for any
inmate-patient who waited beyond the timelines specified in the Mental Health Services
Delivery System Program Guide (2009 Revision) at 12-1-16.

---

[1] These reports are based on data collected as of the last business Monday of the month.

February 18, 2025
Page Two

DSH records show that, as of January 27, 2025, there were no patients waiting beyond Program Guide transfer timelines for admission to DSH.  Exhibit B shows that no patients were admitted to DSH Intermediate Care in January 2025 beyond Program Guide transfer timelines.  The supplemental report on DSH's pending waitlist, which was provided to the Special Master and Plaintiffs via e-mail, also shows that no patients were admitted to DSH in January 2025 beyond Program Guide transfer timelines.

Sincerely,

*/s/ Stephanie Clendenin*
STEPHANIE CLENDENIN
Director
Department of State Hospitals

*"Caring Today for a Safe and Healthy Tomorrow"*

19362599.2

# Exhibit A

**RESEARCH EVALUATION & DATA INSIGHTS**

1215 O Street
Sacramento, CA 95814



## DSH CDCR Patient Census and Waitlist Report

Data as of: 1/27/2025

*Acute Care Patients*

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| **Total** | **-** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **(Includes 0 Waiting >10 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms*

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Atascadero | 256 | 119 | 0 | 0 | 0 | 137 | | | | 14 |
| Coalinga | 50 | 42 | 0 | 0 | 0 | 8 | | | | |
| **Total** | **306** | **161** | **0** | **0** | **0** | **145** | **3** | **9** | **2** | **(Includes 0 Waiting >30 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms - Female*

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 10 | 0 | 0 | 0 | 20 | | | | 7 |
| **Total** | **30** | **10** | **0** | **0** | **0** | **20** | **1** | **6** | **0** | **(Includes 0 Waiting >30 Days)** |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH. When allocated *Coleman* beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization. This may result in negative totals for available beds, but does not necessarily imply exceeding capacity.

[2]Redlined beds are temporarily unavailable due to repairs.

[3]Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4]Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5]Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6]Beds at DSH-P are for female patients only.

# Exhibit B

State of California                                                                                                                  GAVIN NEWSOM, Governor

**RESEARCH EVALUATION & DATA INSIGHTS**

1215 O Street
Sacramento, CA 95814



## DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted January 1 through January 31, 2025 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.

[3]Including patients admitted who waited greater than 30 days from the referral received date to DSH for a change in level of care.

[4]Includes the total number of days admitted patients waited beyond 30 days from the referral received date to DSH for a change in level of care.

State of California

**RESEARCH EVALUATION & DATA INSIGHTS**

1215 O Street

Sacramento, CA 95814

GAVIN NEWSOM, Governor



### DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted January 1 through January 31, 2025 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| No patients admitted with wait times exceeding 30 days | | | | | | | | |
| Total Number of Patients Waiting Over 30 Days | 0 | Total Number of Days All Patients | 0 | 0 | 0 | 0 | 0 | - |

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



February 18, 2025

Damon McClain, Esq.
Christian M. Georgely, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:     DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
        COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. McClain and Mr. Georgely:

        The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

        The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report, as of January 27, 2025, is attached as Exhibit C; the CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report, as of January 27, 2025, is attached as Exhibit D; the Psychiatric Inpatient Programs Census Report, as of 01/27/2025, is attached as Exhibit E; the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in January 2025 is attached as Exhibit F; and the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Rescinded, Rejected, or Paroled/Discharged in January 2025 is attached as Exhibit G. These reports are generated using data from CDCR's tracking software and the Referrals to Inpatient Programs Application.

        The reports attached as Exhibits C and D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of those reports.

        The report attached as Exhibit F is a compliance report from CDCR, which includes requested compliance data for all referrals admitted to inpatient care in January 2025, and the redacted identification of any inmate-patients who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.  Exhibit F shows that two patients were transferred to an inpatient program beyond Program Guide timelines, but this delay fell under a qualifying exception. Unredacted copies of Exhibit F are provided to the Special Master and Plaintiffs.

