DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
JARED MILLER – 353641
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90−CV−00520−KJM−SCR |
| Plaintiffs, | **NOTICE OF DEATH OF LEAD PLAINTIFF RALPH COLEMAN** |
| v. | |
| GAVIN NEWSOM, et al., | Judge: Hon. Kimberly J. Mueller |
| Defendants. | |

[4657127.2]

**NOTICE**

Plaintiffs hereby provide notice to the Court that Lead Plaintiff Ralph Coleman died on December 9, 2024 at age 80. Over the past nearly 35 years, Mr. Coleman has bravely served as the principal named plaintiff in this case, representing the interests of the class of all people incarcerated in CDCR prisons with serious mental illness, which currently numbers approximately 34,000. Order, June 25, 2024, ECF No. 8291.

In April 1990, Mr. Coleman filed a *pro se* lawsuit challenging the constitutionality of the mental health care in California's prisons. ECF No. 1; *see also Coleman v. Wilson*, 912 F. Supp. 1282, 1293 (E.D. Cal. 1995). A year later, current Plaintiffs' counsel substituted in as counsel for the putative class, ECF No. 46, and by the fall of 1991, the Court had certified the case as a class action with Mr. Coleman as a named class representative. *See* ECF Nos. 101, 109. Since then, the case has been known as *Coleman*. After a trial to a magistrate judge, this Court held in 1995 that the then existing mental health care system in CDCR violated the Eighth Amendment, that Defendants were deliberately indifferent to the systemic deficiencies, and that the Court intended to appoint a special master to oversee the remedy in the case. *Coleman*, 912 F. Supp. 1282, 1299-1324.

Mr. Coleman was actively involved in the case throughout its lifespan. Plaintiffs' counsel communicated with him regularly, and he provided helpful information about the mental health care (particularly the care at the CCCMS level) at the various prisons at which he was housed. During the litigation related to overcrowding in the prisons that resulted in the three judge court's overcrowding order, later affirmed by the U.S. Supreme Court, Mr. Coleman provided a deposition describing the impacts of overcrowding on his institution, including the frequent and lengthy lockdowns, short mental health appointments, and cell-front contacts. *See* ECF No. 3250; *see also Coleman v. Schwarzenegger*, 922 F. Supp. 2d 882 (E.D. Cal. 2009); *Brown v. Plata*, 563 U.S. 493, 131 S. Ct. 1910, 179 L. Ed. 2d 969 (2011). Most recently, on March 29, 2024, he came to Sacramento to participate in the court-ordered mediation process regarding the staffing

contempt proceedings. *See* ECF Nos. 8147, 8149. He participated actively in the day-long mediation session, providing useful information to the parties and mediator regarding the impacts of staffing on the CCCMS program at CHCF-Stockton, where he was housed.

Plaintiffs' counsel is deeply grateful to him for his commitment to this case and his service to the thousands of class members he represented. The other three named plaintiffs—Peter Cockcroft, Julio Garza, and Ernesto Venegas—will continue to represent the class.

DATED: February 28, 2025    Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Michael W. Bien*
    Michael W. Bien

Attorneys for Plaintiffs