MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN &
GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
307 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:    (510) 644-2555

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

Plaintiffs,

v.

GAVIN NEWSOM, et al.,

Defendants.

Case No. 2:90-cv-00520-KJM-SCR

**STIPULATION AND [PROPOSED]
ORDER CONFIRMING ATTORNEYS'
FEES AND COSTS FOR THE
FOURTH QUARTER OF 2024**

Judge:   Hon. Sean C. Riordan

[4657575.1]

1    Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly

2  Statement for the Fourth Quarter of 2024 to Defendants via e-mail on January 29, 2025.

3  The parties completed their meet and confer process on February 28, 2025.  The parties

4  have resolved all disputes regarding fees and costs for the Fourth Quarter of 2024, with an

5  agreement to reduce claimed amounts to a total of $1,082,202.82 calculated at a rate of

6  $258.00 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

7    THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that

8  $1,082,202.82 plus interest is due and collectable as of forty-five days from the date of

9  entry of this Order.  Interest on these fees and costs will run from March 1, 2025 (31 days

10  after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by

11  28 U.S.C. § 1961.

12    IT IS SO STIPULATED.

13

14  DATED:  March 3, 2025           */s/ Damon McClain*
                                    Damon McClain
15                                  Supervisory Deputy Attorney General
16                                  Attorneys for Defendants

17

18  DATED:  March 3, 2025           */s/ Lisa Ells*
                                    Lisa Ells
19                                  ROSEN BIEN GALVAN & GRUNFELD LLP
20                                  Attorneys for Plaintiffs

21

22    IT IS SO ORDERED.

23  DATED:  _____, 2025

24

25                                  Honorable Sean C. Riordan
                                    United States Magistrate Judge
26

27

28

[4657575.1]

1
STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS
FOR THE FOURTH QUARTER OF 2024

**Coleman v. Newsom**
**Fourth Quarter of 2024**
**October 1, 2024 through December 31, 2024**
Summary of Fees and Costs

|  | CLAIMED FEES | SETTLED FEES | COSTS |
|---|---|---|---|
| **Monitoring, 489-3** | $727,198.80 | $698,110.83 | $11,087.18 |
| **Fees on Fees, 489-5** | $5,882.40 | $5,647.11 | $21.96 |
| **Appeal of 3/6/24 Falcon Tour Order, 22-2263, 489-33** | $105,186.60 | $100,979.16 | $10,403.56 |
| **Appeal of 3/28/24 PIP TTM Policy Data Order, 24-2938, 489-34** | $65,583.60 | $62,960.26 | $2,940.30 |
| **Appeal of 4/20/24 PD Program Order, 24-3707, 489-35** | $79,257.60 | $76,087.30 | $4,093.66 |
| **Appeal of Staffing Contempt, 24-4023, 489-36** | $106,915.20 | $102,638.61 | $7,232.89 |
| **Totals** | **$1,090,024.20** | **$1,046,423.27** | **$35,779.55** |

