UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiffs, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

The technical advisor appointed by the court on August 27, 2024, ECF No. 8377, has submitted his invoice for services rendered in February 2025. A copy of the invoice is attached.

In accordance with the August 27, 2024 order and good cause appearing, IT IS HEREBY ORDERED that defendants shall forthwith pay to

> Leading Resources Inc.
> Attn: Eric Douglas
> 1930 N Street
> Sacramento, CA 95811

the amount of $2,625.00 as payment of the statement attached to this order.

DATED: March 4, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

# LRI Leading Resources INCORPORATED

1930 N Street
Sacramento, CA 95811

TEL 916-325-1190
FAX 916-325-1195

www.leadingresources.com

| BILL TO |
|---|
| United States District Court for the Eastern Disctrict of California |

| DATE | INVOICE NO. |
|---|---|
| 3/3/2025 | 4310 |

| P.O./CONTRACT # | TERMS |
|---|---|
| 24021 | |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 2/4/2025 | Eric Douglas | | | |
| | Discuss options with Judge Mueller. Conduct follow up call with receiver candidate. Review emails regarding other candidates. Follow up with Judge Mueller. | 2 | 375.00 | 750.00 |
| 2/7/2025 | Contact candidates. Relay information to Judge Mueller. | 1 | 375.00 | 375.00 |
| 2/10/2025 | Consult with Judge Mueller on next steps. | 1 | 375.00 | 375.00 |
| 2/17/2025 | Discuss next steps with Judge Mueller. | 1 | 375.00 | 375.00 |
| 2/18/2025 | Meet with potential candidate and take notes. Follow up with Judge Mueller. | 1 | 375.00 | 375.00 |
| 2/19/2025 | Meet with Judge Mueller to discuss next steps. | 1 | 375.00 | 375.00 |
| | Subtotal | | | 2,625.00 |

| **Invoice Total** | $2,625.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,625.00 |