UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

This court held an in camera hearing on February 25, 2025.  The court reporter is authorized to provide a copy of the transcript to any person who attended the in camera hearing.  All such persons shall treat the transcript as a sealed document.  Attorneys may share the transcript with other attorneys in the same firm working on this matter subject to the same confidentiality restrictions.

IT IS SO ORDERED.

DATED: March 4, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1