1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   CHRISTIAN M. GEORGELY, State Bar No.
5  322952
   Deputy Attorneys General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 210-7318
8    Fax: (916) 324-5205
     E-mail: Elise.Thorn@doj.ca.gov
9  *Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID CASARRUBIAS-GONZÁLEZ ,
SBN 321994
SAMANTHA M. BACON, SBN 351561
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    415-777-3200
Pmello@hansonbridgett.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

|  |  |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.<br><br>    Defendants. | Case No. 2:90-CV-00520- KJM-SCR<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S THIRTY-FIRST ROUND FOCUSED HEAT PLAN MONITORING REPORT**<br><br>Judge:    Hon. Kimberly J. Mueller |

The Order of Reference clearly sets forth the process for the parties to follow when responding to any compliance report prepared by the Special Master. ECF No. 640 at 8. Unless a party moves to reject or modify the report "*within ten days* after being served with the filing of the report," the report shall be adopted as the findings of fact and conclusions of law of the court. *Id.* (emphasis added). The Order of Reference does not contemplate the ability of a party to respond to another party's objections. Here, however, Plaintiffs may be attempting to circumvent the procedure that has been applicable in this case for nearly thirty years by requesting an opportunity to respond to Defendants' timely-filed objections, after having failed to file their own objections.

1

The Special Master's Thirty-First Round Focused Heat Plan Monitoring Report (Report) was filed with this court on February 28, 2025.  ECF No. 8558.  Plaintiffs previously provided comments to the Special Master regarding the Special Master's Thirty-First Round Focused Heat Plan Monitoring Draft Report on January 21, 2025, and those comments were included in the Report at Exhibit D.  ECF No. 8558-1 (Ex. D at 29).  Notably, Plaintiffs *chose not to file* anything in response to the Report.  Plaintiffs now appear to be attempting to end-run the Order of Reference by styling their request as a "response," thus enabling Plaintiffs to forego the need to comply with the ten-day timeframe set forth in the Order of Reference  and permitting Plaintiffs an opportunity for further argument that is not contemplated by the Order of Reference.  But because Plaintiffs did not timely file formal objections, they waived the opportunity to submit argument relative to the Report at this late hour.  Defendants respectfully request that Plaintiffs' request for leave to file a response to Defendants' objections be denied for these reasons.  In the alternative, if this court grants Plaintiffs' request over Defendants' objection, Defendants request the opportunity to reply to Plaintiffs' response.

DATED: March 12, 2025                       ROB BONTA
                                            Attorney General of California


                                      By:_____/s/ Damon McClain_____
                                            DAMON MCCLAIN
                                            Supervising Deputy Attorney General
                                            ELISE OWENS THORN
                                            Deputy Attorney General
                                            *Attorneys for Defendants*

DATED: March 12, 2025                       HANSON BRIDGETT LLP


                                      By:_____/s/ Samantha Wolff_____
                                            LAWRENCE M. CIRELLI
                                            PAUL B. MELLO
                                            SAMANTHA D. WOLFF
                                            *Attorneys for Defendants*