# COLETTE S. PETERS

## HIGHLIGHTS OF QUALIFICATIONS

- Experienced executive with proven ability to lead change, strengthen organizational performance, and effectively partner to achieve results while addressing highly complex issues.
- Effective at building rapport and trust through transparency, clear communication, and authentic engagement.
- Results-oriented, strategic thinker, skilled at empowering decision-making.
- Accomplished in working across functions, cultures, and diverse groups to build coalitions and achieve a shared purpose while solving complex problems.

## PROFESSIONAL EXPERIENCE

**United States Department of Justice, Federal Bureau of Prisons, Washington, DC** **2022-2025**
***Director***

***Responsibilities***

- Appointed by the U.S. Attorney General to lead the Federal Bureau of Prisons, one of the largest law enforcement components of the Department of Justice and the nation's largest correctional agency.
- Upheld the constitution while achieving the agency's dual-purposed mission to foster a humane and secure environment and ensure public safety by preparing individuals for successful reentry into our communities.
- Oversaw the complex operations of the Bureau with nearly 40,000 employees and managing to more than an $8 billion budget.
- Responsible for the care and custody of approximately 150,000 adults housed in 122 federal prisons, 178 community-based facilities and on home confinement managing to all of their physical, behavioral health, and programmatic needs.
- Educated and informed Congress of the long-standing challenges at the Bureau in order to garner policy support and additional funding to improve recruitment and retention as well as the agency's long-standing $3 billion maintenance and repair backlog.
- Through our National Gang Unit, Counter Terrorism Unit and Intelligence Office, collaborated with federal and local law enforcement to gather intelligence and ensure safe and secure prisons and communities around the globe.
- Worked closely with our National Union Leadership to ensure appropriate resources were available to our employees.

***Accomplishments***

- Improved our recruitment and retention efforts and after decades of stagnant and declining employee base moved overall staffing levels from 85% to 93%
- Established a 5, 10 and 15 year plan to manage the $3 billion maintenance and repair backlog which plagues the FBOP, leaving employees and adults in their care working and living in dilapidated facilities.
- Collaborated with the Office of the Inspector General and the Government Accountability Office to hold people accountable and root out misconduct. Inherited the agency during a time of great turmoil including allegations of inhumane and criminal activity.
- Created a National Chief Inspector that internally mirrors the work of the Office of the Inspector General and uses data to get out in front of culture decline, contraband, and criminal misconduct.
- Launched an effective communication strategy that brought transparency to the agency and built up trust with the Justice Department, Congress, the media, stakeholders, and advocates.
- Implemented significant cultural changes and created better working environments and safer prisons through the principles of normalcy and humanity.
- Improved the use of evidence-based practices to address individual criminal risk factors and to implement programs, policies, and procedures.
- Created a National Chief of Employee Wellness and expanded employee wellness activities and resources to combat the low average life expectancy of 58 years of age and negative physical and behavior health that contribute to that outcome.

**Oregon Department of Corrections, Salem, Oregon** **2012-2022**
***Director***

***Responsibilities***

- Appointed by the Governor and confirmed by the Senate to lead the state agency responsible for providing custody, rehabilitation, and treatment services. DOC employed 4,700 employees and operated with a $2 billion budget.
- Oversaw the operations and policies of an evidenced-based corrections agency with 12,000 people in 14 state prisons and individuals on supervision in two state-run county community corrections offices.
- Developed effective partnerships with individual state-funded county community corrections agencies that manage the local supervision of more than 32,000 people on probation, parole, and post-prison supervision.
- Advocated for public safety reform, justice reinvestment, and practices that increased and enhanced adult in custody’s engagement with family and friends.
- Worked collaboratively with external partners and labor unions to promote public safety by holding people accountable for their actions and to reduce the risk of future crime and victimization.

