# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

This court held a hearing on March 18, 2025. Part of the hearing was held in camera. The court reporter is authorized to provide a copy of the transcript of the in camera hearing to any person who attended the in camera hearing. All such persons shall treat that transcript as a sealed document. Attorneys may share the transcript with other attorneys in the same firm working on this matter subject to confidentiality restrictions.

IT IS SO ORDERED.

DATED: March 21, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1