|  |  |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | No. 2:90-cv-0520 KJM SCR P<br><br><br><br>ORDER |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

The matter of payment of the Special Master has been referred to the magistrate judge by the district court judge. The court has reviewed the bill for services provided by the Special Master in the above-captioned case through the month of February 2025.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

   Pannone Lopes Devereaux & O'Gara LLC
   Attn: Matthew A. Lopes, Jr., Esq., Special Master
   Northwoods Office Park, Suite 215N
   1301 Atwood Avenue
   Johnston, RI 02919

the amount of $1,404,984.13 as payment of the statement attached to this order; and

2. A copy of this order shall be served on the financial department of this court.

1

DATED: March 27, 2025.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| 1 | **RALPH COLEMAN, et al.,** : | |
| | Plaintiffs, : | |
| 2 | : | **No. Civ. S-90-0520 KJM SCR P** |
| | v. : | |
| 3 | : | |
| | **EDMUND G. BROWN, JR., et al.** : | |
| 4 | Defendants. | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through February 28, 2025.

Matthew A. Lopes, Jr., Special Master
    Services      $27,090.00
    Disbursements      $44,165.23

    Total amount due      $71,255.23

Kerry F. Walsh, J.D., Deputy Special Master
    Services      $56,838.00
    Disbursements      $     0.00

    Total amount due      $56,838.00

Kristina M. Hector, J.D.
    Services      $51,513.00
    Disbursements      $     0.00

    Total amount due      $51,513.00

Regina M. Costa, MSW., J.D.
    Services      $42,115.00
    Disbursements      $     0.00

    Total amount due      $42,115.00

LaTri-c-ea McClendon-Hunt, J.D.
    Services      $38,709.00
    Disbursements      $     0.00

    Total amount due      $38,709.00

Michael F. Ryan, Jr.
    Services      $47,669.00
    Disbursements      $     0.00

    Total amount due      $47,669.00

Michael A. Milas
    Services      $45,848.00
    Disbursements      $     0.00

    Total amount due      $45,848.00

| | | | |
|---|---|---|---|
| 1 | Mario R. McClain, Jr. | | |
| | Services | $51,259.00 | |
| 2 | Disbursements | $      0.00 | |
| 3 | | Total amount due | $51,259.00 |
| 4 | Alison A. Tate | | |
| | Services | $60,549.00 | |
| 5 | Disbursements | $      0.00 | |
| 6 | | Total amount due | $60,549.00 |
| 7 | Mitchell J. Young | | |
| | Services | $47,788.00 | |
| 8 | Disbursements | $      0.00 | |
| 9 | | Total amount due | $47,788.00 |
| 10 | Rachel Gribbin | | |
| | Services | $24,442.00 | |
| 11 | Disbursements | $      0.00 | |
| 12 | | Total amount due | $24,442.00 |
| 13 | Lana L. Lopez | | |
| | Services | $27,337.50 | |
| 14 | Disbursements | $      0.00 | |
| 15 | | Total amount due | $27,337.50 |
| 16 | Cristina Irizarry | | |
| | Services | $27,107.00 | |
| 17 | Disbursements | $      0.00 | |
| 18 | | Total amount due | $27,107.00 |
| 19 | Kerry C. Hughes, M.D. | | |
| | Services | $59,130.00 | |
| 20 | Disbursements | $    822.56 | |
| 21 | | Total amount due | $59,952.56 |
| 22 | Jeffrey L. Metzner, M.D. | | |
| | Services | $27,020.00 | |
| 23 | Disbursements | $ 2,148.35 | |
| 24 | | Total amount due | $29,168.35 |
| 25 | Mary Perrien, Ph.D. | | |
| | Services | $44,138.00 | |
| 26 | Disbursements | $ 1,991.62 | |
| 27 | | Total amount due | $46,129.62 |
| 28 | | | |

| | | | |
|---|---|---|---|
| 1 | Patricia M. Williams, J.D. | | |
| |     Services | $50,162.00 | |
| 2 |     Disbursements | $ 3,777.22 | |
| 3 | | Total amount due | $53,939.22 |
| 4 | Henry A. Dlugacz, MSW, J.D. | | |
| |     Services | $35,836.00 | |
| 5 |     Disbursements | $ 2,309.77 | |
| 6 | | Total amount due | $38,145.77 |
| 7 | Lindsay M. Hayes | | |
| |     Services | $50,108.00 | |
| 8 |     Disbursements | $ 3,862.21 | |
| 9 | | Total amount due | $53,970.21 |
| 10 | Timothy A. Rougeux | | |
| |     Services | $30,261.00 | |
| 11 |     Disbursements | $      0.00 | |
| 12 | | Total amount due | $30,261.00 |
| 13 | Maria Masotta, Psy.D. | | |
| |     Services | $38,780.00 | |
| 14 |     Disbursements | $ 2,176.06 | |
| 15 | | Total amount due | $40,956.06 |
| 16 | Karen Rea PHN, MSN, FNP | | |
| |     Services | $29,830.00 | |
| 17 |     Disbursements | $      0.00 | |
| 18 | | Total amount due | $29,830.00 |
| 19 | Brian J. Main, Psy.D. | | |
| |     Services | $38,886.00 | |
| 20 |     Disbursements | $ 3,962.80 | |
| 21 | | Total amount due | $42,848.80 |
| 22 | Sharen Barboza, PhD. | | |
| |     Services | $50,334.00 | |
| 23 |     Disbursements | $ 3,367.46 | |
| 24 | | Total amount due | $53,701.46 |
| 25 | Daniel F. Potter, PhD. | | |
| |     Services | $59,204.00 | |
| 26 |     Disbursements | $      0.00 | |
| 27 | | Total amount due | $59,204.00 |
| 28 | | | |

| | | | |
|---|---|---|---|
| 1 | Brett L. Johnson, M.D. | | |
| |     Services | $41,256.00 | |
| 2 |     Disbursements | $ 1,771.88 | |
| 3 | Total amount due | | $43,027.88 |
| 4 | Marcus R. Patterson, PsyD. | | |
| |     Services | $44,226.00 | |
| 5 |     Disbursements | $ 3,656.80 | |
| 6 | Total amount due | | $47,882.80 |
| 7 | J. David Dawdy, M.A. | | |
| |     Services | $12,964.00 | |
| 8 |     Disbursements | $ 1,357.98 | |
| 9 | Total amount due | | $14,321.98 |
| 10 | Kerry Eudy, J.D., Ph.D. | | |
| |     Services | $31,396.00 | |
| 11 |     Disbursements | $2,419.66 | |
| 12 | Total amount due | | $33,815.66 |
| 13 | John S. Wilson, Ph.D., CCHP-MH, CPHQ | | |
| |     Services | $65,254.00 | |
| 14 |     Disbursements | $ 4,509.27 | |
| 15 | Total amount due | | $69,763.27 |
| 16 | Darrin A. Bell | | |
| |     Services | $16,447.00 | |
| 17 |     Disbursements | $ 2,958.86 | |
| 18 | Total amount due | | $19,405.86 |
| 19 | Lynn Bissonnette | | |
| |     Services | $41,998.00 | |
| 20 |     Disbursements | $ 4,231.90 | |
| 21 | Total amount due | | $46,229.90 |

**TOTAL AMOUNT TO BE REIMBURSED**  $1,404,984.13

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master

6