UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiffs, | |
| v. | **ORDER** |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On December 11, 1995, the court entered an order referring this matter to a Special Master and directing that the Special Master's fees and expenses be borne by the defendants as part of the costs of this action. A significant amount of work remains to be done by the Special Master and additional funds are required to pay his fees and expenses.

The court must take all steps necessary to ensure timely payment of the Special Master's fees and expenses. Ongoing remedial issues require an additional deposit of funds within the next thirty days.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, defendants shall deposit with the Clerk of the Court a one hundred and fifty-second interim payment of costs in the amount of $3,000,000.00, which amount shall be invested in the interest-bearing account previously opened for this action; and

/////

1

2. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of this Court.

DATED: April 1, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE