ROB A. BONTA, State Bar No. 202668
Attorney General of California
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
CHRISTIAN GEORGELY, State Bar No. 322952
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZALEZ, SBN 321994
SAMANTHA M. BACON, SBN 351561
  425 Market Street, 26th Floor
  San Francisco, CA 94105
  Telephone (415) 777-3200
  Fax: (925) 746-8490
  E-mail: SWolff@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-SCR<br><br>**STIPULATION AND ORDER MODIFYING THE 2009 STAFFING PLAN**<br><br><br>Judge: The Hon. Kimberly J. Mueller |

The California Department of Corrections and Rehabilitation (CDCR) filed its mental health staffing plan on September 30, 2009. (ECF No. 3693.) The Court has approved several modifications to the 2009 Staffing Plan. On August 27, 2024, the Court approved the parties' stipulation to modify the Program Guide to approve the use of Marriage and Family Therapists (MFTs) and Professional Clinical Counselors (PCCs) as set forth in the memorandum titled *Use of Marriage and Family Therapists and Professional Clinical Counselors in the Provision of Mental Health Services.* (ECF No. 8376.) On September 27, 2024, following the Court's

[4632256.2]                                          1

Stip. Request and Order Modifying the 2009 Staffing Plan (2:90-cv-00520 KJM-DB (PC))

approval of the use of MFTs and PCCs, CDCR submitted to the Special Master and Plaintiffs proposed revisions to the 2009 Staffing Plan to reflect the use of the new classifications and CDCR's current staffing, and to update the list of mental health civil servant classifications.

The parties met and conferred, with input from the Special Master, between October 2024 and February 2025, and have agreed to the revisions set forth in the *Agreed Upon Revisions to the 2009 Staffing Plan and Associated Staffing Orders* attached as Exhibit A.  Specifically, the parties agree that the 2009 Staffing Plan should be modified to (1) allow MFTs and PCCs to fill certain positions required by the Staffing Plan, consistent with the August 27, 2024 order (ECF No. 8376); (2) apply the ten percent maximum vacancy rate to all Telepresenters and not only to Medical Assistants; and (3) replace the 2009 classification of Correctional Health Services Administrator II with either a Health Program Specialist II (HPS II), a Staff Services Manager II (SSM II), or a Health Program Manager II (HPM II) position.

The parties now jointly request that the Court enter an order that modifies the 2009 Staffing Plan and related orders as reflected in the *Agreed Upon Revisions to the 2009 Staffing Plan and Associated Staffing Orders* (Exhibit A).

The Special Master takes no position on the parties' stipulation or the *Agreed Upon Revisions to the 2009 Staffing Plan and Associated Staffing Orders*.

**IT IS SO STIPULATED**.

Dated: February 7, 2025

ROB A. BONTA
ATTORNEY GENERAL OF CALIFORNIA
DAMON MCCLAIN
SUPERVISING DEPUTY ATTORNEY GENERAL

**/s/ *Elise Owens Thorn***
ELISE OWENS THORN
DEPUTY ATTORNEY GENERAL
*Attorneys for Defendants*

Dated: February 7, 2025

HANSON BRIDGETT LLP

**/s/ *Samantha D. Wolff***
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated: February 7, 2025

ROSEN BIEN GALVAN & GRUNFELD LLP

**/s/Alexander Gourse**
ALEXANDER GOURSE
*Attorneys for Plaintiffs*

* * *

## ORDER

In response to the court's March 19, 2025 request, *see* ECF No. 8574 at 7:8-10, the parties have informed the court that the modification set forth in the foregoing stipulation do not modify the ratios in the 2009 Staffing Plan. Good cause appearing, the parties' stipulation is APPROVED. The 2009 Staffing Plan and related orders are modified as set out in the *Agreed Upon Revisions to the 2009 Staffing Plan and Associated Staffing Orders*, attached as Exhibit A to this order.

**IT IS SO ORDERED.**

DATED: April 1, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

Stip. Request and Order Modifying the 2009 Staffing Plan (2:90-cv-00520 KJM-DB (PC))