1   ROB BONTA, State Bar No. 202668                    HANSON BRIDGETT LLP
    Attorney General of California                     LAWRENCE M. CIRELLI, SBN 114710
2   MONICA N. ANDERSON, State Bar No. 182970           PAUL B. MELLO, SBN 179755
    Senior Assistant Attorney General                  SAMANTHA D. WOLFF, SBN 240280
3   DAMON MCCLAIN, State Bar No. 209508                KAYLEN KADOTANI, SBN 294114
    Supervising Deputy Attorney General                DAVID C. CASARRUBIAS-GONZÁLEZ,
4   ELISE OWENS THORN, State Bar No. 145931            SBN 321994
    NAMRATA KOTWANI, State Bar No. 308741              MOLLIE LEVY, SBN 333744
5   CHRISTIAN M. GEORGELY, State Bar No. 322952        SAMANTHA BACON, SBN 351561
    Deputy Attorneys General                           425 Market Street, 26th Floor
6    1300 I Street, Suite 125                           San Francisco, California 94105
     P.O. Box 944255                                    Telephone:  415-777-3200
7    Sacramento, CA 94244-2550                          E-mail: PMello@hansonbridgett.com
     Telephone:  (916) 210-7318                         Attorneys for Defendants
8    Fax:  (916) 324-5205
     E-mail:  Elise.Thorn@doj.ca.gov
9   Attorneys for Defendants

10                    IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12                            SACRAMENTO DIVISION

13

14   **RALPH COLEMAN, et al.,**                  Case No. 2:90-CV-00520- KJM-SCR

15                              Plaintiffs,      **NOTICE OF SUBMISSION OF
                                                 CERTIFICATIONS IN RESPONSE TO**
16                                               **JUNE 25, JUNE 27, AND JULY 12, 2024
                                                 ORDERS (ECF NOS. 8291, 8299, AND**
17       **v.**                                  **8329)**

18   **GAVIN NEWSOM, et al.,**
                                                 Judge:        Hon. Kimberly J. Mueller
19                              Defendants.

20

21          On June 25, 2024, the Court directed Defendants Governor Gavin Newsom, Director of

22   California State Hospitals Stephanie Clendenin, and Director of the California Department of

23   Finance Joe Stephenshaw, to certify that they have reviewed the data in the mental health staff

24   vacancy report filed the previous month, including a summary of the steps they have taken to

25   address mental health understaffing in CDCR prisons. (ECF No. 8291.) On June 27, 2024, the

26   Court ordered that Defendants Newsom, Stephenshaw, and Clendenin shall have ten days from

27   the filing of each monthly staffing report to review and submit certifications regarding data in the

28   monthly staffing reports. (ECF No. 8299 at 2.) On July 12, 2024, the Court approved the parties'

                                           1

1    stipulation to modify the June 25 order to remove Defendant Clendenin's obligation to submit a

2    monthly certification, and to replace Defendant Newsom's monthly certification with that of a

3    senior official in his office designated by Defendants. (ECF No. 8329 at 3-4.)

4          Defendants submit the court-ordered certifications of David Sapp, Legal Affairs Secretary

5    for Governor Gavin Newsom, and Joe Stephenshaw, Director of the Department of Finance, as

6    Exhibits A and B respectively. The attached certifications cover the obligations of Defendants

7    Newsom and Stephenshaw to review and certify that they reviewed the data in the staff vacancy

8    reports filed for the months of September 2024 through March 2025[1], and to provide a summary

9    of the steps they have taken to address mental health understaffing in CDCR prisons.

10   Dated: April 10, 2025                          Respectfully submitted,

11                                                  ROB BONTA
                                                    Attorney General of California
12                                                  DAMON G. MCCLAIN
                                                    Supervising Deputy Attorney General
13
                                                    */s/ Elise Owens Thorn*
14                                                  ELISE OWENS THORN
                                                    Deputy Attorney General
15                                                  *Attorneys for Defendants*

16   Dated: April 10, 2025                          HANSON BRIDGETT LLP

17                                                  **/s/** *Samantha D. Wolff*
18                                                  PAUL B. MELLO
                                                    SAMANTHA D. WOLFF
19                                                  DAVID C. CASARRUBIAS-GONZÁLEZ
                                                    *Attorneys for Defendants*
20

21   CF1997CS0003
22   44399027.docx

23

24

25

26

27   _____

          [1] Defendants did not file the certifications between November 2024 and March 2025,
28   based on the Ninth Circuit Court of Appeals' stay of the June 25 and 27, 2024 orders. (ECF Nos.
     8341 and 8462.)

