UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiffs, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

The Receiver-nominee appointed by the court on April 2, 2025, ECF No. 8589, has submitted her invoice for services rendered between February 23, 2025 and March 31, 2025. A copy of the invoice is attached.

The court informed the parties at an *in camera* hearing on February 25, 2025 that the person the court intended to appoint as Receiver-nominee would meet with the parties in order to introduce herself and otherwise perform limited preliminary work in advance of her appointment and that the court intended to split the costs associated with that work between the parties. Although plaintiffs' counsel signaled a possible objection at hearing, they have filed no formal objections. Defendants also have filed no objections.

/////

1

1  Accordingly, good cause appearing, IT IS HEREBY ORDERED that plaintiffs and
2  defendants shall each pay to Colette S. Peters at the confidential address they have on record for
3  her the amount of $15,519.55, for a total of $31,039.10, as payment of the statement attached to
4  this order.

DATED: April 15, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

**Invoice**

**Bill From:**
Colette S. Peters
CSP.ColemanReceiver@icloud.com

**Invoice Number:** 001
**Invoice Date:** April 5, 2025

| Description | Hours Worked | Rate per Hour | Amount | Date |
|---|---|---|---|---|
| Reviewing documents, phone calls, meetings with Judge, and document review | 3 | $165.00 | $495.00 | February 23 |
| Phone call with the Judge | 0.5 | $165.00 | $82.50 | February 24 |
| Document review, call with the Judge, setting up meetings | 3 | $165.00 | $495.00 | February 25 |
| Phone calls, scheduling meetings | 5 | $165.00 | $825.00 | February 26 |
| Meeting prep, scheduling calls, file review, and notes | 11.5 | $165.00 | $1,897.50 | February 27 |
| Phone call and email update to Judge, prep, scheduling meetings | 4 | $165.00 | $660.00 | February 28 |
| Phone calls, emails, and document review | 1 | $165.00 | $165.00 | March 3 |
| Document review, phone calls, emails, and prep | 1 | $165.00 | $165.00 | March 4 |
| Document review, emails, and travel planning | 2 | $165.00 | $330.00 | March 5 |
| Prep for meeting with Judge, phone calls, and travel planning | 7 | $165.00 | $1,155.00 | March 6 |
| Travel, phone calls, emails, document review | 8 | $165.00 | $990.00 | March 10 |
| Meeting with Secretary, Undersecretary, Dr. Mehta, and tour of CHCF | 6.5 | $165.00 | $1,072.50 | March 11 |
| Travel, meeting with Kathleen Allison, follow-up | 2.5 | $165.00 | $412.50 | March 11 |

| Description | Hours Worked | Rate per Hour | Amount | Date |
|---|---|---|---|---|
| Travel, meeting with Clark Kelso, Martin Hoshino, David Sapp, and Sarah Brattin. | 11.75 | $165.00 | $1,931.25 | March 12 |
| Travel to SVSP, meet with Plaintiff Mr. Cockcroft, plaintiffs counsel, phone calls | 11.5 | $165.00 | $1,897.50 | March 13 |
| Review notes, prep for meetings, send emails | 1.5 | $165.00 | $247.50 | March 13 |
| Travel, meet with Plaintiffs counsel, the Judge, notes review | 14.5 | $165.00 | $2,392.50 | March 14 |
| Organizational chart, emails, calls | 7 | $165.00 | $1,155.00 | March 15 |
| Review emails, more work on position descriptions | 4 | $165.00 | $660.00 | March 17 |
| Call with Judge, notes review, document review | 1 | $165.00 | $165.00 | March 18 |
| Reviewing documents phone call with Judge | 5.5 | $165.00 | $907.50 | March 19 |
| Reviewing documents, scheduling appointments, Teams meeting | 3.5 | $165.00 | $577.50 | March 20 |
| Phone calls, emails, document review | 4.5 | $165.00 | $742.50 | March 21 |
| Organizing notes, reading documents, responding to emails | 4 | $165.00 | $660.00 | March 23 |
| Phone calls, meeting prep, meetings | 5 | $165.00 | $825.00 | March 24 |
| Phone calls, document review, prep for meetings | 5.5 | $165.00 | $907.50 | March 25 |
| Phone calls, organizing files, document review, progress update | 6 | $165.00 | $990.00 | March 26 |
| Emails, phone calls, communication with HR and IT | 8.5 | $165.00 | $1,402.50 | March 27 |
| Onboarding plan development, communications with HR and IT, phone calls | 6 | $165.00 | $990.00 | March 28 |
| Emails, phone calls, HR, document review | 6 | $165.00 | $990.00 | March 31 |
| Emails, prep for court proceeding, follow-up, phone calls | 9 | $165.00 | $2,392.50 | April 1 |

**Total Hours Worked:** 169.75 hours
**Rate per Hour:** $165.00
**Total Amount for Services:** $28,008.75

**Expenses:**

| Description | Amount |
|---|---|
| Budget Car Rental | $306.90 |
| Alaska Airline Flight | $616.60 |
| Hotel (Federal Government Rate) | $1,473.00 |
| Parking (Sacramento & San Francisco) | $84.00 |
| Gas (3 receipts) | $135.88 |
| Per Diem (March 10-14) | $340.00 |
| Uber Ride (PDX-Home) | $71.97 |

**Subtotal for Expenses:** $3,030.35

*Receipts available upon request.*

---

**Total Amount Due (Services + Expenses):** $31,039.10

---

**Payment Instructions:**
Please make payment to:
Colette S. Peters