DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MICHAEL S. NUNEZ – 280535
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
JARED MILLER – 353641
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:90−CV−00520−KJM−SCR<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO MOVE TO CLARIFY OR FOR RELIEF FROM ORDER OF APRIL 16, 2025**<br><br>Judge: Hon. Kimberly J. Mueller |

Pursuant to this Court's Order of December 24, 2020, ECF No. 7003 at 2, Plaintiffs hereby request leave to file a motion for clarification of the Order of April 16, 2025 regarding payment of the receiver-nominee's invoice for the period ending April 1, 2025. The proposed motion is attached hereto as Exhibit A.

The parties have communicated regarding this issue, and have note resolved the issue. Defense counsel has authorized the undersigned to represent that they do not oppose leave to file. *See* Galvan Decl. ¶ 4. Defense counsel wrote in an email: "Defendants will not object to Plaintiffs' request to file the motion and take no position with respect to the

[4687491.1]

PLAINTIFFS' MOTION FOR LEAVE

motion."

Plaintiffs' counsel has also informed the Special Master regarding the need for this motion. *Id.* ¶ 5.

## CERTIFICATION

Plaintiffs' counsel certifies that he reviewed the following orders in preparing this filing: ECF Nos. 7003, 8239, 8604.

DATED: April 22, 2025                    Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Ernest Galvan*
    Ernest Galvan

Attorneys for Plaintiffs