UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

The Receiver-nominee appointed by the court on April 2, 2025, ECF No. 8589, has submitted an invoice for expenses incurred by Deputy Receiver-nominee William Lothrop to date. A copy of the invoice is attached.

In accordance with the court's April 22, 2025 order, ECF No. 8608 at 13, and good cause appearing, IT IS HEREBY ORDERED that defendants shall pay to William Lothrop at the address they have on record the amount of $3278.05 as payment of the statement attached to this order.

DATED: April 22, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1

## RECEIVER EXPENSES

William Lothrop

Travel to California Apr 8 - Apr 12, 2025 / Other Expenses April 2025

|  | Notes | Cost |
|---|---|---|
| **Air Fare** | American | $804.38 |
| **Hotel** | Residence Inn | $758.82 |
| **Mileage** | 122 miles total @ $0.70 | $85.40 |
| **Baggage** | N/A | $0.00 |
| **Parking** | Apr 8, 2025 | $4.35 |
| **Rental Car** | N/A | $0.00 |
| **Fuel** | N/A | $0.00 |
| **Tolls** | N/A | $0.00 |
| **Uber** | N/A | $0.00 |
| **Per Diem** | 4 days @ $68.00 | $272.00 |
|  | Total | $1924.95 |

|  |  |  |  |
|---|---|---|---|
| **iPad** |  |  | $850.94 |
| **Case** |  |  | $64.19 |
| **Key Board** |  |  | $341.33 |
| **Stand** |  |  | $96.64 |
|  | Total |  | $1353.10 |

| **TOTAL EXPENSES** | $3278.05 |
|---|---|
| **All receipts available upon request.** |  |