Rob Bonta, State Bar No. 202668
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Lawrence M. Cirelli, SBN 114710
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias-González, SBN 321994
Mollie Levy, SBN 333744
Samantha Bacon, SBN 351561
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone: 415-777-3200
 E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:90-CV-00520- KJM-SCR<br><br>**NOTICE OF PAYMENT IN RESPONSE TO APRIL 27, 2025 ORDER (ECF NO. 8615)**<br><br>Judge:　　　Hon. Kimberly J. Mueller |

On April 27, 2025, the Court entered a minute order noticing the parties that Leading Resources, Inc. has not received payment for Eric Douglas' services for the months of January and February 2025, as required by the court's February 11, 2025 and March 5, 2025 Orders, ECF Nos. 8538 and 8561 respectively. (ECF No. 8615.) The minute order directs Defendants to remit payment of the amounts due under those orders forthwith and, on or before April 30, 2025, file a notice confirming the required payment.

Defendants confirm that on April 29, 2025, the California Department of Corrections and Rehabilitation sent checks in the amounts of $5,250.00 and $ 2,625.00 to Leading Resources, Inc.

1  via FedEx and that the package containing the checks was delivered on April 30, 2025 at 11:55
2  a.m.

3  Dated: April 30, 2025          Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

Dated: April 30, 2025          HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS-GONZÁLEZ
*Attorneys for Defendants*

CF1997CS0003