| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>NAMRATA KOTWANI, State Bar No. 308741<br>Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone: (415) 510-4431<br>  Fax: (415) 703-5843<br>  E-mail: Namrata.Kotwani@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>LAWRENCE M. CIRELLI, SBN 114710<br>PAUL B. MELLO, SBN 179755<br>SAMANTHA D. WOLFF, SBN 240280<br>KAYLEN KADOTANI, SBN 294114<br>DAVID C. CASARRUBIAS-GONZALES,<br>SBN 321994<br>MOLLIE LEVY, SBN 333744<br>SAMANTHA M. BACON, SBN 351561<br>  425 Market Street, 26th Floor<br>  San Francisco, CA 94105<br>  Telephone: (415) 777-3200<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                          Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                          Defendants. | Case No. 2:90-cv-00520 KJM-SCR<br><br>**DEFENDANTS' MONTHLY STATUS REPORT ON STATEWIDE MENTAL HEALTH PROGRAM RECRUITMENT** |

    By the last day of each month, Defendants are required to file a monthly report identifying the Plan for Expenditure of Staffing Contempt Fines and Order's (the Plan) progress, including the amount of funds spent in the previous month, and the number of job applicants, offers made, and new hire in the previous month at each California Department of Corrections and Rehabilitation (CDCR) institution. (ECF No. 8381 at 16.)

    Consistent with the foregoing order, attached is a letter from the California Correctional Health Care Services submitting a report for the number of job applications received, offers

made, and new hires at each CDCR institution and as part of the Telemental Health and Telepsychiatry programs (Exhibit A).

Dated: April 30, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General

*/s/ Namrata Kotwani*
NAMRATA KOTWANI
Deputy Attorney General
*Attorneys for Defendants*

HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
SAMANTHA D. WOLFF
PAUL B. MELLO
DAVID C. CASARRUBIAS
*Attorneys for Defendants*

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                             GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



April 30, 2025

Damon McClain, Esq.
Namrata Kotwani, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:     CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL
        HEALTH PROGRAM ALLOCATED AND FILLED STAFFING POSITIONS

Dear Mr. McClain and Ms. Kotwani:

      On August 29, 2024, the court adopted the parties' plan for the expenditure of the staffing fines. (ECF No. 8381.) As part of that plan, Defendants are "obligated to provide a reporting on the plan's progress to the Court and the parties, including, at a minimum, the amount of funds spent in the previous month, and the number of job applicants, offers made, and new hires in the previous month at each institution." (*Id.* at 16.) The report attached as Exhibit A includes the number of job applications received, offers made, and new hires at each institution and as part of the Telemental Health and Telepsychiatry programs. The report only includes information for civil service positions, not registry providers. Please note that the numbers in each column capture the total events for the month and are independent from each other. For example, hires made in March 2025 could be from an offer that was made in January 2025.

      The court has separately ordered Defendants to work with the Special Master to develop "agreed upon monthly reporting of the balance and activity in the Mental Health Staffing Special Deposit Fund to be filed with the court and provided to Plaintiffs and the Special Master within ten days after the end of each month." (ECF No. 8388 at 6.) Given this separate reporting requirement, the attached report does not include information regarding the amount of funds spent in the previous month.

Sincerely,

*/s/ Jasinda Muhammad*
JASINDA MUHAMMAD
Deputy Director, Human Resources
California Correctional Health Care Services

