| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Monica N. Anderson, State Bar No. 182970<br>Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | HANSON BRIDGETT LLP<br>Lawrence M. Cirelli, SBNY 114710<br>Paul B. Mello, SBN 179755<br>Samantha D. Wolff, SBN 240280<br>Kaylen Kadotani, SBN 294114<br>David C. Casarrubias-González, SBN 321994<br>Mollie Levy, SBN 333744<br>Samantha Bacon, SBN 351561<br>  425 Market Street, 26th Floor<br>  San Francisco, California 94105<br>  Telephone: 415-777-3200<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                              Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Defendants—Gavin Newsom, Governor of the State of California; Jeff Macomber, Secretary of the California Department of Corrections and Rehabilitation; Joe Stephenshaw, Director of the Department of Finance; Stephanie Clendenin, Director of the Department of State Hospitals; Amar Mehta, Deputy Director for Statewide Mental Health Program; and Diana Toche, Undersecretary for Health Care Services for the California Department of Corrections and Rehabilitation—appeal to the United States Court of Appeals for the Ninth Circuit from this Court's April 2, 3025 order. (ECF No. 8589.) Defendants also appeal from all earlier, non-final

1

orders that produced the April 2, 2025 order and are merged with it. *See Am. Ironworks & Erectors Inc. v. N. Am. Const. Corp.*, 248 F.3d 892, 897 (9th Cir. 2001).

Dated: May 1, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

Dated: May 1, 2025

HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

**RALPH COLEMAN, et al.,**

                Plaintiffs-Appellees,

    v.

**GAVIN NEWSOM, et al.,**

                Defendants-Appellants.

---

On Appeal from the United States District Court
for the Eastern District of California

No. 2:90-cv-00520 KJM-DB (PC)
The Honorable Kimberly J. Mueller, Judge

**REPRESENTATION STATEMENT**

        Rob Bonta, State Bar No. 202668
        Attorney General of California
        Monica N. Anderson, State Bar No. 182790
        Senior Assistant Attorney General
        Damon McClain, State Bar No. 220909
        Supervising Deputy Attorneys General
        Elise Owens Thorn, State Bar No.145931
        Deputy Attorney General
         1300 I Street, Suite 125
         P.O. Box 944255
         Sacramento, CA 94244-2550
         Telephone: (916) 210-7 318
         Fax: (916) 324-5205
         E-mail: Elise.Thorn@doj.ca.gov
        *Attorneys for Defendants-Appellants*

The undersigned represent the State Defendants-Appellants in this case—including Gavin Newsom, Governor of the State of California; Jeff Macomber, Secretary of the California Department of Corrections and Rehabilitation; Joe Stephenshaw, Director of the Department of Finance; Stephanie Clendenin, Director of the Department of State Hospitals; Amar Mehta, Deputy Director for Statewide Mental Health Program; and Diana Toche, Undersecretary for Health Care Services for the California Department of Corrections and Rehabilitation.  Attached is a service list that shows the other parties that are directly interested in this appeal, along with their lead counsels' names, firms, addresses, telephone numbers, and email addresses.  The party listing in the district court's docket includes numerous associated counsel for many parties, as well as additional intervenors, "interested parties," amici curiae, and "miscellaneous" individuals who are not included on the attached service list.

Date: May 1, 2025                    Respectfully submitted,

ROB BONTA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON MCCLAIN
Supervising Deputy Attorney General


<u>**/s/ *Elise Owens Thorn***</u>
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants-Appellants*

HANSON BRIDGETT LLP

<u>**/s/ *Samantha D. Wolff***</u>
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS
*Attorneys for Defendants-Appellants*

*Service List*

| | |
|---|---|
| Michael Bien<br>Email: MBien@rbgg.com<br>Lisa Ells<br>Email: lells@rbgg.com<br>Rosen Bien Galvan & Grunfeld, LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105<br>Phone: (415) 433-6830<br>Fax: (415) 433-7104<br>*Attorneys for Plaintiffs* | Steve Fama<br>Prison Law Office<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Phone: (510) 280-2621<br>Fax: (510) 280-2704<br>Email: sfama@prisonlaw.com<br>*Attorneys for Plaintiffs* |
| Matthew A. Lopes, Jr.<br>Pannone Lopes & Devereaux LLC<br>1301 Atwood Avenue, Suite 215 N<br>Providence, RI 02919<br>Phone: (401) 824-5156<br>Fax: (401) 824-5123<br>Email: mlopes@pldw.com<br>*Special Master* | Paul B. Mello<br>Samantha D. Wolff<br>David C. Casarrubias<br>Hanson Bridgett LLP<br>1676 N. California Boulevard, Suite 620<br>Walnut Creek, CA 94596<br>Telephone: (925) 746-8460<br>Fax: (925) 746-8490<br>E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

       Plaintiffs-Appellees,

 **v.**

**GAVIN NEWSOM, et al.,**

       Defendants-Appellants.

## STATEMENT OF RELATED CASES

The following pending appeals arise from the same district-court matter: *Coleman, et al. v. Newsom, et al.*, Ninth Cir. No. 24-2263; *Coleman, et al. v. Newsom, et al.*, Ninth Cir. No. 24-2938; and *Coleman, et al. v. Newsom, et al.*, Ninth Cir. No. 24-3707.

| | |
|---|---|
| Date: May 1, 2025 | Respectfully submitted, |
| | ROB BONTA<br>Attorney General of California<br>MONICA N. ANDERSON<br>Senior Assistant Attorney General<br>DAMON MCCLAIN<br>Supervising Deputy Attorney General |
| | ***/s/ Elise Owens Thorn***<br>ELISE OWENS THORN<br>Deputy Attorney General<br>*Attorneys for Defendants-Appellants* |
| | HANSON BRIDGETT LLP<br>***/s/ Samantha D. Wolff***<br>PAUL B. MELLO<br>SAMANTHA D. WOLFF<br>DAVID C. CASARRUBIAS<br>*Attorneys for Defendants-Appellants* |