UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | No. 2:90-cv-0520 KJM SCR P<br><br>ORDER AUTHORIZING APPOINTMENT OF DEPUTY RECEIVER-NOMINEE |

　　　　On April 2, 2025, the court issued an order appointing Colette S. Peters as Receiver-nominee for a period of four months. April 2, 2025 Order, ECF No. 8589. The court authorized the Receiver-nominee to appoint the Senior Advisor and Deputy Receiver-nominee identified in the order and one additional Deputy Receiver-nominee within one month, subject to the court's advance approval of the "name, qualifications and proposed rate of pay" for the additional Deputy Receiver-nominee. *Id*. at 3. The Receiver-nominee now has requested authorization to appoint Kathleen Toomey as Deputy Receiver-nominee and has provided the court with Ms. Toomey's qualifications and proposed rate of pay.

　　　　Good cause appearing, the Receiver-nominee is authorized to appoint Kathleen Toomey as Deputy Receiver-nominee. A curriculum vitae for Ms. Toomey, an attorney, is attached to this order. The Receiver-nominee has requested salary and benefits for Ms. Toomey in the annual amount of $340,000.00 prorated for the three month period of her appointment plus benefits

1

including safety retirement benefits, and annual leave of 20 hours per month. The court APPROVES that request. Ms. Toomey joins Receiver-nominee Peters and Deputy Receiver-nominee Lothrop in the work necessary to prepare "a comprehensive, detailed plan to finally achieve 'full and durable compliance with the court approved remedies in this action.'" April 22, 2025 Order at 5 (quoting ECF No. 8589 at 2). Her responsibilities will be substantially equivalent to Mr. Lothrop's during her three-month tenure. As the attached resume shows, Ms. Toomey has more than twenty-two years of experience in the federal government, including in enforcement positions and overseeing corrections at a high level of management. Her professional experience is commensurate with the team she joins, and she brings legal training and expertise. For these reasons, payment of salary at the same level as Mr. Lothrop is both fair and reasonable. The Receiver-nominee requests benefits for Ms. Toomey as approved for the Receiver-nominee and Mr. Lothrop, except that the Receiver-nominee requests safety retirement benefits for Ms. Toomey. The court grants this request.

For purposes of salary and benefits only, the California Department of Corrections and Rehabilitation shall employ Kathleen Toomey effective May 1, 2025. Deputy Receiver-nominee Toomey shall be compensated for her services at an annualized rate of $340,000.00 plus benefits including safety retirement status for purposes of retirement and twenty hours of annual leave per month for the three months remaining under the April 2, 2025 order.

The court directs defendants to create and fill the CEA position required by this order and waives the following provisions of state law to enable compliance with this order:

- California Government Code, sections 18547, 19818.10, 19826, 19828, 19829, 19889, 19889.3;
- California Code of Regulations, title 2, sections 249.1, 548.3, 548.5, 599.990; and
- California Human Resources Manual, Rules 1203, 3006.

No additional waivers of state law are required for compliance with this order.

IT IS SO ORDERED.

DATED: May 1, 2025.

UNITED STATES DISTRICT JUDGE