# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
#### 501 "I" Street
#### Sacramento, CA 95814

RALPH COLEMAN, ET AL.,
       Plaintiff

    v.                                  **CASE NO. 2:90–CV–00520–KJM–SCR**

J. CLARK KELSO, ET AL.,
       Defendant

       You are hereby notified that a Notice of Appeal was filed on **May 01, 2025** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

May 2, 2025

### KEITH HOLLAND
### CLERK OF COURT

**by:**  /s/  H. Huang
       Deputy Clerk