UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO: CLERK, U.S. COURT OF APPEALS

FROM: CLERK, U.S. DISTRICT COURT

SUBJECT: NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:90−CV−00520−KJM−SCR** |
| USDC Judge: | **SENIOR DISTRICT JUDG KIMBERLY J. MUELLER** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **RALPH COLEMAN vs. J. CLARK KELSO** |
| Type: | **CIVIL** |
| Complaint Filed: | **4/23/1990** |
| Appealed Order/Judgment Filed: | **4/2/2025** |
| Court Reporter Information: | **Maryann Valenoti, Rachel Alvarez, Thresha Spencer, Tiphanne Crowe, Abby Torres, Kimberly Bennett, Jennifer Coulthard, E.C.R.O.** |

FEE INFORMATION

**Fee Status: Paid on 5/1/2025 in the amount of $605.00**

Information prepared by: /s/ **H. Huang , Deputy Clerk**