UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

    The technical advisor appointed by the court on August 27, 2024, ECF No. 8377, has submitted his invoice for services rendered on March 28, 2025 and April 7, 2025. A copy of the invoice is attached.

    In accordance with the August 27, 2024 order and good cause appearing, IT IS HEREBY ORDERED that defendants shall forthwith pay to

> Leading Resources Inc.
> Attn: Eric Douglas
> 1930 N Street
> Sacramento, CA 95811

the amount of $750.00 as payment of the statement attached to this order.

Dated: May 8, 2025.

_____
UNITED STATES DISTRICT JUDGE