# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

The Receiver-nominee appointed by the court on April 2, 2025, ECF No. 8589, has submitted an invoice for expenses she incurred and an invoice for expenses incurred by Senior Advisor Martin Hoshino to date. A copy of each of the invoices is attached.

In accordance with the court's April 22, 2025 order, ECF No. 8608 at 13, and good cause appearing, IT IS HEREBY ORDERED that defendants shall:

1. Pay to Colette S. Peters at the address they have on record the amount of $2,058.90 as payment of the statement for travel expenses between April 7 and April 11, 2025 attached to this order; and

2. Pay to Martin Hoshino at the address they have on record the amount of $6,365.00 as payment of the statement dated May 1, 2025 attached to this order.

DATED: May 8, 2025.

UNITED STATES DISTRICT JUDGE