Rob A. Bonta, State Bar No. 202668
Attorney General of California
Damon McClain, State Bar No. 209508
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Lawrence M. Cirelli, SBN 114710
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias-Gonzalez, SBN 321994
Samantha M. Bacon, SBN 351561
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                             Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                             Defendants. | Case No. 2:90-cv-00520 KJM-SCR<br><br>**STIPULATION AND ORDER APPROVING BONUS PAYMENTS TO MARRIAGE AND FAMILY THERAPISTS AND PROFESSIONAL CLINICAL COUNSELORS UNDER THE SPENDING PLAN**<br><br>Judge: The Hon. Kimberly J. Mueller |

On April 1, 2025, the Court approved modifications to the 2009 Staffing Plan approving the use of Marriage and Family Therapists (MFTs) and Professional Clinical Counselors (PCCs) to provide care to *Coleman* class members as set forth in the memorandum titled *Use of Marriage and Family Therapists and Professional Clinical Counselors in the Provision of Mental Health Services*. (ECF No. 8587.) Those modifications are memorialized as *Agreed Upon Revisions to the 2009 Staffing Plan and Associated Staffing Orders*. (ECF No. 8587-1, Ex. A.)

On April 2, 2025, the Court entered an order directing the parties to file a Joint Statement concerning the implementation of the Plan for Expenditure of Staffing Fines (Spending Plan)

1

approved by the Court on August 29, 2024. (ECF No. 8589 at 7.)[1] That order stayed the litigation subject to certain exceptions, including the implementation of the Plan for Expenditure of Staffing Fines "which will proceed in accordance with the terms of the Plan promptly upon issuance of the mandate following the Opinion of the U.S. Court of Appeals for the Ninth Circuit filed March 19, 2025, ECF No. 8576." (*Id.*)

On April 9, 2025, the parties filed a Joint Statement addressing the implementation of the Spending Plan, agreeing that:

1. The recruitment and retention bonus of $10,000 for all current CDCR staff in all classifications covered by the 2009 staffing plan shall be paid no more than 60 days from the issuance of the mandate.

2. The recruitment and retention bonus of $10,000 for new hires (provided that the new hires were not previously working at CDCR and DSH immediately prior to hiring) in all classifications covered by the 2009 staffing plan shall be paid within six months following the staff member's start date.

3. The monthly bonuses to augment staff take-home pay ($20,000 for the psychologist and social worker classifications and $5,000 for psychiatrist, recreational therapist, and medical assistant classifications, divided into twelve equal monthly payments for one year) shall be paid starting 60 days of the issuance of the mandate.

4. The monthly bonuses for staff hired within 60 days of the issuance of the mandate shall be paid starting on the first pay period following the new employee's start date. (ECF No. 8599 at 3-4.)

On April 10, 2025, the Ninth Circuit issued the formal mandate. (ECF No. 8602.) On April 17, 2025, the Court ordered that the implementation of the Staffing Spending Plan shall be funded by drawing on funds in the Mental Health Staffing Deposit Fund. (ECF No. 8605 at 2.)

Under the April 1, 2025 order, MFTs and PCCs now qualify as classifications covered

---

[1] The parties cite to the record using the docket number as a short citation form throughout this response. References to page numbers in documents filed in the court's Electronic Case Filing (ECF) system are to the page numbers assigned by the ECF system and located in the upper right-hand corner of the page.

2

Stip. and Order Approving Bonus Payments to Marriage and Family Therapists and Professional Clinical Counselors
(2:90-cv-00520 KJM-SCR (PC))

under the 2009 Staffing Plan. The parties now jointly request that the Court approve the Spending Plan to allow for payment of recruitment and retention bonuses and monthly bonuses equal to those paid to psychologists and social workers to qualified MFTs and PCCs providing care to *Coleman* class members as per the Court-approved modifications to the 2009 Staffing Plan. (*See* ECF No. 8587-1, Ex. A.)

The Special Master has reviewed this stipulation and takes no position as to its terms.

**IT IS SO STIPULATED**.

Dated:  April 29, 2025

> ROB A. BONTA
> ATTORNEY GENERAL OF CALIFORNIA
> DAMON MCCLAIN
> SUPERVISING DEPUTY ATTORNEY GENERAL
>
> **/s/ Namrata Kotwani**
> NAMRATA KOTWANI
> DEPUTY ATTORNEY GENERAL
> *Attorneys for Defendants*

Dated:  April 29, 2025

> HANSON BRIDGETT LLP
>
> **/s/ Paul Mello**
> PAUL MELLO
> SAMANTHA D. WOLFF
> *Attorneys for Defendants*

Dated:  April 29, 2025

> ROSEN BIEN GALVAN & GRUNFELD LLP
>
> **/s/Jenny Yelin**
> JENNY YELIN
> *Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED:  May 8, 2025.

UNITED STATES DISTRICT JUDGE

3

Stip. and Order Approving Bonus Payments to Marriage and Family Therapists and Professional Clinical Counselors
(2:90-cv-00520 KJM-SCR (PC))