ROB A. BONTA, State Bar No. 202668
Attorney General of California
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZALEZ, SBN 321994
MOLLIE H. LEVY, SBN 333744
  425 Market Street, 26th Floor
  San Francisco, CA 94105
  Telephone: (415) 777-3200
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>                      Defendants. | Case No. 2:90-cv-00520 KJM-SCR<br><br>**STIPULATION AND ORDER APPROVING BONUS PAYMENTS TO REHABILITATION THERAPISTS AND PSYCHIATRIC NURSE PRACTITIONERS UNDER THE SPENDING PLAN**<br><br>Judge: The Hon. Kimberly J. Mueller |

      On April 2, 2025, the Court entered an order directing the parties to file a Joint Statement concerning the implementation of the Plan for Expenditure of Staffing Fines (Spending Plan) approved by the Court on August 29, 2024. (ECF No. 8589 at 7.)[1] That order stayed the litigation subject to certain exceptions, including the implementation of the Plan for Expenditure of Staffing Fines "which will proceed in accordance with the terms of the Plan promptly upon issuance of the mandate following the Opinion of the U.S. Court of Appeals for the Ninth Circuit

---

[1] The parties cite to the record using the docket number as a short citation form throughout this response. References to page numbers in documents filed in the court's Electronic Case Filing (ECF) system are to the page numbers assigned by the ECF system and located in the upper right-hand corner of the page.

[4691434.1]

1

Stip. and Order Approving Bonus Payments to Rehab. Therapists & PNPs (2:90-cv-00520 KJM-SCR (PC))

filed March 19, 2025, ECF No. 8576." (*Id.*)

On April 9, 2025, the parties filed a Joint Statement addressing the implementation of the Spending Plan, agreeing that:

1. The recruitment and retention bonus of $10,000 for all current CDCR staff in all classifications covered by the 2009 staffing plan shall be paid no more than 60 days from the issuance of the mandate.

2. The recruitment and retention bonus of $10,000 for new hires (provided that the new hires were not previously working at CDCR and DSH immediately prior to hiring) in all classifications covered by the 2009 staffing plan shall be paid within six months following the staff member's start date.

3. The monthly bonuses to augment staff take-home pay ($20,000 for the psychologist and social worker classifications and $5,000 for psychiatrist, recreational therapist and medical assistant classifications, divided into twelve equal monthly payments for one year) shall be paid starting no later than 60 days following the issuance of the mandate.

4. The monthly bonuses for staff hired after the issuance of the mandate shall be paid starting on the first pay period following the new employee's start date, once bonuses for current employees have begun. (ECF No. 8599 at 3-4.)

On April 10, 2025, the Ninth Circuit issued the formal mandate. (ECF No. 8602.) On April 17, 2025, the Court ordered that the implementation of the Staffing Spending Plan shall be funded by drawing on funds in the Mental Health Staffing Deposit Fund. (ECF No. 8605 at 2.)

On April 29, 2025, the parties filed a joint stipulation to request that the Court approve the Spending Plan to allow for payment of recruitment and retention bonuses and monthly bonuses equal to those paid to psychologists and social workers to qualified Marriage and Family Therapists and Professional Clinical Counselors providing care to *Coleman* class members as per the Court-approved modifications to the 2009 Staffing Plan. (ECF No. 8616; *see* ECF No. 8587-1, Ex. A.) The Court approved this joint stipulation on May 8, 2025. (ECF No. 8633.)

There are CDCR employees working as Rehabilitation Therapists who perform a similar role to Recreational Therapists in providing care to *Coleman* class members in the inpatient

1  programs. These Rehabilitation Therapists are not currently covered by the terms of the Staffing
2  Spending Plan, though they are counted in the fill rates for the allocated Recreational Therapist
3  positions.
4      There are also CDCR employees working as Psychiatric Nurse Practitioners (PNPs) who
5  perform a similar role to psychiatrists in providing care to *Coleman* class members. These PNPs
6  are not currently covered by the terms of the Staffing Spending Plan, though they are counted in
7  the fill rates for the allocated Psychiatry positions.
8      The parties now additionally request, through this joint stipulation, that the Court approve
9  the Spending Plan to allow for payment of recruitment and retention bonuses and monthly
10 bonuses to Rehabilitation Therapists providing care to *Coleman* class members equal to those
11 paid to Recreational Therapists providing care to *Coleman* class members. The parties also
12 request that the Court approve the Spending Plan to allow for payment of recruitment and
13 retention bonuses and monthly bonuses to PNPs providing care to *Coleman* class members equal
14 to those paid to psychiatrists providing care to *Coleman* class members.
15     The Special Master has reviewed this stipulation and takes no position as to its terms.
16 ///
17 ///
18 ///

**IT IS SO STIPULATED.**

DATED: May 15, 2025						ROB BONTA
								Attorney General of California


							By:	*/s/ Elise Owens Thorn*
								DAMON MCCLAIN
								Supervising Deputy Attorney General
								ELISE OWENS THORN
								Deputy Attorney General
								*Attorneys for Defendants*


DATED: May 15, 2025						HANSON BRIDGETT LLP


							By:	*/s/ Samantha D. Wolff*
								PAUL B. MELLO
								SAMANTHA D. WOLFF
								*Attorneys for Defendants*


DATED: May 15, 2025						ROSEN BIEN GALVAN & GRUNFELD LLP


							By:	*/s/ Jared Miller*
								JARED MILLER
								*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: May 15, 2025

								_____
								SENIOR UNITED STATES DISTRICT JUDGE

[4691434.1]                                                  4

Stip. and Order Approving Bonus Payments to Rehab. Therapists & PNPs (2:90-cv-00520 KJM-SCR (PC))