1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH COLEMAN, et al.,                    No.  2:90-cv-0520 KJM SCR P

12                Plaintiffs,

13         v.                                  AMENDED ORDER[1]

14   GAVIN NEWSOM, et al.,

15                Defendants.

16

17

18         The matter of payment of the Special Master has been referred to the magistrate judge by

19   the district court judge. The court has reviewed the bill for services provided by the Special Master

20   in the above-captioned case through the month of April 2025.

21         Good cause appearing, IT IS HEREBY ORDERED that:

22             1.  The Clerk of the Court is directed to pay to

23                   Pannone Lopes Devereaux & O'Gara LLC
                     Attn:  Matthew A. Lopes, Jr., Esq., Special Master
24                   Northwoods Office Park, Suite 215N
                     1301 Atwood Avenue
25                   Johnston, RI  02919

26   the amount of $1,455,685.66 as payment of the statement attached to this order; and

27   _____

[1] This order corrects a typographical error in the amount for services rendered by Kristina M.
28   Hector, J.D. in the statement attached to the order filed May 21, 2025, ECF No. 8647.

2.  A copy of this order shall be served on the financial department of this court.

Dated: May 22, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| 1 | **RALPH COLEMAN, et al.,** | : |
| | **Plaintiffs,** | : |
| 2 | | :     **No. Civ. S-90-0520 KJM SCR P** |
| | **v.** | : |
| 3 | | : |
| | **EDMUND G. BROWN, JR., et al.** | : |
| 4 | **Defendants.** | |

5  The Special Master hereby submits his latest statement for fees and disbursements, including
those accrued through April 30, 2025.

6

7  Matthew A. Lopes, Jr., Special Master

        Services                        $33,774.00

8          Disbursements            $28,574.27

9                      Total amount due           $62,348.27

10  Kerry F. Walsh, J.D., Deputy Special Master

        Services                        $64,396.00

11          Disbursements            $     0.00

12                      Total amount due           $64,396.00

13  Kristina M. Hector, J.D.

        Services                        $59,697.00

14          Disbursements            $     0.00

15                      Total amount due           $59,697.00

16  Regina M. Costa, MSW., J.D.

        Services                        $51,189.00

17          Disbursements            $     0.00

18                      Total amount due           $51,189.00

19  LaTri-c-ea McClendon-Hunt, J.D.

        Services                        $45,672.00

20          Disbursements            $     0.00

21                      Total amount due           $45,672.00

22  Michael F. Ryan, Jr.

        Services                        $47,586.00

23          Disbursements            $     0.00

24                      Total amount due           $47,586.00

25

26  Michael A. Milas

        Services                        $55,411.00

        Disbursements            $     0.00

27

                    Total amount due           $55,411.00

28

1

Mario R. McClain, Jr.
    Services                                    $58,157.00

2

    Disbursements                          $      0.00
                     Total amount due             $58,157.00

3

Alison A. Tate

4

    Services                                    $63,947.00
    Disbursements                          $      0.00

5

                     Total amount due             $63,947.00

6

Mitchell J. Young

7

    Services                                    $55,902.00
    Disbursements                          $      0.00

8

                     Total amount due             $55,902.00

9

Rachel Gribbin

10

    Services                                    $29,542.50
    Disbursements                          $      0.00

11

                     Total amount due             $29,542.50

12

Lana L. Lopez

13

    Services                                    $35,392.50
    Disbursements                          $      0.00

14

                     Total amount due             $35,392.50

15

Cristina Irizarry

16

    Services                                    $22,252.50
    Disbursements                          $      0.00

17

                     Total amount due             $22,252.50

18

Kerry C. Hughes, M.D.

19

    Services                                    $64,600.00
    Disbursements                          $      0.00

20

                     Total amount due             $64,600.00

21

22

Jeffrey L. Metzner, M.D.

    Services                                  $30,662.00

23

    Disbursements                          $ 2,257.47

24

                     Total amount due             $32,919.47

25

Mary Perrien, Ph.D.
    Services                                  $25,508.00

26

    Disbursements                          $ 1,589.31

27

                     Total amount due             $27,097.31

28

4

Patricia M. Williams, J.D.
Services                          $55,468.00
Disbursements                     $ 3,013.51

                Total amount due          $58,481.51

Henry A. Dlugacz, MSW, J.D.
Services                          $50,958.00
Disbursements                     $     0.00

                Total amount due          $50,958.00

Lindsay M. Hayes
Services                          $51,578.00
Disbursements                     $ 4,275.05

                Total amount due          $55,853.05

Timothy A. Rougeux
Services                          $39,618.40
Disbursements                     $ 1,103.88

                Total amount due          $40,722.28

Maria Masotta, Psy.D.
Services                          $31,186.00
Disbursements                     $ 2,271.35

                Total amount due          $33,457.35

Karen Rea PHN, MSN, FNP
Services                          $25,652.70
Disbursements                     $ 1,074.36

                Total amount due          $26,727.06

Brian J. Main, Psy.D.
Services                          $48,636.00
Disbursements                     $ 2,943.11

                Total amount due          $51,579.11

Sharen Barboza, PhD.
Services                          $24,106.00
Disbursements                     $ 1,919.97

                Total amount due          $26,025.97

Daniel F. Potter, PhD.
Services                          $81,320.00
Disbursements                     $     0.00

                Total amount due          $81,320.00

5

Brett L. Johnson, M.D.
    Services                        $63,662.00
    Disbursements           $    970.24

                          Total amount due           $64,632.24

Marcus R. Patterson, PsyD.
    Services                        $31,258.00
    Disbursements           $ 1,075.10

                          Total amount due           $32,333.10

J. David Dawdy, M.A.
    Services                        $16,880.00
    Disbursements           $ 1,596.18

                          Total amount due           $18,476.18

Kerry Eudy, J.D., Ph.D.
    Services                        $38,916.00
    Disbursements           $ 1,683.69

                          Total amount due           $40,599.69

John S. Wilson, Ph.D., CCHP-MH, CPHQ
    Services                        $56,854.00
    Disbursements           $ 3,127.26

                          Total amount due           $59,981.26

Darrin A. Bell
    Services                        $11,439.00
    Disbursements           $ 1,692.44

                          Total amount due           $13,131.44

Lynn Bissonnette
    Services                        $23,184.00
    Disbursements           $ 2,113.87

                          Total amount due           $25,297.87

**TOTAL AMOUNT TO BE REIMBURSED**           **$1,455,685.66**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master

6