UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On April 30, 2025, the parties filed a stipulation and proposed order seeking the court's approval of what they present as an agreement concerning the amount of out-of-cell time defendants must offer class members in mental health crisis beds (MHCBs). ECF No. 8619. The parties arrived at their stipulation in the context of the ongoing data remediation process. *See generally id.* A primary purpose of the data remediation process is to remediate all indicators in the Continuous Quality Improvement Tool (CQIT), which measures the core requirements of the Program Guide, the remedial plan that sets the minimum constitutional requirements for the delivery of mental health care to class members. *See Coleman v. Newsom*, 2024 WL 5629534, slip op. at 1 (9th Cir. 2025) (quoting *Coleman v. Brown*, 938 F.Supp.2d 955, 972 (E.D. Cal. 2013)); *see also, e.g.*, July 9, 2019 Order at 2, 6, ECF No. 6214 (quoting *Coleman v. Brown*, 756 Fed. Appx. 677, 679 (9th Cir. 2018)). In a footnote in the parties' stipulation, defendants state they are entering into the stipulation solely for purposes of data remediation, namely to

1    "expediently remediat[e] indicator SP15.1E," without conceding the threshold requirement the
2    parties propose is constitutionally required and saying the court has not made any findings it is.
3    *Id*. at 2. n.1.  The footnote reflects the parties have not reached a true agreement.
4        The court declines to approve a stipulation on minimum out-of-cell time for class
5    members in MHCBs that includes one side's statement at odds with the core purposes of data
6    remediation and qualifying the parties' agreement to the extent they have reached agreement.  For
7    this reason, the court does not approve the April 20, 2025 stipulation.  The parties are invited to
8    submit a renewed stipulation that reflects a true and complete agreement.
9        IT IS SO ORDERED.
10   DATED: May 23, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE