UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | No. 2:90-cv-0520 KJM SCR P<br><br>ORDER |

　　　　The court held a status conference on June 3, 2025 to review defendants' proposed motion for reconsideration, ECF No. 8644, and related matters. *See* May 29, 2025 Minute Order, ECF No. 8655; Minutes, ECF No. 8663. After discussion with counsel and good cause appearing, the court now makes the following findings and orders.

　　　　As a threshold matter, the court has determined it has jurisdiction to enter this order notwithstanding defendants' protective appeals from the April 2, 2025, April 22, 2025, and May 1, 2025 orders. As clarified at the status conference, defendants do not dispute the court's jurisdiction to do so.

　　　　The court now sua sponte MODIFIES the method of payment of salary and benefits for the Receiver-nominee and the Deputy Receiver-nominees established in the April 2, 2025 order for the period of time required for preparation of a Receivership Action Plan. Apr. 2, 2025 Order at 4-5, ECF No. 8589; *see also* May 1, 2025 Order at 2, ECF No. 8625. Specifically, the court

1

1  withdraws the direction to the California Department of Corrections and Rehabilitation (CDCR)
2  to hire the Receiver-nominee and Deputy Receiver-nominees as employees and directs CDCR to
3  take all steps necessary to reverse the employment status established as required by the April 2,
4  2025 , April 22, 2025, and May 1, 2025 orders.  The court withdraws all waivers of state law set
5  out in the court's April 22, 2025 and May 1, 2025 orders.  *See* Apr. 22, 2025 Order at 13, ECF
6  No. 8608; *see also* ECF No. 8625 at 2.

7       Effective June 1, 2025 and for the two months that remain of the four-month period set in
8  the April 2, 2025 order, *see* ECF No. 8589 at 2, the Receiver-nominee and the Deputy Receiver-
9  nominees will be paid monthly an amount equivalent to the pro-rated share of the same
10 annualized salary and benefits established in the April 2, 2025, April 22, 2025, and May 1, 2025
11 orders.  By subsequent order, the court will direct defendants to deposit with the Clerk of the
12 Court not later than July 5, 2025 a sum certain in an interest-bearing account opened for this
13 purpose.  The court will set the dollar equivalence for court-ordered benefits in the subsequent
14 order after consultation with the Receiver-nominee and after conducting the court's own due
15 diligence.[1]  After issuing its order directing defendants to deposit funds with the court, the court
16 will then issue orders to the Clerk of the Court directing monthly payments to the Receiver-
17 nominee and the Deputy Receiver-nominees, covering the months of June and July 2025.  To the
18 extent required to ensure full compliance with the court's prior orders, the court may order
19 additional payments to ensure full payment is made of salary and benefits ordered for April and
20 May 2025.  Regarding expenses, consistent with the practice established to date, the court will
21 continue to order defendants to pay expenses incurred by the Receiver-nominee and the Deputy
22 Receiver-nominees, as well as the time and expenses of the Senior Advisor, upon receipt of their
23 monthly statements.
24 /////

---

[1] Subject to additional investigation, the court contemplates setting the dollar equivalence amount for benefits with reference to benefits paid to the Secretary of the CDCR as a percentage of regular pay while also accounting for tax implications.  In its subsequent order, the court will explain in full the calculations on which it relies in setting the amounts due to effect the same salary and benefit levels previously ordered.

2

1           The court DISCHARGES the May 15, 2025 Order to Show Cause, ECF No. 8638, with a
2    cautionary reminder that the court expects all its orders to be complied with promptly, absent a
3    stay.
4           The court DENIES as moot defendants' Amended Request for Leave to File Motion for
5    Reconsideration, ECF No. 8634.
6           IT IS SO ORDERED.
7    DATED: June 5, 2025.

                                                  _____
                                                  SENIOR UNITED STATES DISTRICT JUDGE