UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | No.  2:90-cv-0520 KJM SCR P<br><br><br>ORDER |

　　　The Receiver-nominee and the Deputy Receiver-nominee appointed by the court on April 2, 2025, ECF No. 8589, have submitted invoices for expenses they incurred during the month of May 2025.  A copy of each of the invoices is attached.

　　　In accordance with the court's April 22, 2025 order, ECF No. 8608 at 13, and good cause appearing, IT IS HEREBY ORDERED that within seven days from the date of this order defendants shall:

　　1.　Pay to Colette S. Peters at the address they have on record the amount of $2,840.93 as payment of the statement for travel and supplies expenses incurred during the month of May 2025 attached to this order; and

1

2. Pay to William L. Lothrop at the address they have on record the amount of $2448.38 as payment of the statement for expenses incurred in May 2025 attached to this order.

DATED: June 9, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| **RECEIVER-NomineeTRAVEL**<br>**North Kern State Prison**<br>**Suicide Prevention Tour** | | |
| Colette S. Peters | | |
| Date: May 5th-May 8th, 2025 | | |
| | Notes | Cost |
| **Air Fare** | United Airlines PDC to BFL | $476.22 |
| | Alaskan Airline LAX to PDX | $183.30 |
| **Hotel** | | $444.51 |
| **Mileage ($.70)** | 66.4 Miles<br>(Home to PDX and return) | $46.48 |
| **Baggage** | | N/A |
| **Parking** | | N/A |
| **Rental Car** | Budget Rental (Charges + prepayment) | $243.26 |
| **Fuel** | | $46.18 |
| **Tolls** | | N/A |
| **Transportation** | | N/A |
| **Per Diem ($68/day)** | 4 Days | $272 |
| | **Total travel estimate** | **$1,711.95** |

| | | |
|---|---|---|
| **RECEIVER SUPPLIES** | | |
| **Supplies** | IPAD<br>IPAD keyboard for desk<br>IPAD case and keyboard for travel | $769.00<br>$59.99<br>$299.99 |
| | **Total supplies estimate** | **$1,128.98** |

**Total Due: $2,840.93**

*Receipts available upon request*

| | DEPUTY RECEIVER-nominee EXPENSES | |
|---|---|---|
| | William Lothrop | |
| | Travel to California May 5-9 / Other Expenses May 2025 | |

| | Notes | Cost |
|---|---|---|
| **Air Fare** | American Airlines | $1357.96 |
| **Hotel** | Bakersfield Marriott | $512.88 |
| **Mileage** | 88 miles total @ $0.70 | $61.60 |
| **Baggage** | N/A | $0.00 |
| **Parking** | May 5-8 | $84.00 |
| **Rental Car** | N/A | $0.00 |
| **Fuel** | N/A | $0.00 |
| **Tolls** | N/A | $0.00 |
| **Uber / Shuttle** | To Airport in Bakersfield | $10.00 |
| **Per Diem** | 4 days @ $68.00 | $272.00 |
| | **Total** | **$2298.44** |

| | | | |
|---|---|---|---|
| **UPS Store printing** | | | $30.94 |
| **Microsoft 360** | | | $119.00 |
| | | | |
| | | | |
| | **Total** | | **$149.94** |

| **TOTAL EXPENSES** | $2448.38 |
|---|---|
| **All receipts available upon request.** | |