# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | No. 2:90-cv-0520 KJM SCR P<br><br>ORDER |

　　　　As the court directed in its order of December 6, 2024, ECF No. 8485, the Special Master filed a report on May 1, 2025, on the status of the ongoing data remediation process, ECF No. 8624 (Report). Neither party has filed objections to the Report or the Special Master's recommendations contained in the Report. The court issues this order to clarify the status of data remediation as relevant to the Receiver-nominee's preparation of the Receivership Action Plan, which is currently underway.

　　　　Since the Special Master filed the Report, the United States Court of Appeals for the Ninth Circuit has dismissed defendants' appeal from this court's March 28, 2024 order, ECF No. 8168, for lack of jurisdiction. The court clarifies that it now expects the Special Master will take appropriate steps to complete remediation of the six indicators he previously deprioritized based on the then-pending appeal. *See* ECF No. 8624 at 26.

/////

      Also since the Special Master filed the Report, the court declined to approve the parties' stipulation on out-of-cell time for class members in mental health crisis beds (MHCBs), while inviting the parties to submit "a renewed stipulation that reflects a true and complete agreement." May 27, 2025 Order at 2, ECF No. 8651. The parties have not at this point submitted a renewed stipulation. To avoid further delay in completion of the data remediation process, if the parties do not submit a renewed stipulation within 7 days from the filed date of this order, the court will direct that the indicators addressed by their prior stipulation be fully remediated using the current remedial standard for out-of-cell time for MHCB inmates. As the court explained in its November 4, 2024 order, the current remedial requirements for out-of-cell time for MHCB inmate/patients are set out in a February 14, 2017 memorandum issued by then-Deputy Directors Jeff Macomber and Katherine Tebrock, Esq., requiring defendants to afford MHCB inmate-patients out-of-cell time "consistent with their custody designation unless specifically restricted by the MHCB IDTT (interdisciplinary treatment team)." November 4, 2024 Order at 5, ECF No. 8456 (quoting ECF No. 7333-1 at 379). The 2017 memorandum is included in the 2021 Program Guide Update the court approved on February 7, 2022. *See* ECF No. 7456.

      Finally, the Special Master includes specific recommendations for completion of remediation of 38 outstanding indicators. The court previously has set and extended deadlines for completion of data remediation. *See*, *e.g.*, April 29, 2022 Minute Order, ECF No. 7541, February 1, 2024 Order, ECF No. 8121. In December 2024, the court ordered data remediation completed by May 1, 2025. ECF No. 8485. As the Special Master previously has informed the court, and is clear from the Report, this deadline has not been met. It further appears, however, that the current coordination with the *Plata* Receiver has expedited the remediation process. For this reason, the court will accept the Special Master's recommendation that the team currently working on the outstanding indicators be given an additional thirty days to complete that process.

      In accordance with the above, the court will adopt the Special Master's Report and its recommendations in full, as clarified above.

/////

/////

2

In accordance with the above, IT IS HEREBY ORDERED that:

1. With the modifications noted in this order, the Special Master's May 1, 2025 Data Remediation Status Report, ECF No. 8624, is ADOPTED IN FULL;

2. Within thirty days from the filed date of this order, the Special Master and his clinical experts, working exclusively with the *Plata* Receiver and his staff, shall complete final review of the thirty-eight (38) remaining data indicators; and

3. The Special Master, at his discretion, will bring his data expert and California Department of Corrections and Rehabilitation (CDCR) mental health personnel into the final review process only as he deems necessary to bring this project to successful conclusion.

DATED: June 10, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

3