ROB A. BONTA, State Bar No. 202668
Attorney General of California
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZALEZ, SBN 321994
SAMANTHA M. BACON, SBN 351561
  1676 N. California Boulevard, Suite 620
  Walnut Creek, CA 94596
  Telephone: (925) 746-8460
  Fax: (925) 746-8490
  E-mail: PMello@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                           Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                           Defendants. | Case No. 2:90-cv-00520 KJM-SCR<br><br>**STIPULATION AND ORDER APPROVING MODIFICATIONS TO MONTHLY STAFFING REPORTS**<br><br>Judge: The Hon. Kimberly J. Mueller |

    On or before the last court day of each month, Defendants are required to file a monthly staffing vacancy report identifying vacancy rates at each CDCR institution and in the aggregate systemwide for the preceding month for all psychiatrist, psychologist, clinical social worker, recreational therapist, and medical assistant classifications, including a separate chart of the fines accumulated for that month and a total of fines accumulated to date. (ECF Nos. 5786 at 4; 5886 at 3; 7504 at 6; 7704 at 2; 7742 at 5–7; 7766 at 1–2; 7742 at 6; and 8116 at 2.)

    Consistent with the foregoing orders, Defendants provide the following monthly reports prepared by the California Correctional Health Care Services identifying CDCR's Division of

Health Care Services Systemwide Mental Health Program Allocated and Filled Mental Health Staffing Positions, which include: (1) the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the 2009 Staffing Plan (Exhibit A); (2) the psychiatry, psychology, social worker, recreational therapist, and medical assistant vacancy reports for positions allocated under the Psychiatric Inpatient Program Staffing Plan (Exhibit B); (3) the statewide totals for all reported positions (Exhibit C); (4) a separate chart of the monthly fines accumulated calculated under the January 23, 2024 order (ECF No. 8116 at 2) (Exhibit D); (5) and a separate chart of the Psychiatric Inpatient Program of the monthly fines accumulated calculated under the June 28, 2024 order (ECF No. 8301 at 2–3) (Exhibit E).

On April 1, 2025, the Court approved modifications to the 2009 Staffing Plan approving the use of Marriage and Family Therapists (MFTs) and Professional Clinical Counselors (PCCs) to provide care to *Coleman* class members as set forth in the memorandum titled *Use of Marriage and Family Therapists and Professional Clinical Counselors in the Provision of Mental Health Services*. (ECF No. 8587.) In addition, the Court approved a ten percent maximum vacancy rate for all telepresenters.[1] Those modifications are memorialized as *Agreed Upon Revisions to the 2009 Staffing Plan and Associated Staffing Orders*. (ECF No. 8587-1, Ex. A.) The parties now jointly request that the Court approve the following modifications to the format of the reports identifying CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Mental Health Staffing Positions to conform to the Court's April 1, 2025 Order (ECF No. 8587):

/ / /

/ / /

/ / /

---

[1] On April 11, 2023, the Court applied a ten percent maximum vacancy rate to Medical Assistant (MA) positions. (ECF No. 7806.) MAs assigned to the Statewide Mental Health Program are now dedicated to serving as telepresenters. While MAs are the preferred classification for telepresenters, both the court-approved Telepsychiatry policy and CDCR's Telemental Health policy allow other classifications to act as telepresenters. (ECF No. 7826-1 at 8; ECF No. 8165-2 at 72.)

1. **Modification of the Psychiatry, Psychology, Social Worker, Recreational Therapist, and Medical Assistant Vacancy Reports for Positions Allocated Under the 2009 Staffing Plan (Exhibit A)**

The parties propose replacing the two tables in the existing vacancy reports that provide the Monthly Allocated and Filled Positions for Psychology and Social Work positions with the following three tables:

(1) Allocated and Filled Chief and Senior Psychology Positions;

(2) Allocated and Filled Supervisory Social Worker Positions; and

(3) Allocated and Filled Primary Clinician Positions (including clinical social workers, psychologists, MFTs, and PCCs);

In addition, the parties propose that the table reporting Allocated and Filled Medical Assistant Positions be modified to reflect Allocated and Filled Tele-Presenter Positions.

2. **Modification of the Statewide Totals for All Reported Positions (Exhibit C)**

The parties propose replacing the two tables in the existing vacancy reports that provide statewide totals for psychologists and clinical social workers with the following three tables:

(1) Total Allocated and Filled Chief and Senior Psychology Positions

(2) Total Allocated and Filled Supervisory Social Worker Positions

(3) Total Allocated and Filled Primary Clinician Positions (including clinical social workers, psychologists, MFTs, and PCCs).

Because the PIP staffing plan and revised 2009 staffing plans require different positions, the table for Total Allocated and Filled Primary Clinician Positions includes several blank fields for positions that are not applicable to the PIPs. For instance, the PIP Staffing Plan does not include MFTs or PCCs and does not use positions interchangeably for general Primary Clinician duties.

3. **Modification of Chart of the Monthly Fines Accumulated as Calculated Under the January 23, 2024 Order (Exhibit D)**

For each staffing classification, the Court imposes fines by multiplying the number of vacancies above the maximum permitted ten percent vacancy rate by the average maximum monthly salary for the classification. The parties propose that the Court impose the fine for MHPC vacancies by multiplying the number of vacancies above the maximum ten percent

vacancy rates by the average of the maximum monthly salaries for the four MHPC classifications (*i.e.* clinical psychologist, clinical social worker, MFT, and PCC). The average of the maximum monthly salaries for the four MHPC classifications currently amounts to $9,476.[2]

The charts in Exhibit D account for tele-psychologist and tele-social worker positions in the "Primary Clinician" row of each chart, rather than the "Clinical Psychologist" and "Clinical Social Worker" rows, because CDCR allocates tele-psychologist and tele-social worker positions to institutions for general MHPC duties, consistent with the on-site staffing requirements in CDCR's Court-approved Telemental Health Policy (see ECF No. 8593-1 at 5-6).

The Special Master has reviewed this stipulation and takes no position as to its terms.

**IT IS SO STIPULATED**.

Dated: June 25, 2025

ROB A. BONTA
ATTORNEY GENERAL OF CALIFORNIA
DAMON MCCLAIN
SUPERVISING DEPUTY ATTORNEY GENERAL

**/s/ *Namrata Kotwani***
NAMRATA KOTWANI
DEPUTY ATTORNEY GENERAL
*Attorneys for Defendants*

Dated: June 25, 2025

HANSON BRIDGETT LLP

**/s/ *Samantha D. Wolff***
PAUL MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated: June 25, 2025

ROSEN BIEN GALVAN & GRUNFELD LLP

**/s/ *Alex Gourse***
ALEX GOURSE
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: June 30, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] The most recent CDCR mental health salary schedule in the record is the schedule as of December 15, 2023, which does not include salary ranges for MFTs or PCCs. *See* ECF No. 8089-1. For purposes of approving this stipulation, the court accepts the parties' representation of the average maximum monthly salaries for the four MHPC classifications.