UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiffs, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

In accordance with the court's June 12, 2025 order, ECF No. 8675, and good cause of appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to Colette Peters, Receiver-nominee, at the address on file, the amount of $67,732.03;
2. The Clerk of the Court is directed to pay to William Walter Lothrop, Jr., Deputy Receiver-nominee, at the address on file, the amount of $58,379.37;
3. The Clerk of the Court is directed to pay to Kathleen T. Toomey, Deputy Receiver-nominee, at the address on file, the amount of $57,323.60;
4. All payments shall be made from the interest-bearing account previously opened for this action; and

1

5. A copy of this order shall be served on the financial department of this court.

Dated: July 31, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE