UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On June 12, 2025, the court set compensation for the Receiver-nominee and Deputy Receiver-nominees for the months of June and July 2025 and directed defendants to deposit a total amount of $370,000.00 to cover that compensation.  June 12, 2025 Order, ECF No. 8675. On August 1, 2025, the Receiver-nominee presented her proposed Receivership Action Plan (Plan) to the court, as the court had directed.  Based on an initial cursory review of the Plan, the court anticipates it will require the services of the Receiver-nominee and her two deputies for up to an additional month at most, during which it will evaluate the Plan while awaiting and then considering the parties' responses, in a focused process leading to the court's final decision whether to appoint a receiver in this action.

Accordingly, good cause appearing, the provisions of the June 12, 2025 order are extended for one month.  On or before August 15, 2025, defendants shall deposit with the Clerk of the Court a total amount of $185,000.00, which shall be deposited in an interest-bearing

1

account previously opened for this action. The court will issue an order covering the time the Receiver-nominee and her team actually spend in August 2025 at the end of that month, directing the Clerk of the Court to pay the Receiver-nominee's and Deputy Receiver-nominees' compensation in accordance with this order and the June 12, 2025 order. Any funds remaining after all court-ordered payments are made will be returned to defendants.

IT IS SO ORDERED.

DATED: August 4, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE