UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

The Receiver-nominee appointed by the court on April 2, 2025, ECF No. 8589 has submitted invoices for expenses incurred by her and the two Deputy Receiver-nominees for expenses they incurred during the month of July 2025. A copy of each of the invoices is attached.

In accordance with the court's April 22, 2025 order, ECF No. 8608 at 13, and good cause appearing, IT IS HEREBY ORDERED that within seven days from the date of this order defendants shall:

1. Pay to Colette S. Peters at the address they have on record the amount of $1,797.67 as payment of the statement for travel and supplies expenses incurred in July 2025 attached to this order;

1

2. Pay to William Lothrop at the address they have on record the amount of $2,649.56 as payment of the statement for expenses incurred in July 2025 attached to this order; and

3. Pay to Kathleen T. Toomey at the address they have on record the amount of $1,784.26 as payment of the statement for expenses incurred in July 2025 attached to this order.

DATED: August 5, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE