UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiffs, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

The matter of payment of the Special Master has been referred to the magistrate judge by the district court judge. The court has reviewed the bill for services provided by the Special Master in the above-captioned case through July 31, 2025.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

> Pannone Lopes Devereaux & O'Gara LLC
> Attn: Matthew A. Lopes, Jr., Esq., Special Master
> Northwoods Office Park, Suite 215N
> 1301 Atwood Avenue
> Johnston, RI  02919

the amount of $1,190,219.83 as payment of the statement attached to this order; and

////

1

2. A copy of this order shall be served on the financial department of this court.

Dated: August 18, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

| | | | |
|---|---|---|---|
| 1 | **RALPH COLEMAN, et al.,** | : | |
| | Plaintiffs, | : | |
| 2 | | : | **No. Civ. S-90-0520 KJM SCR P** |
| | v. | : | |
| 3 | | : | |
| | **EDMUND G. BROWN, JR., et al.** | : | |
| 4 | Defendants. | | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through July 31, 2025.

Matthew A. Lopes, Jr., Special Master
    Services                                                               $39,663.00
    Disbursements                                      $19,952.00

                        Total amount due               $59,615.00

Kerry F. Walsh, J.D., Deputy Special Master
    Services                                            $62,054.00
    Disbursements                                  $      0.00

                        Total amount due               $62,054.00

Kristina M. Hector, J.D.
    Services                                            $58,806.00
    Disbursements                                  $      0.00

                        Total amount due               $58,806.00

Regina M. Costa, MSW., J.D.
    Services                                          $59,254.00
    Disbursements                                $      0.00

                        Total amount due               $59,254.00

LaTri-c-ea McClendon-Hunt, J.D.
    Services                                        $39,666.00
    Disbursements                                $      0.00

                        Total amount due               $39,666.00

Michael F. Ryan, Jr.
    Services                                        $48,411.00
    Disbursements                                $      0.00

                        Total amount due               $48,411.00

Michael A. Milas
    Services                                        $52,568.00
    Disbursements                                $      0.00

                        Total amount due               $52,568.00

| | | | |
|---|---|---|---|
| 1 | Mario R. McClain, Jr. | | |
| | Services | $46,728.00 | |
| 2 | Disbursements | $      0.00 | |
| 3 | | Total amount due | $46,728.00 |
| 4 | Alison A. Tate | | |
| | Services | $57,820.00 | |
| 5 | Disbursements | $      0.00 | |
| 6 | | Total amount due | $57,820.00 |
| 7 | Mitchell J. Young | | |
| | Services | $11,385.00 | |
| 8 | Disbursements | $      0.00 | |
| 9 | | Total amount due | $11,385.00 |
| 10 | Rachel Gribbin | | |
| | Services | $29,092.50 | |
| 11 | Disbursements | $      0.00 | |
| 12 | | Total amount due | $29,092.50 |
| 13 | Lana L. Lopez | | |
| | Services | $29,385.00 | |
| 14 | Disbursements | $      0.00 | |
| 15 | | Total amount due | $29,385.00 |
| 16 | Cristina Irizarry | | |
| | Services | $18,652.50 | |
| 17 | Disbursements | $      0.00 | |
| 18 | | Total amount due | $18,652.50 |
| 19 | Kerry C. Hughes, M.D. | | |
| | Services | $44,270.00 | |
| 20 | Disbursements | $      0.00 | |
| 21 | | Total amount due | $44,270.00 |
| 22 | | | |
| 23 | Jeffrey L. Metzner, M.D. | | |
| | Services | $25,102.00 | |
| 24 | Disbursements | $ 1,108.81 | |
| 25 | | Total amount due | $26,210.81 |
| 26 | Mary Perrien, Ph.D. | | |
| | Services | $41,596.00 | |
| 27 | Disbursements | $ 3,247.32 | |
| 28 | | Total amount due | $44,843.32 |

4

| | | |
|---|---|---|
| Patricia M. Williams, J.D. | | |
|     Services | $41,572.00 | |
|     Disbursements | $ 1,171.36 | |
|     Total amount due | | $42,743.36 |
| Henry A. Dlugacz, MSW, J.D. | | |
|     Services | $43,434.00 | |
|     Disbursements | $ 0.00 | |
|     Total amount due | | $43,434.00 |
| Lindsay M. Hayes | | |
|     Services | $61,696.00 | |
|     Disbursements | $ 6,537.70 | |
|     Total amount due | | $68,233.70 |
| Timothy A. Rougeux | | |
|     Services | $33,375.30 | |
|     Disbursements | $ 1,565.59 | |
|     Total amount due | | $34,940.89 |
| Maria Masotta, Psy.D. | | |
|     Services | $33,226.00 | |
|     Disbursements | $ 1,482.58 | |
|     Total amount due | | $34,708.58 |
| Karen Rea PHN, MSN, FNP | | |
|     Services | $16,758.00 | |
|     Disbursements | $ 0.00 | |
|     Total amount due | | $16,758.00 |
| Brian J. Main, Psy.D. | | |
|     Services | $23,756.00 | |
|     Disbursements | $ 1,979.09 | |
|     Total amount due | | $25,735.09 |
| Sharen Barboza, PhD. | | |
|     Services | $31,054.00 | |
|     Disbursements | $ 2,967.91 | |
|     Total amount due | | $34,021.91 |
| Daniel F. Potter, PhD. | | |
|     Services | $ 0.00 | |
|     Disbursements | $ 0.00 | |
|     Total amount due | | $ 0.00 |

| | | |
|---|---|---|
| Brett L. Johnson, M.D. | | |
|     Services | $42,090.00 | |
|     Disbursements | $     473.90 | |
|         Total amount due | | $42,563.90 |
| Marcus R. Patterson, PsyD. | | |
|     Services | $16,378.00 | |
|     Disbursements | $     744.49 | |
|         Total amount due | | $17,122.49 |
| J. David Dawdy, M.A. | | |
|     Services | $18,512.00 | |
|     Disbursements | $  3,017.41 | |
|         Total amount due | | $21,529.41 |
| Kerry Eudy, J.D., Ph.D. | | |
|     Services | $33,634.00 | |
|     Disbursements | $  1,047.93 | |
|         Total amount due | | $34,681.93 |
| John S. Wilson, Ph.D., CCHP-MH, CPHQ | | |
|     Services | $35,336.00 | |
|     Disbursements | $  1,498.10 | |
|         Total amount due | | $36,834.10 |
| Darrin A. Bell | | |
|     Services | $10,441.00 | |
|     Disbursements | $     181.80 | |
|         Total amount due | | $10,622.80 |
| Lynn Bissonnette | | |
|     Services | $33,355.00 | |
|     Disbursements | $  4,173.54 | |
|         Total amount due | | $37,528.54 |

**TOTAL AMOUNT TO BE REIMBURSED**                                **$1,190,219.83**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master