UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On May 29, 2025, as part of his thirty-first round of monitoring in this action the Special Master filed a focused monitoring report on the California Department of Corrections and Rehabilitation's (CDCR) newly activated Enhanced Outpatient Programs (Report). ECF No. 8654. Neither party has filed objections to the Report. In accordance with Paragraph C of the Order of Reference the Report will, therefore, be adopted in full.[1]  See ECF No. 640 at 8.

In accordance with the above, IT IS HEREBY ORDERED that, as corrected by this order, the court ADOPTS IN FULL the Special Master's Thirty-First Round Focused Monitoring

---

[1] In conducting its review, the court finds the Special Master has referred to the Report as a "Draft Report" in various places where the context demonstrates the reference is to the final report as revised following the Special Master's response to defendants' objections to the draft report he circulated to the parties.  See ECF No. 8654 at 10, 11, 37, 80 (all page citations are to the page number assigned by the Court's Electronic Case Filing (ECF) system and located in the upper right hand corner of the page).  These appear to be typographical errors and are corrected by this order.

Report on Newly Activated EOP Programs, ECF No. 8654.  The Receiver appointed by the court effective September 1, 2025, ECF No. 8752, shall take account of this report in exercising her authority to implement the remedy in this case, ECF No. 8754.

DATED: August 29, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

2