IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**
    Plaintiffs,

    v.                                        No. CIV S-90-0520 KJM SCR

**GAVIN NEWSOM, et al.,**
    Defendants.

**SPECIAL MASTER'S REQUEST FOR AN EXTENSION OF TIME TO REPORT TO THE COURT ON THE IMPLEMENTATION OF THE SIXTEEN SUICIDE PREVENTION CORRECTIVE ACTION PLANS IN THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION PSYCHIATRIC INPATIENT PROGRAMS**

In a January 6, 2023 Order, the Court ordered defendants to implement the Special Master's suicide prevention expert's 16 recommendations resulting from his baseline assessment of suicide prevention practices in the California Department of Corrections and Rehabilitation's (CDCR) Psychiatric Inpatient Programs (PIPs). Following the parties' submission of a Proposed Joint Schedule to Implement Corrective Action Plans for Suicide Prevention in CDCR's PIPs (ECF No. 7714), the court issued an order adopting the proposed joint schedule and made clear it expected "full compliance with the deadlines set in the schedule." ECF No. 7754 at 2.

The Special Master's suicide prevention expert, Mr. Lindsay Hayes, conducted his re-audit assessment of suicide prevention practices in the PIPs between January – May 2023. ECF No. 8143-1. In an order issued on November 14, 2024, the Court found that judicial economy would be best served by an updated Re-Audit Report to assess whether defendants had completed the required PIP measures. ECF 8460 at 2. As a result, the Court ordered that the Special Master's Report on the PIP Re-Audit Report (ECF No. 8143), the PIP Re-Audit Report

1

(ECF No. 8143-1), defendants' objections to that Report (ECF No. 8179), and plaintiffs' response to those objections (ECF No. 8282), were received and would remain on the docket. *Id.* The Court ordered Mr. Hayes to re-audit the PIPs and file a report on the status of defendants' implementation of the 16 corrective action plans required by the court's January 6, 2023 order.

      The Special Master distributed a draft version of Mr. Hayes' most recent PIP re-audit report on June 30, 2025 and received defendants' comments and objections to the draft report on July 30, 2025. The Court previously ordered the Special Master to file Mr. Hayes' second PIP re-audit report on or before August 30, 2025. July 1, 2025 Order, ECF No. 8692.[1] Based on the continued "hectic pace of touring and report writing," ECF No. 8689 at 3, the Special Master requests an additional seven-day extension of the deadline to file his and his suicide prevention expert's re-audit report on the status of defendants' implementation of the sixteen corrective action plans within CDCR's PIPs.

                                Respectfully Submitted

                                */s/ Matthew A. Lopes, Jr.*

                                Matthew A. Lopes, Jr.
                                Special Master

DATED: September 2, 2025

---

[1] The Special Master notes August 30, 2025 fell on a weekend, and the following Monday (September 1, 2025) was a federal holiday (Labor Day). Thus, according to FED. R. CIV. P. 6, the deadline to file this report under the court's July 1, 2025 Order was September 2, 2025.