UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

The technical advisor appointed by the court on August 27, 2024, ECF No. 8377, has submitted his invoice for services rendered in August 2025. A copy of the invoice is attached.

In accordance with the August 27, 2024 order and good cause appearing, IT IS HEREBY ORDERED that defendants shall forthwith pay to

    Leading Resources Inc.
    Attn: Eric Douglas
    1930 N Street
    Sacramento, CA 95811

the amount of $2,250.00 as payment of the invoice attached to this order.

DATED: September 8, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

# LRI Leading Resources INCORPORATED

1930 N Street  
Sacramento, CA 95811

**TEL** 916-325-1190  
**FAX** 916-325-1195

www.leadingresources.com

| BILL TO |
|---|
| United States District Court for the Eastern Disctrict of California |

| DATE | INVOICE NO. |
|---|---|
| 9/2/2025 | 4446 |

| P.O./CONTRACT # | TERMS |
|---|---|
| 24021 | |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
|  | Eric Douglas | | | |
| 8/7/2025 | Read plan documents pertaining to receiver. Take notes and reflect on key questions. | 2 | 375.00 | 750.00 |
| 8/12/2025 | Review receiver's proposed Action Plan. Assess goals, objectives and actions. Document questions. | 2 | 375.00 | 750.00 |
| 8/13/2025 | Meet with Judge Mueller to discuss receiver's Action Plan. Share questions. Based on discussion, refine document and send to her. | 2 | 375.00 | 750.00 |
|  | Subtotal | | | 2,250.00 |

| | |
|---|---|
| **Invoice Total** | $2,250.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,250.00 |