DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
BENJAMIN W. HOLSTON – 341439
MAYA E. CAMPBELL – 345180
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.,<br><br>       Defendants. | Case No. 2:90−CV−00520−KJM−SCR<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S REPORT ON HIS EXPERT'S SECOND RE-AUDIT AND UPDATE OF SUICIDE PREVENTION PRACTICES IN THE PSYCHIATRIC INPATIENT PROGRAMS**<br><br>Judge: Hon. Kimberly J. Mueller |

[4757009.2]

On September 18, 2025, Defendants filed objections to the Special Master's Report on His Expert's Second Re-Audit and Update of Suicide Prevention Practices in the Psychiatric Inpatient Programs ("PIPs") in the California Department of Corrections and Rehabilitation ("Re-Audit Report," filed at ECF No. 8766). *See* Defs' Objections, ECF No. 8775. Plaintiffs request that the Court grant them leave to respond to Defendants' "single, focused objection" concerning what Defendants mischaracterize as "evolving standards" that "expand Defendants' compliance obligations," *id.* at 2, an objection that largely repeats previously overruled objections.

The Court has stated its intent to refer the Re-Audit Report to the Receiver. *See* Order Appointing Receiver, ECF No. 8752 at 8 n.4. It is critical that the Court adopt the Re-Audit Report and its recommendations notwithstanding Defendants' objections so that the Receiver can proceed with full implementation of the suicide-prevention corrective action plans in the PIPs. The Order of Reference makes clear that Plaintiffs' input and involvement is critical to the *Coleman* remedial process. *See* Order of Reference, ECF No. 640 at 2. Accordingly, Plaintiffs request that the Court grant them fourteen days, until October 3, 2025, to respond to Defendants' objections.

**CERTIFICATION**

Plaintiffs' counsel certifies that she reviewed the following orders in preparing this filing: ECF Nos. 640, 7004, 7696, 8460, 8751, 8753, 8754.

DATED: September 19, 2025   Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Adrienne Harrold*
Adrienne Harrold

Attorneys for Plaintiffs

[4757009.2]