UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ralph Coleman, et al., | No. 2:90-cv-0520 KJM DB |
| Plaintiffs, | ORDER |
| v. | |
| Gavin Newsom, et al., | |
| Defendants. | |

On September 29, 2025, the Receiver submitted a letter requesting appointment of Alyssa Challenger to the Receiver's team to serve as a Special Advisor/Chief of Staff. The Receiver plans to compensate Ms. Challenger at an annual salary of $465,920.00, a rate of $224/hour for a 2,080 hour full time equivalency standard (FTE). The letter request and Ms. Challenger's resume are attached to this order.

Section III.B. of the Amended Order Setting Out Powers and Duties of the Receiver empowers the Receiver, with court approval, to "set reasonable compensation and terms of service for each member of her staff, . . . and . . . to enter into contracts" with those staff members. Sept. 5, 2025 Amended Order of Reference, ECF No. 8765, effective September 1, 2025.

Pursuant to Section III.B. of the Amended Order Setting Out Powers and Duties of the Receiver and good cause appearing, IT IS HEREBY ORDERED that the court APPROVES the

1

1  Receiver's request to appoint Alyssa Challenger as Special Advisor Chief of Staff to perform the
2  duties set forth in the letter request attached to this order and to compensate Ms. Challenger at the
3  rate set forth therein.
4   DATED:  September 30, 2025.

_____
UNITED STATES DISTRICT JUDGE