IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-cv-00520 KJM-SCR |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On September 26, 2025, Defendants filed a request to seal the monthly inpatient reports filed on September 15, 2025, at ECF No. 8774.

Good cause appearing, Defendants' request to seal the filed document is granted, and the clerk is directed to seal the document filed at ECF No. 8774.

IT IS SO ORDERED.

Dated: October 2, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE