UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ralph Coleman, et al., | No. 2:90-cv-0520 KJM DB |
| Plaintiffs, | ORDER |
| v. | |
| Gavin Newsom, et al., | |
| Defendants. | |

On September 30, 2025, the Receiver submitted a letter with an update on establishing the Office of the Receiver. In the letter, the Receiver advises the court that until the steps described in the letter "are complete, the Receiver will be unable to pay salaries, team travels costs and expenses, or costs associated with creation of the Office." She therefore requests the court issue an order directing defendants to pay those salaries, costs, and expenses from the Special Deposit Fund "on the last day of each month until the Office of the Receiver is established and able to assume this responsibility." The letter request is attached to this order. Good cause appearing, given that the court is satisfied the Receiver is moving as quickly as possible to finalize establishment of the receivership, the court will grant the request.

On October 1, 2025, the Receiver submitted invoices for expenses that she and the two Deputy Receivers incurred during the month of September 2025. A copy of each of these invoices is attached. Good cause appearing, defendants will be directed to pay these invoices.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court APPROVES the Receiver's September 30, 2025 request.
2. Within seven days from the date of this order defendants shall:
    a. Pay to Colette S. Peters at the address they have on record the amount of $3,728.79 as payment of the statement for travel and expenses incurred during the month of September 2025 attached to this order;
    b. Pay to William W. Lothrop at the address they have on record the amount of $3,191.16 as payment of the statement for expenses incurred during the month of September 2025 attached to this order; and
    c. Pay to Kathleen T. Toomey at the address they have on record the amount of $5,582.43 as payment of the statement for travel expenses incurred during the month of September 2025 and through October 2, 2025.
3. Within ten days from the date of this order defendants shall pay from the Mental Health Staffing Special Deposit Fund court approved salaries for the month of September for Receiver Colette S. Peters in the amount of $67,732.00, Deputy Receiver William W. Lothrop in the amount of $58,379.33, and Deputy Receiver Kathleen T. Toomey in the amount of $58,379.33, sent to each payee at the address defendants have on file.
4. Thereafter and until further order of the court, defendants shall pay on the last day of each month, from the Mental Health Staffing Special Deposit Fund, monthly salaries as set out in paragraph 2 of this order for Receiver Peters and Deputy Receivers Lothrop and Toomey, the court-approved monthly salary for Special Advisor/Chief of Staff Challenger in the amount of $38,826.67, and all costs associated with establishment of the Office of the Receiver, and shall reimburse the Receiver and members of her team for any travel costs and expenses they incur in the course of performing their duties.

DATED: October 2, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

2