| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 7 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

RALPH COLEMAN; et al.,

        Plaintiffs - Appellees,

  v.

GAVIN NEWSOM, Governor of California; et al.,

        Defendants - Appellants.

No. 25-2920

D.C. No. 2:90-cv-00520-KJM-SCR
Eastern District of California, Sacramento

RALPH COLEMAN; et al.,

        Plaintiffs - Appellees,

  v.

GAVIN NEWSOM, Governor of California; et al.,

        Defendants - Appellants.

No. 25-4400

D.C. No. 2:90-cv-00520-KJM-SCR
Eastern District of California, Sacramento

ORDER

    The motion (Docket Entry No. 14 in No. 25-2920; Docket Entry No. 11 in No. 25-4400) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

    These cases are dismissed.

    All other pending motions are denied as moot.

This order serves as the mandate of the court.

                    FOR THE COURT:

                    MOLLY C. DWYER
                    CLERK OF COURT