1

2

3

4

UNITED STATES DISTRICT COURT

5

EASTERN AND NORTHERN DISTRICTS OF CALIFORNIA

6

7    RALPH COLEMAN, et al.,                          Case No. 2:90-cv-0520 KJM SCR P

8              Plaintiffs,

9         v.                                          **ORDER REGARDING SUPERSEDING
                                                      COORDINATION AGREEMENTS**
10   GAVIN NEWSOM, et al.,

11             Defendants.

12   JOHN ARMSTRONG, et al.,                          Case No. 94-cv-02307-CW

13             Plaintiffs,

14        v.

15   GAVIN NEWSOM, et al.,

16             Defendants.

17   MARCIANO PLATA, et al.,                          Case No. 01-cv-01351-JST

18             Plaintiffs,

19        v.

20   GAVIN NEWSOM, et al.,

21             Defendants.

22

23         The above three cases, as well as *Perez v. Tilton*, Case No. 05-cv-05241 JSW (N.D. Cal.),

24   are currently governed by a set of coordination agreements that were adopted as orders of the court

25   in 2007 and 2008.  *Armstrong* ECF Nos. 1192, 1284, 1292, 1301, 1364; *Coleman* ECF Nos. 2300,

26   2696, 2711, 2739, 3073; *Plata* ECF Nos. 737, 1107, 1123, 1151, 1545.  The *Coleman* court

27   directed the recently appointed *Coleman* Receiver to discuss these coordination agreements with

28   the *Plata* Receiver and *Armstrong* Court Expert and "propose modifications to the coordination

1  agreements for [the *Coleman*] court's consideration in consultation with the *Plata* and *Armstrong*

2  courts." *Coleman* ECF No. 8753 at 5. *Perez* has since been closed and is no longer an active

3  case.

4        The three court representatives have proposed to the courts that the existing coordination

5  agreements be superseded because they are outdated following the appointment of the *Coleman*

6  Receiver, the closure of the *Perez* case, and the completion of many of the projects that were the

7  subjects of those agreements. However, they recognize—as do the *Coleman*, *Armstrong*, and

8  *Plata* courts—the continued value of coordination between these cases, which involve overlapping

9  classes of incarcerated persons. Accordingly, the court representatives have proposed the

10  following new coordination agreement to supersede all existing agreements:

11      The *Plata* and *Coleman* Receivers and the *Armstrong* Court Expert
    will continue to coordinate by:

12

13  - Working collaboratively, including by routinely sharing
      information, to address issues that cut across more than one
      case.

14

15  - Communicating decisions on cross-cutting issues to the
      relevant parties.

16  - Directing inquiries about specific cases to the appropriate
      court representative(s).

17

18  - Updating the courts on significant coordination issues and
      seeking court guidance when necessary.

19        Any party objecting to the adoption of this proposed agreement, including that all prior

20  coordination agreements be superseded, shall file objections in all three cases within 14 days of

21  the date of this order. Absent any objections, the undersigned will adopt the proposed agreement

22  as an order of the three courts.

23        **IT IS SO ORDERED.**

24  Dated: October 9, 2025

25  _____

26  SENIOR UNITED STATES DISTRICT JUDGE

27

28

*United States District Court*
*Eastern and Northern Districts of California*

Dated:  October 9, 2025

_____
CLAUDIA WILKEN
Senior United States District Judge


Dated:  October 9, 2025

_____
JON S. TIGAR
United States District Judge

United States District Court
Eastern and Northern Districts of California

3