UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ralph Coleman, et al., | No. 2:90-cv-0520 KJM DB |
| Plaintiffs, | ORDER |
| v. | |
| Gavin Newsom, et al., | |
| Defendants. | |

On October 20, 2025, the Receiver submitted a letter requesting appointment of Michelle Ryan as a part-time Executive Assistant in the Office of the Receiver. The Receiver plans to compensate Ms. Ryan at a rate of $100/hour for up to 15 hours per week. The letter request and Ms. Ryan's resume are attached to this order.

Section III.B. of the Amended Order Setting Out Powers and Duties of the Receiver empowers the Receiver, with court approval, to "set reasonable compensation and terms of service for each member of her staff, . . . and . . . to enter into contracts" with those staff members. Sept. 5, 2025 Amended Order of Reference, ECF No. 9765, effective September 1, 2025.

Pursuant to Section III.B. of the Amended Order Setting Out Powers and Duties of the Receiver and good cause appearing, IT IS HEREBY ORDERED that the court APPROVES that Receiver's request to appoint Michelle Ryan as a part-time Executive Assistant in the Office of

1 the Receiver to perform the duties set forth in the letter request attached to this order and to
2 compensate Ms. Ryan at the rate set forth therein.
3 DATED: October 24, 2025.

                SENIOR UNITED STATES DISTRICT JUDGE