UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ralph Coleman, et al., | No. 2:90-cv-0520 KJM DB |
| Plaintiffs, | ORDER |
| v. | |
| Gavin Newsom, et al., | |
| Defendants. | |

On October 8, 2025, the Receiver submitted a letter to the court requesting approval of modifications to court-ordered reporting and certification requirements. A copy of the letter request and its Attachment A are attached to this order.

The Receiver's request has three components. First, the Receiver seeks approval to discontinue filing certain reports that the court has ordered the California Department of Corrections and Rehabilitation (CDCR) defendants to file on the docket and, instead, to publish these reports on a Mental Health Reports webpage that exists under the auspices of the California Correctional Health Care Services (CCHCS)[1] and to share links with the parties and the Special Master as the reports are posted to the website. The Receiver makes this request for the following reports:

---

[1] Located at https://cchcs.ca.gov/reports/.

1

- Defendants' report of the balance and activity in the Mental Health Staffing Special Deposit Fund (due on the 10th of each month)

- CDCR Psychiatric Inpatient Programs (PIP) Coleman Patient Census and Waitlist Report (due on the 15th of each month)

- CDCR Mental Health Crisis Bed Patient Census and Waitlist Report (due on the 15th of each month)

- Defendants' Psychiatric Inpatient Programs Census Report (due on the 15th of each month)

- CDCR Psychiatric Inpatient Timelines Compliance Report (due on the 15th of each month)

- CDCR Report on timeline for referrals that were rejected, rescinded or paroled (due on the 15th of each month)

- Defendants' Monthly Staff Vacancy Reports (due on the last court filing day of each month)

- Status Report re Statewide Mental Health Program Recruitment (due on the last court filing day of each month)

- Defendants' Compliance Reports for Transfers of Class Members out of Desert Institutions (due semi-annually on or before 12/31 and 6/30)

- Mental Health Bed Need Study (filed within 5 days of publication in Fall and Spring each year)

*See* Attachment A to October 8, 2025 Letter.

The court approves the Receiver's proposal to post the foregoing reports on the Mental Health Reports section of CCHCS reports webpage. Once the Receiver sets up an independent webpage for the Receivership, the Receiver will advise the court regarding plans to post the *Coleman* court-ordered reports identified above on that site as well.

The Receiver also "seek[s] approval to discontinue filing defendants' certifications related to monthly staffing contempt filings," on the ground that since she "will provide regular updates to the court about staffing issues" these certifications "are no longer necessary." October 8, 2025 Letter. On June 25, 2024, the court imposed a certification requirement on three defendants in this action: the Governor, the Director of the Department of State Hospitals (DSH), and the

/////

2

1  Director of the California Department of Finance (hereafter Director of Finance). June 25, 2024

2  Order at 72, ECF No. 8291.

> The court imposed the certification requirement on these three defendants in conjunction with its express clarification that the requirements of the court's October 10, 2017 order apply to all defendants in this action and its direction to all defendants to "forthwith and continuing until further order of the court take all steps within their respective authorities to enable CDCR to come into complete compliance" with court-ordered staffing remedies. *Id*. The certification requirements are intended to ensure all defendants in this action -- especially the defendant with ultimate responsibility -- are focused on the urgent and long overdue staffing remedy and that the record includes evidence of concrete steps they are taking toward that end.

Jul. 12, 2024 Order at 3, ECF No. 8329 (quoting ECF No. 8291 at 72). The court subsequently approved the parties' stipulation to remove the obligation of the DSH Director to submit monthly certifications. *Id*.

The Receiver, appointed effective September 1, 2025, has assumed the powers of the Secretary of CDCR. Sept. 5, 2025 Amended Order at 3, ECF No. 8765. A significant component of her responsibilities is remediation of chronic mental health understaffing in CDCR and she has specific authority to "direct expenditure of" fines remaining in the Special Deposit Fund created in accordance with the court's June 25, 2024 contempt order. Aug. 27, 2025 Order at 23, ECF No. 8752. At the same time, as defendants contended in their September 3, 2025 request to amend the original order establishing the powers and duties of the Receiver, the authority the court has granted to the Receiver in this action does not extend beyond the authority of the Secretary of CDCR. *See* ECF No. 8764 at, *e.g.*, 3.[2] While the Governor and the Director of Finance are required to "fully cooperate with the Receiver," ECF No. 8765 at 8, the Receiver does not have the authority to require action by either the Governor or the Director of Finance, nor is she authorized or required to perform their court-ordered duties in this action. That said, given that the Director of the Department of Finance reports to the Governor, in the interest of streamlining the court's management of this action, the court sua sponte will relieve the Director

---

[2] Citations to page numbers in documents filed in the court's Electronic Case Filing (ECF) System are to the page number assigned by ECF located in the upper right hand corner of the page.

of Finance of the requirement to file the certification the court previously ordered. The court expects the Governor's required certification to complement the regular updates the Receiver will provide at least quarterly on staffing issues, as part of her regular written reports, ECF No. 8765 at 3, with interim updates provided as needed in the event of an urgent staffing issue. For these reasons, the court DENIES the Receiver's request that the court discontinue the requirement for the Governor to file monthly certifications as required by the court's June 25, 2024, June 27, 2024, and July 12, 2024 Orders, ECF Nos. 8291, 8299, and 8329.

Finally, the Receiver reports she is not requesting any changes to court-ordered DSH reporting at this time and is "conferring with DSH and the parties on handling of these reports." October 8, 2025 Letter. Consistent with the preceding paragraph, the court anticipates that any proposal to change the publication or reporting requirements for DSH will be made, if at all, by the Director of DSH or jointly with the Receiver and other parties, and will set out the views of the Receiver, the non-CDCR defendants, and the plaintiffs with respect to any such proposal.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Receiver's request to modify the process for publishing certain court-ordered reports is APPROVED. Effective immediately and until further order of the court, the following reports shall no longer be posted on the docket in this action. They shall be posted on the Mental Health Reports page of the California Correctional Health Care Services website, located at https://cchcs.ca.gov/reports/ on the schedule required by the orders of this court

    - Defendants' report of the balance and activity in the Mental Health Staffing Special Deposit Fund (due on the 10th of each month)
    - CDCR Psychiatric Inpatient Programs (PIP) Coleman Patient Census and Waitlist Report (due on the 15th of each month)
    - CDCR Mental Health Crisis Bed Patient Census and Waitlist Report (due on the 15th of each month)
    - Defendants' Psychiatric Inpatient Programs Census Report (due on the 15th of each month)

4

- CDCR Psychiatric Inpatient Timelines Compliance Report (due on the 15th of each month)

- CDCR Report on timeline for referrals that were rejected, rescinded or paroled (due on the 15th of each month)

- Defendants' Monthly Staff Vacancy Reports (due on the last court filing day of each month)

- Status Report re Statewide Mental Health Program Recruitment (due on the last court filing day of each month)

- Defendants' Compliance Reports for Transfers of Class Members out of Desert Institutions (due semi-annually on or before 12/31 and 6/30)

- Mental Health Bed Need Study (filed within 5 days of publication in Fall and Spring each year)

2. The court sua sponte RELIEVES the Director of Finance of the requirement to file certifications related to monthly staffing contempt filings, but does NOT APPROVE the request to discontinue the filing of the Governor's Office certifications related to monthly staffing contempt filings.

DATED: October 28, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

5