UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On August 27, 2025, the court issued an order approving the Receivership Action Plan and, among other things, directing Receiver Colette Peters to present to the court "a plan providing the details necessary to clarify and implement the integration of the Special Master's office and members of his team into the Office of the Receiver," as the Plan contemplated. Aug. 27, 2025 Order at 7, ECF 8753.  The court noted the Receiver was "committed to working closely with the Special Master . . . to address the issues related to the integration of the Receiver's Action Plan contemplates, and the Special Master is committed to working with the Receiver to this end as well." *Id*. at 4.

The Receiver has notified the court that she and the Special Master have communicated regularly since the court issued the August 27th order, maintaining the good working relationship

1

they established during the four months leading up to the Receiver's submission of the Receivership Action Plan. Notwithstanding the efforts of the Receiver and the Special Master to reach an agreement on a proposal addressing the "details necessary to clarify and implement the integration of the Special Master's office and members of his team" into the Receiver's office and operation, the Receiver recently notified the court she believed she and the Special Master had reached an impasse in their discussions. After confirming with the Special Master his view that the two had reached an impasse, the court then conducted a series of phone calls over the course of approximately two weeks with the Receiver and the Special Master to be sure the court understood their respective positions and whether there remained a possibility they could jointly present a proposal that satisfied the court's order. Earlier this week the court has concluded the Receiver and Special Master are in fact at an impasse and have exhausted the possibility of jointly identifying a proposal for the Receiver to present to the court.[1]

Upon learning of the court's conclusion, the Receiver has requested an additional two weeks to allow her to gather more information and develop a proposed plan for "efficiently and effectively carry[ing] out ongoing field monitoring in the state's prisons . . . . [and] deployment of CQIT in the next round of monitoring." *Id.* The court **grants** that request and directs the Receiver to provide the proposed plan by **Friday, November 14, 2025.** Upon receipt of the Receiver's proposed plan, the court anticipates providing the parties a brief opportunity to provide their responses to the plan. The court then will issue an order addressing the plan and other prior court orders that will need to be modified based on the plan the court ultimately approves.

---

[1] In the course of its efforts to determine whether the Receiver and Special Master had exhausted their efforts to craft a joint proposal, the court spoke briefly with Eric Douglas, the technical advisor it previously had consulted regarding the organizational structure of the Receivership. Mr. Douglas will not be seeking compensation for this additional brief consultation.

1  In the meantime, as the court indicated in its August 27th order, the Special Master "will
2  provide the court and the Receiver with [institutional]² summaries of his most recent monitoring
3  round." *Id*.  The court understands the Special Master will provide most of these summaries by
4  the close of business on October 31, 2025, and the balance of the summaries by the close of
5  business on November 7, 2025.  The court approves this schedule, slightly modified from that set
6  in its August order.  The Special Master also will complete the report-writing phase of his most
7  recent monitoring round with the goal of providing his full reports to the court and the Receiver
8  by December 1, 2025.  *Id*. (goal for delivery of full reports set as "end of November," which falls
9  on a weekend, thus making December 1 the appropriate date for delivering the reports).

10  SO ORDERED.
11  DATED:  October 31, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

---

² The court's order used the term "executive," but the correct descriptor for these summaries is "institutional."

3