UNITED STATES DISTRICT COURT

EASTERN AND NORTHERN DISTRICTS OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-cv-0520 KJM SCR P<br><br>**ORDER ADOPTING SUPERSEDING COORDINATION AGREEMENT** |
| JOHN ARMSTRONG, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 94-cv-02307-CW |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 01-cv-01351-JST |

The parties in the above cases were given an opportunity to consider a proposed new coordination agreement that supersedes all existing coordination agreements, and to file objections, if any. *Armstrong* ECF No. 3728; *Coleman* ECF No. 8794; *Plata* ECF No. 3996. Plaintiffs filed a response stating that they do not object to the adoption of the proposed agreement. *Armstrong* ECF No. 3730; *Coleman* ECF No. 8800; *Plata* ECF No. 3997. Defendants did not file any objections or response. Accordingly, the following new coordination agreement,

which supersedes all existing coordination agreements, is now adopted as an order of all three courts:

The *Plata* and *Coleman* Receivers and the *Armstrong* Court Expert will continue to coordinate by:

- Working collaboratively, including by routinely sharing information, to address issues that cut across more than one case.
- Communicating decisions on cross-cutting issues to the relevant parties.
- Directing inquiries about specific cases to the appropriate court representative(s).
- Updating the courts on significant coordination issues and seeking court guidance when necessary.

**IT IS SO ORDERED.**

Dated: November 6, 2025

_____
SENIOR UNITED STATES DISTRICT JUDGE

Dated: November 6, 2025

_____
CLAUDIA WILKEN
Senior United States District Judge

Dated: November 6, 2025

_____
JON S. TIGAR
United States District Judge

2