UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | No. 2:90-cv-0520 KJM SCR P<br><br>**AMENDED ORDER**[1] |

On December 11, 1995, the court entered an order referring this matter to a Special Master and directing that the Special Master's fees and expenses be borne by the defendants as part of the costs of this action. Additional funds are required to pay the Special Master's fees and expenses and the court must take all steps necessary to ensure timely payment of the Special Master's fees and expenses. Ongoing remedial issues require an additional deposit of funds within the next thirty days.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, defendants shall deposit with the Clerk of the Court a one hundred and fifty-fifth interim payment of costs in the amount of $3,000,000.00, which amount shall be invested in the interest-bearing account previously opened for this action; and

---

[1] This order amends the court's November 6, 2025 order, ECF No. 8806, to correct a typographical error in the number of interim payments required to date.

1

2. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of this Court.

DATED: November 6, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE