IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs

v.                              No. CIV S-90-0520 KJM SCR

GAVIN NEWSOM, et al.,
    Defendants

**SPECIAL MASTER'S REQUEST FOR AN EXTENSION OF TIME TO REPORT TO THE COURT ON THE THIRTY-FIRST ROUND MONITORING REPORT – PART B: SPECIAL MASTER'S MONITORING REPORT ON THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S COMPLIANCE WITH PROVISONALLY APPROVED PLANS, POLICIES AND PROTOCOLS**

In an August 27, 2025 Order, the Court directed the Special Master to "provide executive summaries of the result of his current monitoring round to the court and the Receiver within sixty days of September 1 and shall aim to complete his full monitoring report by the end of November 2025." ECF No. 8753 at 7.[1] On October 31, 2025, the Court issued an order providing additional clarification to its August 27, 2025 order and directed the Special Master to provide his full monitoring report to the Court and the Receiver by Monday, December 1, 2025, since the previously established deadline fell on a weekend. ECF 8805 at 3.

The Special Master and his team have been working in earnest to complete the full monitoring report by the December 1, 2025 deadline set by the Court. However, the Special Master has concurrently been working to finalize his suicide prevention expert's seventh re-audit report of the suicide prevention practices in the California Department of Corrections and

---

[1] References to page numbers for documents filed in the court's Electronic Case Filings (ECF) system are to page numbers assigned by the ECF system.

1

Rehabilitation which the Court has also ordered the Special Master to file with the Court by December 1, 2025.  *See* October 24, 2025 Order, ECF No. 8803.

      Given these competing directives with the same deadline, the Special Master requests an additional 14 days, to December 15, 2025, to complete his Thirty-First Monitoring Report – Part B, and provide it to the Court and the Receiver.

DATED: December 1, 2025                              Respectfully Submitted

                                                        */s/ Matthew A. Lopes, Jr.*

                                                        Matthew A. Lopes, Jr.
                                                        Special Master