UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ralph Coleman, et al., | No. 2:90-cv-0520 KJM SCR |
| Plaintiffs, | ORDER |
| v. | |
| Gavin Newsom, et al., | |
| Defendants. | |

On December 4, 2025, the Receiver submitted a letter request to appoint Laura Cowall and Deena Fox as full-time Attorney Advisors in the Office of the Receiver. The Receiver plans to compensate Ms. Cowall and Ms. Fox each at a rate of $250/hour annualized to $520,000.00. The letter request and Ms. Cowall and Ms. Fox's resumes are attached to this order.

Section III.B. of the Amended Order Setting Out Powers and Duties of the Receiver empowers the Receiver, with court approval, to "set reasonable compensation and terms of service for each member of her staff, . . . and . . . to enter into contracts" with those staff members. Sept. 5, 2025 Amended Order of Reference at 6, ECF No. 8765, effective September 1, 2025.

Pursuant to Section III.B. of the Amended Order Setting Out Powers and Duties of the Receiver and good cause appearing, IT IS HEREBY ORDERED that the court APPROVES the Receiver's request to appoint Laura Cowall and Deena Fox as full-time Attorney Advisors in the

1

Office of the Receiver to perform the duties set forth in the letter request attached to this order and to compensate Ms. Cowall and Ms. Fox at the rate set forth therein.

DATED: December 8, 2025.

_____
UNITED STATES DISTRICT JUDGE