| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 | DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>307 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-cv-00520-KJM-SCR<br><br>**STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2025**<br><br>Judge: Hon. Sean C. Riordan |

[4793134.1]

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Third Quarter of 2025 to Defendants via e-mail on November 3, 2025. The parties completed their meet and confer process on December 5, 2025. The parties have resolved all disputes regarding fees and costs for the Third Quarter of 2025, with an agreement to reduce claimed amounts to a total of $977,679.73 calculated at a rate of $262.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $977,679.73 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 4, 2025 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: December 5, 2025

/s/ Damon McClain
Damon McClain
Supervisory Deputy Attorney General
Attorneys for Defendants

DATED: December 5, 2025

/s/ Lisa Ells
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: December 10, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

[4793134.1]

1
STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS
FOR THE THIRD QUARTER OF 2025