UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On August 27, 2025, the Court referred to the Receiver all questions regarding defendants' proposal to deactivate certain inpatient bed licenses. *See* August 27, 2025 Order Appointing Receiver at 24, ECF No. 8752. The Receiver has completed her review of that proposal and now seeks an order to facilitate implementation of her decision. Copies of a letter dated July 2, 2025 from California Department of Corrections and Rehabilitation (CDCR) Assistant Chief Counsel Nick Weber to Special Master Lopes and the Receiver's decision are attached to this order.

The Receiver plans to suspend bed licenses for three psychiatric inpatient (PIP) units at California Men's Facility (CMF). The affected units are P1, P2, and P3. The Receiver seeks the court's approval to suspend the license for CMF P2 notwithstanding a 2006 order that directed defendants to "maintain thirty-six (36) intermediate inpatient beds at the California Medical Facility (CMF) P-2 unit until further order of court." *See* May 1, 2006 Order at 4, ECF 1800. The

1

2006 order was intended to remedy a shortage of acute and intermediate in-patient beds that existed at that time. The Receiver has concluded that there are adequate inpatient beds at CMF to meet current needs even with suspension of the licenses for P1, P2, and P3.

The Receiver's request is GRANTED.

IT IS SO ORDERED.

DATED: December 9, 2025.

_____
UNITED STATES DISTRICT JUDGE