UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On December 15, 2025, the Special Master submitted his Thirty-First Round Monitoring Report — Part B to the court. He also provided a copy to the Receiver now appointed in this action. This report covers the Special Master's monitoring of all 28 CDCR institutions with mental health programs subject to the remedy in this case. With his report, the Special Master submitted an Appendix A, which includes institutional summaries for all 28 institutions, and an Appendix B, which includes the Special Master's expert's clinical case reviews. The court will direct the Clerk's Office to file this report on the docket.

The Receiver the court has appointed in this action now has the authority to act promptly on the Special Master's findings and recommendations, to fully implement the court-ordered remedy in this action without delay. *See* ECF Nos. 8765, 8753 (appointment of Receiver; authority conferred on Receiver). The court therefore REFERS the Thirty-First Round Monitoring Report — Part B to the Receiver with the direction to take action based on the

1

Report's content in carrying out the Receiver Action Plan, ECF No. 8722, and delivering the full remedy in this case to the members of the Coleman class.

SO ORDERED.

Dated: December 18, 2025.

_____
UNITED STATES DISTRICT JUDGE