UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

During the special status the court convened in this case on December 11, 2025, plaintiffs pointed out that the court had not resolved objections to the Special Master's Thirtieth Round Monitoring—Part B: Special Master's Monitoring Report on the Inpatient Health Care Programs at the California Department of State Hospitals ("30B Report"). ECF No. 8085. The Special Master filed this report on the court's docket on December 15, 2023, defendants filed objections on January 4, 2024, and plaintiffs filed a response to defendants' objections on January 23, 2024. ECF Nos. 8085, 8106, 8117.

Having considered the most appropriate way to address this outstanding matter, the court REFERS consideration in the first instance of the objections specified above to the assigned Magistrate Judge. At the same time, the court observes that since the Special Master filed the 30B Report and the parties filed their objections and response, the court has issued many orders. Those orders and their circumstances may have altered the parties' positions. The court thus

1

DIRECTS the parties to meet and confer and, within fourteen (14) days from the date this order is filed, to file with the Magistrate Judge a joint statement explaining their current positions regarding the objections they previously submitted to the 30B Report, including whether any party withdraws any objections. Upon receipt of this joint statement, if any party stands on any previously asserted objections, the Magistrate Judge will address those objections and make recommendations as promptly as possible to the District Judge regarding their resolution, to ensure the record regarding the 30B Report is clarified. The Receiver now appointed in this case will rely on that record in exercising her authority as relevant to the contents of that report.

SO ORDERED.

DATED: December 19, 2025.

_____
UNITED STATES DISTRICT JUDGE