1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RALPH COLEMAN, et al.,                    No.  2:90-cv-0520 KJM SCR P

12              Plaintiff,

13         v.                                   ORDER

14    GAVIN NEWSOM, et al.,

15              Defendants.

16

17         On December 16, 2025, the Receiver submitted a letter request to appoint Joseph Jason

18    Williams as a subject matter expert on custody and operations in the Office of the Receiver.  The

19    Receiver plans to compensate Mr. Williams at a rate of $250/hour.  The letter request and

20    Mr. Williams' resume are attached to this order.

21         Section III.B. of the Amended Order Setting Out Powers and Duties of the Receiver

22    empowers the Receiver, with court approval, to "set reasonable compensation and terms of

23    service for each member of her staff, … and … to enter into contracts" with those staff members.

24    Sept. 5, 2025 Amended Order of Reference at 6, ECF 8765, effective September 1, 2025.

25         Pursuant to Section III.B. of the Amended Order Setting Out Powers and Duties of the

26    Receiver and good cause appearing, IT IS HEREBY ORDERED that the court APPROVES the

27    Receiver's request to appoint Joseph Jason Williams as a subject matter expert in the Office of

28    /////

                                          1

1  the Receiver to perform the duties set forth in the letter request attached to this order and to

2  compensate Mr. Williams at the rate set forth therein.

3  DATED:  December 19, 2025.

4

5                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                            2