December 16, 2025

Kimberly J. Mueller
Senior U.S. District Judge
United States District Court
Eastern District of California
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

**Subject: Request to Appoint Joseph Jason Williams**

Dear Judge Mueller:

This is a request to appoint Joseph Jason Williams as a subject matter expert on custody and operations in the Office of the Receiver. Pursuant to the Amended Order Setting Out Powers and Duties of Receiver (hereafter Powers and Duties Order), entered by this Court on September 5, 2025 and effective September 1, 2025, the Receiver is responsible for providing "leadership and executive management of mental health care with the goal of fully implementing the court-approved and court-ordered remedies in this case to provide constitutionally adequate mental health services to all class members as soon as practicable." *See* ECF No. 8765 at 1-2. To that end, the Court approved the Receiver to hire necessary staff and consultants and to compensate them at a reasonable rate.

Mr. Williams will provide the Office of the Receiver with advice, input, and assistance on custody and operational issues. He will be compensated at a rate of $250/hour.

Mr. Williams has extensive expertise in CDCR custody and operations issues. During his tenure at CDCR, Mr. Williams served in several custody, operational, and executive roles, many of which involved compliance with *Armstrong*, *Clark*, or *Coleman* remedies. Mr. Williams has deep knowledge of population and bed management, health care licensing requirements, compliance reporting, facilities management, and institution operations. Mr. Williams served in many capacities during his time at CDCR, including Correctional Officer, Sergeant, Correctional Lieutenant, Facility Captain (A), Correctional Captain, and Correctional Administrator. Mr. Williams retired from CDCR in 2025.

**Rationale for Appointment**

Mr. Williams has extensive experience in population and bed management, health care licensing requirements, compliance reporting, facilities management, and institution operations. Moreover, he has a demonstrated ability to work collaboratively with parties and court

representatives to further compliance with *Coleman, Armstrong*, and *Clark* remedies. Adding Mr. Williams to the Receivership team in December 2025 will enhance our ability to advance several Action Plan priorities and deliverables in 2026. I am confident that Mr. Williams' significant knowledge of CDCR custody and operations issues will support our ability to implement the Action Plan.

**Notice to Parties**

Deputy Receiver Kathleen Toomey shared Mr. Williams' resume and the information above with the parties. Neither party objects to appointing Mr. Williams.

Sincerely,

/s/ Colette S. Peters

Colette S. Peters, Court Receiver
Mental Health Services Delivery System
California Department of Corrections & Rehabilitation


Attachment:     Joseph Jason Williams Resume

                      Draft Order