# JOSEPH JASON D. WILLIAMS

**Leader** with extensive experience representing Corrections Services, California Correctional Health Care Services (CCHCS) through operational oversight and continuous demonstrations of policy development, court compliance, labor negotiations, personnel management, and coordination with state and local government agencies. Success in audit compliance and stakeholder engagement, driving strategic initiatives to improve health care access and operational efficiency. Skilled in data analysis and leadership development within diverse teams, ensuring effective management and performance. Proven ability to execute business strategies, prepare and implement business plans, and oversee financial performance with a strong understanding of trends and finance.

## PROFESSIONAL EXPERIENCE

FEBRUARY 20, 2018 – PRESENT
**Director and Deputy Director | Corrections Services, California Correctional Health Care Services| Elk Grove, CA**

Manage oversight of the Armstrong and Clark Remedial Plan requirements, Coleman Court Order compliance, Operations Monitoring Audits (OMA), Special and Pre-Delegation Reviews, periodic onsite reviews of operations stemming from mission changes, staffing adjustments, current trends, and new or revised policies and procedures.

Lead table negotiations and decision making for Corrections Services, in coordination with multiple state and local government agencies such as Department of Finance, Department of State Hospitals, Attorney General's Office, Department of Rehabilitative Programs, and Division of Adult Parole Operations, ensuring clear and active communication. Coordinated Clinical Assessment Team (CCAT) Case conference, Complex Litigation Coordinating Committee, Contract Medical Work Group, Weekly Leadership, Meet and Confer with Plaintiffs, and overseeing the Receiver's Initiatives.

Direct and oversee all efforts deriving from the:

- **Accreditation and Licensing Compliance Unit (ALCU)**, which is responsible for systematically evaluating CDCR institutions' compliance with health care requirements, policies and procedures, and court orders as required by Title 22, Title 24, and The Joint Commission standards.
- **Field Operations** team supports the field and oversees Armstrong and Clark Remedial Plan requirements, conducts OMAs, Pre-Delegation Reviews, and other special reviews, to evaluate patient access to health care. In addition, Field Operations is routinely called upon to engage the Division of Adult Institutions, California Department of Corrections and Rehabilitation (CDCR), in the resolution of difficult or complex problems.  Field Operations also serves as a knowledge base for Chief Executive Officers (CEO) and CCHCS headquarters staff seeking expert custody advice and consultation related to patient access to care.
- **Health Care Facility Support (HCFS)** team oversees the facility operations of health care spaces located within CDCR's adult institutions to ensure they remain viable and meet community standards, working with health care management, CDCR's Facility Planning, Construction, and Management branch to facilitate space planning and design, construction of new or renovated space, activation and deactivation management, contracted health care janitorial services, and contracted rental of medical equipment.
- **Health Care Placement Oversight Program (HCPOP)** is responsible for providing management and oversight of institutional health care beds, defined as: Outpatient Housing Unit, Hospice, Correctional Treatment Center, Skilled Nursing Facility, Psychiatric Inpatient Program, and Mental Health Crisis Beds. HCPOP also HCPOP has oversight and endorsement authority of Enhanced Out-Patient, Restricted Housing Unit, PIP, and MHCB discharged cases requiring redirects, which ensures maximum and efficient bed

- utilization to facilitate timely access to care and continuity of care through a statewide bed management operation consistent with the medical classification system.
- In October 2023, the Video Conferencing Schedulers team under CDCR was transitioned to Corrections Services; under my direction, the **Video Equipment Scheduling Tool (VEST)** program was implemented. VEST enables incarcerated persons to attend court hearings, pre-parole assessments, and investigative interviews virtually, minimizing security risks associated with transportation, safeguarding incarcerated individuals, law enforcement personnel, and the community.  Since inception, the VEST program is successfully operational at six institutions, with upcoming implementations to expand to the remaining 24 institutions statewide.

