| | |
|---|---|
| DONALD SPECTER – 083925 | MICHAEL W. BIEN – 096891 |
| STEVEN FAMA – 099641 | ERNEST GALVAN – 196065 |
| MARGOT MENDELSON – 268583 | LISA ELLS – 243657 |
| PRISON LAW OFFICE | JENNY S. YELIN – 273601 |
| 1917 Fifth Street | THOMAS NOLAN – 169692 |
| Berkeley, California 94710-1916 | MARC J. SHINN-KRANTZ – 312968 |
| Telephone: (510) 280-2621 | ALEXANDER GOURSE – 321631 |
| | ADRIENNE PON HARROLD – 326640 |
| CLAUDIA CENTER – 158255 | BENJAMIN W. HOLSTON – 341439 |
| DISABILITY RIGHTS EDUCATION | MAYA E. CAMPBELL – 345180 |
| AND DEFENSE FUND, INC. | LUMA KHABBAZ – 351492 |
| Ed Roberts Campus | ROSEN BIEN |
| 3075 Adeline Street, Suite 210 | GALVAN & GRUNFELD LLP |
| Berkeley, California 94703-2578 | 101 Mission Street, Sixth Floor |
| Telephone: (510) 644-2555 | San Francisco, California 94105-1738 |
| | Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90−CV−00520−KJM−SCR |
| Plaintiffs, | **STIPULATION AND ORDER GRANTING EXTENSION TO FILE JOINT STATEMENT IN RESPONSE TO DECEMBER 19, 2025 ORDER** |
| v. | |
| GAVIN NEWSOM, et al., | Judge: Hon. Kimberly J. Mueller |
| Defendants. | |

[4800229.1]

Case No. 2:90−CV−00520−KJM−SCR

STIPULATION AND ORDER GRANTING EXTENSION TO FILE JOINT STATEMENT IN RESPONSE TO DECEMBER 19, 2025 ORDER

1  WHEREAS, the Court's December 19, 2025 Order, ECF No. 8839 ("Order")
2  requires the parties to "meet and confer … [and] file with the Magistrate Judge a joint
3  statement explaining their current positions regarding the objections they previously
4  submitted to the 30B Report, including whether any party withdraws any objections";

5  WHEREAS, the parties wish to have a meaningful meet and confer to evaluate
6  whether there are areas of agreement regarding Defendants' January 4, 2024 objections to
7  the 30B report and Plaintiffs' responses thereto that may obviate the need for the
8  Magistrate Judge to resolve some or all of those objections, especially in light of
9  intervening events, including the appointment of the Receiver; and

10  WHEREAS, several individuals from both parties who are essential to the meet and
11  confer given their involvement in the briefing on the objections and/or background on the
12  issues in the 30B report are unavailable for some or all of the fourteen day period provided
13  for in the Order due to the holidays, and some then have limited availability in the
14  following week due to court deadlines in other cases;

15  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and
16  among the parties, through their undersigned counsel, as follows:

17  The deadline to file the joint statement in response to the Court's December 19,
18  2025 Order (ECF No. 8839) is extended by fourteen (14) days, to January 16, 2025.

19  IT IS SO STIPULATED

21  Respectfully submitted,

22  DATED: December 19, 2025       ROSEN BIEN GALVAN & GRUNFELD LLP

23  By: /s/ Jenny S. Yelin
24      Jenny S. Yelin

25  Attorneys for Plaintiffs

[4800229.1]

1    Case No. 2:90-CV-00520-KJM-SCR

STIPULATION AND ORDER GRANTING EXTENSION TO FILE JOINT STATEMENT IN RESPONSE TO DECEMBER 19, 2025 ORDER

| | | |
|---|---|---|
| 1 | DATED: December 19, 2025 | HANSON BRIDGETT LLP |
| 2 | | By: /s/ Samantha Wolff |
| 3 | | Samantha Wolff |
| 4 | | Attorneys for Defendants |

## ORDER

The Court having considered the foregoing stipulation of the parties, and good cause appearing, now ORDERS as follows:

The deadline to file the joint statement in response to the Court's December 19, 2025 Order (ECF No. 8839) is extended by fourteen (14) days, to January 16, 2026.

IT IS SO ORDERED.

DATED: December 23, 2025.

_____
UNITED STATES DISTRICT JUDGE