| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>Marisa Kirschenbauer, State Bar No. 226729<br>Acting Senior Assistant Attorney General<br>Damon McClain, State Bar No. 209508<br>Supervising Deputy Attorney General<br>Elise Owens Thorn, State Bar No. 145931<br>Namrata Kotwani, State Bar No. 308741<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>Lawrence M. Cirelli, SBN 114710<br>Paul B. Mello, SBN 179755<br>Samantha D. Wolff, SBN 240280<br>Kaylen Kadotani, SBN 294114<br>David C. Casarrubias-González, SBN 321994<br>Mollie Levy, SBN 333744<br>425 Market Street, 26th Floor<br>  San Francisco, California 94105<br>  Telephone: 415-777-3200<br>  E-mail: PMello@hansonbridgett.com<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:90-CV-00520- KJM-SCR<br><br>**NOTICE OF SUBMISSION OF CERTIFICATION IN RESPONSE TO JUNE 25, JUNE 27, AND JULY 12, 2024 ORDERS (ECF NOS. 8291, 8299, AND 8329)**<br><br>Judge: Hon. Kimberly J. Mueller |

Beginning in 2024, the Court entered a series of orders that require Governor Gavin Newsom (or his designee) to certify that he has reviewed Defendants' monthly staff vacancy reports filed in the preceding month with a summary of the steps the Governor has taken to address mental health understaffing in CDCR prisons during the relevant month. (June 25, 2024 Order, ECF No. 8291; June 27, 2024 Order, ECF No 8299; and July 12, 2024 Order, ECF No. 8329.)

Effective September 1, 2025, the Court appointed a Receiver with the authority and duty to "control, oversee, supervise, and direct all administrative, personnel, financial, accounting, contractual, legal, and other operational functions necessary to the delivery of mental health care

1

to class members." (ECF No. 8765 at 1:27-2:2.) On October 28, 2025, the Court issued an order that discontinued Defendants' obligation to file the monthly staff vacancy reports on the docket and instead directed the Receiver to publish the reports online. (ECF No. 8804 at 1:17-19, and 2:13-25.) The Governor's certification (or that of his designee) is intended to "complement the regular updates the Receiver will provide at least quarterly on staffing issues, as part of her regular written reports." (ECF No. 8804 at 4:1-4.)

Defendants submit the court-ordered certification of David Sapp, Legal Affairs Secretary for Governor Gavin Newsom, as Exhibit A.

Dated: January 12, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

Dated: January 12, 2026

HANSON BRIDGETT LLP

*/s/ Samantha D. Wolff*
PAUL B. MELLO
SAMANTHA D. WOLFF
DAVID C. CASARRUBIAS-GONZÁLEZ
*Attorneys for Defendants*

CF1997CS0003

Exhibit A

Rob Bonta, State Bar No. 202668
  Attorney General of California
Marisa Kirschenbauer, State Bar No 226729
  Acting Senior Assistant Attorney General
Damon McClain, State Bar No. 209508
  Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Namrata Kotwani, State Bar No. 308741
  Deputy Attorneys General
    1300 I Street, Suite 125
    P.O. Box 944255
    Sacramento, CA 94244-2550
    Telephone: (916) 210-7318
    Fax: (916) 324-5205
    E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
Lawrence M. Cirelli, SBN 114710
Paul B. Mello, SBN 179755
Samantha D. Wolff, SBN 240280
Kaylen Kadotani, SBN 294114
David C. Casarrubias-Gonzalez, SBN 321994
Mollie Levy, SBN 333744
  425 Market Street, 26th Floor
  San Francisco, CA 94105
  Telephone (415) 777-3200
  Fax: (925) 746-8490
  E-mail: SWolff@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                      Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                      Defendants. | 2:90-cv-00520 KJM-SCR<br><br>**CERTIFICATION REQUIRED UNDER JUNE 25, JUNE 27, AND JULY 12, 2024 ORDERS BY DAVID SAPP, LEGAL AFFAIRS SECRETARY FOR GOVERNOR GAVIN NEWSOM** |

I, David Sapp, certify the following in response to the June 25, June 27, and July 12, 2024 orders filed in *Coleman v. Newsom*, Case No. 2:90-cv-0520 KJM DB (Staffing Orders):

1. The Staffing Orders require that a senior official in Governor Gavin Newsom's office designated by Defendants submit a certification that he has reviewed the monthly staff vacancy report filed in the preceding month and certify he has reviewed the data in the report and include a summary of the steps he has taken to address mental health understaffing in CDCR prisons during the relevant month.  (ECF No. 8291 at 72.)

2. On October 28, 2025, the Court issued an order that discontinues the requirement that Defendants file the monthly staff vacancy reports on the docket and instead ordered the Receiver to publish the reports online.  (ECF No. 8804 at 1:17-19, and 2:13-25.)  The order states that it is the Court's expectation that the Governor's certification will "complement the regular updates the Receiver will provide at least quarterly on staffing issues, as part of her regular written reports." (*Id.* at 4:1-4.)

3. Consistent with the Staffing Orders and the October 28 order, I am submitting the certification as Governor Newsom's Legal Affairs Secretary.

4. I have reviewed the following reports prepared by the California Correctional Health Care Services and posted on the Mental Health Reports page of the California Correctional Health Care Services website at https://cchcs.ca.gov/reports/: (a) the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated and filled under the 2009 Staffing Plan in November 2025; (b) the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated and filled under the Psychiatric Inpatient Program Staffing Plan in November 2025; (c) the statewide totals for all the psychiatry, psychology, social worker, recreation therapist, and medical assistant positions for November 2025; (d) a separate chart of the fines accumulated for vacancies in November 2025; and (e) a separate chart of the Psychiatric Inpatient Program fines accumulated for vacancies in November 2025 calculated under the June 28, 2024 order (ECF No. 8301 at 2–3).

5. Effective September 1, 2025, the Court appointed a Receiver with the authority and duty to "control, oversee, supervise, and direct all administrative, personnel, financial,

accounting, contractual, legal, and other operational functions necessary to the delivery of mental health care to class members." (ECF No. 8765 at 1:27-2:2.) As a result, the Governor no longer has authority over mental health staffing in CDCR prisons, but continues to work with the Receiver and her team. During the month of November, our office worked with, and continues to work with, the Receiver and her team and the Department of Finance regarding the Receiver's Budget Change Proposal submitted for consideration for the Governor's 2026-2027 budget.

Dated: January 12, 2026                                    Respectfully submitted,

/s/ *David Sapp*
DAVID SAPP

3