UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 TJN SCR P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On January 9, 2026, the Receiver submitted the attached letter request seeking approval to retain ten (10) experts who were previously retained by the Office of the Special Master. The Receiver seeks to retain these experts to assist with field auditing and quality assurance. Each of these experts was previously appointed by the court to work for the Office of the Special Master and has extensive experience working on Coleman. The Receiver intends to compensate each individual at the rates previously approved by the court. The parties had the opportunity to review the qualifications of these experts when they were originally appointed by the court.

Pursuant to Section III.B. of the Further Amended Order Setting Out Powers and Duties of the Receiver and good cause appearing, IT IS HEREBY ORDERED that the court APPROVES the Receiver's request to retain these experts to perform the duties set forth in the letter request attached to this order and to compensate them at the rates previously approved by the court.

1

IT IS SO ORDERED.

DATED:   January 15, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE