UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 TLN SCR P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On January 20, 2026, the Receiver submitted the attached letter request seeking approval to retain Laura L. Harvick and Gary N. Ninman. Ms. Harvick will provide the Office of the Receiver with advice, input, and assistance on a range of staffing issues. She will be compensated at a rate of $250/hour. Mr. Ninman will serve as the Senior Advisor for Quality Assurance and will oversee implementation of the Receiver's field auditing program. He will be compensated at a rate of $250/hour.

Pursuant to Section III.B. of the Further Amended Order Setting Out Powers and Duties of the Receiver and good cause appearing, IT IS HEREBY ORDERED that the court APPROVES the Receiver's request to retain these experts to perform the duties set forth in the letter request attached to

1

1 | this order and to compensate them at the rates previously approved by the court.

2 |       IT IS SO ORDERED.

3 | Dated: January 21, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE