UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 TLN SCR P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

The matter of payment of the Special Master has been referred to the magistrate judge by the district court judge. The court has reviewed the bill for services provided by the Special Master in the above-captioned case through January 30, 2026.[1]

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

    Pannone Lopes Devereaux & O'Gara LLC
    Attn: Matthew A. Lopes, Jr., Esq., Special Master
    Northwoods Office Park, Suite 215N
    1301 Atwood Avenue
    Johnston, RI  02919

the amount of $19,571.87 as payment of the statement attached to this order; and

---

[1] The court vacated the Order of Reference to the Special Master effective by close of business January 30, 2026. Dec. 29, 2025 Order at 10, ECF No. 8846.

2. A copy of this order shall be served on the financial department of this court.

Dated: February 23, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| 1 | **RALPH COLEMAN, et al.,** : | |
| | **Plaintiffs,** : | |
| 2 | : | No. Civ. S-90-0520-KJM-SCR |
| | v. : | |
| 3 | : | |
| | **GAVIN NEWSOM, et al.,** : | |
| 4 | **Defendants.** : | |

The Former Special Master hereby submits his latest statement for fees and disbursements, including those accrued through January 31, 2026.

Matthew A. Lopes, Jr., Former Special Master
    Services      $ 2,106.00
    Disbursements      $      38.87

        Total amount due      $2,144.87

Kerry F. Walsh, J.D., Former Deputy Special Master
    Services      $       0.00
    Disbursements      $       0.00

        Total amount due      $    0.00

Kristina M. Hector, J.D.
    Services      $       0.00
    Disbursements      $       0.00

        Total amount due      $    0.00

Regina M. Costa, MSW., J.D.
    Services      $       0.00
    Disbursements      $       0.00

        Total amount due      $    0.00

LaTri-c-ea McClendon-Hunt, J.D.
    Services      $       0.00
    Disbursements      $       0.00

        Total amount due      $    0.00

Michael F. Ryan, Jr.
    Services      $ 6,897.00
    Disbursements      $       0.00

        Total amount due      $6,897.00

Mario R. McClain, Jr.
    Services      $       0.00
    Disbursements      $       0.00

        Total amount due      $    0.00

| | | | |
|---|---|---|---|
| 1 | Alison A. Tate | | |
| | Services | $ 0.00 | |
| 2 | Disbursements | $ 0.00 | |
| 3 | Total amount due | | $ 0.00 |
| 4 | Rachel Gribbin | | |
| | Services | $10,530.00 | |
| 5 | Disbursements | $ 0.00 | |
| 6 | Total amount due | | $10,530.00 |
| 7 | Lana L. Lopez | | |
| | Services | $ 0.00 | |
| 8 | Disbursements | $ 0.00 | |
| 9 | Total amount due | | $ 0.00 |
| 10 | Cristina Irizarry | | |
| | Services | $ 0.00 | |
| 11 | Disbursements | $ 0.00 | |
| 12 | Total amount due | | $ 0.00 |
| 13 | Kerry C. Hughes, M.D. | | |
| | Services | $ 0.00 | |
| 14 | Disbursements | $ 0.00 | |
| 15 | Total amount due | | $ 0.00 |
| 16 | Jeffrey L. Metzner, M.D. | | |
| | Services | $ 0.00 | |
| 17 | Disbursements | $ 0.00 | |
| 18 | Total amount due | | $ 0.00 |
| 19 | Mary Perrien, Ph.D. | | |
| | Services | $ 0.00 | |
| 20 | Disbursements | $ 0.00 | |
| 21 | Total amount due | | $ 0.00 |
| 22 | | | |
| | Patricia M. Williams, J.D. | | |
| 23 | Services | $ 0.00 | |
| | Disbursements | $ 0.00 | |
| 24 | | | |
| | Total amount due | | $ 0.00 |
| 25 | | | |
| | Henry A. Dlugacz, MSW, J.D. | | |
| 26 | Services | $ 0.00 | |
| | Disbursements | $ 0.00 | |
| 27 | | | |
| | Total amount due | | $ 0.00 |
| 28 | | | |

| # | | | |
|---|---|---|---|
| 1 | Lindsay M. Hayes | | |
|   |     Services | $ | 0.00 |
| 2 |     Disbursements | $ | 0.00 |
| 3 | Total amount due | $ | 0.00 |
| 4 | Timothy A. Rougeux | | |
|   |     Services | $ | 0.00 |
| 5 |     Disbursements | $ | 0.00 |
| 6 | Total amount due | $ | 0.00 |
| 7 | Maria Masotta, Psy.D. | | |
|   |     Services | $ | 0.00 |
| 8 |     Disbursements | $ | 0.00 |
| 9 | Total amount due | $ | 0.00 |
| 10 | Karen Rea PHN, MSN, FNP | | |
|    |     Services | $ | 0.00 |
| 11 |     Disbursements | $ | 0.00 |
| 12 | Total amount due | $ | 0.00 |
| 13 | Brian J. Main, Psy.D. | | |
|    |     Services | $ | 0.00 |
| 14 |     Disbursements | $ | 0.00 |
| 15 | Total amount due | $ | 0.00 |
| 16 | Sharen Barboza, PhD. | | |
|    |     Services | $ | 0.00 |
| 17 |     Disbursements | $ | 0.00 |
| 18 | Total amount due | $ | 0.00 |
| 19 | | | |
|    | Brett L. Johnson, M.D. | | |
| 20 |     Services | $ | 0.00 |
|    |     Disbursements | $ | 0.00 |
| 21 | | | |
|    | Total amount due | $ | 0.00 |
| 22 | Marcus R. Patterson, PsyD. | | |
| 23 |     Services | $ | 0.00 |
|    |     Disbursements | $ | 0.00 |
| 24 | Total amount due | $ | 0.00 |
| 25 | J. David Dawdy, M.A. | | |
| 26 |     Services | $ | 0.00 |
|    |     Disbursements | $ | 0.00 |
| 27 | Total amount due | $ | 0.00 |
| 28 | | | |

| | | |
|---|---|---:|
| Kerry Eudy, J.D., Ph.D. | | |
|     Services | $ | 0.00 |
|     Disbursements | $ | 0.00 |
| Total amount due | | $ 0.00 |
| John S. Wilson, Ph.D., CCHP-MH, CPHQ | | |
|     Services | $ | 0.00 |
|     Disbursements | $ | 0.00 |
| Total amount due | | $ 0.00 |
| Darrin A. Bell | | |
|     Services | $ | 0.00 |
|     Disbursements | $ | 0.00 |
| Total amount due | | $ 0.00 |
| Lynn Bissonnette | | |
|     Services | $ | 0.00 |
|     Disbursements | $ | 0.00 |
| Total amount due | | $ 0.00 |

**TOTAL AMOUNT TO BE REIMBURSED**     $19,571.87

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Former Special Master