UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 TLN SCR P |
| Plaintiffs, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

It has been six months since the effective date of the court's appointment of Receiver Colette S. Peters, *see* August 27, 2025 Order at 24, ECF No. 8752, and four months since the timelines in the court-approved Receiver's Action Plan began to run, *see* August 27, 2025 Order at 7, ECF No. 8753. Good cause appearing, this matter is SET for status conference before the undersigned on April 7, 2026 at 10:00 a.m. in Courtroom # 2. Within fourteen days from the date of this order the parties shall file a joint status report setting out their joint and respective views on the current state of remediation in this action and issues of concern, if any.

IT IS SO ORDERED.

DATED: March 5, 2026.

Troy L. Nunley
United States District Judge