UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 TJN SCR P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On August 27, 2025, the court issued an order setting out the powers and duties of the Receiver, effective September 1, 2025 (hereafter Powers and Duties Order).[1]  Aug. 27, 2025 Order, ECF No. 8754.  The court has twice amended the original Powers and Duties Order.  *See* Sept. 5, 2025 Order, ECF No. 8765; *see also* Dec. 19, 2025 Order, ECF No. 8843.  The December 19, 2025 order is the controlling Powers and Duties Order.  In that order, as well as the two preceding powers and duties orders, the court directed the Receiver within 30 days of appointment to "submit a proposed order to the court authorizing the payment of $1,000,000.00 from the Mental Health Staffing Special Deposit Fund to the Receiver to establish an initial operating fund for the Office of the Receiver."  See ECF No. 8843 at 6.  On October 2, 2025, the court granted the Receiver's request that defendants pay the salaries, costs, and expenses from the

---

[1] In a separate order, the court appointed the Receiver effective September 1, 2025.  Aug. 27, 2025 Order at 24, ECF No. 8752.

1

Mental Health Staffing Special Deposit Fund (hereafter Special Deposit Fund) pending completion of steps necessary to form the Office of the Receiver and establish an interest-bearing bank account for the Office.  Oct. 2, 2025 Order, ECF No. 8787; *see also* ECF No. 8787-1 (Receivers' letter request).

On January 12, 2026, the Receiver submitted the request and proposed order required by the December 19, 2025 Order.  A copy of the Receiver's request is appended to this order.  The Receiver has formed a not-for-profit corporation, the California Correctional Mental Healthcare Receiver Corporation, to facilitate the administration of the Office of the Receiver.  The Receiver has also established a Receiver's Office Fund Account.  Consistent with the December 19, 2025 order, the Receiver requests that the court direct defendants to transfer $1,000,000.00 from the Special Deposit Fund to the Receiver's Office Fund Account.  That will be the order of the court.

At the court's request, the Receiver has provided additional information about funding the Receiver's Office going forward.  Specifically, the Receiver has advised the court she has informed defendants that she only agrees to funding of her Office with funds from the Special Deposit Fund for FY 2026/2027.  She estimates that cost to be approximately $22,000,000.00.[2]  She informs the court she has told defendants they must find an alternative dedicated source of funding for the Office of the Receiver thereafter.  Good cause appearing, the court will order defendants to identify dedicated funding for the Office of the Receiver by January 2027.[3]

Following the initial deposit into the Receiver's Office Fund required by this order, defendants shall cease paying monthly salaries and expenses directly to the Receiver and her staff.

In accordance with the above, IT IS HEREBY ORDERED THAT:

1. Defendants shall forthwith transfer $1,000,000.00 from the Mental Health Staffing Special Deposit Fund to the Receiver's Office Fund Account for the California Correctional Mental Healthcare Receiver Corporation.  Once the initial deposit is made in the Receiver's Office

---

[2] This represents approximately half the amount of "excess fines", over and above the total of non-doubled finds that had accumulated in the Special Deposit Fund at the time the court appointed the Receiver.  *See* Aug. 27, 2025 Order at 22-23, ECF No. 8752.

[3] To the extent additional funds over and above the Special Deposit Fund may be required for full implementation of the Receiver's Action Plan, the Receiver is fully authorized to direct the expenditure of such funds, *see* ECF No. 8843 at 2, with orders from this court as necessary.

Fund Account, Defendants will cease paying monthly salaries and expenses directly to the Receiver and her staff.

2. On an as-needed basis through FY 2026/2027, at the request of the Receiver, defendants shall transfer funds for reasonable and necessary expenses associated with the operation of the Office of the Receiver to the Receiver's Office Fund Account for the California Correctional Mental Healthcare Receiver Corporation.

3. The Receiver's Office Fund Account shall be maintained solely for the reasonable and necessary expenses associated with the operation of the Office of the Receiver, including but not limited to salaries, consulting fees, and the costs of supplies, equipment, office space transportation and travel, and the like.

4. The Receiver is authorized to use excess fines over and above the amount of non-doubled fines in the Special Deposit Fund to fund the Office of the Receiver through FY 2026/2027.

5.  Defendants shall take all steps necessary to identify an alternative dedicated source of funding for the Office of the Receiver not later than January 2027.

IT IS SO ORDERED.

DATED:  March 16, 2026.

_____
Troy L. Nunley
United States District Judge

3