UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

               Plaintiffs,

     v.

GAVIN NEWSOM, et al.,

               Defendants.

No. 2:90-cv-0520 TJN SCR

ORDER

The Receiver has submitted a letter request to appoint Dr. Darci Delgado as a Senior Advisor with subject matter expertise in mental health issues in the Office of the Receiver.  The Receiver plans to compensate Dr. Delgado at an annual salary of $624,000.00, a rate of $300/hour for a 2,080 full time equivalency standard (FTE).  The letter request and Dr. Delgado's resume are attached to this order.

Pursuant to Section III.B. of the Further Amended Order Setting Out Powers and Duties of the Receiver and good cause appearing, IT IS HEREBY ORDERED that the court APPROVES the Receiver's request to retain Dr. Delgado to perform the duties set forth in the letter request attached to this order and to compensate her at the rate set forth herein.

DATED:  March 17, 2026

_____
Troy L. Nunley
United States District Judge

1