# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520-TLN-SCR |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

At the beginning of this month, the Receiver informed the court that she and the parties had agreed to update a notice to the class posted throughout California's prison institutions to provide class members with information about the appointment of the Receiver.  After review of the proposed notice, comparison with the current posted class notice, and good cause appearing IT IS HEREBY ORDERED that:

1. Pursuant to Fed. R. Civ. P. 23(c)(2), the current notice to the class is deemed amended by the notice attached in English and Spanish as Exhibit A ("Notice") to this order;

2. Within fourteen days from the date of this order defendants shall post copies of the Notice in all California Department of Corrections and Rehabilitation institutions, in all California Department of Corrections and Rehabilitation mental health units, and Department of State Hospital inpatient mental health units in which members of the *Coleman* class are housed.  Defendants shall serve notice of the posting required by this order on counsel for the plaintiff class; and

1

3. The Notice shall remain posted in all prison institutions and inpatient mental health units in which members of the *Coleman* class are housed until further order of the court.

DATED: March 19, 2026.

Troy L. Nunley
United States District Judge

# EXHIBIT A

# NOTICE OF DECISION IN MENTAL HEALTH CARE CLASS ACTION

On September 13, 1995, a Federal Court ruled in *Coleman v. Wilson* (now *Coleman v. Newsom*) that the CDCR violated the cruel and unusual punishment clause of the Constitution by failing to provide adequate mental health care. The case covers all incarcerated persons with serious mental disorders housed in California state prisons.

The Court has approved CDCR's plan for providing mental health care which is set forth in the "Mental Health Services Delivery System Program Guide."

In August 2025, the Court found that CDCR remains out of compliance with the Court-ordered remedy and appointed Colette S. Peters as the Receiver to implement the Court-approved Action Plan and the Program Guide.

## WHO TO CONTACT?

The lawyers representing incarcerated persons receiving mental health care can be contacted at:

Margot Mendelson
Prison Law Office
General Delivery
San Quentin, CA
94964-0001

Michael W. Bien
Rosen Bien Galvan &
Grunfeld, LLP
P.O. Box 390
San Francisco, CA
94104-0390

The Receiver's Office can be contacted at:

Office of the Coleman Receiver
P.O. Box 588501
Elk Grove, CA 95758

Lawyers representing the California Department of Corrections and Rehabilitation can be contacted at:

California Attorney General's Office
Correctional Law Section
1300 I Street
P.O. Box 944255
Sacramento, CA 94244

Letters to the lawyers or the Receiver will be processed as confidential legal mail, as provided for in CDCR rules.

## BACKGROUND

Numerous Court Orders have required CDCR to make specific changes to Mental Health program areas.

These areas include screening, treatment programs, staffing, accurate and complete records, medication distribution, inpatient psychiatric care, restricted housing, use of force, the disciplinary process, access to programs and activities, and suicide prevention.

## LEARN MORE

The Court's 1995 Order, the Program Guide, the Orders concerning the Receivership, other remedial Orders, the Receiver's Action Plan, and other related documents are available for review in your prison law library and on your tablet.

(Revised March 2026)

# AVISO DE DECISIÓN EN DEMANDA COLECTIVA SOBRE ATENCIÓN DE SALUD MENTAL

El 13 de Septiembre de 1995, un tribunal federal decidió en el caso *Coleman v. Wilson* (ahora *Coleman v. Newsom*) que el CDCR violó la cláusula sobre castigos crueles e inusuales de la Constitución al no proporcionar una atención de salud mental adecuada. El caso abarca a todas las personas encarceladas con trastornos mentales graves que se encuentran recluidas en las prisiones estatales de California.

El Tribunal ha aprobado el plan del CDCR para la prestación de atención de salud mental, el cual se expone en la "Guía del Programa del Sistema de Prestación de Servicios de Salud Mental".

En Agosto de 2025, el Tribunal determinó que el CDCR continúa incumpliendo la medida correctiva ordenada por el Tribunal y designó a Colette S. Peters como Administradora Judicial para implementar el Plan de Acción aprobado por el Tribunal y la Guía del Programa.

## ¿CON QUIÉN CONTACTAR?

Los abogados que representan a las personas encarceladas que reciben atención de salud mental se pueden contactar en:

Margot Mendelson
Prison Law Office
General Delivery
San Quentin, CA
94964-0001

Michael W. Bien
Rosen Bien Galvan & Grunfeld, LLP
P.O. Box 390
San Francisco, CA
94104-0390

La Oficina de la Administradora Judicial se puede contactar en:

Office of the Coleman Receiver
P.O. Box 588501
Elk Grove, CA 95758

Los abogados que representan al Departamento de Correcciones y Rehabilitación de California se pueden contactar en:

California Attorney General's Office
Correctional Law Section
1300 I Street
P.O. Box 944255
Sacramento, CA 94244

Las cartas dirigidas a los abogados o a la Administradora Judicial se tramitarán como correspondencia legal confidencial, conforme a lo dispuesto en las normas del CDCR.

## ANTECEDENTES

Numerosas órdenes judiciales han requerido que el CDCR realice cambios específicos en las áreas de los programas de Salud Mental.

Estas áreas incluyen la evaluación, los programas de tratamiento, la dotación de personal, los registros precisos y completos, la distribución de medicamentos, la atención psiquiátrica hospitalaria, el alojamiento restringido, el uso de la fuerza, el proceso disciplinario, el acceso a programas y actividades, y la prevención del suicidio.

## APRENDE MÁS

La Orden del Tribunal de 1995, la Guía del Programa, las órdenes relativas a la Administración Judicial y otras órdenes correctivas, el Plan de Acción de la Administradora Judicial y otros documentos relacionados están disponibles para su consulta en la biblioteca jurídica de su prisión y en su tableta.

(Revisión: Marzo de 2026)