UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 TLN SCR |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

The Clerk of the Court has now disbursed payment to the Special Master for services rendered through January 30, 2026, the effective date of the court's order vacating the December 11, 1995 order referring this matter to a Special Master, ECF No. 640. *See* Dec. 29, 2025 Order at 10, ECF No. 8846.

Good cause appearing IT IS HEREBY ORDERED that the Clerk of the Court is directed to remit the total principal balance remaining in the interest-bearing account previously opened in this action together with all accrued interest to the California Department of Corrections and Rehabilitation and thereafter to close the account.

DATED:  March 24, 2026.

_____
Troy L. Nunley
United States District Judge

1