UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM SCR |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On January 23, 2026, the Receiver submitted a letter request[1] seeking additional time to comply with the court's October 24, 2025 order, ECF No. 8801. That order requires the Receiver to take all steps necessary to resolve disagreements between the parties over suicide reporting "including seeking any necessary court order" so that certain annual suicide reports and necessary addenda thereto could be filed within three months and the 2024 Annual Suicide Report could be filed by March 31, 2026. Oct. 24, 2025 Order at 3-4, ECF No. 8801. Also by March 31, 2026, the Receiver was to "propose a deadline for the filing of annual suicide reports going forward." *Id*. at 5.

/////

/////

---

[1] The letter request is attached to this order.

1

After review of the request, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Receiver's request for additional time is GRANTED in accordance with this order.

2. On or before May 1, 2026, the Receiver shall submit a proposed resolution of the issues identified in the October 24, 2025 order. To the extent the proposed resolution, if adopted by the court, requires modification of any existing order, the Receiver shall include with her submission a list of all such orders and proposed modification(s) thereto. With the May 1, 2026 submission, the Receiver shall also propose a deadline for filing annual suicide reports going forward, beginning with the 2026 suicide report.

3. The court will issue an order on the proposed resolution of the pending issues. In that order the court will set a new deadline for the filing of all outstanding annual suicide reports and confirm a new deadline for annual suicide reports going forward.

DATED: March 25, 2026.

Troy L. Nunley
United States District Judge

2

January 23, 2026


Troy L. Nunley
Chief United States District Judge
United States District Court
Eastern District of California
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

        Subject:       Request for Extension of Time to Resolve Parties' Disagreement Regarding
                       How to Measure Efficacy of Suicide Prevention Quality Improvement Plans

Dear Chief Judge Nunley,

I write to request additional time to resolve the parties' disagreement regarding how to measure the efficacy of suicide prevention quality improvement plans (QIPs), as directed by the Court in its October 24, 2025 Order, ECF No. 8801. In that Order, the Court clarified the tasks remaining to complete the transfer of annual suicide reporting to the Defendants. The Court ordered Defendants to include additional analyses in their annual suicide reports and prepare addenda to the 2022 and 2023 annual suicide reports incorporating these analyses. *Id.* at 4. The Court also identified an ongoing disagreement between the parties regarding "ambiguities" in how Defendants proposed to measure the efficacy of QIPs in the annual suicide reports. *Id.* at 3. The Court directed the Receiver to "obtain complete resolution of the ambiguities identified in this order, assess the adequacy of the required addenda and the 2023 Annual Suicide Report in light of this order and ensure they are filed within three months from the date of this order." *Id.* at 5. The Court further directed the Receiver to "take all steps necessary to ensure that the 2024 Annual Suicide Report is amended as necessary to comply with the resolution of the ambiguities identified in this order and filed not later than March 31, 2026." *Id.*

As the Court is aware, I have been building out the Office of the Receiver team, as well as vetting independent experts since the Special Master announced his resignation. On January 16, 2026, the Court approved the appointment of ten subject matter experts, including an expert focused on suicide prevention. ECF No. 8850. With these additional team members, I am better positioned to resolve the questions referred to me, which I must do before filing the outstanding reports and addenda. Moreover, before responding to the court, I plan to provide the parties with 30 days to review the draft Annual Suicide Reports. For these reasons, I am requesting consolidation and extension of the two suicide reporting deadlines in the October 24, 2025 Order, so that the 2022 Report Addenda, the 2023 Report Addenda, and the 2024 Annual Suicide Report can all be filed by May 22, 2026. I have also attached a draft order approving this request.

Sincerely,

/s/ Colette S. Peters

Colette S. Peters, Court Receiver

Mental Health Services Delivery System
California Department of Corrections & Rehabilitation