UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

Plaintiffs,

v.

GAVIN NEWSOM, et al.,

Defendants.

No. 2:90-cv-0520 TLN SCR

ORDER

On March 20, 2026, the parties filed the joint statement required by the court's March 6, 2026 order, ECF No. 8862. ECF No. 8872. After review of the joint statement and good cause appearing, IT IS HEREBY ORDERED that each party is granted until April 1, 2026 to file a supplemental statement in response to the separate statement of their party opponent set out in the joint statement. *See* ECF No. 8872 at 2-8 (plaintiffs' separate statement), 9-14 (defendants' separate statement).

DATED: March 25, 2026.

_____
Troy L. Nunley
United States District Judge

1