UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 TLN SCR P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

This matter came on for status conference on April 7, 2026. Michael Bien, Esq., appeared as counsel for Plaintiffs. Paul Mello, Esq., appeared as counsel for Defendants. At the hearing, the Court made the following oral rulings which are confirmed by this order.

Good cause appearing, IT IS HEREBY ORDERED that:

1. For this calendar year, the parties' joint request for quarterly status conferences is GRANTED.[1] Not later than one week after the Receiver files a quarterly report, the Court will issue an order setting a date for the status conference and a deadline for the filing of a joint status report.

/////

/////

---

[1] At the last quarterly status conference for 2026, the Court will review with the parties whether the quarterly status conferences should continue.

1

2.  Going forward, there shall be no further reference to the Falcon Report unless presented by Plaintiffs or by a stipulation of the parties.

IT IS SO ORDERED.

DATED:  April 15, 2026.

Troy L. Nunley
United States District Judge