UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

                    Plaintiffs,

        v.

GAVIN NEWSOM, et al.,

                    Defendants.

No. 2:90-cv-0520-TLN-SCR

ORDER

On April 23, 2026, the Receiver submitted a letter requesting that the Court authorize the Receiver to use the California Department of Corrections and Rehabilitation's ("CDCR") Office of Research to develop and provide the court-ordered semi-annual bed need projections for the Mental Health Services Delivery System ("MHSDS") beginning in 2027. The letter request is attached to this Order.

In October 2006, the Court ordered Defendants to contract with Navigant Consultants ("Navigant") to "conduct annual population reviews and updates of their projections for mental health program populations from 2007 through 2009," ECF No. 1998 at 2 (October 20, 2006 Order), and thereafter made an additional order requiring Defendants to renew their contract with Navigant and/or with John Misener, who had been "the lead author and forecaster" of Navigant's semi-annual reports. *See* ECF No. 3629 at 2 (July 9, 2009 Order). In March 2014, the Court ordered Defendants to "develop a process for forecasting and planning for adequate bed and

1

treatment space for the mentally ill population" after December 2016.  ECF No. 5116 at 10 (March 18, 2014 Order).  In June 2014, the Court held that Defendants' commitment to continued work with Mr. Misener and the Special Master to forecast the need for mental health beds and treatment space satisfied the requirement of the March 18, 2014 Order.  ECF No. 5171 at 3 (June 19, 2014 Order).

In May 2021, the Court ordered Defendants to file each semi-annual Mental Health Bed Need Study ("Bed Need Study") within five days of its publication.  ECF No. 7185 (May 26, 2021 Order).  Each Bed Need Study filed since then has been prepared by the CDCR Office of Research in consultation with John Misener.  *See* ECF Nos. 7186, 7421, 7553, 8115, 8259, 8521, 8652.  It appears from the Receiver's request that going forward the CDCR Office of Research will use a different methodology to complete the required projections than has been used to date.  It further appears that both the Receiver and Mr. Misener are satisfied with the methodology to be used by the CDCR Office of Research going forward.  Finally, the Receiver has advised the Court that while Plaintiffs expressed a preference for continued use of outside consultants to project mental health bed and treatment space needs, they do not object to her request.

For the foregoing reasons, and good cause appearing, IT IS HEREBY ORDERED that the Receiver's request to use the CDCR Office of Research to conduct the court-ordered semi-annual bed need projections for CDCR's Mental Health Services Delivery System beginning in 2027 is GRANTED.

DATED:  May 7, 2026.

Troy L. Nunley
United States District Judge