MARGOT MENDELSON – 268583
DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:    (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>GAVIN NEWSOM, et al.,<br><br>            Defendants. | Case No. 2:90-cv-00520-TLN-SCR<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY ASSOCIATED WITH COUNSEL FOR PLAINTIFFS AND REQUEST TO REMOVE NAME FROM ELECTRONIC SERVICE LIST**<br><br>Judge:  Hon. Troy L. Nunley |

[4876644.1]

NOTICE OF WITHDRAWAL OF ATTORNEY ASSOCIATED WITH COUNSEL FOR PLAINTIFFS AND
REQUEST TO REMOVE NAME FROM ELECTRONIC SERVICE LIST

PLEASE TAKE NOTICE that Plaintiffs' counsel withdraws the undersigned attorney, Adrienne Spiegel, as counsel of record for Plaintiffs in this matter.  Effective May 8, 2026, Ms. Spiegel will no longer be affiliated with Rosen Bien Galvan & Grunfeld LLP ("RBGG").  We request that Adrienne Spiegel be removed from the electronic service list in this case.

RBGG attorneys listed on the above caption page remain as co-counsel for Plaintiffs.  Please continue to direct pleadings, motions, notices, correspondence, and other papers relating to this case to the above-captioned attorneys.

DATED:  May 8, 2026

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  /s/ Adrienne Spiegel
Adrienne Spiegel

Attorneys for Plaintiffs

[4876644.1]

1