UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 TLN SCR P |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On April 30, 2026, the Receiver filed her second quarterly report.  Consistent with the Court's April 16, 2026 order, this matter is SET for status conference before the undersigned on June 23, 2026 at 10:00 a.m. in Courtroom # 2.  Counsel for the parties shall appear at the status conference in person.  Not later than June 12, 2026, the parties shall file a joint status report identifying issues to be discussed at the status conference and setting out their joint and respective views on those issues.

The Receiver has included with the second quarterly report her proposed budget for the Office of the Receiver for FY 2026-2027.  Receiver's Second Quarterly Report, Attachment D, ECF No. 8889-4.[1]  In the Second Quarterly Report, the Receiver requests that the Court "approve

---

[1] By this order, the Court deems corrected a typographical error on page 24 line 3 of the Receiver's Second Quarterly Report, citing to the proposed budget as Attachment C, and a typographical error at page 26, citing to the Receiver's summary of expenditures for January

1

the 2026/2027 budget and issue an order clarifying that she be allowed to operate without the need for Court approval as to specific hiring and salary decisions so long as the operation remains within the scope of the Court-approved annual budget." ECF No. 8889 at 25.  Good cause appearing, within seven days from the date of this order the parties shall file responses to the Receiver's proposed budget and request for clarification concerning operation of the Office of the Receiver.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This matter is set for in-person status conference on June 23, 2026 at 10:00 a.m. in Courtroom # 2.  The parties shall file the joint status report required by this order on or before June 12, 2026.

2. Within seven days from the date of this order the parties shall file responses to the Receiver's proposed budget for FY 2026/2027 and her request for clarification concerning operation of the Office of the Receiver going forward.

DATED:   May 18, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

---

through March 2026 as Attachment D.  The summary of expenditures is Attachment C to the Second Quarterly Report and the proposed budget is Attachment D.

2