ROB BONTA, State Bar No. 202668
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7318
 Fax:  (916) 324-5205
 E-mail:  Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZÁLEZ,
SBN 321994
MOLLIE LEVY, SBN 333744
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  415-777-3200
Pmello@hansonbridgett.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-TLN-SCR |
| Plaintiffs, | **DEFENDANTS' REQUEST FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO FINDINGS AND RECOMMENDATIONS (ECF NO. 8902); DECLARATION OF COUNSEL** |
| v. | |
| GAVIN NEWSOM, et al. | |
| Defendants. | Judge:    Hon. Troy L. Nunley |

23169961.2

Case No. 2:90-CV-00520-TLN-SCR

Req. for Leave to File Reply

Per this Court's requirement,[1] Defendants make this request for leave of court to file a reply to Plaintiffs' Response to Defendants' Objections to Findings and Recommendations (ECF No. 8902).

On May 12, 2026, Defendants filed objections to the Magistrate Judge's April 28, 2026 Findings and Recommendations.  ECF No. 8894.  On May 22, 2026, this Court *sua sponte* ordered Plaintiffs to file a response to Defendants' objections.  ECF No. 8899.  Notwithstanding this Court's prior admonition to avoid unnecessary litigation, Plaintiffs' June 4, 2026 response includes misleading accusations that require correction.  For instance, Plaintiffs wrongly claim that Defendants' filing includes "a fundamental misrepresentation of the record" (p. 1) and distort Defendants' objections to make the erroneous claim that Defendants "tacitly conced[ed]" an inability to meet the standard of review (p. 6.).  These statements unnecessarily and improperly impugn Defendants' credibility and a response is warranted accordingly.

Defendants therefore respectfully request leave to file a reply to Plaintiffs' filing, and would be able to do so within five court days of any order granting Defendants' request for leave.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] *See* ECF No. 7003 (requiring "any party seeking relief from this court, including from any existing order of this court, [to] . . . first file a request for leave to file a motion, describing with particularity the relief to be sought and the steps the party has taken to exhaust meet and confer efforts with all opposing counsel" and describing communications with the Special Master regarding the proposed motion as part of the requester's due diligence in determining whether the parties are at impasse.).

## CERTIFICATION

Defendants' counsel certify that they have reviewed the following orders in preparing this filing: ECF Nos. 640, 1383, 1855, 2236, 4688, 4925, 5188, 5573, 5711, 6639, 7003, 7064, 7108, 7581, 7605, 7608, 7688, 7766, 7806, 7854, 7923, 7967, 8066, 8752, 8829, 8839, 8843, 8846, 7003, 8899.

DATED: June 5, 2026                                        ROB BONTA
                                                           Attorney General of California
                                                           DAMON MCCLAIN
                                                           Supervising Deputy Attorney General


                                                    By:_____/s/ Elise Owens Thorn_____
                                                           ELISE OWENS THORN
                                                           Deputy Attorney General
                                                           *Attorneys for Defendants*


DATED: June 5, 2026                                        HANSON BRIDGETT LLP


                                                    By:_____/s/ Samantha Wolff_____
                                                           LAWRENCE M. CIRELLI
                                                           PAUL B. MELLO
                                                           SAMANTHA D. WOLFF
                                                           DAVID C. CASARRUBIAS-GONZÁLEZ
                                                           *Attorneys for Defendants*