UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 TJN SCR |
| Plaintiffs, | ORDER |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

The Receiver has submitted a letter request concerning additional employment and consultant contracts together with curriculum vitae (CVs) for the personnel she seeks to work with.  A copy of the letter request and accompanying CVs are attached to this order.

The Receiver requests approval to appoint Rachel McBride, as a Senior Analyst on the Receiver's team to provide research and analysis to support implementation of the Receiver's Action Plan and assistance on a range of projects currently underway. The Receiver Plans to compensate Ms. McBride at an annual salary of $301,600.00, a rate of $145.00 per hour for a 2,080 full time equivalency standard (FTE).

The Receiver requests approval to expand Executive Assistant Michelle Ryan's duties to include all scheduling and logistics for field auding and to increase her compensation from a rate of $100/hour for up to 15 hours per week to a rate of $145.00 per hour for up to 40 hours per week.

1

The Receiver requests approval to appoint four additional subject matter experts, Dr. Melissa Piasecki, Dr. Khalil Johnson, Steve Allen, and Dr. Miriam Martinez, to participate in field audits and provide input and advice on clinical and operational issues.  The Receiver expects these experts will work on a part-time, as needed, basis and plans to compensate them at the $380.00 hourly rate previously approved by the Court.

The Receiver requests approval to contract with Rebecca Davis/Ovington Communications to develop a comprehensive communications strategy and implementation plan consistent with the Receiver's Action Plan objective 1.1.  The Receiver experts Ms. Davis will work on a part-time, as needed, basis, and plans to compensate her at an hourly rate of $300.00.

The Receiver plans to contract with Pneumatic, a firm that specializes in legal innovation, to complete the analysis of clinician hours spent on non-clinical tasks and identify options for reducing that time, consistent with Action Plan objective 2.3.5.  Pneumatic's work will be led by Sean Hewens.  The Receiver plans to pay Pneumatic $225.00 per hour to complete this analysis and make recommendations.

Pursuant to Section III.B of the Further Amended Order Setting Out Powers and Duties of the Receiver and good cause appearing, IT IS HEREBY ORDERED that the Court APPROVES the Receiver's requests outlined above and set forth in the letter request attached to this order.

DATED:  June 12, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE