MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN &
GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
307 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:    (510) 644-2555

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | Case No. 2:90-cv-00520-TLN-SCR<br><br>**STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2026**<br><br>Judge:   Hon. Sean C. Riordan |

[6019821.1]

STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS
FOR THE FIRST QUARTER OF 2026

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the First Quarter of 2026 to Defendants via e-mail on May 8, 2026.  The parties completed their meet and confer process on June 12, 2026.  The parties have resolved all disputes regarding fees and costs for the First Quarter of 2026, with an agreement to reduce claimed amounts to a total of $962,252.08 calculated at a rate of $265.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $962,252.08 plus interest is due and collectable as of forty-five days from the date of entry of this Order.  Interest on these fees and costs will run from June 8, 2026 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED:  June 16, 2026

/s/ Elise Thorn
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED:  June 16, 2026

/s/ Lisa Ells
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: June 18, 2026

Honorable Sean C. Riordan
United States Magistrate Judge

[6019821.1]

STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS
FOR THE FIRST QUARTER OF 2026