UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

     Plaintiffs,

 v.

GAVIN NEWSOM, et al.,

     Defendants.

No. 2:90-cv-0520 TLN SCR

ORDER

As required by the Further Amended Order Setting Out Powers and Duties of the Receiver (ECF No. 8843), with her second quarterly report the Receiver submitted a proposed annual budget for the Office of the Receiver for Fiscal Year 2026/27. (ECF No. 8889-4).  The Receiver requests the Court "approve the 2026/2027 budget and issue an order clarifying that she be allowed to operate without the need for Court approval as to specific hiring and salary decisions so long as the operation remains within the scope of the Court-approved annual budget." (ECF No. 8889 at 25.)  On June 15, 2026, the Receiver submitted a revised proposed annual budget. (ECF No. 8913-1).  Neither party objects to the revised proposed budget or the Receiver's request.  *See* Plaintiffs' Response (ECF No. 8898); Defendants' Response (ECF No. 8900).  Good cause appearing, the Receiver's request will be GRANTED.[1]

---

[1] The Court notes that the budget approved by this order is for operation of the Office of the Receiver, and that the Receiver has separate responsibilities with respect to the California

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court APPROVES the Receiver's Revised Budget for Fiscal Year 2026/2027; and

2. The Receiver need not seek Court approval as to specific hiring and salary decisions so long as the operation of the Office of the Receiver remains within the scope of the court-approved annual budget.

DATED: June 30, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

---

Department of Corrections and Rehabilitation's mental health care budget.  (*See* ECF No. 8843 at 2.)

2