UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>Plaintiffs,<br>v.<br>GAVIN NEWSOM, et al.,<br>Defendants. | No. 2:90-cv-0520 TLN SCR<br>ORDER |

Plaintiffs are a class of state prisoners proceeding through counsel with this civil rights action pursuant to 42 U.S.C. § 1983. Defendants are several state officials represented by the California Attorney General. Periodically, staff of state agencies involved in this action, including the California Department of Corrections and Rehabilitation (CDCR) and the California Department of State Hospitals (DSH), will submit letters to the Court, as will pro se individuals. Considerations of case management and judicial economy preclude filing such documents in this action.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that all documents submitted to this Court by inmates or other individuals proceeding pro se, or by employees of state agencies involved in this action shall be returned to the sender with a copy of this order. The court will forward a copy of all such documents to the Receiver. This order supersedes the Court's May 21, 2008, April 22, 2016, and August 24, 2016 Orders (ECF Nos. 2797. 5435, and

5484).

Date: July 10, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE