ROB BONTA, State Bar No. 202668
Attorney General of California
NEAH HUYNH, STATE BAR NO. 235377
SENIOR ASSISTANT ATTORNEY GENERAL
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
Attorneys for Defendants

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZÁLEZ,
SBN 321994
MOLLIE LEVY, SBN 333744
425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone: 415-777-3200
 E-mail: PMello@hansonbridgett.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-CV-00520- TLN-SCR<br><br>**NOTICE OF SUBMISSION OF CERTIFICATION IN RESPONSE TO JUNE 25, JUNE 27, AND JULY 12, 2024 ORDERS (ECF NOS. 8291, 8299, AND 8329)**<br><br>Judge: Hon. Troy L. Nunley |

Beginning in 2024, the Court entered a series of orders that require Governor Gavin Newsom (or his designee) to certify that he has reviewed Defendants' monthly staff vacancy reports filed in the preceding month with a summary of the steps the Governor has taken to address mental health understaffing in CDCR prisons during the relevant month. (June 25, 2024 Order, ECF No. 8291; June 27, 2024 Order, ECF No 8299; and July 12, 2024 Order, ECF No. 8329.)

Effective September 1, 2025, the Court appointed a Receiver with the authority and duty to "control, oversee, supervise, and direct all administrative, personnel, financial, accounting, contractual, legal, and other operational functions necessary to the delivery of mental health care

1

to class members." (ECF No. 8765 at 1:27-2:2.)  On October 28, 2025, the Court issued an order that discontinued Defendants' obligation to file the monthly staff vacancy reports on the docket and instead directed the Receiver to publish the reports online.  (ECF No. 8804 at 1:17-19, and 2:13-25.)  The Governor's certification (or that of his designee) is intended to "complement the regular updates the Receiver will provide at least quarterly on staffing issues, as part of her regular written reports."  (ECF No. 8804 at 4:1-4.)

Defendants submit the court-ordered certification of David Sapp, Legal Affairs Secretary for Governor Gavin Newsom, as Exhibit A.

Dated:  July 13, 2026                                    Respectfully submitted,

                                                        ROB BONTA
                                                        Attorney General of California
                                                        DAMON MCCLAIN
                                                        Supervising Deputy Attorney General


                                                        */s/ Elise Owens Thorn*
                                                        ELISE OWENS THORN
                                                        *Attorneys for Defendants*


Dated: July 13, 2026                                    HANSON BRIDGETT LLP

                                                        */s/ Samantha D. Wolff*
                                                        PAUL B. MELLO
                                                        SAMANTHA D. WOLFF
                                                        DAVID C. CASARRUBIAS-GONZÁLEZ
                                                        *Attorneys for Defendants*


CF1997CS0003

# EXHIBIT A

ROB BONTA, State Bar No. 202668
 Attorney General of California
MARISA KIRSCHENBAUER, State Bar No 226729
Acting Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7318
 Fax:  (916) 324-5205
 E-mail:  Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID C. CASARRUBIAS-GONZALEZ,
SBN 321994
MOLLIE LEVY, SBN 333744
 425 Market Street, 26th Floor
 San Francisco, CA 94105
 Telephone (415) 777-3200
 Fax:  (925) 746-8490
E-mail:  SWolff@hansonbridgett.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 TLN-SCR<br><br>**CERTIFICATION REQUIRED UNDER JUNE 25, JUNE 27, AND JULY 12, 2024 ORDERS BY DAVID SAPP, LEGAL AFFAIRS SECRETARY FOR GOVERNOR GAVIN NEWSOM**<br><br>Judge:  Hon. Troy L. Nunley |

I, David Sapp, certify the following in response to the June 25, June 27, and July 12, 2024 orders filed in *Coleman v. Newsom*, Case No. 2:90-cv-0520 KJM DB (Staffing Orders):

1.    The Staffing Orders require that a senior official in Governor Gavin Newsom's office designated by Defendants submit a certification that he has reviewed the monthly staff vacancy report filed in the preceding month and certify he has reviewed the data in the report and include a summary of the steps he has taken to address mental health understaffing in CDCR prisons during the relevant month.  (ECF No. 8291 at 72.)

Certification in Response to 6/25/24, 6/27/24, and 7/12/24 Contempt Orders (2:90-cv-00520 KJM-DB (PC))

22329662.1

2.    On October 28, 2025, the Court issued an order that discontinues the requirement that Defendants file the monthly staff vacancy reports on the docket and instead ordered the Receiver to publish the reports online.  (ECF No. 8804 at 1:17-19, and 2:13-25.)  The order states that it is the Court's expectation that the Governor's certification will "complement the regular updates the Receiver will provide at least quarterly on staffing issues, as part of her regular written reports."  (*Id.* at 4:1-4.)

3.    Consistent with the Staffing Orders and the October 28 order, I am submitting the certification as Governor Newsom's Legal Affairs Secretary.

4.    I have reviewed the following reports prepared by the California Correctional Health Care Services and posted on the Mental Health Reports page of the California Correctional Health Care Services website at https://cchcs.ca.gov/reports/: (a) the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated and filled under the 2009 Staffing Plan in May 2026; (b) the psychiatry, psychology, social worker, recreation therapist, and medical assistant vacancy reports for positions allocated and filled under the Psychiatric Inpatient Program Staffing Plan in May 2026; and (c) the statewide totals for all the psychiatry, psychology, social worker, recreation therapist, and medical assistant positions for May 2026.

5.    Effective September 1, 2025, the Court appointed a Receiver with the authority and duty to "control, oversee, supervise, and direct all administrative, personnel, financial, accounting, contractual, legal, and other operational functions necessary to the delivery of mental health care to class members."  (ECF No. 8765 at 1:27-2:2.)  As a result, the Governor no longer has authority over mental health staffing in CDCR prisons but continues to work with the Receiver and her team.

6.    During the month of June, our office worked with the Receiver and her team and the Department of Finance regarding the Receiver's Budget Change Proposal submitted for consideration for the Governor's 2026-2027 budget, including ongoing funding for the Office of the Receiver and employee bonuses proposed in the Governor's Budget, which were included in the final budget negotiated with the Legislature and signed by the Governor.  The Administration

2

22329662.1

is also supportive of the Receiver's request to fund Mental Health Crisis Intervention Teams and Resource Teams, and worked with the Receiver and CDCR on those joint proposals, which were also included in the final budget.  While the Administration is supportive of these efforts, these teams are not required to implement the court-ordered remedies in *Coleman*.  As noted previously, there is some concern about past voluntary efforts being incorporated into the remedy, over Defendants' objections and absent findings under the Prison Litigation Reform Act, resulting in further expansion of the remedy in this long-running case.  The Receiver team acknowledged these concerns, and the Budget Change Proposals were submitted as joint proposals by both Secretary Macomber and Receiver Peters to acknowledge that, although outside of what is required by the remedies in *Coleman*, these teams may expedite implementation of the *Coleman* remedies and lead to positive patient outcomes.

Dated: July 13, 2026                              Respectfully submitted,

                                                  **/s/ *David Sapp***
                                                  DAVID SAPP

3

22329662.1