UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

Plaintiffs,

v.

GAVIN NEWSOM, et al.,

Defendants.

No. 2:90-cv-0520 TLN SCR

RECEIVER'S FILING OF 2025 ANNUAL SUICIDE REPORT

Pursuant to the Court's June 5, 2026 Order (ECF No. 8903), the Receiver now files the 2025 Annual Suicide Report ("Report"). The process the Receiver followed for finalizing the Report is outlined in the Court-approved Revised Proposal for the Annual Report on Suicides ("Revised Proposal"), ECF No. 8890-1. Pursuant to the approved process, each party had the opportunity to review and comment on the Report, the Receiver facilitated discussion of comments from the parties, and the Receiver ensured implementation of appropriate edits based on the parties' comments. *Id.* at 5.

The Receiver has also submitted each of the 22 final suicide case reviews for 2025 to the Court for filing under seal, as provided by the Revised Proposal. *Id.* at 4-5.

As required by the June 5, 2026 Order, the Receiver will file the 2026 report by September 1, 2027. *Id.*