# Annual Report on Suicide

## in the California Department of Corrections and Rehabilitation

October 2026

MENTAL HEALTH RECEIVER.

CALIFORNIA DEPARTMENT of CORRECTIONS AND REHABILITATION

CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

## Authors

Joseph H. Obegi and David Leidner
Statewide Mental Health Program
California Correctional Health Care Services
California Department of Corrections and Rehabilitation
August 2026



## Suggested Citation

Obegi, J. H., & Leidner, D. (2026). 2025 Annual Report on Suicides in the California Department of Corrections and Rehabilitation. California Department of Corrections and Rehabilitation.

## Acknowledgments

Cassandra Albertson and Carina Forman provided technical assistance.


## Inquiries

Please send all inquiries about this publication to: m_MHProgramSuicidePr@cdcr.ca.gov.

# Contents

Executive Summary ... 1
Overview of Suicides in 2025 ... 3
Introduction ... 4
Suicide Trends ... 7
Demographic and Social Characteristics ... 10
Custodial and Criminal Justice Characteristics ... 12
Mental Health Characteristics ... 15
Circumstances ... 18
Non-Fatal Self-Harm ... 20
Suicide Reviews ... 22
Improvement Opportunities ... 28
Methodology ... 30
References ... 33
Appendix ... 35

# List of Tables

Table 1. Percentage of Suicides and Total In-Custody by Demographic Characteristic ... 10
Table 2. Percentage of Suicides by Social Characteristic ... 11
Table 3. Percentage of Suicides and Total In-Custody by Custodial Characteristic ... 13
Table 4. Percentage of Suicides by Criminal Justice Characteristic ... 13
Table 5. Percentage of Suicides and Total In-Custody by Mental Health Characteristic ... 16
Table 6. Percentage of Suicides by Diagnostic Category ... 17
Table 7. Percentage of Suicides by Method ... 18
Table 8. Percentage of Suspected Precipitants Across Suicides ... 19
Table 9. Percentage of Suicides with an Inter-Facility Transfer or RVR in the Previous 180 Days ... 19
Table 10. Percentage of Non-Fatal Self-Harm Incidents by Characteristic ... 20
Table 11. Percentage of Cases Compliant with Review Deadlines in 2025 ... 22
Table 12. QIPs and Suicides by Facility, 2025 ... 25
Table 13. QIPs and Suicides by Region, 2025 ... 25

# List of Figures

Figure 1. Rates of Suicide per 100,000 in CDCR, 1980–2025 ... 2
Figure 2. Leading Causes of Death in CDCR, 2024 ... 5
Figure 3. Major Developments in CDCR's Suicide Prevention Program ... 5
Figure 4. Suicide Trends in CDCR, 1980–2025 ... 8
Figure 5. Rates of Suicide in CDCR versus Other Populations ... 9
Figure 6. Suicide Trends in RHUs, 2010–2025 ... 14
Figure 7. Rates of Suicide per 100,000 by Level of Outpatient Mental Health Care, 2000–2025 ... 16

Figure 8. Rate of Suicide within 365 Days of Discharge from an Inpatient Psychiatric Unit, 2016–2025 ..... 17
Figure 9. Rate of Non-Fatal Self-Harm, 2018–2025 ..... 21
Figure 10. Prevalence of Quality Problems Identified in Suicide Reviews, 2025 ..... 23
Figure 11. Likelihood of Death vs. Scope of Quality Problems, 2023–2025 ..... 26
Figure 12. Annual QIP Mean, 2016–2025 ..... 27

## List of Acronyms

| | |
|---|---|
| APP | Acute Psychiatric Program |
| CAP | Corrective Action Plan |
| CCCMS | Correctional Clinical Case Management System |
| CDCR | California Department of Corrections and Rehabilitation |
| CPR | Cardiopulmonary Resuscitation |
| CTC | Correctional Treatment Center |
| DDP | Developmental Disabilities Placement Program |
| DOM | Department Operations Manual |
| DSM | Diagnostic and Statistical Manual of Mental Disorders |
| DSH | Department of State Hospitals |
| ECF | Electronic Court Filing |
| EOP | Enhanced Outpatient Program |
| GED | General Equivalency Diploma |
| GP | General Population |
| ICF | Intermediate Care Facility |
| IDTT | Interdisciplinary Treatment Team |
| ISUDT | Integrated Substance Use Disorder Treatment |
| KPI | Key Performance Indicator |
| LWP | Life with Possibility of Parole |
| LWOP | Life without Possibility of Parole |
| MHCB | Mental Health Crisis Bed |
| MHSDS | Mental Health Services Delivery System |
| NSSI | Non-Suicidal Self-Injury |
| PIP | Psychiatric Inpatient Program |
| PREA | Prison Rape Elimination Act |
| QIP | Quality Improvement Plan |
| R & R | Receiving and Release |
| RC | Reception Center |
| RHU | Restricted Housing Unit |
| RVR | Rules Violation Report |
| SPR FIT | Suicide Prevention and Response Focused Improvement Team |
| SRE | Suicide Risk Evaluation |
| SRMP | Suicide Risk Management Program |

# List of Institutions

| | |
|---|---|
| ASP | Avenal State Prison |
| CAC | California City Correction Facility |
| CAL | Calipatria State Prison |
| CCC | California Correctional Center |
| CCHF | California Health Care Facility |
| CCI | California Correctional Institution |
| CCWF | Central California Women's Facility |
| CEN | California State Prison, Centinela |
| CIM | California Institution for Men |
| CIW | California Institution for Women |
| CMC | California Men's Colony |
| CMF | California Medical Facility |
| COR | California State Prison, Corcoran |
| CRC | California Rehabilitation Center |
| CTF | Correctional Training Facility |
| CVSP | Chuckawalla Valley State Prison |
| DVI | Deuel Vocational Institution |
| FSP | Folsom State Prison |
| HDSP | High Desert State Prison |
| ISP | Ironwood State Prison |
| KVSP | Kern Valley State Prison |
| LAC | California State Prison, Los Angeles County |
| MCSP | Mule Creek State Prison |
| NKSP | North Kern State Prison |
| PBSP | Pelican Bay State Prison |
| PVSP | Pleasant Valley State Prison |
| RJD | Richard J. Donovan Correctional Facility |
| SAC | California State Prison, Sacramento |
| SATF | Substance Abuse Treatment Facility and State Prison, Corcoran |
| SCC | Sierra Conservation Center |
| SOL | California State Prison, Solano |
| SQRC | San Quentin Rehabilitation Center |
| SVSP | Salinas Valley State Prison |
| VSP | Valley State Prison |
| WSP | Wasco State Prison |

# Executive Summary

## Purpose

This report reviews the characteristics of adults who died by suicide while in the custody of CDCR, describes trends, and examines opportunities to improve the department's suicide prevention program.

## Major Findings

### *Suicides in 2025*

- Of the 117,384 adults who spent at least one night in a CDCR facility during 2025, 22 died by suicide (all males), the equivalent of one death every 17 days.
- The rate of suicide was 24 per 100,000, which was the lowest rate since 2022 (20.6 per 100,000).
- Seventy-seven percent of decedents were receiving mental health care, whereas 40% of the overall population was receiving mental health care. Eighteen percent of decedents were receiving EOP care, whereas 9% of the overall population was receiving EOP care.
- The rate of suicide among all mental health patients was 46.1 per 100,000. The rates among CCCMS patients and EOP patients were 47 and 49.8 per 100,000, respectively.
- About 23% of decedents were housed in RHUs, whereas only 4% of the overall population was housed in RHUs.
- Forty-one percent of decedents were at the highest security level, whereas 24% of the overall population were at the highest security level.
- Seventy-seven percent of decedents were housed alone, whereas 27% of the overall population was housed alone.
- Two-thirds of the decedents were issued an RVR in the previous six months, whereas 29% of the overall population was issued an RVR in the previous six months.

### *Suicide Trends*

- The number of annual deaths by suicide has trended downward from its peak of 43 in 2006.
- In the past 10 years, 28 suicides have occurred per year on average.
- In the past 10 years, the average rate of suicide was 25 per 100,000, and the annual rate of suicide has trended upward (Figure 1).
- Although the RHU population has fallen dramatically, the rate of suicide in RHU has increased steadily from 137 per 100,000 in

**Figure 1.** Rates of Suicide per 100,000 in CDCR, 1980–2025




Note: CDCR mean rate = 24 per 100,000.

2014 to 211 per 100,000 in 2019 to 303 per 100,000 in 2024. The rate in 2025 was lower (148 per 100,000).

- Adults receiving mental health care are consistently among the most vulnerable to suicide. In the past 10 years, mental health patients were five times more likely than non-mental health patients to die by suicide. Adults at the EOP level of care are particularly vulnerable.
- The rate of suicide following discharge from an inpatient unit was highest immediately after discharge and declined thereafter. Similarly, the rate following placement in RHU was highest immediately after placement and declined thereafter.
- The increasing suicide rate in CDCR is likely driven by the changing composition of the in-custody population. The percentage of adults enrolled in the mental health program has grown dramatically, from 12% in 1999 to 40% in 2025. Because mental health problems increase suicide risk, a growing mental health population can increase CDCR's overall suicide rate.

## Improvement Efforts

This report reviewed all deaths by suicide from 2023–2025 to identify opportunities to improve its suicide prevention program. Executive leaders from key departments reviewed the most significant quality concerns and then evaluated them in conjunction with other relevant information, including improvement initiatives from various divisions, other quality metrics, and available resources. As a result of this process, the quality of security-welfare checks was selected for a performance improvement project. Of the cases identified as having problems with monitoring, nearly half involved the quality of security-welfare checks.

# Overview of Suicides in 2025

2025 Annual Report on Suicides in the California Department of Corrections and Rehabilitation

**22** DEATHS BY SUICIDE

24 per 100,000

---

GENDER

**100%** were male

LIVING ARRANGEMENT

**77%** were housed alone

HOUSING TYPE

**23%** lived in restricted housing units

TRANSFERS

**36%** were transferred from another prison in the previous six months

MENTAL HEALTH CARE STATUS

**77%** were mental health patients

DISCIPLINARY HISTORY

**68%** were issued an RVR in the previous six months

---

SUICIDE RATE BY MENTAL HEALTH STATUS




DECEDENTS BY SECURITY LEVEL




Note: These data are for descriptive purposes only. The information should not be used to draw conclusions about which characteristics elevate suicide risk. See the Introduction for details.

MENTAL HEALTH RECEIVER. CALIFORNIA DEPARTMENT of CORRECTIONS AND REHABILITATION CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES

# Introduction

Suicide is an unpredictable event, and its causes are complex. As a result, suicide prevention is a challenging endeavor. To inform its ongoing effort to reduce deaths by suicide among adults in its custody, CDCR completes an annual review of all suicides.[1]

## Purpose

This report has two aims:

1. To describe the characteristics of adults who died by suicide in CDCR custody[2] and monitor the trends in the prevalence of suicide
2. To identify opportunities to improve the department's suicide prevention program based on findings from reviews of suicide

This report also fulfills court-ordered obligations specified in *Coleman v. Newsom*.[3]

1. For a review of the department's initiatives to reduce suicide risk, see "2025 Annual Report on Suicide Prevention Efforts" (Obegi & Leidner, 2026) prepared for the California Legislature pursuant to Penal Code § 2064.1.
2. CDCR custody or in-custody refers to all incarcerated persons placed in CDCR prisons, CDCR camps, in-state contract beds, Department of State Hospitals, and CDCR Pre-Release Community Programs. See Methodology for details.
3. ECF 7592, filed 7-25-2022; ECF 7681, filed 12-15-2022; ECF 8441, filed 10-25-2024, ECF 8890, filed 5-1-2026; ECF 8903, filed 6-5-2026.

