MARGOT MENDELSON – 268583
DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JENNY S. YELIN – 273601
THOMAS NOLAN – 169692
MARC J. SHINN-KRANTZ – 312968
ALEXANDER GOURSE – 321631
ADRIENNE PON HARROLD – 326640
LUMA KHABBAZ – 351492
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
*Attorneys for Plaintiffs*

ROB BONTA
Attorney General of California
NEAH HUYNH
Senior Assistant Attorney General
DAMON MCCLAIN, State Bar No. 209508
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
NAMRATA KOTWANI, State Bar No. 308741
Deputy Attorneys General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7318
E-mail: Elise.Thorn@doj.ca.gov

HANSON BRIDGETT LLP
LAWRENCE M. CIRELLI, SBN 114710
PAUL B. MELLO, SBN 179755
SAMANTHA D. WOLFF, SBN 240280
KAYLEN KADOTANI, SBN 294114
DAVID CASARRUBIAS-GONZÁLEZ , SBN 321994
MOLLIE H. LEVY, SBN 333744
MARK C. GRIFFIN, SBN 314958
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: 415-777-3200
Pmello@hansonbridgett.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.<br><br>Defendants. | Case No. 2:90-cv-0520 TLN SCR<br><br>**JOINT STIPULATION AND ORDER TO SUSPEND THE MONTHLY CERTIFICATION REQUIREMENT**<br><br>Judge: Hon. Troy L. Nunley |

In June 2024, the Court ordered Governor Newsom or his designee to certify that he has reviewed Defendants' monthly staff vacancy reports filed in the preceding month with a summary of the steps the Governor has taken to address mental health staffing in CDCR prisons during the relevant month. ECF Nos. 8291, 8299, 8329. Notwithstanding the Court's appointment of a Receiver in September 2025, the Court has stated that the Governor shall continue to file a monthly certification to "complement the regular updates the Receiver will provide at least quarterly on staffing issues, as part of her regular written reports." ECF No. 8804.

At the September 17, 2026 Status Conference, Defense Counsel advised that, with a change in State administration anticipated in January 2027, Defendants would discuss the ongoing certification requirement with Plaintiffs. The parties have since met and conferred and agree to jointly request that the Court suspend the monthly certification requirement for a period of three months, from January through March 2027, while the new State administration reviews this case and its requirements. During that time, the parties have also agreed to discuss the certification requirement.

Accordingly, the parties jointly request that this Court suspend the Governor's monthly certification requirement for the months of January through March 2027.

IT IS SO STIPULATED.

DATED: October 28, 2026

ROSEN BIEN GALVAN & GRUNFELD LLP

By: *__/s/ Jenny Yelin__*
Jenny Yelin
Attorneys for Plaintiffs

DATED: October 28, 2026

ROB BONTA
Attorney General of California

By: *__/s/ Damon McClain__*
DAMON MCCLAIN
Supervising Deputy Attorney General
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

DATED: October 28, 2026

HANSON BRIDGETT LLP

By: */s/ Samantha Wolff*

LAWRENCE M. CIRELLI
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

The stipulation of the parties is APPROVED. The Court has confirmed with the Receiver that she is aware of the stipulation and is not opposed to the Court approving it.

IT IS SO ORDERED.

DATED: November 2, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE