# UNITED STATES COURTS
# FOR THE NINTH CIRCUIT

| IN THE MATTER OF THE DESIGNATION AND ASSIGNMENT OF JUDGES FOR SERVICE ON A THREE-JUDGE DISTRICT COURT IN A DISTRICT COURT WITHIN THE NINTH CIRCUIT | **ORDER**<br>(28 U.S.C. § 292(b)) |
| --- | --- |

***For the Purpose of Presiding on a Three-Judge District Court for a Specific Case***

Pursuant to 28 U.S.C. § 2284(b)(1), on April 11, 2014, the Honorable Kimberly J. Mueller, United States District Judge for the Eastern District of California, was designated and assigned to a three-judge district court in *Coleman v. Newsom, et al.*, No. 2:90-cv-00520 filed in the Eastern District of California, and *Plata, et al. v. Newsom, et al.*, No. 4:01-cv-01351 filed in the Northern District of California**.**

Judge Mueller retired on January 4, 2026. As a result, I hereby designate and assign the Honorable **Troy L. Nunley**, Chief District Judge of the United States District Court for the Eastern District of California, to take the place of Judge Mueller as of the date of this order, on this three-judge district court. Judge Nunley will sit with the already designated and assigned Honorable **Kim M. Wardlaw**, United States Circuit Judge for the Ninth Circuit Court of Appeals, and the Honorable **Jon S. Tigar**, United States District Judge for the Northern District of California, at a time and place and in a manner to be agreed upon by the court.

DATED this 5th day of October 2026.

Mary H. Murguia
Chief Circuit Judge