        Since January 27, 2022, CDCR has been safely reopening the units in the California Health Care Facility's (CHCF) PIP. CHCF PIP is currently operating at 81% capacity, with 415 of 514 beds available for use. Also, as I have indicated in my regular reports to the Court, the California Medical Facility's (CMF) PIP is operating with beds offline. As of January 31, 2025, the CMF PIP was operating at 68% capacity with 268 of 396 beds available for use. CMF began a retrofit project on July 1, 2024 to install electrical outlets in the cells as well as installing new beds to accommodate patients with ADA needs. On the date of this report, three APP units are currently offline:  P-2 placed 36 beds offline effective 7/1/24, Q-2 placed 31 beds offline

February 18, 2025
Page 2

effective 10/31/24, and Q-1 placed 29 beds offline effective 12/2/24. The work in Q-2 and P-2 are complete and pending approval to reactivate. The project will continue into 2025 with one or more PIP units offline at a time until work is complete. Additionally, on October 27, 2022, 16 beds in the ICF standalone unit, previously offline for a retrofit project, were designated as COVID-19 isolation cells due to additional COVID-19 cases in the PIP; and 16 additional cells are offline for COVID-19 quarantine. SVSP PIP is operating at 100% capacity with all 242 beds available for use. CMC's 10 APP beds continue to flex currently for statewide MHCB use. Finally, SQ continues to flex 12 beds for statewide MHCB use.

While CDCR continues to improve its bed capacity in the PIPs, as the attached reports show, there is currently sufficient capacity for all levels of care and CDCR will continue to closely monitor inpatient referrals and admissions, as well as track all exceptions in detail and review this information with the Special Master in workgroups and with other stakeholders in various settings.

Sincerely,


/s/ *Amar Mehta*
AMAR MEHTA, M.D.
Deputy Director
Statewide Mental Health Program

19362527.2

# Exhibit C

**CDCR Psychiatric Inpatient Programs (PIP)**
Case 2:90-cv-00520-KJM-SCR   Document 8541   Filed 02/18/25   Page 14 of 27
Coleman Patient Census and Waitlist Report as of
January 27, 2025

| MALE INTERMEDIATE LOCKED DORM | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Medical Facility (CMF) | 64 | 18 | 2 | 0 | 0 | 44 | | | | | |
| **Total** | **64** | **18** | **2** | **0** | **0** | **44** | **2** | **0** | **2** | | **0** |

| MALE INTERMEDIATE HIGH CUSTODY | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) Single Cell | 330 | 197 | 10 | 2 | 0 | 121 | | | | |
| CMF Multi Cell | 20 | 11 | 0 | 0 | 0 | 9 | | | | |
| CMF Single Cell | 62 | 21 | 1 | 0 | 0 | 40 | | | | |
| Salinas Valley State Prison (SVSP) Multi Cell | 44 | 36 | 3 | 0 | 0 | 5 | | | | |
| SVSP Single Cell | 198 | 127 | 6 | 0 | 0 | 65 | | | | |
| **Total** | **654** | **392** | **20** | **2** | **0** | **240** | **13** | **10** | **23** | **0** |

| MALE FLEX ACUTE PSYCHIATRIC PROGRAM & INTERMEDIATE CARE FACILITY | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF | 202 | 95 | 10 | 2 | 0 | 95 | | | | | |
| CMF | 250 | 93 | 3 | 65 | 0 | 89 | | | | | |
| San Quentin (SQ) Condemned | 28 | 9 | 0 | 0 | 0 | 19 | | | | | |
| SQ Non-Condemned | 0 | 8 | 0 | 0 | 0 | -8 | | | | | |
| California Men's Colony | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| **Total** | **480** | **205** | **13** | **67** | **0** | **195** | **10** | **7** | **17** | **0** | **0** |

| FEMALE HIGH CUSTODY | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 35 | 2 | 2 | 0 | 6 | | | | | |
| **Total** | **45** | **35** | **2** | **2** | **0** | **6** | **4** | **0** | **4** | **0** | **0** |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GRAND TOTALS - ALL PIPs** | **1243** | **650** | **37** | **71** | **0** | **485** | **29** | **17** | **46** | **0** | **0** |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient requiring APP or ICF level of care. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable for patient placement due to repairs or single cell status (if a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

*There are 65 redlined beds at CMF Psychiatric Inpatient Program due to construction renovation.

# Exhibit D

**CDCR Mental Health Crisis Bed**
***Coleman*** **Patient Census and Waitlist Report as of**
**January 27, 2025**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 401 | 263 | 32 | 106 | 22 | 22 | 0 |
| Female Programs | 41 | 19 | 0 | 22 | 3 | 3 | 0 |
| **Totals** | **442** | **282** | **32** | **128** | **25** | **25** | **0** |

Data Source: HCPOP Endorsements and Referrals Tracking (HEART)                CCHCS, Corrections Services, Compliance & Reporting Unit