**Claimed Total:**             **$1,125,803.75**

**Settled Total:**             **$1,082,202.82**

4634291

**Coleman v. Newsom**
**Fourth Quarter of 2024**
**October 1, 2024 through December 31, 2024**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|------|-------------:|--------------:|------|---------------:|---------------:|
| Adrienne Harrold | 44.80 | 44.70 | $258.00 | $11,532.60 | $11,071.30 |
| Aidan Loh | 28.30 | 28.30 | $258.00 | $7,301.40 | $7,009.34 |
| AJ Alany | 289.50 | 286.90 | $258.00 | $74,020.20 | $71,059.39 |
| Alex Gourse | 45.30 | 45.20 | $258.00 | $11,661.60 | $11,195.14 |
| Angela Laureano | 23.10 | 22.80 | $258.00 | $5,882.40 | $5,647.10 |
| Benjamin Bien-Kahn | 0.30 | 0.00 | $258.00 | $0.00 | $0.00 |
| Benjamin Holston | 40.10 | 40.10 | $258.00 | $10,345.80 | $9,931.97 |
| Caroline E. Jackson | 0.10 | 0.00 | $258.00 | $0.00 | $0.00 |
| Darcy Edmundson | 178.10 | 163.30 | $258.00 | $42,131.40 | $40,446.14 |
| Ernest Galvan | 43.90 | 43.90 | $258.00 | $11,326.20 | $10,873.15 |
| Erik Monek Anderson | 0.20 | 0.00 | $258.00 | $0.00 | $0.00 |
| F. Gail LaPurja | 100.00 | 97.80 | $258.00 | $25,232.40 | $24,223.10 |
| Gregorio Z. Gonzalez | 152.10 | 98.00 | $258.00 | $25,284.00 | $24,272.64 |
| Hannah Chartoff | 0.20 | 0.00 | $258.00 | $0.00 | $0.00 |
| Isabella Grundseth | 178.80 | 178.60 | $258.00 | $46,078.80 | $44,235.65 |
| Jared Miller | 145.90 | 145.60 | $258.00 | $37,564.80 | $36,062.21 |
| Jenny S. Yelin | 79.10 | 79.10 | $258.00 | $20,407.80 | $19,591.49 |
| Kamila Barragan | 110.90 | 107.90 | $258.00 | $27,838.20 | $26,724.67 |
| Linda H. Woo | 28.80 | 27.30 | $258.00 | $7,043.40 | $6,761.66 |
| Lisa Ells | 75.70 | 74.30 | $258.00 | $19,169.40 | $18,402.62 |
| Luma Khabbaz | 126.80 | 126.80 | $258.00 | $32,714.40 | $31,405.82 |
| Marc Shinn-Krantz | 78.80 | 75.10 | $258.00 | $19,375.80 | $18,600.77 |
| Maya Campbell | 82.50 | 81.90 | $258.00 | $21,130.20 | $20,284.99 |
| Michael S. Nunez | 166.10 | 165.20 | $258.00 | $42,621.60 | $40,916.74 |
| Michael W. Bien | 103.10 | 102.80 | $258.00 | $26,522.40 | $25,461.50 |
| Penny M. Godbold | 0.50 | 0.00 | $258.00 | $0.00 | $0.00 |
| Riya Matta | 32.90 | 32.90 | $258.00 | $8,488.20 | $8,148.67 |
| Sherry Zhu | 315.00 | 314.30 | $258.00 | $81,089.40 | $77,845.82 |
| Simran Surtani | 20.90 | 20.90 | $258.00 | $5,392.20 | $5,176.51 |
| Thomas Nolan | 127.00 | 103.70 | $258.00 | $26,754.60 | $25,684.42 |
| Victor Corona | 245.40 | 227.80 | $258.00 | $58,772.40 | $56,421.50 |
| **Total** | **2864.20** | **2735.20** | | **$705,681.60** | **$677,454.31** |

**Coleman v. Newsom**
**Fourth Quarter of 2024**
**October 1, 2024 through December 31, 2024**
Monitoring Fees, 489-3

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Audrey Lim | 8.00 | 8.00 | $258.00 | $2,064.00 | $1,981.44 |
| Dewi Zarni | 6.10 | 6.10 | $258.00 | $1,573.80 | $1,510.85 |
| Donald Specter | 6.90 | 6.90 | $258.00 | $1,780.20 | $1,708.99 |
| Emilio Bustamante | 9.50 | 9.50 | $258.00 | $2,451.00 | $2,352.96 |
| Jenny Aguilar | 4.90 | 4.90 | $258.00 | $1,264.20 | $1,213.63 |
| Jess Shen | 2.40 | 2.40 | $258.00 | $619.20 | $594.43 |
| Joshua Marin | 4.20 | 4.20 | $258.00 | $1,083.60 | $1,040.26 |
| Mackenzie L. Halter | 0.70 | 0.70 | $258.00 | $180.60 | $173.38 |
| Margot Mendelson | 0.20 | 0.20 | $258.00 | $51.60 | $49.54 |
| Steve Fama | 40.50 | 40.50 | $258.00 | $10,449.00 | $10,031.04 |
| **Total** | **83.40** | **83.40** | | **$21,517.20** | **$20,656.52** |