***Accomplishments***

- Implemented significant cultural changes and improved outcomes through the use of research and data to drive decision-making, improve outcomes, increase agency efficiency and effectiveness, and promote employee wellness both in Oregon, nationally, and internationally.
- Improved the use of evidence-based practices to address individual criminal risk factors and to implement programs, policies, and procedures.
- Improved organizational outcomes regarding the operation of safe and secure prisons, accountability, and rehabilitation.
- Ensured those in custody received appropriate interventions based on risk and need so they returned home, became tax-paying citizens, and productive members of their families and communities.
- Enrolled the agency in the Amend Program at the University of California San Francisco, together studied the Norwegian model, and ultimately developed the "Oregon Way." The goal to improve employee health and wellness, and reduce the use of segregation, by transforming prison environments for those who live and work in prison as well as community corrections interactions through the concepts of normalization and humanization.
- Implemented a performance-based management system that created increased transparency and accountability.
- Increased employee awareness of wellness issues impacting those doing corrections work. Lead national efforts to increase awareness of the detriment of corrections work and push for employee wellness resources.

**Oregon Youth Authority, Salem, Oregon** **2009-2012**
***Director***

***Responsibilities***

- Appointed by the Governor and confirmed by the Senate to lead the state agency responsible for providing custody, rehabilitation and treatment services to youth ages 12 through 24 who committed crimes prior to their 18th birthday. At the time OYA employed approximately 1,100 employees and operated with a $312.1 million budget. The agency served approximately 2,000 youth.
- Provided oversight of 11 close custody youth correctional facilities with capacity to serve 900 youth. Oversaw community services provided to approximately 1,100 youth through statewide parole and probation services, youth foster care, residential services, and individualized treatment services tailored to meet the needs of youth committed to OYA.
- Appointed by the Governor to serve as a member of the Juvenile Corrections Forecast Advisory Committee and the Governor's Re-Entry Council.

***Accomplishments***

- Rebuilt the agency's reputation internally and externally with all stakeholders. Inherited the agency during turbulent times during great scrutiny following corruption findings.
- One of the first agencies in the country to implement Positive Youth Development theory.
- Ensured that services provided to youth are fully coordinated and integrated throughout the state's juvenile justice and social service systems.

**Oregon Department of Corrections, Salem, Oregon** **2006-2008**
***Assistant Director for the Public Services Division and Inspector General***

***Responsibilities***

- Shared the department's responsibility for more than 14,000 adults housed statewide in 14 state prisons, as well as 35,000 people on supervision. At the time, the biennial budget was $1.2 billion, DOC had 4,400 employees and hundreds of contractors and volunteers.
- Served as a cabinet-level member of the DOC Policy Group. Contributed to the long-range strategic planning and operational management of the Department.
- As Inspector General, Supervised the Department's Chief Investigators responsible for the Special Investigations and Security Threat Management units. Provided the agency oversight function with administrative review of Discrimination Complaint Appeals, Use of Force Actions, and Disciplinary Hearings.

  As Legislative Director, supervised the Administrator of Public Affairs and collaboratively advised the Governor's Office, DOC Director and Deputy Director, Policy Group and other public safety stakeholders on potential and actual legislation as well as possible impacts on the Department and its programs.
- Planned, designed, developed, and coordinated agency strategies statewide to educate the legislature, news media, opinion leaders, the general public, and all stakeholders regarding the mission and activities of the Department. This includes overall mission and direction of the agency, daily operations, contract operations, crisis control, and creating and promoting a unified Department image and public policy.
- Collaborated with union leadership, and all stakeholders to provide information and receive feedback around department strategy, budget planning, employee issues, and other related matters.

***Accomplishments***

- Provided agency-assists, including an investigation of OYA, resulting in corruption findings.
- Successfully lead an outstanding group of managers and employees within six offices of the division. The division provided direction, planning, open communication and accountability to and for DOC's internal and external stakeholders in an efficient manner.