# Exhibit A

ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
CHRISTIAN GEORGELY, State Bar No. 322952
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZALEZ,
SBN 321994
SAMANTHA M. BACON, SBN 351561
  425 Market Street, 26th Floor
  San Francisco, CA 94105
  Telephone (415) 777-3200
  Fax: (925) 746-8490
E-mail: SWolff@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-SCR<br><br>**CERTIFICATION REQUIRED UNDER JUNE 25, JUNE 27, AND JULY 12, 2024 ORDERS BY DAVID SAPP, LEGAL AFFAIRS SECRETARY FOR GOVERNOR GAVIN NEWSOM** |

I, David Sapp, certify the following in response to the June 25, June 27, and July 12, 2024 orders filed in *Coleman v. Newsom*, Case No. 2:90-cv-0520 KJM DB:

1.      The June 25 order required that Governor Newsom submit a certification that he has reviewed specified monthly reports and include a summary of the steps that he has taken to address mental health understaffing in CDCR prisons during the relevant month. The July 12 order authorizes a senior official in Governor Gavin Newsom's office designated by Defendants to submit the certification required under the June 25 order.

1

Governor's Legal Affairs Secretary Certification in Response to 6/25/24, 6/27/24, and 7/12/24 Contempt Orders
(2:90-cv-00520 KJM-DB (PC))

19009732.1

2.    Consistent with the July 12 order, I am submitting the certification as Governor Newsom's Legal Affairs Secretary.

3.    I have reviewed the following reports prepared by the California Correctional Health Care System and attached as exhibits to Defendants' monthly staffing reports:

a.  Defendants' Monthly Mental Health Staff Vacancy Report filed on October 31, 2024 (ECF No. 8450), Exhibit A, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan; Exhibit B, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan; Exhibit C, the statewide totals for all the positions; Exhibit D, a separate chart of the fines accumulated for September 2024; and Exhibit E, a separate chart of the Psychiatric Inpatient Program fines accumulated for September 2024 calculated under the June 28, 2024 order (ECF No. 8301 at 2–3);

b.  Defendants' Monthly Mental Health Staff Vacancy Report filed on November 27, 2024 (ECF No. 8477), Exhibit A, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan; Exhibit B, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan; Exhibit C, the statewide totals for all the positions; Exhibit D, a separate chart of the fines accumulated for October 2024; and Exhibit E, a separate chart of the Psychiatric Inpatient Program fines accumulated for October 2024 calculated under the June 28, 2024 order (ECF No. 8301 at 2–3);

c.  Defendants' Monthly Mental Health Staff Vacancy Report filed on December 31, 2024 (ECF No. 8508), Exhibit A, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan; Exhibit B, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan; Exhibit C, the statewide totals for all the positions; Exhibit D, a separate chart of the fines accumulated for November 2024; and Exhibit E, a separate chart of the Psychiatric Inpatient Program fines accumulated for November 2024 calculated under the June 28, 2024 order (ECF No. 8301 at 2–3);

Governor's Legal Affairs Secretary Certification in Response to 6/25/24, 6/27/24, and 7/12/24 Contempt Orders
(2:90-cv-00520 KJM-DB (PC))

19009732.1

d.  Defendants' Monthly Mental Health Staff Vacancy Report filed on January 31, 2025 (ECF No. 8533), Exhibit A, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan; Exhibit B, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan; Exhibit C, the statewide totals for all the positions; Exhibit D, a separate chart of the fines accumulated for December 2024; and Exhibit E, a separate chart of the Psychiatric Inpatient Program fines accumulated for December 2024 calculated under the June 28, 2024 order (ECF No. 8301 at 2–3);

e.  Defendants' Monthly Mental Health Staff Vacancy Report filed on February 28, 2025 (ECF No. 8559), Exhibit A, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan; Exhibit B, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan; Exhibit C, the statewide totals for all the positions; Exhibit D, a separate chart of the fines accumulated for January 2025; and Exhibit E, a separate chart of the Psychiatric Inpatient Program fines accumulated for January 2025 calculated under the June 28, 2024 order (ECF No. 8301 at 2–3); and

f.  Defendants' Monthly Mental Health Staff Vacancy Report filed on March 28, 2025 (ECF No. 8585), Exhibit A, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan; Exhibit B, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan; Exhibit C, the statewide totals for all the positions; Exhibit D, a separate chart of the fines accumulated for February 2025; and Exhibit E, a separate chart of the Psychiatric Inpatient Program fines accumulated for February 2025 calculated under the June 28, 2024 order (ECF No. 8301 at 2–3.)