Exhibit A

## Division of Health Care Services
## Statewide Mental Health Program
## Recruitment Measures Psychiatry - March 2025

| Sites | Chief PsyT | | | Senior PsyT | | | Staff PsyT | | |
|---|---|---|---|---|---|---|---|---|---|
| | Job Applications Received | Job Offers Made | New Hires | Job Applications Received | Job Offers Made | New Hires | Job Applications Received | Job Offers Made | New Hires |
| ASP | - | - | - | - | - | - | - | - | - |
| CAL | - | - | - | - | - | - | - | - | - |
| CCI | - | - | - | - | - | - | - | - | - |
| CCWF | - | - | - | - | - | - | - | - | - |
| CEN | - | - | - | - | - | - | - | - | - |
| CHCF | - | - | - | - | - | - | 2.00 | 2.00 | - |
| CIM | - | - | - | - | - | - | 1.00 | 1.00 | 1.00 |
| CIW | - | - | - | - | - | - | 4.00 | - | - |
| CMC | - | - | - | - | - | - | - | - | - |
| CMF | - | - | - | - | - | - | 8.00 | 1.00 | - |
| COR | - | - | - | - | - | - | - | - | - |
| CRC | - | - | - | - | - | - | - | - | - |
| CTF | - | - | - | - | - | - | - | - | - |
| FSP | - | - | - | - | - | - | - | - | - |
| HDSP | - | - | - | - | - | - | - | - | - |
| ISP | - | - | - | - | - | - | - | - | - |
| KVSP | - | - | - | - | - | - | - | - | - |
| LAC | - | - | - | - | - | - | - | - | - |
| MCSP | - | - | - | - | - | - | 2.00 | - | - |
| NKSP | - | - | - | - | - | - | - | - | - |
| PBSP | - | - | - | - | - | - | - | - | - |
| PVSP | - | - | - | - | - | - | - | - | - |
| RJD | - | - | - | - | - | - | - | - | - |
| SAC | - | - | - | - | - | - | - | - | - |
| SATF | - | - | - | - | - | - | - | - | - |
| SCC | - | - | - | - | - | - | - | - | - |
| SOL | - | - | - | - | - | - | - | - | - |
| SQ | - | - | - | - | - | - | - | - | - |
| SVSP | - | - | - | - | - | - | - | - | - |
| VSP | - | - | - | - | - | - | - | - | - |
| WSP | - | - | - | - | - | - | - | - | - |
| Telepsych | - | - | - | - | - | - | 20.00 | - | 2.00 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37.00 | 4.00 | 3.00 |

Footnote: Includes civil services hires only, no registry, hires includes those not new to State.

Division of Health Care Services
Statewide Mental Health Program
Recruitment Measures Psychology - March 2025