As Deputy Director, collaborated with my analytical managerial staff to establish the **Compliance and Reporting Unit (CRU)** within Corrections Services to improve access to meaningful information to guide strategic decision making, enhance data accuracy and interoperability, standardize compliance measurement tools, and improve consistency in report development.  An Associate Director, Health Program Managers, Specialists, and Compliance Analysts make up the CRU team due to the increasing complexity of work related to compliance data and reporting, and are responsible for Armstrong, Clark, and Coleman Court compliance monitoring and reporting using PowerBI.

Assigned as the representative of CCHCS as the Co-Incident Commander in the CDCR and CCHCS Department Operations Center for COVID-19 preparedness and response, I advised executive leadership and ensured immediate direction and communication to the field on the Department's development and implementation of unprecedented efforts to mitigate the spread COVID-19.

Oversaw the Private Prison Compliance Monitoring Unit (PPCMU) which planned, organized, and evaluated performance and compliance with Inmate Medical Services Policy and Procedure, Title 15, and CCHCS directives at Modified Community Correctional Facilities.

Negotiated Expanded Custody Criteria, a MOU for patient transfers, and assisted with lift and shift efforts with the Department of State Hospitals.

JUNE 1, 2015 – FEBRUARY 19, 2018
**Correctional Administrator | Field Operations and HCPOP, CCHCS| Elk Grove, CA**

- Represented the Director and Deputy Director of Corrections Services at meetings with divisional and/or departmental staff with other state departments and/or stakeholders.
- Planned, organized, directed, and evaluated compliance measures associated with various court mandates; developed reports, analyzed and reviewed various reports.
- Trained supervisors to maintain a discrimination- and harassment-free workplace, advance inclusivity and cultural diversity, and ensure compliance with the Dills Act.
- Oversaw HCPOP and the classification process ensuring non-committee endorsements and transfers are compliant with current policy and procedures for patient placements in coordination with institutional Medical and Mental Health executives and with Utilization Management.
- Worked in collaboration with the Classification Services Unit of the Division of Adult Institutions, and the administrators from the Department of State Hospitals for transfer to acute and intermediate levels of care.

JUNE 8, 1998 – FEBRUARY 23, 2015

**Correctional Officer, Special Emergency Response Team, Sergeant, Correctional Lieutenant, Facility Captain (A), Correctional Captain, Statewide Transportation Northern/Extradition Unit**

- Chaired Unit Classification Committees; chaired post board (BPH) initial and subsequent committees; ensured incarcerated individuals were recommended for appropriate programs as recommended by the BPH.
- Planned, developed, and executed yard conversion, developed and implemented the Daily Activity Schedule.
- Participated in monthly budget proposal meetings and reviewed forecasts for accuracy assessing out-of-state and in-state travel and training budgets.
- Responsible for managing the overall operation of the Northern Transportation Hub and Extraditions Unit
- Developed and implemented a tracking tool titled 'Overtime Trends Report' to track the cost and sources driving overtime expenditures. This identified issues that created overtime thus allowing management the ability to analyze and mitigate those factors causing overtime.
- Ensured coordination with Transportation Security Administration and local agencies that temporarily housed incarcerated people until such time transportation arrangements could be completed.

## DEPARTMENTAL CERTIFICATIONS ACQUIRED

T4T Instructor • Armstrong/Effective Communication Instructor • Master Trainer Controlled Use-of-Force • Use-of-Force Instructor • P.C. 832 Proctor • Blood Borne Pathogens Instructor • CERT/CRT/Reality Based Alarm Response Instructor • Clark T4T Instructor • EEO/SH T4T • Level II EOU CRT Instructor • EOU Entry Operations Instructor • Range Master • Expandable Baton Instructor • Disaster Preparedness for Hospitals and Health Care Organizations • Skelly Officer Training • NIMS/SIMS • Basic/Advance Supervision • The Leadership Challenge • Employee Post Trauma Program (EPTP) • Semi-Auto Handgun Instructor Course • EEO Counselor • Sergeants Academy • Lieutenants Academy

## EDUCATION

**Correctional Science, General Education, and Miscellaneous Studies | 96 Units Completed**