## Background

In CDCR, suicide has consistently ranked among the top 10 causes of death. For example, in 2024, suicide was the sixth leading cause (Figure 2). The number of suicides was comparable to the number of deaths due to infectious diseases and deaths due to advanced liver disease.

## Overview of CDCR's Suicide Prevention Program

The department's suicide prevention program began in 1990, and major developments are listed in Figure 3. CDCR's comprehensive approach to suicide prevention, referred to as the 4-Square Model of Suicide Prevention (Obegi, 2024a), consists of four sets of components or squares: Prevention, Treatment, Preparedness, and Quality.

The Prevention square includes components designed to stop suicidal thoughts, feelings, and behavior (i.e., suicidality) from developing. Components in this square are meant to enhance the well-being of all incarcerated people, support select groups who may be at elevated risk of experiencing suicidality, and respond to those who may be experiencing some signs of suicidality. The Treatment square is comprised of components meant to treat suicidality to avoid the outcome of suicide. The Preparedness square con-

**Figure 2.** Leading Causes of Death in CDCR, 2024




Note: N = 409. Imai (2025).

tains components that ensure staff are equipped to fulfill their suicide prevention roles and that the physical environment in treatment areas is safe. Finally, the Quality square has components designed to monitor how well central components in the other squares are working. The resulting data is used to drive continuous improvement. This report is one of several components of the Quality square.

## New Report Features

This report introduces four new features:

1. **Age-Adjusted Rates:** Appreciating how CDCR's suicide rates among men compare to the rates of California men requires statistically adjusting rates for age (see Methodology). Age-adjusted rates are presented in Figure 5, Panel B.
2. **Additional Suicide Rates:** Rates of suicide were calculated for adults in RHU enrolled and not enrolled in the mental health program (Figure A5 **in the Appendix**).
3. **Physical Disabilities:** This report adds the percentage of decedents who had a physical disability (p. 11).
4. **Diagnostic categories:** Previous reports described the percentage of decedents by diagnostic category. This report adds the prevalence of diagnostic categories in the total in-custody population (Table 6).

**Figure 3.** Major Developments in CDCR's Suicide Prevention Program

| | |
|---|---|
| 1990 | Suicide prevention program initiated and required suicide prevention coordinators at each prison, suicide "autopsies," and annual reporting |
| 1995 | *Coleman v. Wilson* decided, finding of incomplete implementation of suicide prevention program |
| 2000 | First annual report on suicides completed by experts associated with *Coleman v. Wilson* |
| 2006 | First consolidated description of the suicide prevention program, interventions were expanded |
| 2006 | Court order expands suicide prevention efforts in administrative segregation |
| 2015 | First annual suicide prevention summit held |
| 2018 | Penal Code § 2064.1 adopted, added new annual reporting requirements |
| 2019 | Duties of local suicide prevention teams expanded |
| 2022 | Suicide prevention dashboard released |

Note: Adapted from Canning (2018).

## Interpretive Caution

This report describes many characteristics of incarcerated adults who died by suicide. The information should not be used to draw conclusions

about which characteristics elevate suicide risk. For example, a characteristic common among decedents may also be common among all incarcerated individuals. Only research studies can establish whether certain characteristics qualify as risk factors for suicide.

This report also includes information about the rates of suicide among the total in-custody population as well as specific groups. However, suicide rates, by themselves, are not good indicators of a suicide prevention program's quality (Obegi, 2024b). Rather, quality is mainly judged by a program's comprehensiveness (Metzner & Hayes, 2020) and performance measures (Canning & Dvoskin, 2018).

# Suicide Trends

Trends suggest how suicide may be changing over time. This chapter examines trends in the overall frequency and rate of suicide in the department over time. It also compares the overall suicide rate in the department to rates in other populations.

## Trends Over Time

Figure 4 shows three ways to understand how suicide has changed in CDCR from 1980 to the present.

Panel A of the figure shows that the CDCR population grew rapidly in the 1980s and 1990s, eventually peaking at 173,312 in 2007. During the same period, the number of suicides also grew, with the highest number of deaths (43) occurring in 2006. Similarly, as the population declined after 2007, the number of suicides generally decreased. In the past 10 years, 28 suicides have occurred per year on average.

Panel B shows the rates of suicide from 1980 to the present. The highest rate (76.6 per 100,000) occurred in 1982 and the lowest (9.3 per 100,000) in 2000. From 1986 through 2015, the rate was relatively stable. However, beginning in 2016, rates were generally above the historical average of 19.6 per 100,000. This trend indicates a changing suicide rate. (See Table A1 in the Appendix for the suicide counts and rates since 1980.)

To further examine this trend, Panel C presents a moving average chart, which is designed to detect changes over time. In CDCR, unusually low rates occurred in the early 1980s and again in 1998 and 2000. Several unusually high rates have also occurred since 2020. These recent changes suggest that the overall suicide rate has increased.

### *Population Trends*

The suicide rate is heavily influenced by the composition of a population. For example, because males die by suicide at a higher rate than females, populations with more males are likely to have higher overall suicide rates than populations with fewer males. Thus, whenever the size of a group at increased risk of suicide grows relative to other groups, the overall suicide rate of the population is also likely to grow. This phenomenon is known as a composition effect.

The steady increase in CDCR's overall suicide rate is likely driven by a change in the mental health composition of its incarcerated population. The proportion of the mental health population has grown steadily for the past 26 years. In 2000, less than 14% of the population was enrolled in men–

**Figure 4.** Suicide Trends in CDCR, 1980–2025




## Panel A

Annual suicide counts and CDCR populations




## Panel B

Annual suicides per 100,000

Note: UCL = upper control limit. Avg = overall average. LCL = lower control limit. UCL and LCL reflect three standard deviations from the overall average. To establish realistic parameters, the years 1980–1985 were excluded from calculation of the UCL, Avg, and LCL (hollow points). See Methodology.




## Panel C

3-year moving average of suicides per 100,000

Note: UCL = upper control limit. Avg = overall average. LCL = lower control limit. UCL and LCL reflect three standard deviations from the overall average. See Methodology. To establish realistic parameters, the years 1980–1985 were excluded from calculation of the UCL, Avg, and LCL (hollow points). Orange dots mark rates that exceeded the control limits.

**Figure 5.** Rates of Suicide in CDCR versus Other Populations




**Panel A**

Rates of Suicide per 100,000 in CDCR and U.S. Prisons, 2001–2025

Note: The shaded band is the 95% confidence interval for the CDCR rate. 2019 is the most recent data available for U.S. prisons (Carson et al., 2021).

**Panel B**

Age-Adjusted Suicide Rates per 100,000 among CDCR Men and California Men, 2001–2025

Note: The shaded band is the 95% confidence interval of the age-adjusted moving average for CDCR men. 2024 is the most recent data for California men (Center for Disease Control and Prevention, 2026).

tal health services. In 2025, it was 40%. Because mental health problems increase suicide risk, a growing mental health population is likely to increase CDCR's overall suicide rate. Importantly, the increase in the overall rate is occurring even though the suicide rates in the mental health and non-mental health populations have been statistically stable (Figure A5 in the Appendix).

## Comparative Trends

Another way to understand the suicide rate in CDCR is to compare it to the rates in related populations. Panel A in Figure 5 compares the CDCR rate to the national rate in U.S. state prisons. The CDCR rate was generally higher than the rate in U.S. state prisons until 2014, when both rates became similar through 2019.[1]

Nearly all suicides in CDCR are by men, so it is also useful to compare the age-adjusted CDCR rate for men to that of Californian men. Panel B in Figure 5 shows that CDCR's age-adjusted rate hovered at or below the California rate up until 2019 and has since moved above it in most years. Across all available years, the average age-adjusted rate was 20.8 per 100,000 for CDCR men and 20.4 for California men.

1. Comparing the unadjusted rates of different populations requires caution (see Methodology).

# Demographic and Social Characteristics

Both in the community and in correctional settings, suicide is not equally common in all groups. Describing the frequency of suicide in different demographic and social groups sheds some light on how suicide is distributed in CDCR.

## Demographic Characteristics

Table 1 displays the percentage of suicides among various groups from 2020 to 2025. The overwhelming majority of deaths by suicide occurred among males. In general, more White and Hispanic adults died by suicide than Black or Other adults. Compared to recent years, the percentage of suicides in 2025 among Hispanics was lower and the percentage among Whites was higher. From 2020 to 2024, roughly 62% of adults who died by suicide were under the age of 45. In 2025, the figure was 73%.

## Social Characteristics

Table 2 displays the percentage of suicides in additional groups from 2020 to 2025. The majority of deaths by suicide occurred among single adults and adults with less than a college education.

Among decedents with an employment history in the community, more deaths by suicide occurred among those who engaged in unskilled work. A history of juvenile offenses was common. English

**Table 1.** Percentage of Suicides and Total In-Custody by Demographic Characteristic

| Characteristic | Suicides 2020–24 | Suicides 2025[a] | Total In-Custody 2025 |
|---|---|---|---|
| **Total** | 125 | 22 | 91,805 |
| **Gender Identity** | | | |
| Male | 96 | 100 | 94.6 |
| Female | 3.2 | 0 | 4.3 |
| Non-binary | .8 | 0 | 1.1 |
| Unknown | 0 | 0 | >.1 |
| **Race/Ethnicity** | | | |
| Hispanic | 40 | 27.3 | 46.7 |
| Black | 17.6 | 13.6 | 27.4 |
| White | 36 | 54.5 | 19.5 |
| Other | 6.4 | 4.5 | 6.5 |
| **Age** | | | |
| 18–24 | 6.4 | 0 | 3.8 |
| 25–34 | 29.6 | 36.4 | 25.2 |
| 35–44 | 25.6 | 36.4 | 29.1 |
| 45–64 | 33.6 | 18.2 | 33.7 |
| 65 or older | 4.8 | 9.1 | 8.2 |

Note: [a] Differences between 2025 and prior periods should be interpreted cautiously (see Methodology). Since 2020, two transgender adults died by suicide.

**Table 2.** Percentage of Suicides by Social Characteristic

| Characteristic | 2020–2024[a] | 2025 |
|---|---|---|
| **Total suicides** | 125 | 22 |
| **Marital Status** | | |
| Single | 60 | 50 |
| Married | 16.8 | 31.8 |
| Divorced | 17.6 | 13.6 |
| Widowed | 4 | 4.5 |
| Unknown | 1.6 | 0 |
| **Education** | | |
| < High school | 43.2 | 40.9 |
| High school | 25.6 | 22.7 |
| GED | 24 | 36.4 |
| College degree | 4 | 0 |
| Unknown | 3.2 | 0 |
| **Employment** | | |
| Unskilled | 61.6 | 59.1 |
| Skilled | 16.8 | 13.6 |
| N/A or unknown | 20.8 | 27.3 |
| **Juvenile Offenses** | | |
| Yes | 60 | 68.2 |
| No | 34.4 | 27.3 |
| Unknown | 5.6 | 4.5 |
| **Primary Language** | | |
| English | 88 | 86.4 |
| Spanish | 11.2 | 13.6 |
| Other | .8 | 0 |

Note: [a] Differences between 2025 and prior periods should be interpreted cautiously (see Methodology). Except for primary language, total in-custody data is unavailable for these characteristics.

was the primary language of the vast majority of decedents.