# Exhibit E

Monday, 1/27/2025
Time: 04:30 PM

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 01/27/2025**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Flex Programs** | | | |
| PIP - California Medical Facility | 250 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 20 |
| | | Level III: | 8 |
| | | Level IV: | 42 |
| | | **Total APP Census:** | **72** |
| | | No Score: | 1 |
| | | Level I: | 0 |
| | | Level II: | 5 |
| | | Level III: | 2 |
| | | Level IV: | 13 |
| | | **Total ICF Census:** | **21** |
| | | *Total ICF out of LRH:* | *15* |
| | | **Total APP/ICF Census:** | **93** |
| PIP - California Health Care Facility | 202 | No Score: | 3 |
| | | Level I: | 3 |
| | | Level II: | 26 |
| | | Level III: | 13 |
| | | Level IV: | 50 |
| | | **Total APP Census:** | **95** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total ICF Census:** | **0** |
| | | *Total ICF out of LRH:* | *0* |
| | | **Total APP/ICF Census:** | **95** |
| PIP-San Quentin Condemned | 28 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total APP Census:** | **0** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 7 |
| | | Level III: | 0 |
| | | Level IV: | 2 |
| | | **Total ICF Census:** | **9** |
| | | **Total APP/ICF Census:** | **9** |

CCHCS, Corrections Services, Compliance & Reporting Unit
Data Source: Referrals to Inpatient Programs Application (RIPA)

| Facility | Bed Capacity | | Beds Occupied |
|---|---|---|---|
| PIP-San Quentin | N/A | No Score: | 0 |
| Non-Condemned | | Level I: | 1 |
| | | Level II: | 1 |
| | | Level III: | 0 |
| | | Level IV: | 1 |
| | | **Total APP Census:** | **3** |
| | | No Score: | 0 |
| | | Level I: | 3 |
| | | Level II: | 1 |
| | | Level III: | 0 |
| | | Level IV: | 1 |
| | | **Total ICF Census:** | **5** |
| | | *Total ICF out of LRH:* | *5* |
| | | **Total APP/ICF Census:** | **8** |
| PIP-California Men's Colony | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total APP Census:** | **0** |
| | | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total ICF Census:** | **0** |
| | | *Total ICF out of LRH:* | *0* |
| | | **Total APP/ICF Census:** | **0** |
| **Totals for Male Acute/Intermediate** | **480** | | **205** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| California Health Care Facility | 330 | No Score: | 7 |
| Single Cell | | Level I: | 7 |
| | | Level II: | 32 |
| | | Level III: | 17 |
| | | Level IV: | 134 |
| | | **Total Census:** | **197** |
| | | *Total out of LRH:* | *81* |
| California Medical Facility | 62 | No Score: | 0 |
| Single Cell | | Level I: | 1 |
| | | Level II: | 4 |
| | | Level III: | 3 |
| | | Level IV: | 13 |
| | | **Total Census:** | **21** |
| | | *Total out of LRH:* | *14* |

CCHCS, Corrections Services, Compliance & Reporting Unit
Data Source: Referrals to Inpatient Programs Application (RIPA)

| Facility | Bed Capacity | | Beds Occupied |
|---|---|---|---|
| California Medical Facility<br>Multi Person Cells | 20 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 0 |
| | | Level III: | 3 |
| | | Level IV: | 7 |
| | | **Total Census:** | **11** |
| | | *Total out of LRH:* | *5* |
| Salinas Valley<br>Single Cell | 198 | No Score: | 3 |
| | | Level I: | 4 |
| | | Level II: | 23 |
| | | Level III: | 11 |
| | | Level IV: | 86 |
| | | **Total Census:** | **127** |
| | | PC 1370: | 11 |
| | | WIC 7301: | 0 |
| | | *Total out of LRH:* | *48* |
| Salinas Valley<br>Multi-person Cells | 44 | No Score: | 1 |
| | | Level I: | 0 |
| | | Level II: | 6 |
| | | Level III: | 7 |
| | | Level IV: | 22 |
| | | **Total Census:** | **36** |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | *Total out of LRH:* | *25* |
| **Totals for Male ICF High Custody** | **654** | | **392** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| California Medical Facility<br>Dorms | 64 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 5 |
| | | Level III: | 3 |
| | | Level IV: | 8 |
| | | **Total Census:** | **18** |
| | | *Total out of LRH:* | *7* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 9 |
| | | Level II: | 68 |
| | | Level III: | 16 |
| | | Level IV: | 26 |
| | | **Total Census:** | **119** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 3 |
| | | Level II: | 25 |
| | | Level III: | 5 |
| | | Level IV: | 9 |
| | | **Total Census:** | **42** |
| **Totals for Male ICF Low Custody** | **370** | | **179** |