**GRAND TOTAL**        **$727,198.80**   **$698,110.83**

4634291

**Coleman v. Newsom**
**Fourth Quarter of 2024**
**October 1, 2024 through December 31, 2024**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Outside Copying/Scanning | $1,655.23 | $1,655.23 |
| Transcription | $398.20 | $398.20 |
| Postage and Delivery | $1,238.99 | $1,238.99 |
| Research (Westlaw/Lexis/PACER/Fees) | $938.67 | $938.67 |
| Travel | $6,452.80 | $6,452.80 |
| **Total** | **$10,683.89** | **$10,683.89** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| In-House Postage | $403.29 | $403.29 |
| **Total** | **$403.29** | **$403.29** |

**GRAND TOTAL**                                **$11,087.18**

4634291

**Coleman v. Newsom**
**Fourth Quarter of 2024**
**October 1, 2024 through December 31, 2024**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|------|------|------|------|------|------|
| Linda H. Woo | 9.60 | 9.60 | $258.00 | $2,476.80 | $2,377.73 |
| Lisa Ells | 11.40 | 11.40 | $258.00 | $2,941.20 | $2,823.55 |
| **Total** | **21.00** | **21.00** | | **$5,418.00** | **$5,201.28** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|------|------|------|------|------|------|
| Ashley Kirby | 1.10 | 1.10 | $258.00 | $283.80 | $272.45 |
| Margot Mendelson | 0.70 | 0.70 | $258.00 | $180.60 | $173.38 |
| **Total** | **1.80** | **1.80** | | **$464.40** | **$445.83** |

| | | |
|------|------|------|
| **GRAND TOTAL** | **$5,882.40** | **$5,647.11** |

4634291

**Coleman v. Newsom**
**Fourth Quarter of 2024**
**October 1, 2024 through December 31, 2024**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Postage and Delivery | $21.96 | $21.96 |
| **Total** | **$21.96** | **$21.96** |

**GRAND TOTAL** $21.96

4634291

**Coleman v. Newsom**
**Fourth Quarter of 2024**
**October 1, 2024 through December 31, 2024**
Fees on Appeal of 3/6/24 Falcon Tour Order 24-2263, 489-33

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adrienne Harrold | 2.70 | 2.70 | $258.00 | $696.60 | $668.74 |
| Alex Gourse | 149.10 | 149.10 | $258.00 | $38,467.80 | $36,929.09 |
| Benjamin Holston | 3.50 | 3.50 | $258.00 | $903.00 | $866.88 |
| Eric Ho | 3.00 | 3.00 | $258.00 | $774.00 | $743.04 |
| F. Gail LaPurja | 3.60 | 3.20 | $258.00 | $825.60 | $792.58 |
| Gregorio Z. Gonzalez | 20.20 | 20.20 | $258.00 | $5,211.60 | $5,003.14 |
| Hannah Chartoff | 3.40 | 3.40 | $258.00 | $877.20 | $842.11 |
| Jared Miller | 130.20 | 130.20 | $258.00 | $33,591.60 | $32,247.94 |
| Lisa Ells | 77.20 | 77.10 | $258.00 | $19,891.80 | $19,096.13 |
| Michael S. Nunez | 7.10 | 7.10 | $258.00 | $1,831.80 | $1,758.53 |
| Michael W. Bien | 8.20 | 8.20 | $258.00 | $2,115.60 | $2,030.98 |
| **Total** | **408.20** | **407.70** | | **$105,186.60** | **$100,979.16** |

| | | |
|---|---|---|
| **GRAND TOTAL** | **$105,186.60** | **$100,979.16** |

**Coleman v. Newsom**
**Fourth Quarter of 2024**
**October 1, 2024 through December 31, 2024**
Costs on Appeal of 3/6/24 Falcon Tour Order 24-2263, 489-33