**Oregon Department of Corrections, Salem, Oregon** **2004-2006**
***Director of Public Affairs***

***Responsibilities***

- Approved rules, policies, and procedures, developed the Department's strategic plan, developed performance measures, prepared and helped manage the department's $1.2 billion budget, established objectives and strategies in support of the Department's mission and the Oregon Accountability Model. Worked with DOC institutions and other public safety entities to develop and implement statewide plans of action. Represented the Department in local, state, regional and national forums.
- Advised DOC Director and fellow Policy Group and executive team members on potential and actual legislation and possible impacts on the Department and its programs. Served as principle liaison with the Legislative Assembly, The Governor's Office and the Department of Justice.

*Accomplishments*

- Successfully worked to bring stakeholders together to resolve complex and often highly charged and complex issues.

**Colorado Legislative Council, Denver, Colorado** **1998-2003**

***Research Associate***

***Responsibilities***

- Provided nonpartisan research, analysis and recommendations to Colorado legislators with an expertise in criminal justice, public safety, public and state departmental policy, pending legislation, fiscal notes, fiscal and budget items, capital construction requests, and the Colorado Department of Corrections bed needs.
- Staffed the House and Senate Judiciary Committees and the Capital Development Committee.
- Intimately understood and applied state and federal criminal laws in research and decision-making.

  Analyzed state departments' annual reports and budget requests including capital construction requests.
- Researched and subsequently wrote publications, such as *An Overview of Community-Based Corrections in Colorado,* and conducted studies. One study focused on criminal restitution in Colorado and involved working closely with a task force made up of experts in the field.

**Victim Assistance Unit (VAU), Denver Police Department, Colorado** **1995-1998**

***Victim Advocate and Crisis Mediator***

***Responsibilities***

- Provided crisis intervention and victim advocacy on crime and disaster scenes aiding victims, both crime and non-crime related. Coordinated on-scene with various law enforcement agencies including local police, sheriff, and fire departments, the Bureau of Alcohol Tobacco and Firearms, and the FBI.
- Managed 10 VAU employees who responded on crime scenes after-hours.
- Worked within the felony arraignment courtroom to assist in upholding the domestic violence statutes and the Crime Victim Rights Act by representing victims and the Police Department, interpreting, and applying statutes, making bond recommendations to the presiding judge, and ensuring the issuance of statutorily mandated restraining orders.

***Accomplishments***

- Developed a new branch of the VAU within the Denver Fire Department, Fire Investigation Bureau to serve arson victims' crisis needs more effectively and efficiently. Secured funding, established operating procedures, trained VAU team members and fire department personnel, and coordinated operations and administration.
- Trained police department cadets on victim-related issues. Developed a VAU training program including curriculum, classroom instruction, on-scene drills, and external department rotations.
- Developed and conducted extensive assessment of the VAU to evaluate the effectiveness of the unit.

**Breck Preparatory School, Minneapolis, Minnesota** **1994-1995**
***Assistant to the Director of the Lower School***

***Accomplishments***

- Improved curriculum organization, worked with behavioral issues, planned activities, and collaborated with the academics to efficiently manage the preparatory school.

**Freeport West, Inc.; Legacy Shelter for Boys, Minneapolis, Minnesota** **1994**
***Youth Counselor***

***Responsibilities***

- Counseled youth with criminal behavior histories and monitored their living environment. Collaborated with the youth, their probation officers, psychologists, psychiatrists, and families to enhance their future.

**St. John's University, Collegeville, Minnesota 1993-1994**
***Assistant Coordinator, Learning Enhancement Service***

***Responsibilities***

- Coordinated details for various activities and events and managed the $500,000 budget for the learning enhancement at the College of St. Benedict and St. John's University. Ensuring ongoing professional development of all academics.

**Mount Carmel High School, Belize, Central America** **1993**
***Teacher***

***Responsibilities***

- Taught English and reading in a small village on the border of Guatemala to 50 environmentally challenged High School students.