4.  Enclosed as Exhibit 1 is a summary of actions that can be disclosed, without waiving applicable attorney-client, deliberative process, official information, or executive privileges, that Governor Newsom, in his official capacity as Governor of the State of California, and his

3

Governor's Legal Affairs Secretary Certification in Response to 6/25/24, 6/27/24, and 7/12/24 Contempt Orders
(2:90-cv-00520 KJM-DB (PC))

19009732.1

1   Administration have taken to address mental health understaffing in CDCR prisons, including in

2   the month of April 2025.

3

4    Dated: April 10, 2025                                    Respectfully submitted,

5                                                            */s/ David Sapp*

6                                                            DAVID SAPP

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

19009732.1

# Exhibit 1

**Mental Health Staffing Updates**

California Department of Corrections and Rehabilitation (CDCR) and California Correctional Health Care Services (CCHCS) are working on various solutions to address critical staffing vacancies. Updates on mental health hiring efforts and strategies are provided below.

1. **Mental Health Coleman Staffing**
   Percentages include civil service and registry fill rates for February 2025 and filed with the Coleman Court on March 28, 2025. The arrows indicate if there has been an increase or decrease in fill rates since the last filed report.
   a. <u>Excluding</u> Psychiatric Inpatient Program (PIP)
      1) Psychiatry – **89%** ↓
      2) Psychology – **57% (no change)**
      3) Clinical Social Worker – **91%** ↓
      4) Medical Assistant – **60%** ↑
      5) Recreation Therapist – **96% (no change)**

   b. <u>Including PIP</u>
      1) Psychiatry – **85%** ↓
      2) Psychology – **56%** ↓
      3) Clinical Social Worker – **86%** ↓
      4) Medical Assistant – **60%** ↑
      5) Recreation Therapist – **93%** ↓

2. **Tele-Mental Health Hiring** (as of March 28, 2025)
   a. CCHCS is actively recruiting and interviewing for the unfilled Tele-Mental Health classifications below.

| Classification | Total Hired/Authorized PY[1] |
|---|---|
| a. Chief Psychologist | 2/2 |
| b. Senior Psychologist Supervisor | 6/6 |
| c. Clinical Psychologist[2] | 57/60 |
| d. Supervising Psych Social Worker I | 3/3 |
| e. Supervising Psych Social Worker II | 1/1 |
| f. Clinical Social Worker | 40/40 |
| g. Supervising Registered Nurse (SRN) II[3] | 1/1 |
| h. Medical Assistant | 74/100 |

---

[1] The number of positions allocated from July 1, 2023 through June 30, 2025. This chart will be tracked until June 30, 2025.
[2] Nine additional Clinical Psychologists are in preemployment and are being processed.
[3] There are two additional SRN II positions authorized in the Budget Change Proposal (three positions total). These positions are tied to Medical Assistant supervision, and positions will be released based on the ratio-driven methodology.

1

| | |
|---|---|
| i.  Research Data Supervisor II | 1/1 |
| j.  Research Data Supervisor I | 1/1 |
| k.  Research Data Analyst II | 1/1 |
| l.  Research Data Specialist I | 1/1 |
| m.  Staff Services Manager (SSM) III | 1/1 |
| n.  SSM II | 1/1 |
| o.  SSM I | 2/2 |
| p.  Health Program Specialist (HPS) II | 1/1 |
| q.  HPS I | 2/2 |
| r.  Staff Services Analyst/Associate Governmental Program Analyst | 8/8 |
| s.  IT Specialist I | 1/1 |
| t.  IT Associate | 1/1 |
| u.  Personnel Technician II | 1/1 |
| v.  Personnel Specialist | 1/1 |

**3.  Tele-Mental Health Hiring Details** (as of March 28, 2025)

| | Allocated | Offers | Offers Accepted | Started with CDCR/CCHCS | Assigned to Institutions |
|---|---|---|---|---|---|
| Clinical Social Worker | 79 | 101 | 86 | 61 | 59 |
| Psychologist | 90 | 83 | 71 | 57 | 55 |
| Chief Psychologist | 3 | 4 | 3 | 3 | N/A |
| Senior Psychologist Supervisor | 6 | 6 | 6 | 6 | N/A |
| Supervising Psychiatric Social Worker I | 3 | 6 | 6 | 6 | N/A |
| Supervising Psychiatric Social Worker II | 1 | 2 | 2 | 1[4] | N/A |

**Note:** All numbers above account for cumulative hires for each classification since July 1, 2023, including over-hiring of Clinical Social Workers and staff who have separated after being hired. These numbers may not match the Tele-Mental Health Hiring chart above. Upon completion of onboarding and applicable training, staff are assigned to the institution.