| Sites | Chief Psyl | | | Senior Psyl (Sup) | | | Senior Psyl (Spec) | | | Clinical Psyl | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Job Applications Received | Job Offers Made | New Hires | Job Applications Received | Job Offers Made | New Hires | Job Applications Received | Job Offers Made | New Hires | Job Applications Received | Job Offers Made | New Hires |
| ASP | - | - | - | - | - | - | - | - | - | 1.00 | - | - |
| CAL | - | - | - | - | - | - | - | - | - | - | - | - |
| CCI | 10.00 | - | - | - | - | - | - | - | - | - | - | - |
| CCWF | - | - | - | - | - | - | - | - | - | - | - | - |
| CEN | - | - | - | - | - | - | - | - | - | - | - | - |
| CHCF | - | - | - | - | - | - | - | - | - | 11.00 | 1.00 | 1.00 |
| CIM | - | - | - | - | - | - | - | - | - | 4.00 | 2.00 | - |
| CIW | - | - | - | - | - | - | - | - | - | 14.00 | - | - |
| CMC | - | - | - | - | - | - | - | - | - | 2.00 | - | - |
| CMF | - | - | - | 3.00 | - | - | 3.00 | - | - | 9.00 | 1.00 | - |
| COR | - | - | - | - | - | - | 2.00 | - | - | - | - | - |
| CRC | - | - | - | - | - | - | - | - | - | 6.00 | - | - |
| CTF | - | - | - | - | - | - | - | - | - | - | - | - |
| FSP | - | - | - | - | - | - | - | - | - | 4.00 | - | - |
| HDSP | - | - | - | - | - | - | - | - | - | - | 1.00 | 1.00 |
| ISP | - | - | - | - | - | - | - | - | - | - | - | - |
| KVSP | - | - | - | 1.00 | - | - | 1.00 | - | - | - | - | - |
| LAC | - | - | - | - | - | - | - | - | - | 5.00 | 1.00 | - |
| MCSP | - | - | - | 1.00 | 1.00 | - | - | 1.00 | - | 1.00 | 1.00 | - |
| NKSP | - | - | - | - | - | - | 1.00 | - | - | - | - | - |
| PBSP | - | - | - | 2.00 | - | - | - | - | - | - | - | - |
| PVSP | 11.00 | - | - | - | - | - | - | - | - | - | - | - |
| RJD | - | - | - | - | - | - | - | - | - | - | - | - |
| SAC | - | - | - | - | 1.00 | 1.00 | 2.00 | - | 2.00 | 1.00 | - | - |
| SATF | - | - | - | 1.00 | - | - | 1.00 | - | - | - | - | - |
| SCC | - | - | - | - | - | - | - | - | - | - | 1.00 | - |
| SOL | - | - | - | - | - | - | - | - | - | - | - | - |
| SQ | 12.00 | - | - | - | - | - | 3.00 | - | - | - | - | - |
| SVSP | - | - | - | 2.00 | - | - | 2.00 | - | - | 5.00 | 1.00 | - |
| VSP | - | - | - | - | - | - | - | - | - | 5.00 | - | - |
| WSP | - | - | - | - | - | - | - | - | - | - | - | - |
| TeleMH | - | - | - | - | - | - | - | - | - | 44.00 | 12.00 | 3.00 |
| TOTAL | 33.00 | 0.00 | 0.00 | 10.00 | 2.00 | 1.00 | 15.00 | 1.00 | 2.00 | 112.00 | 21.00 | 5.00 |

Footnote: Includes civil services hires only, no registry, hires includes those not new to State.

## Division of Health Care Services
## Statewide Mental Health Program
## Recruitment Measures Clinical Social Worker - March 2025

| Sites | Sup SW II | | | Sup SW I | | | CSW | | |
|---|---|---|---|---|---|---|---|---|---|
| | Job Applications Received | Job Offers Made | New Hires | Job Applications Received | Job Offers Made | New Hires | Job Applications Received | Job Offers Made | New Hires |
| ASP | - | - | - | - | - | - | - | - | - |
| CAL | - | - | - | - | - | - | - | - | - |
| CCI | - | - | - | - | - | - | 1.00 | 1.00 | - |
| CCWF | - | - | - | - | - | - | - | - | - |
| CEN | - | - | - | - | - | - | - | - | - |
| CHCF | - | - | - | - | - | - | 12.00 | - | 1.00 |
| CIM | - | - | - | - | - | - | - | - | - |
| CIW | - | - | - | - | - | - | - | - | - |
| CMC | - | - | - | - | - | - | 4.00 | - | - |
| CMF | - | - | - | - | - | - | 8.00 | 1.00 | - |
| COR | - | - | - | - | - | - | 15.00 | - | - |
| CRC | - | - | - | - | - | - | - | - | - |
| CTF | - | - | - | - | - | - | - | 1.00 | - |
| FSP | - | - | - | - | - | - | - | - | - |
| HDSP | - | - | - | - | - | - | - | - | - |
| ISP | - | - | - | - | - | - | - | - | - |
| KVSP | - | - | - | 5.00 | - | - | 1.00 | 1.00 | - |
| LAC | - | - | - | - | - | - | 5.00 | 2.00 | - |
| MCSP | - | - | - | - | - | - | 3.00 | 1.00 | - |
| NKSP | - | - | - | - | - | - | 1.00 | 1.00 | - |
| PBSP | - | - | - | - | - | - | - | - | - |
| PVSP | - | - | - | - | - | - | 2.00 | - | - |
| RJD | - | - | - | - | - | - | - | - | - |
| SAC | - | - | - | - | - | - | - | 1.00 | - |
| SATF | - | - | - | - | - | - | 1.00 | 1.00 | - |
| SCC | - | - | - | - | - | - | - | - | - |
| SOL | - | - | - | - | - | - | - | - | - |
| SQ | - | - | - | - | - | - | - | - | - |
| SVSP | - | - | - | - | - | - | - | - | - |
| VSP | - | - | - | - | - | - | - | - | - |
| WSP | - | - | - | - | - | - | 2.00 | 2.00 | - |
| TeleMH | - | - | - | - | - | - | 177.00 | 4.00 | 3.00 |
| TOTAL | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 0.00 | 232.00 | 16.00 | 4.00 |