## Health Conditions

From 2020 to 2024, 34.4% of adults who died by suicide were judged to have a serious, painful, or life-threatening medical condition. Similarly, in 2025, five or 22.7% had such a condition. The most common condition (4 of 5) was chronic pain.

Regarding physical disabilities, from 2020 to 2024, 11% of decedents had a physical disability compared to 11% of the population over the same period. In 2025, 23% of decedents had a physical disability compared to 16% of the population.

# Custodial and Criminal Justice Characteristics

Custodial characteristics generally refer to features of the correctional environment, whereas criminal justice characteristics refer to committing offenses and aspects of sentencing.

## Custodial Characteristics

Table 3 shows the percentage of suicides by several custodial characteristics. From 2020 to 2024, half of decedents were at Level IV, the highest security level in CDCR. About one in three decedents died in RHUs. Most of the remaining deaths by suicide occurred on general population yards (i.e., GP–non–designated). Suicides in hospital settings were rare. A disproportionate number of decedents were housed on yards designated for adults with safety concerns[1] (i.e., GP–designated). Similarly, a disproportionate number of decedents were housed alone: 82% compared to 26% in the total population.[2] About half had an assigned job or were enrolled in an educational program. The findings for 2025 were largely similar (Table 3).

1. Safety concerns are "any documented and verified factor(s) or situation(s) that will cause a substantial risk of serious harm to any incarcerated person, staff, or other individual" (Cal. Code Regs. tit. 8, § 300, 2025).
2. Due to the age of some facilities, some cells are single occupancy by design. For a variety of reasons, some adults are housed alone in double–occupancy cells.

### *RHU Suicides*

Since 2010, the number of suicides in RHU has declined. However, the RHU population also declined over the same period, albeit more dramatically (Figure 6, Panel A).

From 2010 to 2025, the average rate of suicide in RHU was 171 per 100,000. The rate in 2025 was 148 per 100,000. The suicide rate in RHU has trended upwards (Figure 6, Panel B). The upward trend may be due to the composition effect discussed earlier (p. 7). The proportion of mental health patients in RHU roughly doubled from 2010 to 2025 (33% versus 61%). Because mental health patients are at greater risk for suicide generally, increases in the size of the mental population in RHU will elevate the overall suicide rate in RHU. This effect will occur even though the suicide rates among mental health patients and non–mental health adults in RHU are statistically stable (see Figure A5 in the Appendix).

From 2016 to 2025, twenty–five percent of suicides occurred within 7 days of placement. The rate of suicide was highest during the first 3 days of placement (Figure A1 in the Appendix).

### *Suicides by Facility*

All in–custody suicides in 2025 occurred in CDCR prisons. Historically, some facilities have had

**Table 3.** Percentage of Suicides and Total In–Custody by Custodial Characteristic

| Characteristic | Suicides 2020–2024 | Suicides 2025[a] | Total In–Custody 2025 |
|---|---|---|---|
| **Total** | 125 | 22 | 91,805 |
| **Security Level** | | | |
| I | 7.2 | 13.6 | 9.6 |
| II | 27.2 | 22.7 | 49.8 |
| III | 11.2 | 22.7 | 15.7 |
| IV | 50.4 | 40.9 | 23.7 |
| Unclassified | 4 | 0 | 1.2 |
| **Housing Type[b]** | | | |
| Condemned | 1.6 | 0 | .6 |
| CTC | 1.6 | 0 | .9 |
| DSH | 0 | 0 | >.1 |
| Fire camp | .8 | 0 | 2.1 |
| GP-designated | 21.6 | 18.2 | 6.4 |
| GP-non-designated | 33.6 | 59.1 | 69.4 |
| PIP | 4.8 | 0 | .8 |
| RC | 4.8 | 0 | 5.2 |
| RHU | 31.2 | 22.7 | 3.6 |
| **Housing Arrangement** | | | |
| Alone | 82.4 | 77.3 | 26.4 |
| With one person | 8 | 13.6 | 40.9 |
| With multiple persons | 9.6 | 9.1 | 32.8 |
| **Job or Educational Assignment** | | | |
| Yes | 52 | 54.5 | 70.1 |

Note: [a] Differences between 2025 and prior periods should be interpreted cautiously (see Methodology). [b] "Total In–Custody 2025" percentages do not sum to 100% because CDCR has numerous housing codes, and only codes involving a suicide are listed.

**Table 4.** Percentage of Suicides by Criminal Justice Characteristic

| Characteristic | Suicides 2020–2024 | Suicides 2025[a] | Total In–Custody 2025 |
|---|---|---|---|
| **Total** | 125 | 22 | 91,805 |
| **Most Serious Offense** | | | |
| Person | 92 | 90.9 | 83.6 |
| Property | 6.4 | 9.1 | 6.9 |
| Drug | .8 | 0 | 2.4 |
| Other | .8 | 0 | 7.1 |
| **Sentence Length** | | | |
| < 6 years | 13.6 | 18.2 | 18.7 |
| 6–10 years | 14.4 | 13.6 | 12.6 |
| 11–20 years | 20 | 13.6 | 16.7 |
| 21+ years | 16 | 4.5 | 13 |
| LWP | 28.8 | 36.4 | 32.7 |
| LWOP | 4 | 9.1 | 5.8 |
| Condemned | 3.2 | 4.5 | .6 |
| **Time Served** | | | |
| < 1 year | 16.8 | 13.6 | 28.8 |
| 1–5 years | 28.8 | 22.7 | 16.1 |
| 6–10 years | 20.8 | 22.7 | 18.6 |
| 11–20 years | 23.2 | 36.4 | 19.8 |
| 21+ years | 10.4 | 4.5 | 16.8 |
| **Time Left to Serve** | | | |
| < 1 year | 13.6 | 22.7 | 12.7 |
| 1–5 years | 37.6 | 27.3 | 34.9 |
| 6–10 years | 8.8 | 4.5 | 8.1 |
| 11–15 years | 8 | 13.6 | 2.9 |
| 16+ years | 32 | 31.8 | 41.2[b] |

Note: [a] Differences between 2025 and prior periods should be interpreted cautiously (see Methodology). [b] Includes all indeterminate sentences (LWP, LWOP, and condemned).

**Figure 6.** Suicide Trends in RHUs, 2010–2025




**Panel A**

Annual suicide counts in RHUs and RHU populations

Note: Reliable housing data before 2010 are unavailable.




**Panel B**

Rate of suicide per 100,000 in RHUs

Note: UCL = upper control limit. Avg = overall average. LCL = lower control limit. UCL and LCL reflect three standard deviations from the over-all average. See Methodology. Reliable housing data before 2010 are unavailable.

more suicides than others (Table A2 in the Appendix), likely because facilities vary by the size and make-up of their populations (e.g., the number of adults receiving mental health care, housed in RHUs, or classified as Level IV security). From 2016 to 2025, eight facilities accounted for roughly 50% of all deaths. Over the same period, the number of suicides per facility ranged from none to 23.

## Criminal Justice Characteristics

Table 4 shows the percentage of suicides by various criminal justice characteristics. From 2020 to 2024, the overwhelming majority of decedents (92%) committed offenses against a person. Decedents with sentences 20 years or less were roughly as common as those with sentences longer than 20 years (48 vs. 52%). Life with the possibility of parole was the most common sentence length (28.8%), although some of these were effectively life terms because the minimum sentence length was very long (i.e., more than 50 years). The patterns in 2025 were largely similar.

# Mental Health Characteristics

In the community, people with mental health disorders are at greater risk for suicide, and more serious disorders generally carry greater risk. This chapter examines the mental health characteristics of in-custody adults who died by suicide.

## Mental Health Care

From 2020 to 2024, seven of every ten deaths by suicide were by adults receiving mental health services in CDCR. Similarly, in 2025, a disproportionate number of mental health patients died by suicide. Although 40% of the total in-custody population received mental health care, 77% of decedents in 2025 did so (Table 5). A history of mental health care in the community was also common (Table 5).

The rate of suicide among mental health patients has been consistently higher than the rate among non-mental health patients. Over the past 10 years, the average rate of suicide among mental health patients was over five times higher: 56.2 versus 10.5 per 100,000. In 2025, the rate was 46.1 per 100,000 among mental health patients and 9.1 among non-mental health patients. No unusual changes in the suicide rate among mental health patients or non-mental health adults have occurred since 2000 (Figure A5 in the Appendix).

Figure 7 shows the suicide rate from 2000 to 2025 by level of outpatient mental health care. In general, the rates among EOP patients were markedly higher than the rates among CCCMS patients or non-mental health patients. The average rate was 138.5 per 100,000 among EOP patients and 38.1 per 100,000 among CCCMS patients. For EOP and CCCMS patients, no unusual changes in the suicide rate have occurred (Figure A5). For psychiatric inpatients or those referred to a psychiatric inpatient unit, no unusual changes in the suicide rate have occurred except in 2007 when three such patients died by suicide (Figure A2 in the Appendix).

Finally, although the DDP classification is not a level of mental health care, the department tracks suicides among adults in DDP. From 2020 to 2024, three decedents (2.4%) were DDP, compared with 1.2% of the 2024 total in-custody population. One was an EOP patient, and two were PIP patients. No adults classified as DDP died by suicide in 2025.

## Psychiatric Medications

From 2020 to 2024, about half of decedents were prescribed medications by a psychiatrist at the time of their deaths (Table 5). The percentage in 2025 was similar (50%) but higher than the total in-custody population (27.7%).

**Figure 7.** Rates of Suicide per 100,000 by Level of Outpatient Mental Health Care, 2000–2025




About 6% of decedents from 2020 to 2024 had an active court order for involuntary psychiatric medication (Table 5). In 2025, the percentage was higher (9.1%).

## Psychiatric Diagnoses

From 2020 to 2024, mood disorders, psychotic disorders, and personality disorders were over-represented among decedents (Table 6). In 2025, these disorders were also over-represented as were trauma- and stressor-related disorders (Table 6). Decedents often had diagnoses in more than one diagnostic category. From 2020 to 2024, 43% of decedents had diagnoses in more than one category. In 2025, 71% did.

From 2020 to 2024, 92% of decedents had a history of drug use. In 2025, 86% had a history of drug use.

## Suicide Risk Management Program

Mental health patients who meet certain criteria are enrolled in the Suicide Risk Management Program (SRMP). The program involves augmented treatment plans designed to further reduce suicide risk. In 2025, four decedents were enrolled in SRMP. In addition, the number of patients enrolled in SRMP grew from 1,688 at the end of Q1 to 1,832 at the end of Q4.