CCHCS, Corrections Services, Compliance & Reporting Unit
Data Source: Referrals to Inpatient Programs Application (RIPA)

| Facility | Bed Capacity | | Beds Occupied |
|---|---|---|---|
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total APP Census:** | **0** |
| | | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 3 |
| | | Level III: | 2 |
| | | Level IV: | 3 |
| | | **Total ICF Census:** | **10** |
| | | **Total APP/ICF Census:** | **10** |
| PIP-California Institution for Women | 45 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 1 |
| | | Level III: | 0 |
| | | Level IV: | 0 |
| | | **Total APP Census:** | **2** |
| | | No Score: | 3 |
| | | Level I: | 8 |
| | | Level II: | 7 |
| | | Level III: | 7 |
| | | Level IV: | 8 |
| | | **Total ICF Census:** | **33** |
| | | *Total ICF out of LRH:* | *11* |
| | | **Total APP/ICF Census:** | **35** |
| **Totals for Female Acute/Intermediate** | **75** | | **45** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1579** | | **821** |

♦ **Beds Occupied:** For each program, identify the total number of patients in the program and the total each custody level, i.e., Level I-IV.  Level 1 has placement score of 0-18; Level II 19 through 35; Level III 36-59; and Level IV 60 and above.  Patients with "no score" have not completed Reception Center Processing.  PC 1370 patients are considered incompetent to stand trial and do not have a concurrent ICF referral.  WIC 7301 also do not have concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

♦ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity.  The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute Care.

♦ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR.  The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

CCHCS, Corrections Services, Compliance & Reporting Unit
Data Source: Referrals to Inpatient Programs Application (RIPA)

# Exhibit F

| CDCR INPATIENT PROGRAM REFERRALS: COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN JANUARY 2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
| Intermediate (ICF) | 116 | 104 | 0 | 12 | 0 | 0 | 0 |
| Acute (APP) | 86 | 80 | 2 | 4 | 2 | 0 | 0 |
| TOTALS | 202 | 184 | 2 | 16 | 2 | 0 | 0 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP.  Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).

[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, on medical or Vitek holds and/or operational approved circumstances.

**DETAIL OF APP OUT OF COMPLIANCE**
**JANUARY 2025**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MH IRU (Timeframe) Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date | HCPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Adml Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Days from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | COR | ■ | ■ | MHCB | 12/30/2024 | 12/31/2024 | 12/31/2024 | Acute / preliminary Single Cell | 12/31/2024 | PIP APP: CHCF | 12/31/2024 13:02:00 | PIP APP: CHCF | 12/31/2024 13:02:00 | PIP APP: CHCF | 01/29/2025 | PIP APP: CHCF | 01/30/2025 15:34:00 | **Exception:** Medical Hold [1/2/25-1/29/25] | Admitted | 30 | N | 20 |
| APP | CIM | ■ | ■ | MHCB | 12/31/2024 | 1/2/2025 | 1/2/2025 | Acute / preliminary Locked Dorms | 01/02/2025 | PIP APP: CHCF | 01/02/2025 15:29:00 | PIP APP: CHCF | 01/02/2025 15:29:00 | PIP APP: CHCF | 01/16/2025 | PIP APP: CHCF | 01/17/2025 17:24:00 | **Exception:** Medical Hold [1/9/25-1/17/25] | Admitted | 15 | N | 5 |
| | | | | | | | | | | | | | | | | | | **TOTAL DAYS OUT OF COMPLIANCE** | | 0 | | |

# Exhibit G

| CDCR INPATIENT PROGRAM REFERRALS: COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS RESCINDED, REJECTED, OR PAROLED/DISCHARGED IN JANUARY 2025 | | | | | | |
|---|---|---|---|---|---|---|
| CDCR IDTT Referral Type | Total Rescinded, Rejected, or Paroled/Discharged Referrals | Patients Rescinded, Rejected, or Paroled/Discharged Within Program Guide Timeframes[1] | Patients Rescinded, Rejected, or Paroled/Discharged Outside Program Guide Timeframes | Exceptions to Program Guide Timeframes[2] | Referrals Past Timeframes w/o Exceptions | Total Days Out of Compliance |
| Intermediate (ICF) | 12 | 12 | 0 | 0 | 0 | 0 |
| Acute (APP) | 4 | 4 | 0 | 0 | 0 | 0 |
| TOTALS | 16 | 16 | 0 | 0 | 0 | 0 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP.  Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).

[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, on medical or Vitek holds and/or operational approved circumstances.

# CERTIFICATE OF SERVICE

Case Name:    **Coleman v. Newsom, et al.,**        No.    **2:90-cv-00520 KJM-SCR**

I hereby certify that on <u>February 18, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 18, 2025</u>, at Sacramento, California.

|  |  |
|---|---|
| A. Zamora | */s/ A. Zamora* |
| Declarant | Signature |

CF1997CS0003
38800169.docx