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Outside Copying and Scanning | $9,093.54 | $9,093.54 |
| Research (Westlaw/Lexis/PACER/Fees) | $1,310.02 | $1,310.02 |
| **Total** | **$10,403.56** | **$10,403.56** |

**GRAND TOTAL**                             **$10,403.56**

4634291

**Coleman v. Newsom**
**Fourth Quarter of 2024**
**October 1, 2024 through December 31, 2024**
Fees on Appeal of 3/28/24 PIP TTM Policy Data Order 24-2938, 489-34

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|------|------|------|------|------|------|
| Adrienne Harrold | 164.20 | 164.20 | $258.00 | $42,363.60 | $40,669.06 |
| Benjamin C. Hattem | 2.70 | 2.70 | $258.00 | $696.60 | $668.74 |
| Ernest Galvan | 2.90 | 2.90 | $258.00 | $748.20 | $718.27 |
| F. Gail LaPurja | 10.70 | 10.60 | $258.00 | $2,734.80 | $2,625.41 |
| Gregorio Z. Gonzalez | 1.80 | 1.80 | $258.00 | $464.40 | $445.82 |
| Jenny S. Yelin | 0.10 | 0.00 | $258.00 | $0.00 | $0.00 |
| Linda H. Woo | 2.30 | 2.30 | $258.00 | $593.40 | $569.66 |
| Lisa Ells | 56.20 | 56.20 | $258.00 | $14,499.60 | $13,919.62 |
| Marc Shinn-Krantz | 5.90 | 5.90 | $258.00 | $1,522.20 | $1,461.31 |
| Maya Campbell | 1.70 | 1.70 | $258.00 | $438.60 | $421.06 |
| Michael W. Bien | 5.90 | 5.90 | $258.00 | $1,522.20 | $1,461.31 |
| **Total** | **254.40** | **254.20** | | **$65,583.60** | **$62,960.26** |

**GRAND TOTAL**                                    **$65,583.60    $62,960.26**

4634291

**Coleman v. Newsom**
**Fourth Quarter of 2024**
**October 1, 2024 through December 31, 2024**
Costs on Appeal of 3/28/24 PIP TTM Policy Data Order 24-2938, 489-34

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Outside Copying and Scanning | $2,365.53 | $2,365.53 |
| Outside Postage and Delivery | $65.75 | $65.75 |
| Research (Westlaw/Lexis/PACER/Fees) | $509.02 | $509.02 |
| **Total** | **$2,940.30** | **$2,940.30** |

**GRAND TOTAL**                                    **$2,940.30**

4634291

**Coleman v. Newsom**
**Fourth Quarter of 2024**
**October 1, 2024 through December 31, 2024**
Fees on Appeal of 4/20/24 PD Program Order 24-3707, 489-35

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adrienne Harrold | 0.40 | 0.00 | $258.00 | $0.00 | $0.00 |
| Benjamin Holston | 1.90 | 1.90 | $258.00 | $490.20 | $470.59 |
| Ernest Galvan | 1.50 | 1.50 | $258.00 | $387.00 | $371.52 |
| F. Gail LaPurja | 1.50 | 1.20 | $258.00 | $309.60 | $297.22 |
| Gregorio Z. Gonzalez | 31.80 | 31.70 | $258.00 | $8,178.60 | $7,851.46 |
| Jared Miller | 72.10 | 72.10 | $258.00 | $18,601.80 | $17,857.73 |
| Jenny S. Yelin | 0.10 | 0.00 | $258.00 | $0.00 | $0.00 |
| Lisa Ells | 54.90 | 54.90 | $258.00 | $14,164.20 | $13,597.63 |
| Marc Shinn-Krantz | 124.90 | 124.90 | $258.00 | $32,224.20 | $30,935.23 |
| Maya Campbell | 4.20 | 4.20 | $258.00 | $1,083.60 | $1,040.26 |
| Michael W. Bien | 9.90 | 9.90 | $258.00 | $2,554.20 | $2,452.03 |
| Thomas Nolan | 4.90 | 4.90 | $258.00 | $1,264.20 | $1,213.63 |
| **Total** | **308.10** | **307.20** | | **$79,257.60** | **$76,087.30** |