**Youth Homes of Mid-America, Johnston, Iowa** **1992**
***Youth Counselor Responsibilities***

- Collaborated with psychiatrists, psychologists, probation officers, and caseworkers. Worked direct care, case management, and supervised youth.

## PROFESSIONAL AFFILIATIONS

**American Correctional Association (ACA)**
Member, 2012 – Present
- Chair, Staff Wellness Committee, 2015 - Present
- Co-Chair, Professional Development Committee, 2019 - Present

**Association of Women Executives in Corrections (AWEC)**
Member, 2012 - Present
- Wellness Committee Consultant

**Correctional Leaders Association (CLA) formerly (ASCA)** Member, 2012 - 2022
- Vice President, 2018 - 2020
- Treasurer, 2016 - 2018
- Northwest Regional Representative, 2014 – 2016

**Council on Criminal Justice (CCJ)**
Advisory Board Trustee, 2019 - Present
- Member National Commission on COVID-19 and Criminal Justice

**DPSST Law Enforcement Memorial Board**
Member, 2012 – 2022
- Chair, January 2021 - 2022

**Governor's Re-Entry Council**
Member, 2009 - 2022
- Chair, 2012 - Present

**Governor's Prison Population Forecast Advisory Committee**
Member, 2012 - 2022

**International Corrections and Prisons Association**
Member, 2017 - Present

**National Institute of Corrections Advisory Board**
Appointed Member by USAG Eric Holder, 2013 - 2025
- Advisory Board Chairperson, June 2018 - 2022
- Subcommittee on Wellness Chairperson, January - June 2015

**Oregon Department of Public Safety Standards and Training (DPSST) Board** Member, 2012 - 2022

**PDX BizWomen**
Member, 2019 - 2022

**Past memberships include:**

Children's Justice Alliance Board of Directors, Council of Juvenile Correctional Administrators (CJCA) Board, Secretary, Positive Youth Outcomes Committee, Chair, Governor's Commission on Public Safety, Juvenile Corrections Forecast Advisory Committee, Juvenile Justice Leadership Network, Center for Juvenile Justice Reform, Georgetown University, Juvenile Justice System Symposium Steering Committee, Legislature's Full-Day Kindergarten Implementation Committee, National Partnership for Juvenile Services Editorial Board, National Center for Youth in Custody and Oregon Juvenile Department Directors Association Executive Committee, The Equitas Project, National Advisor.

## PROFESSIONAL AWARDS

**Michael Francke Career Achievement Award Recipient**
2020

- The national award is named after the late director of the Oregon corrections department who was murdered outside his office in Salem on Jan. 17, 1989. It was created to recognize a Director who has given exceptional service to their agency or agencies in honor and memory of Francke. Director Francke was a visionary man and an outstanding correctional director. He put Oregon on the path to becoming a progressive, cutting-edge agency, making advancements, and leading the way in all areas of corrections. He was a progressive leader whose legacy has and will forever influence future generations of corrections professionals striving to make a difference. And, his untimely death serves as a solemn reminder of the dangers that those of us in corrections and public safety face every day.

## PUBLICATIONS

***"Lack of healthier food alternatives can compromise inmate health,"*** *Firth*, Caislin L., Drach, Linda, Maher, Julie E., and Peters, Colette S., *American Journal of Public Health*, June 2015.

***"Juvenile recidivism - Measuring success or failure: Is there a difference?"*** Peters, Colette S., and Myrick, Shannon, *Corrections Today*, February/March 2011.

***"Police Decision Making: A Justice-Theoretical Model"***
Smith, Michael R., and Peters, Colette S., *American Society of Criminology*, November 1996**.**

## EDUCATION

**Master's Degree in Criminal Justice**
Graduate School of Public Affairs, University of Colorado, Denver, Colorado

**Bachelor of Arts in Psychology**
College of Saint Benedict, Saint Joseph, Minnesota
*International Study - History, Arts, and Language in Greece, Turkey, and Italy*