**4.  Hiring Strategies**
   a.  Registry Licensed Marriage and Family Therapists (LMFT) and Licensed Professional Clinical Counselors (LPCC) can be used within the MH program in lieu of Psychologist and Clinical Social Workers (CSW) until the Psychologist or CSW vacancy is filled.
   As of March 12, 2025, there are the following:
   • Registry LMFTs: 35 active and 15 in process
   • Registry LPCCs: 3 active and 2 in process

---

[4] Offer extended to candidate on April 1, 2025.

2

b. Hiring above the allocation of Recreational Therapists (RTs) - (52 positions) (as of March 28, 2025)
- Total hires – 28 (26 civil service RTs have been hired; 2 candidates hired through registry).
- Candidates pending start date: 1 starting May 2025 at California State Prison – Sacramento

c. Hiring Events
- One-Day Mental Health focused hiring events were held on March 13, 2025, in Elk Grove and March 20, 2025, in Bakersfield.
  - There will be another one-day Mental Health focused hiring event on April 10, 2025, in the Fresno Region.
- Upcoming Hiring Events
  - April 8-9, 2025, in Hanford
  - May 20, 2025, in Lancaster
  - July 22-23, 2025, in Vacaville

d. Marriage and Family Therapist (MFT) and Clinical Counselor (CC) Classifications

| Classification | Exam Eligible as of 3/28/25 |
|---|---|
| CC | 37 |
| MFT | 64 |

- CCHCS is assessing MFT and CC applications to determine license status for new applications and is actively scheduling MFT and CC candidate interviews.
- Interviews are in process for 2 licensed CCs (1 is pending a start date and 1 declined the job offer), and 20 licensed MFTs (7 are pending start dates; 2 pending scheduling, 1 was non-competitive, 2 are pending job offers, and 8 declined job offers).
- Stipulation and Order Modifying the 2009 Staffing Plan and Revision to Fines Report
  - The draft revised fines report is being finalized to reflect the approval of modifying the staffing plan to allow MFTs and Professional CCs. The draft was provided to CDCR Office of Legal Affairs on April 3, 2025, and counsel will facilitate the review and approval process for the proposed revised fines report.
- California Penal Code 5068.5(c)(1) allows the department to hire unlicensed professions of psychology and clinical social workers but does include MFT and CC classifications. The department is submitting a Penal Code change through Trailer Bill Language to include the MFT and CCs. Final changes to the Penal Code have been drafted and a meeting with Department of Finance is scheduled for April 7, 2025.
- Background
  - On September 9, 2024, the State Personnel Board voted to approve the MFT and CC classification series, and on October 28, 2024, California Department of Human Resources (CalHR) reached an agreement with the union on the compensation structure.
    - Note: CSWs are eligible for pay differentials, which the MFT and CCs are currently not eligible to receive, including but not limited to the new Coleman

Court Ordered Pay Differentials effective October 31, 2024, Mental Health Recruitment Retention Bonus, and Psychiatric Inpatient Program onsite and clinical supervision differentials.

- On December 31, 2024, the Pay Letter for MFTs and CCs was issued by the CalHR to the State Controller's Office officially establishing the classification within the pay scales.
- On January 27, 2025, CCHCS began recruitment efforts for institutional positions, to coincide with the release of the MFT and CC examinations.

e. Mental Health Clinician Pay Differentials
- CCHCS has been granted statewide keying access so that keying of the differentials is centralized and can occur timely, if the Stay is lifted.
- Background
  - On October 25, 2024, Pay Letter 24-32 was issued to establish three new recruitment and retention differentials as directed by the Coleman Court. Implementation of these differentials is currently on hold due to the court ordered Stay.
    - Pay Differential 501 - Coleman – Mental Health Clinicians Recruitment and Retention Stipend Differential for Bargaining Units 16, 19, 20 and Excluded Employees.
    - Pay Differential 502 - Coleman – Mental Health Clinicians Monthly Recruitment and Retention Differential for Bargaining Units 16, 19, 20 and Excluded Employees.
    - Pay Differential 503 - Coleman – Mental Health Clinicians Referral Bonus for All Bargaining Units and Excluded Employees.