Footnote: Includes civil services hires only, no registry, hires includes those not new to State.

## Division of Health Care Services
## Statewide Mental Health Program
## Recruitment Measures Recreation Therapist- March 2025

| Sites | Job Applications Received | Job Offers Made | New Hires |
|---|---|---|---|
| ASP | - | - | - |
| CAL | - | - | - |
| CCI | 2.00 | - | - |
| CCWF | - | - | - |
| CEN | - | - | - |
| CHCF | 14.00 | 2.00 | - |
| CIM | - | - | - |
| CIW | - | - | - |
| CMC | 2.00 | - | - |
| CMF | 10.00 | 2.00 | - |
| COR | 1.00 | 1.00 | - |
| CRC | - | - | - |
| CTF | - | - | - |
| FSP | - | - | - |
| HDSP | 2.00 | - | - |
| ISP | - | - | - |
| KVSP | 1.00 | 1.00 | - |
| LAC | - | - | - |
| MCSP | - | - | 1.00 |
| NKSP | 3.00 | 1.00 | - |
| PBSP | 1.00 | - | - |
| PVSP | - | 1.00 | - |
| RJD | - | - | - |
| SAC | 7.00 | - | - |
| SATF | 6.00 | 1.00 | - |
| SCC | - | - | - |
| SOL | - | - | - |
| SQ | 1.00 | - | - |
| SVSP | - | - | - |
| VSP | - | - | - |
| WSP | 6.00 | - | - |
| TOTAL | 56.00 | 9.00 | 1.00 |

Footnote: Includes civil services hires only, no registry, hires includes those not new to State.

## Division of Health Care Services
## Statewide Mental Health Program
## Recruitment Measures Medical Assistant - March 2025

| Sites | Job Applications Received | Job Offers Made | New Hires |
|---|---|---|---|
| ASP | - | - | - |
| CAL | - | - | - |
| CCI | - | - | - |
| CCWF | 11.00 | - | - |
| CEN | - | - | - |
| CHCF | - | - | - |
| CIM | 13.00 | - | - |
| CIW | - | - | - |
| CMC | 1.00 | 1.00 | - |
| CMF | 10.00 | - | - |
| COR | 5.00 | 1.00 | - |
| CRC | 21.00 | - | - |
| CTF | - | - | - |
| FSP | 2.00 | - | - |
| HDSP | 1.00 | 1.00 | - |
| ISP | 8.00 | - | - |
| KVSP | 13.00 | - | - |
| LAC | - | - | - |
| MCSP | 2.00 | 2.00 | - |
| NKSP | 9.00 | 3.00 | - |
| PBSP | 2.00 | - | - |
| PVSP | - | 5.00 | 2.00 |
| RJD | 8.00 | - | - |
| SAC | 7.00 | - | - |
| SATF | 6.00 | 1.00 | 1.00 |
| SCC | - | - | - |
| SOL | - | - | - |
| SQ | - | - | - |
| SVSP | 4.00 | - | - |
| VSP | - | - | - |
| WSP | - | - | - |
| TOTAL | 123.00 | 14.00 | 3.00 |

Footnote: Includes civil services hires only, no registry, hires includes those not new to State.