**Table 5.** Percentage of Suicides and Total In-Custody by Mental Health Characteristic

| Characteristic | Suicides 2020–2024 | Suicides 2025[a] | Total In-Custody 2025 |
|---|---|---|---|
| **Total** | 125 | 22 | 91,805 |
| **Level of Mental Health Care** | | | |
| Any | 72.8 | 77.3 | 40.2 |
| CCCMS | 36 | 59.1 | 30.1 |
| EOP | 29.6 | 18.2 | 8.8 |
| Inpatient[b] | 7.2 | 0 | 1.3 |
| **Mental Health Care in the Community[c]** | | | |
| Yes | 65.9 | 50 | 51.9 |
| **DDP** | | | |
| Yes | 2.4 | 0 | 1.2 |
| **Psychiatric Medications** | | | |
| Yes | 54.4 | 50 | 27.7 |
| **Involuntary Medications** | | | |
| Yes | 6.4 | 9.1 | 2 |

Note: [a] Differences between 2025 and prior periods should be interpreted cautiously (see Methodology). [b] Inpatient includes MHCB, PIP, and DSH. [c] In-custody counts based on responses to mental health screening questions about prior treatment, when available.

## Post-Discharge Suicides

From 2016 to 2025, 29% (80 of 276) of decedents died by suicide in outpatient settings within one year of discharge from an inpatient psychiatric unit (i.e., from MHCBs, PIPs, or DSH), or eight adults per year on average. Nearly half died within 60 days of discharge (46%), and most were at the EOP level of care (74%).

From 2015 to 2025, the average rate of suicide among adults in outpatient settings who were discharged from an inpatient psychiatric unit within the last 365 days was nearly 200 per 100,000 (Figure A3 in the Appendix). No unusual trends in the rate have occurred since 2015. The

**Table 6.** Percentage of Suicides by Diagnostic Category

| Diagnostic Category[a] | Suicides 2020–2024 | Suicides 2025 | Total In-Custody 2025 |
|---|---|---|---|
| **Total** | 125 | 22 | 91,805 |
| Mood disorders | 35.2 | 50 | 17.1 |
| Psychotic disorders | 26.4 | 18.2 | 8.8 |
| Substance-related disorders | 24.8 | 31.8 | 24.1 |
| Trauma-and stressor-related disorders | 21.6 | 36.4 | 15.9 |
| Personality disorders | 15.2 | 13.6 | 6.5 |
| Anxiety disorders | 10.4 | 0 | 10.7 |
| Gender dysphoria | .8 | 0 | 1.1 |
| Neurodevelopmental disorders | .8 | 9.1 | 1.3 |
| No diagnosis | 21.6 | 22.7 | 55.6 |

Note: Only diagnostic categories that occurred among decedents are listed. Diagnostic categories were drawn from the most recent version of the DSM (American Psychiatric Association, 2022). Mood disorders include depressive and bipolar disorders. Total in-custody percentages reflect any adult who carried a diagnosis, not just those enrolled in the mental health program. The sum of percentages exceeds 100% because many decedents carried multiple diagnoses.
[a] Differences between 2025 and prior periods should be interpreted cautiously (see Methodology).

rate of suicide was highest immediately after discharge and declined thereafter (Figure 8).

## History of Non-Fatal Self-Harm

From 2020 to 2024, over half of the adults who died by suicide (60%) had a history of suicide attempts (i.e., in CDCR, other custodial settings, or the community). About one in three (34%) had a history of suicide attempts while incarcerated in CDCR. About 19% had a history of NSSI in CDCR. Nineteen percent had a history of both suicide attempts (in any setting) and NSSI (in CDCR).

Percentages in 2025 were similar. About 64% of adults who died by suicide had a history of suicide attempts, and 36% had a history of suicide attempts in CDCR. Three (14%) had a history of NSSI in CDCR. About 14% had a history of both suicide attempts (in any setting) and NSSI (in CDCR).

**Figure 8.** Rate of Suicide within 365 Days of Discharge from an Inpatient Psychiatric Unit, 2016–2025




Note: To obtain adequate sample sizes for each of the post-discharge timeframes (e.g., 0–7 days), a 10-year period was used. Person-years are comparable to annual rates of suicide.

# Circumstances

Although characteristics of individuals who die by suicide are important to describe (e.g., age, crime, diagnosis), so too are the circumstances of death. Circumstances refer to conditions that existed at the time of death and events that occurred near the time of death.

## Method

Hanging is the most common method of suicide in CDCR, more than all other methods combined (Table 7).

**Table 7.** Percentage of Suicides by Method

| Method | 2020–2024 | 2025[a] |
|---|---|---|
| **Total suicides** | 125 | 22 |
| Hanging | 72.8 | 77.3 |
| Asphyxiation | 13.6 | 9.1 |
| Laceration | 7.2 | 9.1 |
| Overdose | 2.4 | 4.5 |
| Insertion/Ingestion | 2.4 | 0 |
| Jumping | .8 | 0 |
| Other | .8 | 0 |

Note: [a] Differences between 2025 and prior periods should be interpreted cautiously (see Methodology).

## Timing

In 2025, the number of deaths per month ranged from 1 to 3. The average was two deaths per month. Compared to previous years, no month in 2025 had an unusual suicide rate (Figure A4 in the Appendix).

Percentages of suicides by custody watch, time of day, and day of the week are presented in Table A3 in the Appendix. Percentages of suicides by month, season, and quarter are presented in Table A4 in the Appendix.

## Suspected Precipitants

Recent and stressful life events (precipitants) may influence a person's decision to die by suicide. In each of the department's reports on suicide, the reviewer hypothesizes about the main precipitants. Table 8 presents the percentage of suspected precipitants among those who died by suicide.

From 2020 to 2024 and in 2025, the three most commonly suspected precipitants were mental health symptoms, custodial and legal issues, and substance-related issues. In 2025, more than one precipitant was suspected in nearly all cases (22).

## Recent Inter-Facility Transfers

From 2020 to 2024, 36% of adults who died by suicide did so less than six months after their most recent inter-facility transfer (Table 9). In 2025, the figure was similar and disproportionate to the in-custody population.

## Recent RVRs

From 2020 to 2024, half of the decedents had an RVR in the previous 6 months. The figure was higher in 2025 and disproportionate to the in-custody population (Table 9).

## Suicide Notes

From 2020 to 2024, about one in every five decedents (18%) left a suicide note. Similarly, in 2025, 23% of decedents left a suicide note.

## Monitoring

The department has several levels of enhanced monitoring. In inpatient psychiatric units, mental health providers can order constant observation, 15-minute checks, or 30-minute checks. In RHUs, all adults are checked every 30 minutes. Finally, patients discharged from an inpatient psychiatric unit are checked every 30 minutes by custody for the first 24 hours (and up to 72 hours) whenever the reason for their admission included danger to self. In 2025, six adults died while on some level of enhanced monitoring, all of whom were housed in an RHU.

## Postmortem Rigidity

Evidence of postmortem rigidity (i.e., rigor mortis) was noted in four decedents in 2025.[1] One decedent was housed in an RHU and the remainder in mainline units. Since 2014, no unusual changes occurred in the percentage of decedents found with evidence of postmortem rigidity (Figure A6 in the Appendix).

**Table 8.** Percentage of Suspected Precipitants Across Suicides

| Precipitant | 2020–2024 | 2025[a] |
|---|---|---|
| **Total precipitants[b]** | 267 | 53 |
| Mental health symptoms | 24.3 | 22.6 |
| Custodial or legal issues | 18.7 | 20.8 |
| Substance-related issues | 15.4 | 18.9 |
| Safety concerns | 14.2 | 5.7 |
| Crises of despair | 13.5 | 22.6 |
| Medical concerns | 8.2 | 5.7 |
| History of childhood trauma | 3.4 | 0 |
| COVID-19 | 31.5 | 0 |
| Board of Parole Hearings | .7 | 1.9 |
| Other | 0 | 1.9 |

Note: [a] Differences between 2025 and prior periods should be interpreted cautiously (see Methodology). [b] The total number of precipitants exceeds the number of suicides in a given year because many cases were judged as involving multiple precipitants.

**Table 9.** Percentage of Suicides with an Inter-Facility Transfer or RVR in the Previous 180 Days

| Time | Suicides 2020–2024 | Suicides 2025[a] | Total In-Custody 2025 |
|---|---|---|---|
| **Total** | 125 | 22 | 91,805 |
| **Inter-Facility Transfer[b]** | | | |
| Yes | 36 | 36.4 | 24.7 |
| **RVR[c]** | | | |
| Yes | 50.4 | 68.2 | 28.9 |

Note: [a] Differences between 2025 and prior periods should be interpreted cautiously (see Methodology). [b] During the COVID-19 pandemic, inter-facility transfers were paused. [c] Includes administrative or serious RVRs only regardless of adjudication status.

1. Estimating the time since death is the province of forensic experts, so no firm conclusions about the time since death should be drawn from this finding. In addition, postmortem rigidity is considered an unreliable method of estimating the time since death (Krompecher, 2023; Tsokos & Byard, 2016).

# Non-Fatal Self-Harm

Non-fatal self-harm refers to self-directed violence that does not result in death. CDCR tracks two broad types of non-fatal self-harm: behaviors without the intent to die, referred to as non-suicidal self-injury (NSSI), and behaviors with the intent to die (suicide attempts).

## Non-Fatal Self-Harm in 2025

Nearly 2,200 adults engaged in a total of 5,679 acts of non-fatal self-harm in 2025. Seventy-two adults accounted for 25% of all incidents. The vast majority of non-fatal self-harm was NSSI (Table 10), and nearly 90% involved no injury or minor injury. The three common methods of self-injury were laceration, ingestion/insertion, and self-inflicted blows (e.g., head banging).

Of the 308 suicide attempts, 10.1% involved serious injury. Although the MHCB and PIP settings are small populations, they accounted for nearly 50% of all non-fatal self-harm incidents. This may be due to the concentration of mental illness in inpatient units in combination with the heightened monitoring that occurs in those units.

## Trends in Non-Fatal Self-harm

Figure 9 shows trends in non-fatal self-harm from 2018 to 2025. Over this period, the rate of suicide attempts declined, from 7.4 per 1,000 in 2018 to

**Table 10.** Percentage of Non-Fatal Self-Harm Incidents by Characteristic

| Characteristic | 2020–2024 | 2025[a] |
|---|---|---|
| **Total incidents** | 25,221 | 5,679 |
| **Unique Individuals** | 9,985 | 2,157 |
| **Type** | | |
| NSSI | 91.3 | 94.6 |
| Suicide attempts | 8.7 | 5.4 |
| **Injury Severity**[b] | | |
| No injury | 23.3 | 30.9 |
| Minor | 63.1 | 58.2 |
| Moderate | 12.1 | 9.8 |
| Severe | 1.5 | 1.1 |
| **Level of Mental Health Care** | | |
| GP | 2.7 | 2.1 |
| CCCMS | 12.8 | 15 |
| EOP | 30.9 | 35.5 |
| MHCB | 19.5 | 25.3 |
| PIP | 33.9 | 22 |
| Unclassified | .2 | .1 |

Note: Excludes incidents of unknown intent (1,349 from 2020 to 2024 and 239 in 2025). a Differences between 2025 and prior periods should be interpreted cautiously (see Methodology). For definitions, see Methodology.

**Figure 9.** Rate of Non-Fatal Self-Harm, 2018–2025




Note: Excludes events of unknown intent. Data prior to 2018 was unavailable or unreliable.

3.4 per 1,000 in 2025. By contrast, the NSSI rate trended upward. The latter may be at least partly attributable to (a) CDCR absorbing inpatients formerly treated by DSH between 2017 and 2018, and (b) gradually implementing the procedures for counting self-harm incidents among this population.