**GRAND TOTAL**                    **$79,257.60    $76,087.30**

4634291

**Coleman v. Newsom**
**Fourth Quarter of 2024**
**October 1, 2024 through December 31, 2024**
Costs on Appeal of 4/20/24 PD Program Order 24-3707, 489-35

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Outside Copying and Scanning | $3,438.74 | $3,438.74 |
| Outside Postage and Delivery | $39.13 | $39.13 |
| Research (Westlaw/Lexis/PACER/Fees) | $610.29 | $610.29 |
| Travel | $5.50 | $5.50 |
| **Total** | **$4,093.66** | **$4,093.66** |

**GRAND TOTAL**                                      **$4,093.66**

4634291

**Coleman v. Newsom**
**Fourth Quarter of 2024**
**October 1, 2024 through December 31, 2024**
Fees on Appeal re Staffing Contempt 24-4023, 489-36

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adrienne Harrold | 75.90 | 75.70 | $258.00 | $19,530.60 | $18,749.38 |
| AJ Alany | 0.80 | 0.00 | $258.00 | $0.00 | $0.00 |
| Alex Gourse | 144.90 | 144.60 | $258.00 | $37,306.80 | $35,814.53 |
| Benjamin C. Hattem | 3.10 | 3.10 | $258.00 | $799.80 | $767.81 |
| Benjamin Holston | 3.20 | 3.20 | $258.00 | $825.60 | $792.58 |
| Caroline E. Jackson | 1.40 | 1.40 | $258.00 | $361.20 | $346.75 |
| Erik Monek Anderson | 0.20 | 0.20 | $258.00 | $51.60 | $49.54 |
| Ernest Galvan | 10.40 | 10.40 | $258.00 | $2,683.20 | $2,575.87 |
| F. Gail LaPurja | 21.30 | 20.40 | $258.00 | $5,263.20 | $5,052.67 |
| Gregorio Z. Gonzalez | 2.30 | 2.30 | $258.00 | $593.40 | $569.66 |
| Hannah Chartoff | 0.20 | 0.20 | $258.00 | $51.60 | $49.54 |
| Jared Miller | 4.90 | 4.90 | $258.00 | $1,264.20 | $1,213.63 |
| Jenny S. Yelin | 2.20 | 2.20 | $258.00 | $567.60 | $544.90 |
| Lisa Ells | 119.20 | 119.20 | $258.00 | $30,753.60 | $29,523.46 |
| Michael S. Nunez | 4.90 | 4.90 | $258.00 | $1,264.20 | $1,213.63 |
| Michael W. Bien | 21.70 | 21.70 | $258.00 | $5,598.60 | $5,374.66 |
| **Total** | **416.60** | **414.40** | | **$106,915.20** | **$102,638.61** |

**GRAND TOTAL**                                    **$106,915.20  $102,638.61**

4634291

**Coleman v. Newsom**
**Fourth Quarter of 2024**
**October 1, 2024 through December 31, 2024**
Costs on Appeal re Staffing Contempt 24-4023, 489-36

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Outside Copying and Scanning | $6,763.70 | $6,763.70 |
| Outside Postage and Delivery | $39.12 | $39.12 |
| Research (Westlaw/Lexis/PACER/Fees) | $430.07 | $430.07 |
| **Total** | **$7,232.89** | **$7,232.89** |

**GRAND TOTAL**                                                 **$7,232.89**

4634291