# Exhibit B

| | |
|---|---|
| 1 | ROB BONTA, State Bar No. 202668 |
| | Attorney General of California |
| 2 | MONICA N. ANDERSON, State Bar No. 182970 |
| | Senior Assistant Attorney General |
| 3 | DAMON MCCLAIN, State Bar No. 209508 |
| | Supervising Deputy Attorney General |
| 4 | ELISE OWENS THORN, State Bar No. 145931 |
| | NAMRATA KOTWANI, State Bar No. 308741 |
| 5 | CHRISTIAN GEORGELY, State Bar No. 322952 |
| | Deputy Attorneys General |

1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  DAMON MCCLAIN, State Bar No. 209508
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   NAMRATA KOTWANI, State Bar No. 308741
5  CHRISTIAN GEORGELY, State Bar No. 322952
   Deputy Attorneys General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 210-7318
8  Fax: (916) 324-5205
   E-mail: Elise.Thorn@doj.ca.gov
9  *Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZALEZ,
SBN 321994
SAMANTHA M. BACON, SBN 351561
  425 Market Street, 26th Floor
  San Francisco, CA 94105
  Telephone (415) 777-3200
  Fax: (925) 746-8490
E-mail: SWolff@hansonbridgett.com 1676 N.
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM- SCR<br><br>**CERTIFICATION REQUIRED UNDER JUNE 25, JUNE 27, AND JULY 12, 2024 ORDERS BY JOE STEPHENSHAW, DIRECTOR OF DEPARTMENT OF FINANCE** |

   I, Joe Stephenshaw, certify the following in response to the June 25, June 27, and July 12, 2024 orders filed in *Coleman v. Newsom*, Case No. 2:90-cv-0520 KJM DB:

   1.   I have reviewed the following reports prepared by the California Correctional Health Care System and attached as exhibits to Defendants' monthly staffing reports:

      a.  Defendants' Monthly Mental Health Staff Vacancy Report filed on October 31, 2024 (ECF No. 8450), Exhibit A, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan;

Exhibit B, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan; Exhibit C, the statewide totals for all the positions; Exhibit D, a separate chart of the fines accumulated for September 2024; and Exhibit E, a separate chart of the Psychiatric Inpatient Program fines accumulated for September 2024 calculated under the June 28, 2024 order (ECF No. 8301 at 2–3);

b.  Defendants' Monthly Mental Health Staff Vacancy Report filed on November 27, 2024 (ECF No. 8477), Exhibit A, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan; Exhibit B, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan; Exhibit C, the statewide totals for all the positions; Exhibit D, a separate chart of the fines accumulated for October 2024; and Exhibit E, a separate chart of the Psychiatric Inpatient Program fines accumulated for October 2024 calculated under the June 28, 2024 order (ECF No. 8301 at 2–3);

c.  Defendants' Monthly Mental Health Staff Vacancy Report filed on December 31, 2024 (ECF No. 8508), Exhibit A, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan; Exhibit B, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan; Exhibit C, the statewide totals for all the positions; Exhibit D, a separate chart of the fines accumulated for November 2024; and Exhibit E, a separate chart of the Psychiatric Inpatient Program fines accumulated for November 2024 calculated under the June 28, 2024 order (ECF No. 8301 at 2–3);

d.  Defendants' Monthly Mental Health Staff Vacancy Report filed on January 31, 2025 (ECF No. 8533), Exhibit A, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan; Exhibit B, the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated under the PIP Staffing Plan; Exhibit C, the statewide totals for all the positions; Exhibit D, a separate chart of the fines accumulated for December 2024; and

19009732.1

1   Exhibit E, a separate chart of the Psychiatric Inpatient Program fines accumulated for December

2   2024 calculated under the June 28, 2024 order (ECF No. 8301 at 2–3);

3           e.  Defendants' Monthly Mental Health Staff Vacancy Report filed on February 28,

4   2025 (ECF No. 8559), Exhibit A, the psychiatry, psychology, social worker, recreation therapist,

5   and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan;

6   Exhibit B, the psychiatry, psychology, social worker, recreation therapist, and medical assistant

7   vacancy reports for positions allocated under the PIP Staffing Plan; Exhibit C, the statewide totals