# Suicide Reviews

CDCR completes a multidisciplinary review of each suicide. The resulting reports identify opportunities to improve suicide prevention policies, clinical care, and emergency response procedures. This section reviews the department's compliance with review deadlines and the quality of its reports. It also analyzes the quality problems identified by reviewers of suicide cases.

## Reviews of Suicides

### *Compliance with Deadlines*

The review process has multiple deadlines to ensure that each step of the review process is completed timely. In 2025, four of the five deadlines were not consistently met (Table 11). Although compliance with the site visit deadline was low, site visits were completed within 10 days of the death on average, and all site visits occurred within 20 days of the death. Deadlines for report drafts and review conferences were sometimes missed due to extenuating circumstances (i.e., reviewer vacations, reviewer workload, holidays, and departmental activities). Report drafts were completed on average within 31 days of the death (range = 22–50). Review conferences were held on average within 46 days of the death (range = 35–57).

**Table 11.** Percentage of Cases Compliant with Review Deadlines in 2025

| Deadline (days) | Percent |
|---|---|
| 1. Reviewer assigned *(within 5 business days)* | 96 |
| 2. Site visit *(within 7 calendar days of no. 1)* | 46 |
| 3. Facility's internal review *(within 10 business days)* | 68 |
| 4. Draft suicide report *(within 30 calendar days)* | 68 |
| 5. Review conference *(within 45 calendar days)* | 73 |

Note: N = 22. In 21 cases, deadlines were based on the date of death. Due to a belated determination of suicide, one case relied on the date of death and the date of determination, as applicable.

### *Quality of Suicide Reports*

The department uses a 15-item audit to check report quality (Table A5 in the Appendix). In 2025, all reports passed the audit (90% or better).

**Figure 10.** Prevalence of Quality Problems Identified in Suicide Reviews, 2025




Note: In 2025, there were 22 suicides. Each bar's label indicates how many suicide reviews identified the problem.

## Quality Problems

When warranted, reviewers identified quality problems.[1] In 2025, reviewers found quality problems in most cases (18 of 22). The five most common types of problems were: meeting timelines for treatment, delays in 911 activation, documentation quality, monitoring, and SREs (Figure 10). Compared to previous years, one new type of problem was identified (intake cells[2]), fewer types occurred, and fewer quality problems per death were found. (For trends in quality problems across years, see the section Trends in Quality Problems, below.)

### *Emergency Response*

In 2025, reviewers identified three problems with the emergency response to suicides: not immediately requesting emergency medical services (911), not responding with or properly using cut-

1. Quality problems are identified when they reflect administrative (e.g., policy violations, deviations from emergency response procedures) or clinical care issues. A nexus to the death is not required.

2. Intake cells refer to failures to place new RHU arrivals in cells retrofitted to be suicide-resistant and/or retaining new arrivals in those cells for 72 hours.

down kits, and not implementing all aspects of the emergency response procedures.

Requests for emergency medical services (911) were not made immediately when indicated in nine cases (40.9%). In all but one case, requests were made after the initial emergency response (e.g., removal of a ligature and moving the body outside of the cell to perform CPR). The average time to activation was 3.1 minutes (range = 1–6).

Problems using cut-down kits were evident in three cases (13.6%). Officers retrieved the cut-down tool but not the entire kit, retrieved the kit without the tool, or cut the ligature without fully removing the noose.

The quality of the emergency response was implicated in three cases (13.6%). In two cases, staff did not immediately activate their personal alarm. In the third case, paramedics were delayed at the prison's sally port.

Depending on the circumstances and custody factors, mechanical restraints may be applied during the emergency response. This occurred in 11 cases (50%). Four of the cases (11%) occurred in an RHU, and the remainder in general population housing. In two cases (9.1%), restraints were applied before life-saving measures; one occurred in an RHU and in the other, an officer suspected a ruse. The application of mechanical restraints and life-saving measures occurred simultaneously in one case.

By comparison, from 2022 to 2024, mechanical restraints were applied in 41% of cases (33 of 79). Of these, 45% occurred in an RHU or with a maximum custody patient. In eight cases (24%), restraints were applied before life-saving measures: Four took place in an RHU or with a maximum custody patient, and another two involved lacerations.

### *Level of Mental Health Care*

In 2025, reviewers identified one case in which staff did not sufficiently justify a decision to lower the level of care. Reviewers did not find other problems related to level-of-case decisions (i.e., failing to refer patients to a higher level of mental health care or failing to review the appropriateness of the current level of care).

## QIPs by Facility and Region

Whenever reviewers identified a quality problem, they issued a QIP. A QIP is a plan that reviewers recommend to facilities to address identified problems.[3] The QIP names the problem, recommends one or more actions, lists the documents needed to confirm the action has been completed, and assigns responsibility for completing the action to the appropriate facility executive.

In 2025, reviewers issued a total of 76 QIPs, or two QIPs per suicide on average (range 0–11). Reviewers issued QIPs to 17 facilities (Table 12). In general, facilities with more suicides were issued more QIPs. Across all suicides, the number of QIPs for each facility ranged from zero to 16. Two facilities were issued 11 or more QIPs, and four were issued six to 10 QIPs. The remaining facilities were issued five or fewer QIPs.

A single facility with more than one suicide in 2025 sometimes exhibited the same problem in multiple cases:

- SVSP: Three of the four reviews identified problems with treatment timelines, all of which were attributed to critical levels of mental health staff. Two cases involved delays in 911 activation, and another two cases involved collaboration or communication regarding care needs.
- KVSP: There were no repeated problems.
- CMC: In both reviews, delays in 911 activation were identified.
- VSP: There were no repeated problems.
- CIM: There were no repeated problems.

3. Reviewers flag all quality problems. Identifying a problem does not mean a connection to the suicide existed.

**Table 12.** QIPs and Suicides by Facility, 2025

| Facility | QIPs | Suicides |
|---|---|---|
| **Total** | 76 | 22 |
| SVSP | 17 | 4 |
| KVSP | 14 | 3 |
| CMC | 8 | 2 |
| CHCF | 6 | 1 |
| LAC | 6 | 1 |
| VSP | 5 | 2 |
| PVSP | 4 | 1 |
| SATF | 4 | 1 |
| ISP | 3 | 0 |
| RJD | 2 | 1 |
| WSP | 2 | 0 |
| CIM | 1 | 2 |
| COR | 1 | 1 |
| FSP | 1 | 1 |
| MCSP | 1 | 1 |
| SCC | 1 | 0 |
| CTF | 0 | 1 |

Note: The review's scope is one year, so a facility may be issued a QIP even though the suicide occurred at a different facility.

Table 13 presents QIPs by region. Regions with more suicides were issued more QIPs.[4]

## Implementation of QIPs

All facilities must implement QIPs within 60 days of receiving a final suicide report. Of the 17 applicable cases,[5] 76.5% had their associated QIPs completed within 60 days. The four cases not meeting the deadline were overdue by one day.

4. Comparing the number of QIPs across facilities or regions requires caution. Facilities vary by size, complexity of mental health mission, security levels, and many other factors. Similarly, the facility makeup differs across regions.
5. Five cases were not applicable. Four had no QIPs. One case had a belated determination. As a result, QIP timelines ran past the due date for this report.

**Table 13.** QIPs and Suicides by Region, 2025

| Region | QIPs Opened | QIPs Closed | Suicides |
|---|---|---|---|
| **Total** | 76 | 74 | 22 |
| Region I | 3 | 3 | 2 |
| Region II | 28 | 26[a] | 8 |
| Region III | 33 | 33 | 8 |
| Region IV | 12 | 12 | 4 |

Note: In 2025, Regions I, III, and IV had eight facilities. Region II had seven facilities. [a] One suicide had a belated determination. As a result, QIP timelines ran past the due date for this report.

One facility had open QIPs (Table 13). Two QIPs were assigned to headquarters, one of which remains in process.

Depending on the nature of the QIP, discipline-specific managers at headquarters review the quality of each facility's QIP implementation and, when indicated, direct facilities to revise their implementations. In 2025, all QIP response were reviewed and approved.

In every case, facilities submitted a response to QIPs assigned to them and, where indicated, included evidence of implementation. Facilities most often relied on training to address QIPs. Depending on the nature of the QIP, facilities trained individuals or groups of staff. The training content also varied depending on the nature of the QIP. Facilities used the following types of content as the basis of training: local policies, statewide memorandums, statewide training materials, and custom-developed training materials. Facilities submitted the training materials or the topical content of the training. Finally, facilities submitted sign-in sheets in nearly all cases to show that the training was completed.

Facilities also used a variety of other actions to implement QIPs. These included, but were not limited to:

**Figure 11.** Likelihood of Death vs. Scope of Quality Problems, 2023–2025




Note: Point sizes correspond to the value of the risk score (likelihood of death multiplied by scope; see Methodology for details). Points with labels indicate the five types of problems with the highest risk scores. See Table A6 for a list of risk scores by problem type and Figure A7 for a graph of problem types by prevalence.

- Auditing records to determine a problem's scope or confirm that a problem was corrected
- Reviewing relevant performance measures
- Revising local procedure
- Revising coverage plans when critical levels of mental health staffing exist
- Submitting evidence of improved compliance
- Issuing local memoranda clarifying expectations
- Augmenting staffing
- Creating new reference materials for staff
- Implementing a supervisory action plan
- Requesting the Office of Internal Affairs to investigate possible misconduct

When staff misconduct is suspected, wardens submit investigatory requests to the Office of Internal Affairs. Two requests were carried over from 2024. Investigations were completed, and allegations were substantiated on both cases. In 2025, wardens made four requests, and all involved the quality of security/welfare checks. Investigations for these are ongoing.

## Trends in Quality Problems

From 2023 to 2025, reviewers found quality problems in 91.4% of cases (74 of 81). (For a list of all problem types and their prevalence, see Figure A7 in the Appendix.) Some problems were more severe or frequent depending on the year. To appreciate the differences, an approach modeled after the Joint Commission's (2016) Survey Analysis for Evaluating Risk (SAFER) was applied to each type of problem. The result was a risk score, which is the product of a problem's likelihood to cause death and its prevalence (see Methodolo–

gy for details). Figure 11 displays the results of this approach. The five problem types with the highest risk scores were:

1. Meeting timelines for mental health contacts: Most instances involved either missed or tardy contacts for individual meetings and treatment team meetings.

2. 911 activation: Problems reflected delays in calling 911 upon discovery, not failures to call 911 or failures to initiate medical alarms or life-saving interventions.

3. Monitoring patients at risk of suicide: The department has several procedures for monitoring at-risk adults across different settings and circumstances (see p. 19 for details). Cases with monitoring problems (28) involved either security-welfare checks in RHU or missed nursing rounds in inpatient units. Security-welfare checks comprised 46% (13 of 28) of cases, and most of these involved check quality[6] (11 cases) rather than check timeliness (2 cases). Nursing rounds comprised 54% (15 of 28) of cases. However, problems with nursing checks often involved timeliness rather than quality. In addition, in 2023 and 2024, QIPs for nursing rounds were issued whenever timeliness fell below 100%. In 2025, QIPs were only issued when timeliness was less than 90%.

4. Emergency response: Problems were diverse with no clear pattern. All but two occurred in only one or two cases; the exceptions were applying a cervical collar (four cases in 2023) and delayed alarm activation (four cases across 2023 and 2024).