8   for all the positions; Exhibit D, a separate chart of the fines accumulated for January 2025; and

9   Exhibit E, a separate chart of the Psychiatric Inpatient Program fines accumulated for January

10  2025 calculated under the June 28, 2024 order (ECF No. 8301 at 2–3); and

11          f.  Defendants' Monthly Mental Health Staff Vacancy Report filed on March 28,

12  2025 (ECF No. 8585), Exhibit A, the psychiatry, psychology, social worker, recreation therapist,

13  and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan;

14  Exhibit B, the psychiatry, psychology, social worker, recreation therapist, and medical assistant

15  vacancy reports for positions allocated under the PIP Staffing Plan; Exhibit C, the statewide totals

16  for all the positions; Exhibit D, a separate chart of the fines accumulated for February 2025; and

17  Exhibit E, a separate chart of the Psychiatric Inpatient Program fines accumulated for February

18  2025 calculated under the June 28, 2024 order (ECF No. 8301 at 2–3.)

19          2.    The June 25, 2024 order requires that I include a summary of the steps that I took

20  between October 2024 and March 2025 to address mental health understaffing in CDCR prisons.

21  As the Director of the California Department of Finance, I serve as the Chief Fiscal Policy

22  Advisor for the Governor, and, in this capacity, I promote long-term economic sustainability and

23  responsible resource allocation. The Department is responsible for performing a wide range of

24  budget and fiscal policy activities, including the preparation, enactment, and administration of the

25  Governor's Budget.  This role requires me and my staff, among other things, to negotiate with the

26  Legislature on the terms of a budget that furthers the Governor's fiscal and policy priorities.

27          3.    As I last reported on October 10, 2024, the Budget Act of 2024 and related budget

28  trailer bills were enacted in July 2024, balancing the budget in both 2024-25 and 2025-26. The

1    enacted budget addresses a $46.8 billion projected shortfall for the 2024-25 fiscal year through a

2    balanced package of solutions, including spending reductions of $16 billion. Those reductions did

3    not include any cuts to the budget for CDCR's mental health system.

4         4.    Accordingly, CDCR's mental health system is funded with authorized positions in

5    fiscal year 2024-25, as follows: approximately $700 million, with nearly 3,300 authorized full-

6    time equivalent positions (of which approximately 2,250 are allocated to licensure categories

7    subject to the June 25 order), for a total inmate population of just under 93,000 as of July 3, 2024,

8    of whom approximately 34,000 are Coleman class members. CDCR's health care budget includes

9    approximately $437 million and 3,200 positions to support the provision of nursing services to

10   mental health patients. Additionally, the CDCR health care budget includes $415 million for

11   ancillary health care services, which includes pharmaceuticals, and $74 million for Dental and

12   Mental Health Administration: a portion of ancillary health care services and the majority of

13   funds for administration are dedicated to supporting the delivery of mental health services to

14   patients. This compares to 1992-1993, prior to the entry of the judgment in this case, with an

15   overall budget of only $40 million, 376 full-time equivalent positions, and an incarcerated

16   population of approximately 113,000.

17        5.    Although I do not have any direct oversight with regard to staffing issues at CDCR,

18   the Department of Finance has and continues to work to ensure that all state departments have

19   access to the 2025-26 budget process, and considers all resource requests, including those to

20   support the recruitment and retention of mental health staff.

21        6.    The Department of Finance is also charged with the responsibility for devising,

22   supervising and maintaining a modern and complete system of accounting and setting statewide

23   fiscal and accounting policies and procedures. In this capacity, the department approves the

24   creation of new funds, issues executive orders to the State Controller's Office to effectuate the

25   transfer of funds and works with all state departments on fiscal policy and budgetary issues.

26        7.    Following the opinion of the Ninth Circuit Court of Appeals on the State Defendants'

27   appeal of the June 25 and 27 and July 12, 2024 orders, the Department of Finance staff will

28   resume work with CDCR and the State Controller's Office regarding the management of fines

1  held in the Mental Health Staffing Special Deposit Fund and implementation of the staffing

2  vacancy fines expenditure plan ordered by the Court on August 29, 2024 (ECF No. 8381).

3

    Dated: April 10, 2025                          Respectfully submitted,

4

5                                                  /s/ *Joe Stephenshaw*
                                                   JOE STEPHENSHAW
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

19009732.1