5. Use of cut-down kits: The vast majority of instances involved retrieving the cut-down tool rather than the entire cut-down kit, which contains additional emergency equipment (e.g., a bag valve mask, a disposable airway). In several cases, the ligature was cut, but the noose was not immediately removed.

Figure 12 displays the mean number of QIPs per suicide from 2016 to the present. No unusual changes in the mean occurred. Fewer QIPs per suicide were issued in 2025.

6. Quality of security-welfare checks in RHU refers to the visual verification of an adult's well-being by a correctional officer.

**Figure 12.** Annual QIP Mean, 2016–2025




Note: UCL = upper control limit. Avg = overall average. LCL = lower control limit. UCL and LCL of this U′ chart reflect three standard deviations from the overall average. See Methodology.

# Improvement Opportunities

The department conducts continuous quality monitoring and improvement at the local, regional and statewide levels. Locally, facilities use more than 60 measures to monitor the health of their suicide prevention programs, and they take up local improvement projects as indicated. Regional suicide prevention coordinators and custody managers conduct multiple on-site audits each year, assigning corrective action plans to facilities when necessary. At the statewide level, the suicide prevention committee examines statewide trends and draws on multiple sources of data to improve processes and policies system-wide. The department may also undertake initiatives that have the potential to reduce suicide risk. A summary of the initiatives undertaken in 2024 can be found in Obegi & Leidner (2025). Finally, the Receiver, appointed by the court in 2025,[1] is actively implementing court-ordered improvements.

The previous section of this report contributes another source of quality data: problems identified in reviews of suicide. To prioritize improvement opportunities in this area, executive leaders from key departments reviewed the most significant quality problems (p. 26) and then evaluated them in conjunction with other relevant information, including improvement initiatives from various divisions, other quality metrics, and available resources.

1. ECF 8753, dated 8-27-2025.

## Quality of Security-Welfare Checks

Upon review of this report's data, the quality of security-welfare checks was selected for an improvement project.

Between 2023 and 2025, problems monitoring patients at risk of suicide ranked third among all problem types identified in suicide reviews. Of the cases identified as having problems with monitoring, nearly half involved the quality of security-welfare checks. A similar trend was noted in the 2024 version of this report, which examined quality problems from 2022 through 2024.

## Problems Not Selected

Four quality problems were not chosen as improvement opportunities.

Use of cut-down kits was selected for an improvement project in the 2024 version of this report. Because the current report was finalized soon after the 2024 report, no project update was available.

Problems meeting timelines for mental health treatment were primarily linked to statewide

staffing shortages rather than shortcomings in the suicide prevention program's design. The department is actively working to enhance hiring and retention.[2] For these reasons, meeting timelines was not selected this report cycle.

Delay in 911 activation was not selected because the department revised its annual suicide prevention training in January 2025. The revisions included special emphasis on immediate 911 activation. Similar changes have been made to the training for cadets. All staff will receive the updated training during the 2025 calendar year. Regional custody staff, during their on-site visits, continue to test officers' knowledge regarding when and how to activate 911 without delay.

Although problems with aspects of emergency response were identified, the problems were judged to be diverse and infrequent and, thus, not indicative of a system-level deficiency.

## Projects Underway

In the previous year's annual report, the use of cut-down kits was selected for a performance improvement project. Because the previous year's report and the current report were released in close succession, no project update was available.

2. Further details can be found in ECF 8722, filed 8-4-2025; ECF 8866, filed 3-11-2026; ECF 8889 filed 4-30-2026; ECF 8936, filed July 31, 2026.

# Methodology

## Surveillance

Healthcare staff are required to record all deaths of incarcerated adults, including suspected suicides, in the medical record and to alert headquarters staff within two business days of the death. All suspected suicides are logged. Each facility has procedures for notifying the local SPR FIT coordinator of a non-fatal self-harm incident. The coordinator documents the details of the incident in the electronic medical record within 72 hours of the incident. Annually, suicide and non-fatal self-harm data are analyzed, and the results are presented in a report.

## Determinations of Suicide

The department generally relies on county coroners and medical examiners to determine the manner of death. Because reports from counties take several months or more to receive, the department makes a provisional finding regarding the manner of death. When a report from a county's coroner or medical examiner is received, the finding regarding the manner of death therein replaces the department's provisional finding unless the department has compelling evidence to the contrary. The procedure for arriving at preliminary findings is described in the Determination of Unknown Causes of Death section of CDCR's 2023 annual report (CDCR, 2024).

## Determinations of Non-Fatal Self-Harm

Local SPR FIT coordinators review each incident of non-fatal self-harm to determine whether the incident involved at least some intent to die. They also assessed injury severity. Injury severity was rated as mild, moderate, or severe. Mild injuries are superficial (e.g., scratches, bruises, scrapes). Moderate injuries require some skilled treatment (e.g., sutures, medical intervention to remove objects). Severe injuries require intensive medical or surgical management (e.g., surgery to close wounds, hospital admission for stabilization).

## Data Sources

Characteristics of decedents were drawn from the department's suicide data sheets, which are completed after each suicide case review, and stored in a central database. Non-fatal self-harm data were drawn from the department's data warehouse.

Beginning in 2025, counts of the in-custody population were expanded to include previously overlooked groups. In-custody populations include all incarcerated persons placed in CDCR prisons, CDCR camps, in-state and out-of-state contract

beds, the Department of State Hospitals, CDCR Pre-Release Community Programs, community hospitals, and outside correctional facilities for court dates.

Percentages of the total in-custody population for a given characteristic (e.g., security level) were based on the population at midnight on June 30, and drawn from CDCR's data warehouse. Some characteristics were based on a population size that was negligibly smaller or larger due to either missing data or differences in data sources.

Data regarding QIPs were drawn from the department's QIP logs. (For a review of the department's procedures for suicide case reviews and QIPs, see the Suicide Response Procedures section of CDCR's 2023 annual report, CDCR, 2024).

## Suicide Rates

Unless otherwise noted, rates of suicide are unadjusted rates. Rates were calculated using the in-custody population at midnight on June 30th for each year. Until 2024, populations were drawn from the department's monthly population reports. Beginning with this report, the in-custody population was drawn from the data warehouse to achieve a more precise count.

Age-adjusted rates were calculated using distribution 9 described in Klein and Schoenborn (2001).

## Interpreting Differences

Interpreting year-to-year differences in the characteristics of decedents requires caution (e.g., comparing the percentage of Hispanic individuals who died by suicide in 2023 to the percentage in 2024). Changes in suicide counts from year-to-year are expected due to randomness alone. This is especially true of low-frequency events like suicide. As a result, year-to-year differences in the characteristics of decedents are unreliable. To address this, suicide counts were aggregated, most often into five-year periods.

Interpreting rates across populations requires caution. Populations may differ in their distributions of age, ethnicity, gender, and other variables. As a result, one population may have characteristics that make it more vulnerable to suicide than another population (e.g., a larger percentage of adults with mental illness).

Interpreting rates based on small populations also requires caution. Rates are unstable when they are based on a small number of cases because "it is almost impossible to distinguish random fluctuation from true changes in the underlying risk of disease or injury" (New York State Department of Health, 1999). As a result, treating unstable rates as accurate or comparing stable rates with unstable ones can lead to spurious conclusions. Relative standard error (RSE) was used to assess the stability of rates in Table A1 in the Appendix. Following the New York State Department of Health (1999), RSE was calculated as 1 divided by the square root of the case count. Rates followed by an '!' symbol indicate an RSE of 20% or more, a widely used threshold for identifying rates that are highly sensitive to random variation and therefore statistically unstable.

## Trend Analysis

Statistical control charts, also called Shewhart charts, were used to examine data for unusual changes and trends. Originally developed to monitor manufacturing defects, statistical process control charts have been used to monitor public health problems (Flowers, 2009) and, more recently, suicide rates (Spittal et al., 2023). Following convention (Provost & Murray, 2022), the upper and lower control limits for these charts were set at three standard deviations from the overall mean. Data points falling outside of control limits were described in the text as "unusual." All control charts are U charts, unless otherwise noted. Additionally, we used the rules developed by Anhøj and Olesen (2014) to identify statistically significant shifts in suicide rates.

## Offenses

This report uses CDCR conventions for catego-

ries of committing offenses: Person, property, drug, and other. When the decedent's term was based on multiple committing offenses, only the offense carrying the longest sentence was used.

## Assessing and Responding to Quality Problems

Quality problems identified over the last three years of suicide reviews were grouped into similar types and analyzed using an approach modeled after the Joint Commission's (2016) Survey Analysis for Evaluating Risk (SAFER). In that approach, surveyors place each problem on the SAFER matrix, which scores problems along two axes: the likelihood that the problem will cause death, and its prevalence. Rather than making qualitative judgments about placement on the matrix, this report calculated a risk score for each problem type by multiplying likelihood of death by scope. Likelihood of death was determined by averaging ratings from four departmental experts, who rated each problem as low, medium-low, medium-high, or high; these ratings were then converted to a 1–4 scale. Scope was calculated by dividing the number of cases exhibiting a given problem type by the total number of suicide cases.

Quality problems selected for an improvement project are taken up by the headquarters suicide prevention committee. Following departmental quality management procedures, the committee assigns the problem a priority level, initiates an improvement project, and monitors the project until completion.

# References

American Psychiatric Association. (2022). Diagnostic and statistical manual of mental disorders, Fifth Edition, Text Revision. American Psychiatric Publishing.

Anhøj, J., & Olesen, A. V. (2014). Run charts revisited: A simulation study of run chart rules for detection of non-random variation in health care processes. PLoS One, 9(11), e113825. https://doi.org/10.1371/journal.pone.0113825

California Department of Corrections and Rehabilitation. (2021). Mental Health Services Delivery System Program Guide: 2021 Revision. Author.

California Department of Corrections and Rehabilitation. (2024). 2023 Annual Report on Suicides and Suicide Prevention Efforts in the CDCR. Author.

Canning, R. D. (2018). History of Suicide Prevention in CDCR. Presentation at the Annual Suicide Prevention Summit, California Department of Corrections and Rehabilitation. Folsom, CA.

Canning, R. D., & Dvoskin, J. A. (2018). Preventing suicide in detention and correctional facilities. In J. Wooldredge & P. Smith (Eds.), The Oxford handbook of prisons and imprisonment (Online ed.). Oxford University Press. https://doi.org/10.1093/oxfordhb/9780199948154.013.25

Carson, E. A. (2021). Mortality in state and federal prisons, 2000–2019 – Statistical tables (NCJ 301368). US Department of Justice, Office of Justice Programs, Bureau of Justice Statistics.

Centers for Disease Control and Prevention. National Center for Health Statistics-CDC annual mortality data files for WISQARS Fatal data. Accessed at https://wisqars.cdc.gov/ on May 5, 2026.

Flowers, J. (2009). Statistical process control methods in public health intelligence. Association of Public Health Observatories. https://fingertips.phe.org.uk/static-reports/public-health-technical-guidance/PDF/APHO%20Tech%20Briefing%202.pdf

Imai, K. (2025). Analysis of 2024 California Correctional Health Care Services Inmate Mortality Reviews. Author. https://cchcs.ca.gov/reports/

Klein, R.J., & Schoenborn, C.A. (2001). Age adjustment using the 2000 projected U.S. population. Healthy People Statistical Notes, no. 20. National Center for Health Statistics. https://www.cdc.gov/nchs/data/statnt/statnt20.pdf

Krompecher, T. (2023). Rigor mortis: Estima-

tion of the time since death by evaluation of cadaveric rigidity. In B. Madea (Ed.), Estimation of the Time Since Death (pp. 41–57). CRC Press. https://doi.org/10.1201/9781003244974

Metzner, J. L., Hayes, L. M. (2020). Jails and prison. In L. H. Gold & R. L. Frierson (Eds.), The American Psychiatric Association Publishing textbook of suicide risk assessment and management (3rd ed., pp. 265–277). American Psychiatric Association Publishing.

New York State Department of Health (1999). Rates based on small numbers—Statistics Teaching Tools. https://www.health.ny.gov/diseases/chronic/ratesmall.htm

Obegi, J. H. (2024a). Suicide Prevention: An Overview of the 4-Square Model. California Department of Corrections and Rehabilitation.

Obegi, J. H. (2024b). Monitoring a correctional suicide prevention program: The roles of implementation and intermediate outcomes. Psychology, Public Policy, and Law, 30(1), 59–65. https://doi.org/10.1037/law0000398

Obegi, J. H., & Leidner, D. (2026). 2025 Annual Report on Suicide Prevention Efforts. California Department of Corrections and Rehabilitation. https://cchcs.ca.gov/reports

Provost, L. P., & Murray, S. K. (2022). The Health Care Data Guide: Learning from Data for Improvement. John Wiley & Sons.

Spittal, M. J., Roberts, L., & Clapperton, A. (2023). Using real-time suicide monitoring systems to inform policy and practice. Crisis, 44(6), 445–450. https://doi.org/10.1027/0227-5910/a000931

The Joint Commission. (2016). The SAFER matrix: A new scoring methodology. Author. https://info.jcrinc.com/rs/494-MTZ-066/images/SAFER22.pdf?ref=EMHAPWeekly

Tsokos, M., & Byard, R. W. (2016). Postmortem changes: Overview. In Encyclopedia of Forensic and Legal Medicine (pp. 10–31). Elsevier. https://doi.org/10.1016/b978-0-12-800034-2.00312-8

# Appendix

## Contents

Table A1. Frequency and Rate of Suicide per 100,000 by Gender, 1980–2025 ....36
Table A2. Frequency of Suicide by Facility, 2016–2025 ....37
Table A3. Percentage of Suicides by Custody Watch, Time of Day, and Day ....38
Table A4. Percentage of Suicides by Month, Season, and Quarter ....38
Table A5. Audit Criteria for Suicide Reports ....39
Table A6. Likelihood of Death, Scope, and Risk Scores for Quality Problems, 2023–2025 .... 40
Figure A1. Rate of Suicide within 365 Days of RHU Placement, 2016–2025 .... 41
Figure A2. Rates of Suicide per 100,000 among Psychiatric Inpatients and Adults Referred to a Psychiatric Inpatient Unit, 2000–2025 .... 41
Figure A3. Rates of Suicide per 100,000 among Adults Discharged from an Inpatient Psychiatric Unit within the Last 365 days, 2015–2025 .... 41
Figure A4. Monthly Rates of Suicide per 100,000, 2021–2025 .... 41
Figure A5. Rate of Suicide by Population Groups, 2000–2025 ....42
Figure A6. Percentage of Suicides with Evidence of Postmortem Rigidity, 2014–2025 ....43
Figure A7. Prevalence of Quality Problems Identified in Suicide Reviews, 2023–2025 ....44

**Table A1.** Frequency and Rate of Suicide per 100,000 by Gender, 1980–2025

| Year | Male Count | Male Population | Male Rate | Female Count | Female Population | Female Rate | Total Count | Total Population | Total Rate |
|---|---|---|---|---|---|---|---|---|---|
| 1980 | -- | -- | -- | -- | -- | -- | 11 | 23,371 | 47.1 ! |
| 1981 | -- | -- | -- | -- | -- | -- | 12 | 26,372 | 45.5 ! |
| 1982 | -- | -- | -- | -- | -- | -- | 24 | 31,319 | 76.6 ! |
| 1983 | -- | -- | -- | -- | -- | -- | 19 | 35,965 | 52.8 ! |
| 1984 | -- | -- | -- | -- | -- | -- | 18 | 40,524 | 44.4 ! |
| 1985 | -- | -- | -- | -- | -- | -- | 17 | 45,528 | 37.3 ! |
| 1986 | -- | -- | -- | -- | -- | -- | 13 | 53,620 | 24.2 ! |
| 1987 | -- | -- | -- | -- | -- | -- | 16 | 62,949 | 25.4 ! |
| 1988 | -- | -- | -- | -- | -- | -- | 17 | 76,171 | 22.3 ! |
| 1989 | -- | -- | -- | -- | -- | -- | 16 | 87,297 | 18.3 ! |
| 1990 | 15 | 87,435 | 17.2 ! | 0 | 6,375 | 0 | 15 | 93,810 | 16 ! |
| 1991 | 13 | 95,340 | 13.6 ! | 0 | 6,655 | 0 | 13 | 101,995 | 12.7 ! |
| 1992 | 15 | 98,008 | 15.3 ! | 0 | 6,344 | 0 | 15 | 104,352 | 14.4 ! |
| 1993 | 29 | 108,302 | 26.8 | 0 | 7,232 | 0 | 29 | 115,534 | 25.1 |
| 1994 | 18 | 116,879 | 15.4 ! | 0 | 7,934 | 0 | 18 | 124,813 | 14.4 ! |
| 1995 | 22 | 122,514 | 18 ! | 0 | 8,828 | 0 | 22 | 131,342 | 16.8 ! |
| 1996 | 19 | 131,273 | 14.5 ! | 0 | 9,744 | 0 | 19 | 141,017 | 13.5 ! |
| 1997 | 18 | 141,669 | 12.7 ! | 0 | 10,837 | 0 | 18 | 152,506 | 11.8 ! |
| 1998 | 21 | 147,001 | 14.3 ! | 0 | 11,206 | 0 | 21 | 158,207 | 13.3 ! |
| 1999 | 24 | 150,581 | 15.9 ! | 0 | 11,483 | 0 | 24 | 162,064 | 14.8 ! |
| 2000 | 15 | 150,793 | 9.9 ! | 0 | 11,207 | 0 | 15 | 162,000 | 9.3 ! |
| 2001 | 29 | 150,785 | 19.2 | 1 | 10,712 | 9.3 ! | 30 | 161,497 | 18.6 |
| 2002 | 22 | 148,153 | 14.8 ! | 0 | 9,826 | 0 | 22 | 157,979 | 13.9 ! |
| 2003 | 37 | 150,851 | 24.5 | 0 | 10,080 | 0 | 37 | 160,931 | 23 |
| 2004 | 23 | 152,859 | 15 | 3 | 10,641 | 28.2 ! | 26 | 163,500 | 15.9 |
| 2005 | 37 | 153,323 | 24.1 | 0 | 10,856 | 0 | 37 | 164,179 | 22.5 |
| 2006 | 39 | 160,812 | 24.3 | 4 | 11,749 | 34 ! | 43 | 172,561 | 24.9 |
| 2007 | 33 | 161,424 | 20.4 | 1 | 11,888 | 8.4 ! | 34 | 173,312 | 19.6 |
| 2008 | 36 | 159,581 | 22.6 | 0 | 11,392 | 0 | 36 | 170,973 | 21.1 |
| 2009 | 25 | 156,805 | 15.9 ! | 0 | 11,027 | 0 | 25 | 167,832 | 14.9 ! |
| 2010 | 34 | 155,721 | 21.8 | 1 | 10,096 | 9.9 ! | 35 | 165,817 | 21.1 |
| 2011 | 33 | 150,690 | 21.9 | 0 | 9,381 | 0 | 33 | 162,368 | 20.3 |
| 2012 | 32 | 130,189 | 23.8 | 1 | 6,594 | 15.2 ! | 33 | 135,238 | 24.4 |
| 2013 | 29 | 127,341 | 22.8 | 1 | 5,919 | 16.9 ! | 30 | 132,911 | 22.6 |
| 2014 | 21 | 129,484 | 16.2 ! | 2 | 6,216 | 32.2 ! | 23 | 135,484 | 17 ! |
| 2015 | 22 | 123,268 | 17.8 ! | 2 | 5,632 | 35.5 ! | 24 | 128,900 | 18.6 ! |
| 2016 | 24 | 128,643 | 18.7 ! | 3 | 5,769 | 52 ! | 27 | 128,643 | 21 |
| 2017 | 28 | 125,289 | 22.3 | 2 | 5,971 | 33.5 ! | 30 | 131,260 | 22.9 |
| 2018 | 33 | 123,511 | 26.7 | 1 | 5,906 | 16.9 ! | 34 | 129,417 | 26.3 |
| 2019 | 37 | 119,781 | 30.9 | 1 | 5,691 | 17.6 ! | 38 | 125,472 | 30.3 |
| 2020 | 31 | 108,682 | 28.5 | 0 | 4,721 | 0 | 31 | 113,403 | 27.3 |
| 2021 | 13 | 94,562 | 13.7 ! | 2 | 3,910 | 51.2 | 15 | 98,472 | 15.2 ! |
| 2022 | 20 | 93,510 | 21.4 ! | 0 | 3,669 | 0 | 20 | 97,179 | 20.6 ! |
| 2023[a] | 29 | 92,271 | 31.4 | 1 | 3,762 | 26.6 ! | 30 | 96,033 | 31.2 |
| 2024 | 28 | 88,819 | 31.5 | 1 | 3,763 | 26.6 ! | 29 | 92,582 | 31.3 |
| 2025[b] | 22 | 88,256 | 24 | 0 | 3,549 | 0 | 22 | 91,805 | 24 ! |

Note: Data prior to 1980 are unavailable. Gender data prior to 1990 are unavailable. ! Caution: Relative standard error ≥20%. See Methodology for details. [a] One decedent identified as non-binary. Thus, the total count does not equal the sum of the male and female counts. [b] Beginning in 2025, population counts were expanded to include previously overlooked groups. See Methodology for details.

**Table A2.** Frequency of Suicide by Facility, 2016–2025

| Facility | 2016–2024 | 2025 | Annual Average 2016–2025 | Security Level | Mental Health Programs |
|---|---|---|---|---|---|
| **Total suicides** | 252[a] | 22 | | | |
| KVSP | 20 | 3 | 2.3 | I, IV | CCCMS, EOP, MHCB, RHU CCCMS |
| LAC | 19 | 1 | 2 | I, III, IV | CCCMS, EOP, MHCB, RHU CCCMS, RHU EOP |
| SAC | 19 | 0 | 1.9 | II, III, IV | CCCMS, EOP, MHCB, RHU CCCMS, RHU EOP, DDP |
| SVSP | 18 | 4 | 2.2 | I, III, IV | CCCMS, EOP, MHCB, RHU CCCMS, DDP, ICF |
| MCSP | 17 | 1 | 1.8 | I, II, III, IV | CCCMS, EOP, MHCB, RHU EOP, DDP |
| COR | 15 | 1 | 1.6 | I, II, III, IV | CCCMS, EOP, MHCB, RHU CCCMS, RHU EOP |
| CCI | 14 | 0 | 1.4 | II, III, IV | CCCMS, EOP |
| CMC | 11 | 2 | 1.3 | I, II, III | CCCMS, EOP, MHCB, RHU EOP, DDP |
| WSP | 11 | 0 | 1.1 | I, III | RC, CCCMS, MHCB |
| CMF | 10 | 0 | 1 | I, II, III | CCCMS, EOP, MHCB, RHU EOP, DDP, APP, ICF |
| SQRC | 10 | 0 | 1 | II[b] | CCCMS, EOP, MHCB, APP, ICF |
| CTF | 9 | 1 | 1 | II | CCCMS |
| HDSP | 9 | 0 | .9 | I, II, III, IV | CCCMS, EOP, MHCB, RHU CCCMS |
| RJD | 9 | 1 | 1 | I, II, III, IV | CCCMS, EOP, MHCB. RHU EOP, DDP |
| DVI[c] | 8 | -- | 1.3 | -- | -- |
| CIW | 6 | 0 | .6 | N/A, I | CCCMS, EOP, MHCB, RHU CCCMS, RHU EOP, APP, ICF |
| NKSP | 6 | 0 | .6 | I, II | RC, CCCMS, MHCB |
| CHCF | 5 | 1 | .6 | N/A, II | CCCMS, EOP, MHCB, RHU EOP, DDP, APP, ICF |
| CIM | 5 | 2 | 1.2 | II | CCCMS, EOP, MHCB, DDP |
| FSP | 5 | 1 | .6 | I, II, III | CCCMS |
| SATF | 5 | 1 | .6 | II, III, IV | CCCMS, EOP, MHCB, RHU CCCMS, DDP |
| VSP | 4 | 2 | .6 | II | CCCMS, EOP |
| CCC[c] | 3 | -- | .4 | -- | -- |
| CCWF | 3 | 0 | .3 | N/A | RC, CCCMS, EOP, MHCB, RHU EOP, DDP |
| PBSP | 3 | 0 | .3 | I, II, III, IV | CCCMS, EOP, MHCB, RHU CCCMS |
| PVSP | 3 | 1 | .4 | I, III | CCCMS, EOP, MHCB, RHU CCCMS |
| SOL | 2 | 0 | .2 | II, III | CCCMS, MHCB |
| CAL | 1 | 0 | .1 | I, II, IV | -- |
| CRC | 1 | 0 | .1 | II | CCCMS, EOP |
| ISP | 1 | 0 | .1 | I, II, III | -- |
| ASP | 0 | 0 | 0 | I, II | CCCMS |
| CAC[c] | 0 | -- | 0 | -- | -- |
| CEN | 0 | 0 | 0 | I, III, IV | -- |
| CVSP[c] | 0 | -- | 0 | -- | -- |
| SCC | 0 | 0 | 0 | I, II, III | CCCMS |

Note: [a] Suicides at fire camps and non-CDCR facilities were excluded. Data for years prior to 2016 are available in previous annual reports. [b] SQRC held condemned adults until 2024. [c] Closed facilities. Averages were based on full years of operation. Security levels and mental health programs reflect only the 2025 composition because compositions have changed over time.

**Table A3.** Percentage of Suicides by Custody Watch, Time of Day, and Day

| Characteristic | 2020–2024 | 2025[a] |
|---|---|---|
| **Total suicides** | 125 | 22 |
| **Custody Watch** | | |
| 1st Watch (2200–0600) | 28.8 | 22.7 |
| 2nd Watch (0600–1400) | 30.4 | 36.4 |
| 3rd Watch (1400–2200) | 40.8 | 40.9 |
| **Time of Day** | | |
| Morning (0600–1200) | 23.2 | 27.3 |
| Afternoon (1200–1800) | 35.2 | 36.4 |
| Evening (1800–2400) | 18.4 | 13.6 |
| Overnight (000–0600) | 23.2 | 23.7 |
| **Day** | | |
| Sunday | 12.8 | 0 |
| Monday | 14.4 | 27.3 |
| Tuesday | 8.8 | 13.6 |
| Wednesday | 15.2 | 36.4 |
| Thursday | 19.2 | 0 |
| Friday | 11.2 | 13.6 |
| Saturday | 18.4 | 9.1 |

Note: [a] Differences between 2025 and prior periods should be interpreted cautiously (see Methodology).

**Table A4.** Percentage of Suicides by Month, Season, and Quarter

| Characteristic | 2020–2024 | 2025[a] |
|---|---|---|
| **Total suicides** | 125 | 22 |
| **Month** | | |
| January | 10.4 | 13.6 |
| February | 6.4 | 0 |
| March | 8.8 | 9.1 |
| April | 7.2 | 4.5 |
| May | 9.6 | 13.6 |
| June | 8 | 9.1 |
| July | 5.6 | 9.1 |
| August | 5.6 | 4.5 |
| September | 10.4 | 4.5 |
| October | 6.4 | 13.6 |
| November | 9.6 | 9.1 |
| December | 12 | 9.1 |
| **Season** | | |
| Winter | 28.8 | 22.7 |
| Spring | 25.6 | 27.3 |
| Summer | 19.2 | 22.7 |
| Fall | 26.4 | 27.3 |
| **Quarter** | | |
| Quarter 1 | 25.6 | 22.7 |
| Quarter 2 | 24.8 | 27.3 |
| Quarter 3 | 21.6 | 18.2 |
| Quarter 4 | 28 | 31.8 |

Note: [a] Differences between 2025 and prior periods should be interpreted cautiously (see Methodology).

**Table A5.** Audit Criteria for Suicide Reports

1. Does the Executive Summary describe the means of death, the emergency response taken, and the mental health level of care of the patient?
2. Are the sources for the report identified?
3. Are substance abuse issues reported, if applicable?
4. Does the Institutional Functioning section include information on institutional behavior, including disciplinary history?
5. Does the Mental Health History review the adequacy of mental health care and screening?
6. Are medical concerns discussed?
7. Is the quality of the most recent suicide risk evaluations (past year) reviewed, with comment on risk level, safety planning, and risk and protective factors?
8. Does the Suicide History section review all prior attempts, as applicable?
9. Are significant pre-suicide events discussed?
10. Was a risk formulation offered specific as to why the person was vulnerable to suicide?
11. Does the review comment on the adequacy of the emergency response?
12. Are all violations of policy and breaches of standards of care in mental health, medical, and nursing addressed in the reviewer's concerns, if applicable?
13. Were custody policies followed? If not, were violations noted in the report?
14. Were all concerns raised by reviewers (custody, nursing, and mental health) represented in Quality Improvement Plan recommendations?
15. Were the Quality Improvement Plan recommendations adequate to address the concerns?

**Table A6.** Likelihood of Death, Scope, and Risk Scores for Quality Problems, 2023–2025

| Problem | Likelihood of Death | Scope | Risk Score |
|---|---|---|---|
| Program guide timelines/frequency of contact | .531 | 2.00 | 1.06 |
| 911 Activation | .358 | 2.50 | .90 |
| Monitoring | .346 | 2.50 | .86 |
| Emergency response | .210 | 3.25 | .68 |
| Cut-down kit | .235 | 3.00 | .70 |
| Treatment planning | .284 | 2.25 | .64 |
| Documentation: SRE | .284 | 2.00 | .57 |
| Policy violation (not covered elsewhere) | .210 | 2.50 | .52 |
| Documentation: General | .407 | 1.25 | .51 |
| Quality of care (decision-making, level of care) | .160 | 3.00 | .48 |
| Documentation: Safety planning | .222 | 1.67 | .37 |
| Referrals | .111 | 2.50 | .28 |
| Continuity of care | .111 | 2.00 | .22 |
| 5-Day follow-up | .062 | 3.00 | .19 |
| Confidential setting | .099 | 1.75 | .17 |
| IDTT meetings | .062 | 1.75 | .11 |
| Self-harm, nonfatal (recording) | .037 | 2.75 | .10 |
| Staff actions | .037 | 2.25 | .08 |
| Universal precautions | .074 | 1.00 | .07 |
| SRMP | .025 | 2.25 | .06 |
| Issue (clothing, materials, etc.) | .025 | 1.75 | .04 |
| Diagnosis | .025 | 1.50 | .04 |
| Training | .025 | 1.50 | .04 |
| Crime scene preservation | .025 | 1.25 | .03 |
| Intake cells | .012 | 2.50 | .03 |
| Orders/scheduling | .012 | 2.33 | .03 |
| Administration of Narcan | .012 | 2.25 | .03 |
| Medication | .012 | 2.25 | .03 |
| RVRs | .012 | 2.25 | .03 |
| 7362 processing | .012 | 2.00 | .02 |
| DDP | .012 | 1.75 | .02 |
| Mechanical restraint (during emergency response) | .012 | 1.50 | .02 |
| Records review/requests/missing records | .012 | 1.50 | .02 |
| Board of Parole Hearing | 0 | 1.67 | 0 |
| Crisis intervention | 0 | 3.50 | 0 |
| Housing review recommendation | 0 | 1.50 | 0 |
| Hunger strike | 0 | 2.00 | 0 |
| Classification committee | 0 | 1.50 | 0 |
| ISUDT | 0 | 1.50 | 0 |
| PC 2602 | 0 | 2.75 | 0 |
| PREA | 0 | 2.00 | 0 |
| Programming (yard, privileges, groups, etc.) | 0 | 1.75 | 0 |
| R & R | 0 | 2.00 | 0 |
| ROI (release of information line) | 0 | 1.00 | 0 |
| Visibility of the cell | 0 | 3.00 | 0 |

Note: From 2023 to 2025 there were 81 suicides. See Methodology for details on how scores were calculated for Likelihood of Death, Scope, and Risk Score.

**Figure A1.** Rate of Suicide within 365 Days of RHU Placement, 2016–2025




Note: To obtain adequate sample sizes for each length of stay post-placement (e.g., ≤ 3 days), a 10-year period was used. Person-years are comparable to annual rates of suicide.

**Figure A2.** Rates of Suicide per 100,000 among Psychiatric Inpatients and Adults Referred to a Psychiatric Inpatient Unit, 2000–2025




Note: UCL = upper control limit. Avg = overall average. LCL = lower control limit. UCL and LCL reflect three standard deviations from the overall average.

**Figure A3.** Rates of Suicide per 100,000 among Adults Discharged from an Inpatient Psychiatric Unit within the Last 365 days, 2015–2025




Note: Run chart of rates. Only discharges to outpatient settings (i.e., mainline, RC, and RHU locations) were included.

**Figure A4.** Monthly Rates of Suicide per 100,000, 2021–2025




Note: UCL = upper control limit. Avg = overall average. LCL = lower control limit. UCL and LCL reflect three standard deviations from the overall average. See Methodology.

**Figure A5.** Rate of Suicide by Population Groups, 2000–2025




Note: The numbers on the right side of each panel correspond to the upper control limit, overall average, and lower control limit. Upper and lower control limits reflect three standard deviations from the overall average. For the RHU groups, reliable housing data were unavailable before 2010.

**Figure A6.** Percentage of Suicides with Evidence of Postmortem Rigidity, 2014–2025




Note: UCL = upper control limit. Avg = overall average. LCL = lower control limit. UCL and LCL reflect three standard deviations from the overall average.

**Figure A7.** Prevalence of Quality Problems Identified in Suicide Reviews, 2023–2025




Note: From 2023 to 2025, there were 81 suicides. Each bar's label indicates how many suicide reviews identified the problem .